IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA...
( Application to Proceed in forma Pauperis)
42 U.S.C. /    Civil Rights Action

**1 : CV00 - 1846**

Jeffery Paul Moser,
(Plaintiff)

Vs.

Kenneth D. Kyler ( Superintendent- Hunnington )
DR. Bardell (Medical Director- Hunnington)
Dr. Farrohk Mohaderin (Former Medical DIR.)
Diana Baney ( Assitant to Superintendent)
Carol Pollack (Wexford Inc. Adminstraitor)
DR. Scott Shumaker ( Medical Doctor)
MR. Erhard ( Dep. Sec. Dept of Correction (Pa.)
& Ten other Un-Named Defendants ...
Pat Yager (Health Admin.)    ( Defendant(s)

New Doc. No.#_____

Refile Upon Exhaustion On Permission
of U.S. Court of Appeals.
(U.S.APP. 00-3025)
(D.C.Civ. No. 99-Cv-0326)

Int. Fee's Paid CV-0326
U.S.App. Fee's Paid 00-3025
Forma Pauperis "Granted U.S.App.
on Refile March 2000"...

JURY TRIAL REQUESTED

New Matters Upon Exhaustion (REFILE)  MEDICAL NEGLECT & A.D.A. VIOLATIOS, U.S. Constitutional

Violations of the 8th, 14th & 5th Amendments of the  United States Const. & Americans with

Disabilities Act./ Rahabilitation Act...

FILED
SCRANTON

OCT 18 2000

Clerk, U.S. DIST. Court
Per_____
Deputy Clerk

## II. DECLARATION

I, (_____)  Jeffery Paul Moser                       , declare that I am
the plaintiff in the above-captioned 42 U.S.C. § 1983 civil rights action and
that I am entitled to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915
because of my inability to prepay the full $150 fee to file this action or
give security therefor.  I understand that the granting of *in forma pauperis*
status does not waive payment of the full filing fee.

In further support of this application, I provide the following information:

1. Do you presently have prison employment?          yes ( ) no ( X )

2. If you are not employed do you have other income?    yes ( ) no ( X )

3. If "yes" to either of above, state source of monthly income and amount.

   source _____  amount _____

4. If "no," state date and place of last employment and amount of monthly
   income.

   date and place ___Disabled  (S.S.I. Applicant)___  amount _____

5. Do you have money in a prison account? yes ( X ) no ( ) amount  $38.00

6. Do you have money in a bank account?  yes ( ) no ( X ) amount _____

7. Do you own or have an interest in valuable property such an automobile
   real estate, stocks, or bonds?        yes ( ) no ( X )

   If "yes," describe property _____  value _____

Page 1

8. List the persons who depend on you for support, state their relationship to you, and how much you contribute toward their support.

Jeffrey Murray & Joshua Murray (Moser)(N/Son's)   - 0 -

9. State whether you have received within the past 12 months any money from any of the following sources:

   a. Business, profession or other form of self-employment   yes (  ) no ( X )

   b. Rent payments, interest or dividends                    yes (  ) no ( X )

   c. Pensions, annuities or life insurance payments          yes (  ) no ( X )

   d. Gifts or inheritances                                   yes (  ) no ( X )

   e. Any other sources                                       yes ( X ) no (  )

   If the answer to any of the above is "yes," describe each source of money and state the amount received from each source during the past 12 months.

Religious Family and Friend Assit When able too ( Not Often Only SmallAmounts )

### III. DECLARATION AND SIGNATURE

I declare under penalty of perjury that the foregoing is true and correct.

_9/22/80_
DATE

_Jeffery Mse_
SIGNATURE OF PLAINTIFF
(Jeffery Paul Moser )

### IV. CERTIFICATION

**Instructions:**

Request that an appropriate prison official provide: 1) the information below concerning your **inmate trust fund account balances**; and 2) a certified copy of your **inmate trust fund account statement** showing all deposits and withdrawals for the prior six-month period.

I certify that the applicant named herein has the sum of $ 86.70 on account to his credit at the State Correctional Institution at Huntingdon institution where he is confined.

I further certify that during the last six months the applicant's average monthly account balance was $ 16.99 ; and that the average monthly deposits during the during the last six months were $ 36.81 .

I further certify that the applicant has the following securities to his credit according to the records of said institution:

NONE

_September 26, 2000_
DATE

_Charles E. M_
SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL
Charles E. Martin, Business Manager III

*Page 2*

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM        RUN      IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING       DATE  9/26/2000
REMOTE PRINT TIME  8:35             FROM PURGE FILE           PAGE         1
```

| INMATE | NAME | | | | | |
|---|---|---|---|---|---|---|
| NUMBER | LAST | | FIRST | MI | | STARTING BALANCE |
| BE4713 | MOSER | | JEFFREY | P | | 21.53 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 7633 | 04-04-2000 | 13 | PERSONAL GIFT FROM | | |
| | | | MURRAY      / D 600884 | 15.00 | 36.53 |
| 7641 | 04-05-2000 | 36 | PRINTED MATERIALS | | |
| | | | IGWF COPIES W/O  3/22-3/29 | -.40 | 36.13 |
| 7646 | 04-06-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | WAGES: 03/01-03/31/00 | 16.56 | 52.69 |
| 8098 | 04-07-2000 | 32 | FRA COMMISSARY | | |
| | | | FOR  4/07/2000 | -6.42 | 46.27 |
| 7648 | 04-07-2000 | 39 | LEGAL FEES | | |
| | | | DIS COURT - CV00326 - MAR BAL | -10.08 | 36.19 |
| 7648 | 04-07-2000 | 39 | LEGAL FEES | | |
| | | | DIS COURT - CV00326 | -11.31 | 24.88 |
| 7654 | 04-11-2000 | 36 | PRINTED MATERIALS | | |
| | | | IGWF COPIES W/O 3/27-/04/04/00 | -.60 | 24.28 |
| 7648 | 04-07-2000 | 86 | ADJUST PAYMENT | | |
| | | 39 | POSTED INCORRECT AMT | 11.31 | 35.59 |
| 7648 | 04-07-2000 | 39 | LEGAL FEES | | |
| | | | DIST CRT CV00326 CORRECTED AMT | -7.88 | 27.71 |
| 8104 | 04-13-2000 | 32 | FRA COMMISSARY | | |
| | | | FOR  4/14/2000 | -21.15 | 6.56 |
| 7670 | 04-14-2000 | 37 | POSTAGE | | |
| | | | 04 APR 00 POSTAGE CHRGE | -2.98 | 3.58 |
| 7675 | 04-17-2000 | 36 | PRINTED MATERIALS | | |
| | | | IGWF COPIES W/O 4/5-4/11/00 | -1.30 | 2.28 |
| 7692 | 04-25-2000 | 36 | PRINTED MATERIALS | | |
| | | | IFWF  COPIES W/O 4/12-4/18 | -1.90 | .38 |
| 7720 | 05-04-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | WAGES:  04/01 - 04/30/2000 | 14.78 | 15.16 |
| 7723 | 05-09-2000 | 39 | LEGAL FEES | | |
| | | | CRT CSTS:  CV 00326 20% APR | -6.31 | 8.85 |
| 8131 | 05-10-2000 | 32 | FRA COMMISSARY | | |
| | | | FOR  5/10/2000 | -5.82 | 3.03 |
| 7749 | 05-15-2000 | 13 | PERSONAL GIFT FROM | | |
| | | | MURRAY      /  D 367472 | 30.00 | 33.03 |
| 7757 | 05-16-2000 | 14 | MISCELLANEOUS | | |
| | | | REFUND INCORRECT POST CHGE | 2.98 | 36.01 |
| 7757 | 05-16-2000 | 37 | POSTAGE | | |
| | | | CORRECTED POST CHRG 4/4/00 | -1.73 | 34.28 |
| 7774 | 05-23-2000 | 37 | POSTAGE | | |
| | | | 18 MAY 00 - POSTAGE CHRGE | -.99 | 33.29 |
| 8145 | 05-24-2000 | 32 | FRA COMMISSARY | | |
| | | | FOR  5/24/2000 | -26.44 | 6.85 |
| 7780 | 05-25-2000 | 36 | PRINTED MATERIALS | | |
| | | | IGWF COPIES W/O 5/13-5/20 | -3.60 | 3.25 |

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM        RUN      IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING       DATE  9/26/2000
REMOTE PRINT TIME  8:35           FROM PURGE FILE            PAGE         2
```

| INMATE | NAME | | | |
|--------|------|---|---|---|
| NUMBER | LAST | | FIRST | MI |
| BE4713 | MOSER | | JEFFREY | P |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---------|-----------------|---|-------------------------|--------------------|---------------------------|
| 7794 | 05-31-2000 | 37 | POSTAGE | | |
| | | | 23 MAY 00 POSTAGE CHRGE | -.77 | 2.48 |
| 7805 | 06-05-2000 | 36 | PRINTED MATERIALS | | |
| | | | IGWF COPIES W/O 05/22-5/31/00 | -1.60 | .88 |
| 7808 | 06-01-2000 | 37 | POSTAGE | | |
| | | | 02 JUN 99 POSTAGE | -.77 | .11 |
| 7808 | 06-01-2000 | 37 | POSTAGE | | |
| | | | 02 JUN 99 POSTAGE | -.77 | -.66 |
| 7819 | 06-08-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | WAGES: 05/01/ - 05/31/2000 | 15.84 | 15.18 |
| 7823 | 06-09-2000 | 39 | LEGAL FEES | | |
| | | | COURT COSTS - 99 CV 00326 | -8.96 | 6.22 |
| 7829 | 06-13-2000 | 37 | POSTAGE | | |
| | | | IGWF COPES W/O 06/01-06/06/00 | -8.70 | -2.48 |
| 7851 | 06-20-2000 | 36 | PRINTED MATERIALS | | |
| | | | IGWF COPIES W/O 6/6-6/12/00 | -1.00 | -3.48 |
| 7857 | 06-22-2000 | 13 | PERSONAL GIFT FROM | | |
| | | | MURRAY    / D 442662 | 25.00 | 21.52 |
| 7866 | 06-26-2000 | 37 | POSTAGE | | |
| | | | 19 JUN 00 - POSTAGE CHRGE | -2.20 | 19.32 |
| 7866 | 06-26-2000 | 37 | POSTAGE | | |
| | | | 20 JUN 00 - POSTAGE CHRGE | -4.65 | 14.67 |
| 7868 | 06-26-2000 | 36 | PRINTED MATERIALS | | |
| | | | IGWF COIES W/O 6/13-6/22 | -3.80 | 10.87 |
| 8180 | 06-28-2000 | 32 | FRA COMMISSARY | | |
| | | | FOR  6/28/2000 | -2.54 | 8.33 |

```
              BALANCE AFTER THESE TRANSACTIONS------>        8.33
```

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM         RUN     IAS365
BUREAU OF COMPUTER SERVICES     PARTIAL ACCOUNT LISTING       DATE  9/26/2000
REMOTE PRINT TIME  8:35             FROM ACTIVE FILE          PAGE        1
```

| INMATE | NAME | | | | | |
|---|---|---|---|---|---|---|
| NUMBER | LAST | | FIRST | MI | | STARTING BALANCE |
| BE4713 | MOSER | | JEFFREY | P | | 8.33 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 7890 | 07-07-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | WAGES: 06/01 - 06/30/2000 | 15.84 | 24.17 |
| 7894 | 07-10-2000 | 39 | LEGAL FEES | | |
| | | | DIST CRT - 99-CV-00326 20% JUN | -8.17 | 16.00 |
| 7906 | 07-11-2000 | 36 | PRINTED MATERIALS | | |
| | | | IGWF COPIES W/O 6/23-7/5 | -2.50 | 13.50 |
| 8194 | 07-12-2000 | 32 | FRA COMMISSARY | | |
| | | | FOR  7/12/2000 | -10.27 | 3.23 |
| 7920 | 07-18-2000 | 37 | POSTAGE | | |
| | | | 13 JUL 00 / POSTAGE CHRGE | -.77 | 2.46 |
| 7939 | 07-25-2000 | 36 | PRINTED MATERIALS | | |
| | | | IGWF COPIES W/O 7/10/-7/19 | -4.20 | -1.74 |
| 7956 | 08-01-2000 | 36 | PRINTED MATERIALS | | |
| | | | IGWF COPIES W/E 07/20-7/26/00 | -1.80 | -3.54 |
| 7967 | 08-06-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | WAGES:  07/01/00 - 07/31/00 | 14.40 | 10.86 |
| 7969 | 08-06-2000 | 39 | LEGAL FEES | | |
| | | | DIS.CRT - 20% JUL -98CV-00326 | -3.17 | 7.69 |
| 7974 | 08-08-2000 | 36 | PRINTED MATERIALS | | |
| | | | IGWF COPIES W/O 7/26-8/1/00 | -.80 | 6.89 |
| 8222 | 08-09-2000 | 32 | FRA COMMISSARY | | |
| | | | FOR  8/09/2000 | -3.82 | 3.07 |
| 1 | 08-17-2000 | 36 | PRINTED MATERIALS | | |
| | | | IGWF COPIES W/O 08/01-8/11/00 | -4.50 | -1.43 |
| 0 | 08-21-2000 | 92 | TRANSFER OUT | | |
| | | | FRACKVILLE | | |
| 0 | 08-21-2000 | 91 | TRANSFER IN | | |
| | | | HUNTINGDON | | |
| 0 | 08-23-2000 | 92 | TRANSFER OUT | | |
| | | | HUNTINGDON | | |
| 0 | 08-23-2000 | 91 | TRANSFER IN | | |
| | | | FRACKVILLE | | |
| 10 | 08-23-2000 | 36 | PRINTED MATERIALS | | |
| | | | IGWF COPIES 08/12 - 08/18 | -1.30 | -2.73 |
| 0 | 08-23-2000 | 92 | TRANSFER OUT | | |
| | | | FRACKVILLE | | |
| 0 | 08-23-2000 | 91 | TRANSFER IN | | |
| | | | HUNTINGDON | | |
| 2405 | 08-25-2000 | 38 | INSIDE PURCHASES | | |
| | | | SHOE SHOP - AUGUST 24, 2000 | -3.25 | -5.98 |
| 2498 | 09-11-2000 | 13 | PERSONAL GIFT FROM | | |
| | | | MURRAY, ANN          (251637) | 15.00 | 9.02 |
| 2511 | 09-13-2000 | 37 | POSTAGE | | |
| | | | LEGAL - SEPTEMBER 12, 2000 | -.55 | 8.47 |

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM        RUN      IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING       DATE  9/26/2000
REMOTE PRINT TIME  8:35             FROM ACTIVE FILE         PAGE         2
```

| INMATE | NAME | | | |
|--------|------|--------|--------|------|
| NUMBER | LAST | | FIRST | MI |
| BE4713 | MOSER | | JEFFREY | P |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---------|-----------------|---|-------------------------|--------------------|---------------------------|
| 8257 | 09-13-2000 | 32 | HUN COMMISSARY | | |
| | | | FOR  9/13/2000 | -6.03 | 2.44 |
| 2525 | 09-14-2000 | 41 | MEDICAL | | |
| | | | MEDICAL CO-PAY SEPT. 12, 2000 | -2.00 | .44 |
| 2531 | 09-15-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | AUGUST, 2000 | 8.64 | 9.08 |
| 8264 | 09-20-2000 | 32 | HUN COMMISSARY | | |
| | | | FOR  9/20/2000 | -5.90 | 3.18 |
| 2575 | 09-20-2000 | 39 | LEGAL FEES | | |
| | | | MIDDLE DISTRICT  99-0326 | -2.88 | .30 |
| 2582 | 09-21-2000 | 13 | PERSONAL GIFT FROM | | |
| | | | MURRAY, ANN       (262040) | 40.00 | 40.30 |
| 2595 | 09-25-2000 | 13 | PERSONAL GIFT FROM | | |
| | | | WILLIAMS, CATHI      (011706) | 50.00 | 90.30 |
| 2597 | 09-25-2000 | 38 | INSIDE PURCHASES | | |
| | | | XEROX COPIES WK ENDING 9-16-00 | -3.60 | 86.70 |

```
                    BALANCE AFTER THESE TRANSACTIONS------>       86.70
```

10/6/00     o 99 Balance