( WHI / D / ED / CAPRD )

35

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

**INMATE'S REQUEST TO STAFF MEMBER**

INSTRUCTIONS

1 : CV-00-1846

Complete items number 1-7. If you follow instructions in preparing your request it can be disposed of more promptly and intelligently.

| 1. TO: (NAME AND TITLE OF OFFICER) Mr. Forr /Superintendents assitant / | 2. DATE 21 Apr. 2000 |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Jeffery Moser BE4713 | 4. COUNSELOR'S NAME Dudeck |
| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT A-A-22 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Mr. Forr,

Please see Enclosed is a Hand copy of the report from the Doctor I have made this so you can reference it against the orginal and know the truth of what was said, and see the injust and suffering I must endore, So the Medical staff & Adminstraition can stay in complance with there "Policies" which are in fact unlawfull as well civil crimes against me. I am well within my rights to Hand Copy this and any report in any of my Files, As this is America and we have the F.O.I.A. and Const. rights even if this Adminstraition (Pa. D.O.C.) elects to walk all over the Prisoner & Taxpayer in there actions...   Please get back to me if I can be of anymore Assitance. God Bless you & Yours...

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER                                            DATE

DC-804
Part II

Appealed
Super - 1-16-00
W.H. Wolf

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P. O. BOX 598
Camp Hill, PA  17011

OFFICIAL INMATE GRIEVANCE                                      GRIEVANCE NO.  FRA-0001-00
INITIAL REVIEW RESPONSE

| TO:  (Name & DC#)<br>Jeffrey Moser<br>BE-4713 | INSTITUTION:<br><br>SCI-Frackville | QUARTERS:<br><br>A-A22 | GRIEVANCE DATE:<br><br>12-23-99 |
| --- | --- | --- | --- |

The following is a summary of my findings regarding your grievance:

The decision to detoxify you from the addicting drugs was made by a team of three physicians -  Dr. Maue, Medical Director for the Pennsylvania Department of Corrections and practicing psychiatrist; Dr. O'Connor, Medical Director for SCI Frackville, whose credentials include addiction specialist,  and Dr. Newton, treating psychiatrist.  Their decision is within the guidelines of DOC policy which specifically targets drugs like Benzodiazepines.  Contrary to your belief, this is not a "Frackville policy", but a written DOC policy.

There is no documentation of any allergic reaction to other psychotropic medication - only your statement that you had one.  There is abundant documentation of your adamant refusal to take anything but Benzodiazepines.

I held a personal interview with you as you requested, but you clearly stated that the only reason you requested it was because you thought that an interview would somehow make me "officially involved".

My signature attests to my involvement.

cc:
    DC-15
    File

| Refer to DC-ADM 804, Section VIII,<br>for instructions on Grievance System<br>Appeal Procedures | SIGNATURE OF GRIEVANCE OFFICER:<br><br>*Linda J. Nauroth*<br>Linda J. Nauroth, CHCA | DATE:<br><br>01-11-00 |
| --- | --- | --- |

**DC-804**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA. 17001-0598**

*(certification of mail )(trust)*
*- 87 Dec 99 - Jeffry Moser*
*wit by :*
*Interview Requested /hand copies*

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO.    FRA-0001-00

| TO: GRIEVANCE COORDINATOR | INSTITUTION S.C.I.E. Frackville | DATE 23 Dec 99 |
|---|---|---|
| FROM: (Commitment Name & Number) Moser BE4713 | INMATE'S SIGNATURE Jeff Moser | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT A-A-22 | |

RECEIVED
SCI-FRACKVILLE
CHCA

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

I Have Been on Mental Health, & aux. Medication since the 1980 (S) which are even reflected in my older 1988 to 1990 D.O.C. Medical Records + For the Facework I take The Same Meds & attend counseling as needed. * Now "Dr. Newton" has cut off "ALL" "Medications", & Treatment, stating that I should Have "continued to take a medication (I Had an Allergic reaction too!) This is Medical Neglect to even subject to take Medication harmful to me (or) recieve no further medication (or) Treatment. - " This all seem to come out of an <u>unwritten</u> but well Documented Policy of S.C.I. Frackville to Discriminate and Target (certain) Medication such as (adavin) (prozact) Etcna. These meds will not be Given or continue to be Given after you are recieved at S.C.I. Frack. Regardless of the Need For such meds, sought by Doctor Beforehand For Patient. even at the cost of Human Respectibility of Life. This Adminstrative Policy Dictates Medical Treatment, Unlawfully. I am Being Refuse "any" Effective Mental Health Treatment Now, I did not get cured on the Drive here. all Refusual are yours to treat. Admin. Absurd!

B. Actions taken and staff you have contacted before submitting this grievance:

[Consulted with, Dr. Newton, Dr. Naroth, Mental Health Nurse, Mr. Semerad, and Attempt to File Grievance Effectively.]

* Hand Copy Retained - Personal Interview Requested - Witnessed Mailing. -

*(left margin, vertical: I. Submitted - 1st - written - witness 1980 + D.O.C.)*

---

Your grievance has been received and will be processed in accordance with DC-ADM 804.

| FmR | Ms Naroth | 1-4-00 |
|---|---|---|
| Signature of Grievance Coordinator | | Date |

DC-804
Part II

*Appealed Super - 1-15-00 W.F. a Wolf.*

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P. O. BOX 598
Camp Hill, PA  17011

OFFICIAL INMATE GRIEVANCE                    GRIEVANCE NO.  FRA-0007-00
INITIAL REVIEW RESPONSE

| TO: (Name & DC#) Jeffrey Moser BE-4713 | INSTITUTION: SCI-Frackville | QUARTERS: A-A22 | GRIEVANCE DATE: 01-08-00 |
|---|---|---|---|

The following is a summary of my findings regarding your grievance:

Your logic amazes me.  Do you truly believe that Tylenol is more damaging to your liver than hard-core narcotics?  No one will argue that Morphine is not "effective pain meds without Tylenol".  It is.  Is it the appropriate daily chronic medication for someone who is dying in pain?  Probably.  Is it the appropriate medication for a healthy, young man with a disc problem?  Our doctors don't think so.

Yes, I did say "healthy".  You do have Hepatitis C and there is documentation on your chart that Dr. O'Connor told you about it, but that doesn't mean you are "terminally ill".  Dr. O'Connor could not have told you that you "can't have the Hep C treatments" because that decision has not been made.  This is a complex disease with complex treatment.  Decisions regarding candidates for treatment are made by a multi-disciplinary committee and I know for a fact that your case has not yet been discussed.  The good news is that your liver enzymes are much, much better now than they were when you first came here in 1991.

I have made appointments for any inmate who wants to discuss Hepatitis C and I will be glad to meet with you if you like.  The only thing I ask is that you leave your litany of allegations and accusations in your cell.

Regarding the MRI of your back -  you are very much aware of the situation:  You had an appointment;  you went to have it done;  they couldn't do it because you're too big to fit into the machine.  We have rescheduled you for a different MRI site.  What you call "stall tactics" we call waiting for an appointment - just like people on the street have to do.

A grievance is not the proper forum to request an interview with the Superintendent.  You can appeal this grievance response to him if you wish, as is explained in your handbook.

cc:    DC-15
       File

| Refer to DC-ADM 804, Section VIII, for instructions on Grievance System Appeal Procedures | SIGNATURE OF GRIEVANCE OFFICER: *Linda J. Nauroth* Linda J. Nauroth, CHCA | DATE: 01-11-00 |
|---|---|---|

**DC-804**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS** WIT
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO.    FRA-0007-00

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| | S.C.I.FRACKVILLE | 8th Jan. 00 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Jeffery Paul Moser BE4713 | | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| | A-A-#2 | |

RECEIVED
SCI-FRACKVILLE
CHCA

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

I was recently dianosed with Hep C. a terminal ILLNESS, I was Never told that I had this Illness, untill I found out months later on my own reveiw of my medical file, [Never Advised BY STAFF] Now because of S.C.I.F. medication discrimination policy (unwritten but Documented) I am Being Refused Proper Pain medication Without Tylnol in it (LIVER DAMAGING AGENT) DEATH TO H.V.C. patients. Such as Oxycotine, M/s Cotton  Ect. Effective Pain Meds without Tylnol. I expect Retalitory actions towards Me in the form of, Stopping all my meds for filing this Geievance Which with that I will unable to Function and in sewer Pain, Also Dr.O'Connor States I can't have the Hep. C. Treatments because of my mental History. But he JUSTHAD THE DR. NEWTON STOP ALL MY MEDS. BECAUSE THEY ARE NOT PERMITED TO BE DISPENCED HERE & I HAVE NO MENTAL PROBLEM ACCORDING TO HIM! A Told Contridiction. I Demand Proper treatment for my

B. Actions taken and staff you have contacted before submitting this grievance: **Terminal Illness & Spinal Injury &**
**NMoore Stall Tactic's (M.R.I.) Failed Notifica**

   I've talk with Dr. O'Connor, The P.A. (s) Ms. Nauroth , wrote and awaiting court Intevention. Made Arrangment to Retain Schnader. S. H. & Lewis Plila. If issue not resolved, Please contact me, Superintend Interveiw requested....

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Grievance Coordinator

Date

**DC-804**
**PART 1**

*Exhausted Too*

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA. 17001-0598**

*Request Personal Interview*
*Please Assign No. # This Time*

**OFFICIAL INMATE GRIEVANCE**                    GRIEVANCE NO. [ ]

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| | S.C.I. Frackville | 23 Dec 99 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| MOSER BE4713 | J. M | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| | A - A - 22 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

I have been on Mental Health, & Anx. Medications since the 1980's(s) which are even Reflected in my older 1989 to 1992 D.O.C. Medical Records, In the Freeworld I take the same meds, and attend Counseling. Now Dr. Newton has cut me off All Treatment, saying that I should have "Continued to take a Medication I had Allergic (ill) Reaction too." This is Medical Neglect, to insist I take something Harmful. And Blantant Deliberate indifference so Blantant, it show the Medical Staff's Intention, Towards Retaliation Against me. This all seems to come out of the "Unwritten (but well Documented Policy of S.C.I. Frackville" to Discriminate Against Targeted Medications even at the cost of Human Beings (inmates) Lifes, which is an 8th amend Violation, & Be on Notice. I Did't Get cured on the Drive (here and all Refusal are yours to Treat,) (me Professionally & Proper, & at all) so —

B. Actions taken and staff you have contacted before submitting this grievance:

Spoke too Dr. Newton, Dr. O'Connor, Dr. Naumoth, Medical Health Nurses, Before 1st Exhaustion Grievance = Please Review & take Action (Inmate is Indigent at This Time.)

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Grievance Coordinator                         Date

**WHITE**—Grievance Coordinator Copy    **CANARY**—File Copy    **PINK**—Action Return Copy    **GOLDENROD**—Inmate Copy

**DC-804**
**PART 1**

### COMMONWEALTH OF PENNSYLVANIA
### DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA. 17001-0598

*PLEASE ASSIGN NO#. 2*

**OFFICIAL INMATE GRIEVANCE**                    GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| | S.C.E. FRACKVILLE | 12-23-99 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| MOSEK BE4713 | Jeffrey Moser | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| | A-A-22 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

I know it is mr. Forr entention to unlawfully stall the grievance process, By Not assigning a grievance No# to valid grievance (life threatning) Hiding Behind policy, stating that He wants the original or copies of all request slips, i.e. paperwork. Now to address this when mr. Forr has said paperwork and more access to said records & files. Then inmate. His policy (indifference) is such that if youre "indigent" as (I am) you can not afford copies and if you are wise you will not send your "only originals" to Him to Be misstakenly lost, But rather to your legal counsel, as I have recently accessed. So I view this avoidance & Deliberate indifference, To say that if your "indigent" you can't possible file a grievance through mr. Forr. And expect to get a grievance No# or Results, even in life threatning medical situation. There only criminals.

B. Actions taken and staff you have contacted before submitting this grievance:

Send copies to A.C.L.U. & Attorney & camphill - through orginals and counsel. (5th Time I Address indifference in Process to mr. Forr.) * Request Personal interview.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Grievance Coordinator                    Date

**DC-804**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA. 17001-0598**

**OFFICIAL INMATE GRIEVANCE**                    GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION S.C.C. Faulkville | DATE 27 Dec 99 |
| FROM:(Commitment Name & Number) MOSER BE4713 | INMATE'S SIGNATURE Jeffrey Paul Moser | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT 4-A-22 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

For my Personal Safety, As the Past employed threat may Rays true! Now to Date, (Ofc. Sueadel) (2nd shift) Took my Phone time For this week in Front of Witness my Times Are (8am mon, 8am Wen, 1930Pm sab) The 8am Call was Pre-Arranged (Early Attorney Conference Call) Planned weeks Ahead of Time, this Mr. Sueadel Knew mention of, Because when I got my Phone I mentioned why I Need (2) 8am morning Calls. ✳ Upon Requesting my Call at 8am, I was told that Mr. Sueadel indicated I Refused All my Calls (3#) of Them this week, this was a Lie and a Blantant act of Indifference Towards, So much, He must of Re-written the Phone Log, Because my Witness's myself Saw Him Record my Phone Times. Its Been Indicated that He Veiws me as a Jailhouse Lawyer and will Go to many lenths to Harrass me! His Action Cut off All My Legal Access this week. ✳ Now As of Filing this Grievance, I suppose I am Going to Suffer Extreme Harrassment, Unlawfully. But I will Not Let

B. Actions taken and staff you have contacted before submitting this grievance. Violation of my Rights, ☐☐☐ To Deteur me From Exercisu Them. Please Review the Situation And make Written Record of All Actions. You Are made Aware God Bless

Note: Mr. Sueadel I Feel Has Done Something Else to me, But it is Too Personal in Nature I Feel to Address At S.C.C.F., So I will Ask For An External Review from The Commissioners Office, To Limit the Levels of Retaliation Towards me (For Talking)

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Grievance Coordinator                    Date

WHITE—Grievance Coordinator Copy        CANARY—File Copy        PINK—Action Return Copy        GOLDENROD—

**DC-804**
**PART 1**

( 1 of 2 Pages )

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**                    GRIEVANCE NO. _____

| TO: GRIEVANCE COORDINATOR | INSTITUTION S.C.I. FRACKVILLE | DATE 27 DEC 99 |
|---|---|---|
| FROM: (Commitment Name & Number) Jeffery Miosk BE4713 | INMATE'S SIGNATURE Jeffery Miosk | |
| WORK ASSIGNMENT N/A | QUARTERS ASSIGNMENT A·A·22 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

In the past month I have been subject to Harassment by my block officer (officer Swadel) and other officers, when I brought this to the 2nd shift sgt. attention 3 wks ago, I was told "you don't want to get into a pissing match with the officer" ("Because we will win") meaning if I filed grievances, I would be Harassed more, because Retaliatory misconducts Ect.. which is Deliberate indifference and unlawful action being taken against me, for exercising my Rights (such as legal/lawsuit) in an effort to Deprive me Legal Access (telephone) (Parole) (Ect...) And abuse of Power and Get even ~~practically~~ tactics. So since this I have started a Personal log 3 weeks to stir any Retaliation up towards myself, until it came to a point where, the Harassment was getting out of Hand ~ in ~ a threat to either my Life, liberty or legal Access at which time Send my concerns out to the DuBois S/counsel Via my Personal counsel, before filing this 2nd note Grievance ~> (Please continue Next Page) ~>

B. Actions taken and staff you have contacted before submitting this grievance:

spoke to the Following chain of People to about the Problem of:. Swadel & other Retaliatory ofc: (last shift Sgt. & supervisor as stated within) (Talk to ofc. Kowalski.) (Talked to Day shift 27 Dec 99 sgt.) (Talked to mealtime white shirts (Captains)) All Incidents, No Action to Rectify this situation Filed ~~Grow~~ Grievance (1st step)

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____                    _____
Signature of Grievance Coordinator                              Date

COMMONWEALTH OF PENNSYLVANIA
State Correctional Institution
at Frackville, PA. 1793

*12·28*

**SUBJECT:** Return of Official Inmate Grievance

**TO:** *Moser BE4713 AA22*

**FROM:** James R. Forr
Corrections Superintendent's Assistant  *Need All form*

This Official Inmate Grievance is being returned to you because you have not complied with the following requirement(s) of DC-ADM-804, Consolidated Inmate Grievance Review System:

### Section V. Form - Grievances and Appeals

(✓)   A. All grievances and appeals shall be in writing and in the format supplied by the institution .
        ( ) Requirement of instruction number three (3) has not been met.

( )   B. All grievances and appeals shall be presented individually.
        Group grievances and appeals are prohibited.

( )   C. Only an inmate who has been personally affected by a Department or institution action o
        policy shall be permitted to seek review or appeal. The inmate grievant must sign the
        grievance or appeal.

( )   D. All grievances and appeals must be presented in good faith. They shall include a brief
        statement of the facts relevant to the claim. The text of the grievance must be legible and
        presented in a courteous manner.

( )   E. Grievances and appeals based on different events should be presented separately unless
        necessary to combine the issues to support the claim.

### Section VII. Initial Review

B. Any inmate grievance may be addressed to the Inmate Grievance Coordinator
except issues related to the following:
( ) 1. Incoming Publications, DC-ADM-814.
( ) 2. Institution Disciplinary and Restricted Housing Procedure, DC-ADM-801. Initial Re
decision includes the decision of the Hearing Examiner and PRC.
( ) 4. Policy and Procedures for obtaining Pre-Release Transfer, DC-ADM-805.
( ) 5. Other kinds of issues for which review procedures have been previously
established by administrative memorandum or policy statement.
D. Procedures:
( ) Unless otherwise specified (VII.B. of this directive) Initial Reviews must be submitted
fifteen (15) calendar days after the events upon which the claims are based.

**DC-804**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA. 17001-0598**

*PLEASE ASSIGN No#. 2*

**OFFICIAL INMATE GRIEVANCE**                    GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| | S.C.F. Frackville | 12-23-99 |
| FROM: (Commitment Name & Number)  MOSER BE4713 | INMATE'S SIGNATURE  *Jeffrey Moser* | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT  A-A-22 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

I know it is Mr. Forr intention to unlawfully stall the Grievance Process. By not assigning a grievance No# to valid grievance (life threatning) hiding behind policy, stating that he wants the original of copies of all Request slips, i.e. paperwork. Now to address this action Mr. Forr has said paperwork and more access to said records & files. Then inmate. His policy (indifference) is such that if you're "indigent" as (I am) you can not afford copies and if you are wise you will not send your "only originals" to him to be misstakenly lost, but rather to your legal counsel, as I have recently accessed. & I view this avoidance & deliberate indifference, to say that if your "indigent" you can't possible file a grievance through Mr. Forr. And expect to get a grievance No# or results, even in life threatening medical situation. "There only Criminals."

B. Actions taken and staff you have contacted before submitting this grievance:

Send copies to A.C.L.U. & Attorney, & CampHill - through originals and counsel. ( (3rd) Time I address indifference in process to Mr. Forr.) * Request Personal Interview.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Grievance Coordinator                              Date

*(Co ___ -tained)*

DC-135A *(certification of mailing) & J.E. Moser*
*put this in the R.O.R. 89 Dec 99* *with by:*

*Legal Notice / Appeal*

## INMATE'S REQUEST TO STAFF MEMBER

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Superentendent Chesney | 2. DATE 29 Dec 99 |
|---|---|

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Moser BE4713 | 4. COUNSELOR'S NAME |
|---|---|

| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT A - A - 22 |
|---|---|

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

Sir, please see enclosed copies of grievances filed, Mr. Forr states over and over (needs all forms) I've been thought the Inmate Handbook, and can not explain this response, nor will he! Furthermore, one of the grievances addresses Mr. Forr and his actions, which he should not have address himself but rather his super. He is abusing the grievance system and even refused to assign a grievance No.# to any of my grievance's (I now know) one is a serious threat to my medical health & another is a threat in retaliation toward me from staff. "So I have no grievance process availible for me," "Required by law". Nothing will be address threw mister Forr, No matter how serious. So now, I've gone to the court & will show I have no administraittive remedies and ask for injunctive relief, and to the D.O.J. compl. I

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

would welcome an interview and a review of this situation sir, because these actions are unlawfull, therefore not to stop the litigation process. I would welcome a resolve to matters at this level. Thank you for your time!

The reason your gievance forms are returned is because you do not send all 4 copies of the form. Without all 4, no action will be taken. Send all four forms, Mr. Forr will sign, date & assign a number & return your goldenrod copy — that is the procedure. Follow it & the system will work.

□ TO DC-14 CAR ONLY          cc: Mr. Forr          □ TO DC-14 CAR AND DC-15 IRS
                                    File

RECEIVED DEC 31 1999 SCI FRACKVILLE SUPERINTENDENT'S OFFICE

| STAFF MEMBER | DATE 12/31/99 |
|---|---|

**DC-804**
PART 1

## COMMONWEALTH OF PENNSYLVANIA
### DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA. 17001-0598

*Request personal interview*

*Please assign No. # this Time*

Evaluations, Verifications of ... for this on the box 89 msg? Pills? No ...

| OFFICIAL INMATE GRIEVANCE | GRIEVANCE NO. | |
|---|---|---|

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| | S.C.I. Frackville | 23 Dec 99 |

| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE |
|---|---|
| MOSER BE4713 | J. M |

| WORK ASSIGNMENT | QUARTERS ASSIGNMENT |
|---|---|
| | A - A - 22 |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

I have been on Mental Health, & anx. medications since the 1980'(s) which are even reflected in my older 1989 to 1992 D.O.C. medical records, in the freeworld I take the same meds, and attend counseling. Now Dr. Newton has cut me off all treatment, saying that I should have "continued to take a medication I had allergic (ill) reaction too". This is medical neglect, to suggest I take something harmful. And blantant deliberate indifference. So blantant, it show the medical staff's intention, towards retaliation against me. This all seems to come out of the "unwritten (but well documented) policy of S.C.I. Frackville" to discriminate against targeted medication even at the cost of human beings (inmates) lives which is an 8th amend. violation. I BE on notice, I Did'nt (er used on the drive) receive law, so do not suit. (Here, Any & all refusal Are yours to treat:) (me professionally & proper, & at all)

B. Actions taken and staff you have contacted before submitting this grievance:
Spoke too: Dr. Newton, Dr. O'Connor too Dr. Naurath, Medical Health Nurse #1, before 75f exhaustion grievance & Hence, review & take action ... is indicated ... (that is the procedure.)

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Follow it & the system will work.

cc. M. Forr
File

Signature of Grievance Coordinator                     Date

DC-804
PART 1

( 1 or 2 Pages )

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**                    GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
|  | S.C.I. FRACKVILLE | 27 DEC 99 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Jeffrey Wlasek BE4713 | Jeffrey Wlasek | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| N/A | A-A-22 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

In the past month I have been subject to Harrassment by my Block officer (officer Swandel) and other officers. When I brought this to the 2nd shift Sgt. attention 2wks ago, I was told "you don't want to get into a pissing match with the officer" ("Because we will win") Meaning if I filed grievance, I would be Harrassed more. Receive retaliatory misconducts Ect... Which is deliberate indifference and unlawful action being taken against me, for exercising my rights (Const. /litigational) in an effort to deprive me legal access (Telephone) (Parole) (School) and abuse of power and get even tactic. So this I have started a personal log I believes to stir any retaliations up towards myself, until it come to a point were, the Harrassment was getting out of Hand - to a threat to either my life, liberty or legal access at which time send my concerns out to the D.O.C. F/counsel via. my personal counsel, before filing this 2nd rate grievance. (Please continue next page) ⟶

B. Actions taken and staff you have contacted before submitting this grievance:

Spoke to the following Chains of Rights to about the problem ofc. Swandel & other retaliatory ofc. (And Shift Sgt. Hepperson as stated w/ssn) (Talk to ofc. Kowarski.) (Talked to Day Shift 2 days Sgt.) (Talked to Medichie White, Sitzler (Attries) all incidents, No action to Rectify this situation, Filed <del>Cost</del> grievance (1st step).

Your grievance has been received and will be processed in accordance with DC-ADM 804.

I hope this system will work.

_____
Signature of Grievance Coordinator                    Date

WHITE—Grievance Coordinator Copy    CANARY—File Copy    PINK—Action Return Copy    GOLDENROD—Inmate Copy

DC-804
PART 1 of 2

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**                    GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION S.C.E. FRANKVILLE | DATE 27 DEC 99 |
| FROM: (Commitment Name & Number) MOSER  BE4713 | INMATE'S SIGNATURE Jeffery Paul Moser | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT 4-A-22 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

FOR MY PERSONAL SAFTY, AS THE PAST EMPLOYED THREAT MAY AGUS TRUE! NOW TO DATE, (OFC. SWEADEL) (2nd SHIFT) TOOK MY PHONE TIME FOR THIS WEEK IN FRONT OF WITNESS MY TIMES ARE (8AM MON, 8AM WEN, 1330PM SAT) THE 8AM CALL WAS PRE-ARRANGED (EARLY ATTORNEY CONFERENCE CALL) PLANNED WEEKS AHEAD OF TIME, THIS MR. SWEADEL KNEW MENTION OF, BECAUSE WHEN I GOT MY PHONE I MENTIONED WHY I NEED (2) 8AM MORNING CALLS. * UPON REQUESTING MY CALL AT 8AM I WAS TOLD THAT MR. SWEADEL INDICATED I REFUSED ALL MY CALLS (3#) OF THEM THIS WEEK, THIS WAS A LIE AND A BLANTANT ACT OF INDIFFERANCE TOWARDS, SO MUCH, HE MUST OF RE-WRITTEN THE PHONE LOG, BECAUSE MY WITNESS ¿ MYSELF SAW HIM RECORD MY PHONE TIMES. IT'S BEEN INDICATED THAT HE VIEWS ME AS A "JOHLHOUSE LAWYER" AND WILL GO TO ANY LENTHS TO HARRASS ME! HIS ACTION CUT OFF ALL MY LEGAL ACCESS THIS WEEK. * NOW AS OF FILLING THIS GRIEVANCE, I SUPPOSE I AM GOING TO SUFFER EXTREME HARRASSMENT, UNLAWFULLY, BUT I WILL NOT LET

B. Actions taken and staff you have contacted before submitting this grievance Violation of MY RIGHTS, ___ TO DETERR ME FROM EXERCISEY THEM. PLEASE REVEIW THE SITUATION AND MAKE WRITTEN RECORD OF ALL ACTIONS. YOU ARE MADE AWARE GOD BLESS

NOTE: MR. SEADEL I FEEL HAS DONE SOMETHING ELSE TO ME; BUT IT IS TOO PERSONAL IN NATURE I FEEL TO ADDRESS AT S.C.E.F. (SO I WILL ASK FOR AN INFORMAL REVEIW FROM THE COMMISSIONER OFFICE, TO LIMIT THE LEVELS OF RETALIATION TOWARDS ME (FOR TALKING)

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Grievance Coordinator                              Date

**COMMONWEALTH OF PENNSYLVANIA**
**State Correctional Institution**
**at Frackville, PA. 17931**

*12-22-99*

**SUBJECT:**    Return of Official Inmate Grievance

**TO:**    *Mosser  DE47W  AA22*

*Need all forms*

**FROM:**    James R. Forr
    Corrections Superintendent's Assistant

This Official Inmate Grievance is being returned to you because you have not complied with the following requirement(s) of DC-ADM-804, Consolidated Inmate Grievance Review System:

Section V. Form - Grievances and Appeals

(-)    A. All grievances and appeals shall be in writing and in the format supplied by the institution .
        ( ) Requirement of instruction number three (3) has not been met.
( )    B. All grievances and appeals shall be presented individually.
        Group grievances and appeals are prohibited.
( )    C. Only an inmate who has been personally affected by a Department or Institution action or policy shall be permitted to seek review or appeal. The inmate grievant must sign the grievance or appeal.
( )    D. All grievances and appeals must be presented in good faith. They shall include a brief statement of the facts relevant to the claim. The text of the grievance must be legible and presented in a courteous manner.
( )    E. Grievances and appeals based on different events should be presented separately unless it is necessary to combine the issues to support the claim.

Section VII. Initial Review

        B. Any inmate grievance may be addressed to the Inmate Grievance Coordinator except issues related to the following:
        ( ) 1. Incoming Publications, DC-ADM-814.
        ( ) 2. Institution Disciplinary and Restricted Housing Procedure, DC-ADM-801. Initial Review decision includes the decision of the Hearing Examiner and PRC.
        ( ) 4. Policy and Procedures for obtaining Pre-Release Transfer, DC-ADM-805.
        ( ) 5. Other kinds of issues for which review procedures have been previously established by administrative memorandum or policy statement.
        D. Procedures:
        ( ) Unless otherwise specified ( VII.B. of this directive) Initial Reviews  must be submitted within fifteen (15) calendar days after the events upon  which the claims are based.

**DC-804**
**PART 1**

Grievance 101

# COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA. 17001-0598

# Please assign No. # This Time #

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION S.C.E. Frackville | DATE 23 DEC 59 |
|---|---|---|
| FROM: (Commitment Name & Number) MASSER EE4713 | INMATE'S SIGNATURE J. M. | |
| WORK ASSIGNMENT ✓ | QUARTERS ASSIGNMENT A - A - 22 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

I have been on Mental Health 3 adx. medications since the 1980's which are even reflected in my older 1989 to 1992 D.O.C. medical records. In the Facework I take the same meds, and attend counseling. Now Dr. Newton has cut me off ALL Treatment, saying that I should have "continued to take a medication I had allergic (ill) reactions too". This is Medical Neglect, to reject I take something harmful, and Blantant Deliberate Indifference & Blantant, it show the medical staff's intentions, towards retaliation against me. This is all seems to come out of the "unwritten (but well documented) policy of S.C.E. Frackville" to discriminate against Tough Medications, even at the cost of human beings (inmates) life which is an 8th & 1st violation. Be on notice. I did'nt (sic) (used on the drive Here and all personal are yours to treat, (me professionally, 3 proper, 3 at all) I have too Dr. Newton, Dr. O'Connor, Dr. Namath, Medical Health Nurses, = before 1st exhaustion Grievance = please Review 3 take action

B. Actions taken and staff you have contacted before submitting this grievance:

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Grievance Coordinator                    Date

**DC-804**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**                    GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION S.C.E. Frackville | DATE 12-23-99 |
|---|---|---|
| FROM: (Commitment Name & Number) MOSES BE4713 | INMATE'S SIGNATURE Jeffrey Wilson | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT A-A-22 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

I find it is Mr. Furr intention to unlawfully stall the grievance process, By Not assigning a grievance No# to valid grievance (Life Threatening) Hiding Behind Policy, stating that he wants the original of copies of all Request slips, i.e. paperwork. Now to address this also Mr. Furr has said paperwork and more access to said records & files. Then inmate. His Policy (indifference) is Such that if you're "indigent" as (I am) you can Not afford copies and if you are wise you will Not Send your "only originals" to Him to be Mistakenly lost, But Rather to your legal counsel, as I have recently accessed. So I View this avoidance & Deliberate indifference, To Say that if you're "indigent" you Can't possible File a grievance through Mr. Furr. And Expect to Get a grievance No# or Possibly Even In Life Threatening Medical Situation. These only (eliminated)

B. Actions taken and staff you have contacted before submitting this grievance:

Sent copies to A.C.L.U. & Attorney & CampHill - Through originals and counsel. (3rd Time & address indifference in Access to Mr. Furr.) * Request Personal Interview.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Grievance Coordinator                                    Date

**WHITE**—Grievance Coordinator Copy     **CANARY**—File Copy     **PINK**—Action Return Copy     **GOLDENROD**—Inmate Copy

**DC-804**
**PART 1**

Dated 3 Submission Witnessed.

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**                    GRIEVANCE NO. 

| TO: GRIEVANCE COORDINATOR | INSTITUTION S.L.E. Frackville | DATE 21 DEC 98 |
|---|---|---|
| FROM: (Commitment Name & Number) Jeffery Moser BE4713 | INMATE'S SIGNATURE Jeffery Paul Moser | |
| WORK ASSIGNMENT NONE | QUARTERS ASSIGNMENT A-A-22 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

A Blood Test was Taken From Me, Months Ago, it came Back (Reactive) (Positive) For H.V.L. (Hepatitis C) This is a Terminal illness, I was never informed I had this illness, Until I saw the Report Personally in Review of my File. Dr. O'connor admitted He knew, But assumed I knew. How would I know? If your Staff Does'nt Follow the Law and inform me. Now I am Told I will Get Nomore Preventive Treatment except a Blood Test Every 6 months (Liver count) This is Nothing more Then a Perscription of Death For me, Legal murder, But is it Legal? There are Effective Treatment (Though Some Costly) To Treat (Hv.C) Plus Bi-weekly and four monthly Blood monitoring, That Gives a Person ~~~~~~ Life with A Chance, I Possibly Have Cancer too. Dr. O'connor Medical Directives are Certian Death, And I Demand Immediate Treatment Be Inducted. •• I Have Informed

B. Actions taken and staff you have contacted before submitting this grievance: my Family, To Go To Every Press (News) Agency Available In Life or Death His Action and D:D:C: will Be Known, Thank you • 
1) Sent instruction to the Press. in the event of my Life or Death; And the Medical Neglect Tactic's of S.C.I.S.F.D. 2) I am seeking Private Counsel For myself 3 Family. 3) Wrote Dr. O'connor 4) Tried To Speak To Dr. O'connor. 5) wrote Ms. Nawroth. Please Return 6) No. # Times

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____                    _____
Signature of Grievance Coordinator                            Date

**DC-804**
**PART 1**

*Dated 3 Submission Witnessed.*

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA. 17001-0598**

**OFFICIAL INMATE GRIEVANCE**                    GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION S.C.I. Frackville | DATE 31 DEC 99 |
|---|---|---|
| FROM: (Commitment Name & Number) Jeffery Moser BE4713 | INMATE'S SIGNATURE Jeffery Paul Moser | |
| WORK ASSIGNMENT NONE | QUARTERS ASSIGNMENT A-A-22 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

A Blood Test was taken from me, months ago, it came back (reactive) (positive) for H.V.C. (Hepititis C.) This is a terminal illness, I was never informed I had this illness, untill I saw the report personally in review of my file. Dr. O'connor admitted he knew, but assumed I knew. How would I know? If your staff doesn't follow the law and inform me. Now I am told I will get nomore preventive treatment except a Blood Test every 6 months (liver count) This is nothing more than a prescription of death for me, legal murder, but is it legal? There are effective treatments (though some costly) to treat (H.V.C) plus bi-weekly and four monthly Blood monitoring, that gives a person ~~a~~ life with a chance, I possibly have cancer too. Dr. O'connor medical directions are certain death, and I demand immediate treatment be inducted... I have informed

B. Actions taken and staff you have contacted before submitting this grievance: my family, to go to every press (news) agency available in life or death. His action and DioxI will be known, thank you. I sent instruction to the press. In / Fuexe of my life or death; and the medical negelect tactic's of S.C.I. Frac 2.) I am seeking private counsel for myself 3 family. 3.) wrote Dr. O'connor 4.) tried to speak to Dr. O'connor. 5.) wrote ms. Nazroth. Please return 6.) no.# troth

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____                    _____
Signature of Grievance Coordinator                    Date

DC-804
Part II

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P. O. BOX 598
Camp Hill, PA  17011

OFFICIAL INMATE GRIEVANCE
INITIAL REVIEW RESPONSE                           GRIEVANCE NO.  FRA-0028-00

| TO:  (Name & DC#) | INSTITUTION: | QUARTERS: | GRIEVANCE DATE: |
|---|---|---|---|
| Jeffery Moser<br>BE-4713 | SCI-Frackville | A-A22 | 01-25-00 |

The following is a summary of my findings regarding your grievance:

Physicians - not administrators - determine what medications are appropriate for each inmate.
There are policy guidelines,  as I've told you before, but nothing prevents any DOC physician
from ordering any medication he deems necessary.  All DOC physicians are aware of this.  None
of them have ordered what you want.

I read your chart from your infirmary stay at SCI Mahanoy.  I see nothing about additional injury
to your back.  In fact, the notes indicate that you were up and walking well very quickly.

You've mentioned "lock up" and "ad seg" several times in your grievance and I have no idea
what you're talking about.  You're the only one who's talking about it.  Are you planning on
committing a misconduct?

cc:
DC-15
File

| Refer to DC-ADM 804, Section VIII, for instructions on Grievance System Appeal Procedures | SIGNATURE OF GRIEVANCE OFFICER:<br><br>*Linda J. Nauroth*<br>Linda J. Nauroth, CHCA | DATE:<br><br>01-27-00 |
|---|---|---|

PLEASE SEE ATTACHED NOTES 3

**DC-804**
**PART 1**
LAW.
(BACK PAGE)

\* THIS DOCUMENT WAS SUBMITTED, WITNESSED AND COPIED. THANK YOU.
Jeffery M Joser 1/25/2000
WIT: R. Lilly

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. ~~FRA-0195-00~~

| TO: GRIEVANCE COORDINATOR | INSTITUTION S.C.I. Frackville | DATE 25 Jan. 2000 |
|---|---|---|

FROM: (Commitment Name & Number)
Jeffery W Joser BE4713

INMATE'S SIGNATURE
Jeffery W Jose

WORK ASSIGNMENT
NONE.

QUARTERS ASSIGNMENT
A-A-22

RECEIVED
SCI-FRACKVILLE
CHCA

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

On the 20th of Jan. 2000, I was involved in a accident that was clearly avoidable and a product of Medical neglect and bias treatment on the part of Dr. O'Connor, I have nerve damage in my back which cause loss of feeling down the left leg 3 foot which makes it near impossible for me to judge or keep my balance on ice, "which was recorded in my medical file 3 Dr. O'Connor was made aware of such danger for myself." But refused to do any thing to avoid further enjury to my back (or) for the safty of me as a medical professional (?) Now, I am in fact injured worse by my fall my pain has increased 3 feeling decreased as a result of my accident. To continue Dr. O'Connor still has me walking on ice daily. When there is enclosed inst. (western, Graterford, Huntington, ECt) that would

B. Actions taken and staff you have contacted before submitting this grievance: secure my safty, shall we wait tell I fall Nov. 1999 3 Dec. 1999 (Pa. John was) {again, (possible (crippled) before taking action) made aware of my disability 3 made me aware of Dr. O'Connor refusal to address. Jan. 2000, Dr. Benward 3 (Dr.) at S.C.C.M were consulted about O'Connors malpractice. \* I ask not to be lock down in retaliation for being a disabled person \*

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Grievance Coordinator

_____
Date

PLEASE SEE ATTACHED

THIS LEGAL Document was summarized witnessed and copied & dated

Jeff M W

1/25/00

Dept. R M W

**DC-804**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA. 17001-0598**

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. | FRA-0028-00

| TO: GRIEVANCE COORDINATOR | INSTITUTION S.C.I. FRACKVILLE | DATE 25 Jan. 2000 |
|---|---|---|
| FROM: (Commitment Name & Number) Jeffery Mosek BE4713 | INMATE'S SIGNATURE Jeffery Mosek | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT A. A. 22 | |

RECEIVED
SCI-FRAC
CHCA

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

ON This Action I Address One Issue, (Medication Discrimination
ON THE 20th Jan. 2000 I Had an Accident Due to "Medical Neglect"
As A Result I Injured my Back worse and Encreased my Pain
Levels, upon speaking to (2) S.C.I. monahoy Hospital Doctors I
was Told I would Not Be Permitted Strong Pain medications as
(exr) Darvcet Ect.. Because it was THE Administrative (Nor medical)
Policy at S.C.I. Frackville 3 monahoy Not to Give THE Prisoner
Nothing Stronger the Darvcet, (Regardless of His Enjury) Admin.
Policy overules any Inmates medical Needs Always. THE Doctors Agreed
I was In Need of Such Stronger meds, Because of my Enjury and Lerth
(Tolerance to Darvcet) on Present meds. This is unlawful For THE Admin. too
Do, and Medical Neglect on THE Inst. Dr. Part.. So I Suffer Cruelly (Deliberately).
(PLEASE CORRECT).

B. Actions taken and staff you have contacted before submitting this grievance:

(Address Issue to S.C.E.F. (RA. (s)) (Dr. O'connor) (Ms. Navroth)
(Dr. Benwalt.) (Medical Dir. S.C.I. M) Ect... Will Request
Deposition with Counsel From All.     THANK you.
NOTE: Medications were Permitted at. S.C.I. Graterford - (Not D.O.C. Remand.)

Your grievance has been received and will be processed in accordance with DC-ADM 804.

FARR

Signature of Grievance Coordinator | Date

( INMATE copy returned )

| DC-135A | COMMONWEALTH OF PENNSYLVANIA |
|---|---|
| Copied / Dated / Witnessed / Legal | **DEPARTMENT OF CORRECTIONS** |
| J. Moser-Howay | |
| **INMATE'S REQUEST TO STAFF MEMBER** | INSTRUCTIONS |
| | Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. |

| 1. TO: (NAME AND TITLE OF OFFICER) | 2. DATE |
|---|---|
| MR. FORR | 16 Jan, 2000 |

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) | 4. COUNSELOR'S NAME |
|---|---|
| Jeffery Mosek BE4713 | |

| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT |
|---|---|
| | A-A-22 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

RE:- Attached Grievance —

Sir, you returned the attached grievance without an assigned
grievance no# "Rejected" because it did not comply with
DC-ADM-804 (sec V)(3), with the written message
"who did your pack to names" this make no sense to me sir,
I've been over the handbook, there's no violations and it
should be processed immediately so due process can be served,
what does your written message mean? Well please get back to
me timely so I can correct the filing as you see fit, I can re-write
the grievance, as it is an ongoing situation, (hasn't changed) if you would
like sir, whatever best for you sir, thank you for your time and consideration
* I reserve the right to appeal all action taken (or) not taken....

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |
|---|---|

Submission Witnessed/

**DC-804**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS** WIT
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**                    GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| | S.C.I.Frackville | 8th jan 00 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Jeffery Moser BE4713 | Jeffery M | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| | A-A-22 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

THE Health Violations in THE Kitchen Brought to Light, THE WAY the moaning "milk" is Despensed is unHealthy, it is Poured into many cups, and sits out to collect Germ, Bacteria, Go Sour, with THE unfinished Bare wood ceiling, Which are Super Germ collectors, which with 1000 inmate Going threw Daily, Absorb Diease And circulates Back in to THE milk, to cause sever sickness and possible Death, (T.B. Ect...) (Flu) (Ect...) A milk Despenser should be in Place, And THE ceiling should be Finished Enclosed, and cleaned, Dust and Germs are Dust collecting, with limit Ventalation, I've recieved sour milk (3) times, Now I have an infection Illness, Which I Believe stems from said Violation, And was Refused Treat, (Emergncy) (on-going) for failure to Pay (sign cash-slip.) PlASE Review. ? interview.

B. Actions taken and staff you have contacted before submitting this grievance:

spoke to Kitchen staff, Chain of Command, (wrote Health Dept.) will address issue to Ct. if Resolution is not Sought. (Attorney made aware to Avoid Retaliation and/or Document.)

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Grievance Coordinator                    Date

Submission Witnessed/

**DC-804**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS** HIT
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**                    GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| | S.C.I.Frackville | 8th Jan 00 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Jeffery Moser BE4713 | | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| | A-A-22 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

THE Health Violations in THE Kitchen Brought to Light, THE WAY the MorNing "milk" is Despensed is unHealthy, It is Poured into many cups, and sits out to collect germ, Bacteiria, Go Sour, with THE unfinished Bars what ceiling, which Are Super germ Collectors which with 1000 inmate Going Throw Daily, Absorb Diease And recirculate Back in to THE milk, to cause sever Sickness and Possible Death, (T.B. Ect...) (Flu.) (Ect...) A milk Despenser should Be in Place, and THE ceiling should Be Finished enclosed and cleaned, Dust and germ the Dust collecting is a limit violations, I've Recieved Sour milk (3) Times, Now i Have An infaction illness which I Believe stems from said violation, And Was Refused Treatment (emergancy) (on-Going) For Failure to Pay (sign cash-Slip.) Please Review. & interview.

B. Actions taken and staff you have contacted before submitting this grievance:

Spoke to Kitchen Staff (chain of Command.) (wrote Health Dept.) will address issue to Cto if Resolution is Not sought. (attornuey mode aware to avoid Retaliation and/or Document.)

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Grievance Coordinator                              Date

**DC-804**
**PART 1**

*(notification of mail [illegible]*
*- 29 Dec 99 - [illegible]*
*wit by: [signature]*

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

*Indicates Requested / [illegible]*

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO.  FRA-0001-00

| TO: GRIEVANCE COORDINATOR | INSTITUTION S.C.I. Frackville | DATE 23 Dec 99 |
|---|---|---|
| FROM: (Commitment Name & Number) Moser BE4713 | INMATE'S SIGNATURE Jeff Moser | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT A-A-22 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

I Have been on Mental Health & Anx. Medication since the 1980's which are even reflected in my other 1988 to 1992 D.O.C. Medical Records & at the Frackville I take the same meds & allow counseling as needed. # Now "Dr. Newton" has cut off "ALL" "Medications" & Treatments, stating that I should have "continued to take a medication, (I had an Allergic reaction too!) This is Medical Subject to even subject to take medication harmful to me (or) recieve no further medication (or) Treatment." This all Seem to come out of an ~unwritten~ but well Documented Policy of S.C.I. Frackville to Discriminate and Target certian medication such as (Adann) (Prozac) etc. These meds will not be given or continue to be given after you are recieved at S.C.I. Font. Regardless of the Need For Such meds, Sought by Doctor Beforehand For Patient. Even at the cost of Human Respectability of Life! This Administrative Policy Dictates Medical Treatments, Unlawfully & you Betray Refuse "any" Effective Mental Health Treatment Now, I did not get cured on the Drive Here all Refusal are yours to Treat, Admin. Reviewed!!

B. Actions taken and staff you have contacted before submitting this grievance:

[ Counseled with, Dr. Newton, Dr. Namath, Mental Health Nurse, Mr. Semstead, and Attempt to File Grievance Effectively ]

# Hard Copy Returned - Personal Interview Requested - Witnessed mailing. —

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Grievance Coordinator

Mc Manus Cg.                    1-4-00

DATE

COMMONWEALTH OF PENNSYLVANIA
**Department of Corrections**
**State Correctional Institution at Frackville**
(570) 874-4516, Ext. 187
March 30, 2000

**SUBJECT:**   Request Dated 03-29-00

**TO:**        BE-4713, Jeffrey Moser

**FROM:**      Linda J. Nauroth
               Health Care Administrator

My beliefs have nothing to do with your complaints.  The PA DOC has a physician-generated protocol for Hepatitis C.  It is my responsibility and Dr. O'Connor's to see that the protocol is followed.

You may copy the Superintendent if you like, but I have already done so.  My facts are a part of your medical record.

I can make no sense of the sentence I highlighted.

LJN/sr

Enclosure

c:     Superintendent Chesney
       File

(Legal / copied) Witness

DC-135A

*LEGAL*

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

1. TO: (NAME AND TITLE OF OFFICER) Ms. Nauroth    Medical Administrator

2. DATE 29 Mar. 2000

3. BY: (INSTITUTIONAL NAME AND NUMBER) Moser BE4713

4. COUNSELOR'S NAME

5. WORK ASSIGNMENT

6. QUARTERS ASSIGNMENT A-A-22

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.    GIVE DETAILS.

Thank you For your written response to Gre/FRA-010200, I would ask you do you believe that people with Hep C, Don't have serious Liver problem For 20 (or) 30 years, ? Honestly, (or) is this another way to Not Treat me, (or) afford me a needed Liver biopsy, I am sending a copy of your documents, To the Superentendent and "CDC Atlanta" to see if they advise waiting 20 or 30 years to before Treating the Terminal illness (Read the studes it kills you believe that) ... I only have an depression problem (or) alleged addiction problem, when your Treng to get out of an issue at hand. Why is that? And I'm Lifting weights, we know you are alleging this also, I've only been to the yard (4) Time since I've been Here, Now thats a '''Fact''' check it out. But maybe I shall start, As it was advised by my Speclist, But it would'nt change my M.R.E. (or) Surgeon Reports would it. Please

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE) Check your Facts and see to the Truth before making unfound statements I am asking all documents be permitted in court, including these ones, I will ask that you and Dr. O'Connor pay your own fees and damages and that they Lean Dr. O'Connor Estate Because of His Age. I would like to Resolve these matter and Get all Stated Treatment, Please Let me know if thats Possible...

In your Assitance — Thank you ...

See Response Dated 03-30-00.    LJN

☐ TO DC-14 CAR ONLY

☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER

DATE

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**State Correctional Institution at Frackville**
(570) 874-4516, Ext. 187
April 14, 2000

SUBJECT:   Requests Dated 04-05-00 and 04-09-00

TO:        BE-4713, Jeffrey Moser

FROM:      Linda J. Nauroth
           Health Care Administrator

*Request to Linda Nauroth dated 04-05-00:*

I have no intentions of debating "legalese" with you.  That's for the attorneys to do.

The quotation from the specialist that you wrote in red is, of course, accurate since you copied it from the chart.  The next sentence, however, is your interpretation.  MRI's do not show pain and no one ever said "the present pain meds can't possibly help this man".

Everything Dr. O'Connor has done and everything that I, as a representative of Superintendent Chesney and Deputy Smith, have done are a matter of record.  The record "tells" everything there is to tell.

The refusal matter has been handled appropriately.

*Request to Mr. Forr:*

Mr. Forr has asked me to respond to your request slip to him since medication is outside of his realm of expertise.  Medication is the sole responsibility of the physician.  He is the only one licensed to write prescriptions, therefore no one else can "grant permission" to take prescription medication.  As I've told you before, there is no "policy".  The doctor orders the medication that he deems appropriate.

LJN/sr

c:    Superintendent Chesney
      Mr. Forr
      File

(Copied - Dated - Witnessed)   Doc No # 0018 (A)

**DC-135A**

✱ LEGAL AFFIDAVIT ✱

**INMATE'S REQUEST TO STAFF MEMBER**

~~(scribbled out)~~

IN CARE OF FOR ✱

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) MS. NAVROTH "" Medical Administraitor "" | 2. DATE 5th April, 2000 |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) MOSER BE4713 | 4. COUNSELOR'S NAME |
| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT A - A - 22 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Ms. Navroth, You may try to twist the Law to fit your situations, where-you Display "Deliberate Endifference" But Please Refer to your Inst. counsel Before making Legal Judgements Such as what is a "Legal Document" and what is not. Let me show you what the Law Says is a Legal Document, ✱ Look up the Following For Next time, Please, ( 28 U.S.C. § 1746 ) Provides that in all Federal Court Proceedings, Written Declarations, made under the Penalty of Perjury "Sworn to be True & correct" are Permissible in Lieu Notarized Affidavits, See e.g cases in Clark 616 F.2d App 330-31 (5th Cir. 1980) you can use this form to verify a Document" ✱ So Let me Break it Down, First you must Identify, the Document "Legal Affidavit" then you must sign a "sworn to be True & correct" in the Presents of (1) witness and date it. Now it is a Legal and Binding Document in " Any Court in America" So your Refusal to Accept my "Legal Affidavit" - "Medical Refusal of 3rd Apr. 2000 " ——→ continue on 2 of 2 →

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

See Response Dated 04-14-00.  LJN

☐ TO DC-14 CAR ONLY        ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |
|---|---|

Doc No# 0018 (B)

**DC-135A**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

✳ LEGAL AFFIDAVIT ✳

**INMATE'S REQUEST TO STAFF MEMBER**

( 2 of 2 )

**INSTRUCTIONS**

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) | 2. DATE |
|---|---|
| Ms. Naureth In Care of Joseph W. Chesney (Superentendent) | 5 APR. 2000 |

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) | 4. COUNSELOR'S NAME |
|---|---|
| Moser BE4713 | |

| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT |
|---|---|
| | A - A - 22 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Is Just ONE MORE Provable INCIDENT of your ABuse of Power, "which is to Include Dr. O'Conner actions and Mr. Chesney" where you Believe your authority is more then that of THE state and Federal Laws, where you will NOT be Held accountable, You ARE misguilded and I am asking THE Courts to Hold all involved "in comtempt" Before we Proceed to trial, Isn't it true, that you Just Don't want all the Facts of this Refusal to be add into Record, So I will sign your affidavit if you'll simple attach my "Legal Affidavit" too it's to assure the Truth, is told, Also when the superentendents office stamped this Document "RECEIVED SCF-Frackville check" it Became A Legal Document even By, your standard? of Law! Next isn't it true "that the specilist stated "(I am aware as Dr. Brown Don't that the Patient may Have had other problems in the Past, But Comments this MRE Pending a Quite straightforward" ) I Feel the Patient should be Placed on Oxycontin around the clock again so Mr. (SR) can try Firmer days. So your told Regardless, the MRE shows I am in Great Pain and the Present Pain meds can't Possible Help This man, and I am to be on the Oxycontin too

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

So you, Mr. O'Connur and Mr. Chesney, Read THE Report and are Fully aware of THE months of Pain you are making me endure and are continuing your acts of malPractice and Deliberate Indifference, will you honestly tell the Judge here you did not know what you were doing to me? I think Not. Please Proper Pain management immediately, and Get Back to me timely about the "medical Refusal situation", I want to be of assistance.

SWORN TO BE TRUE & CORRECT:

Jeff N/62 4/5/00

WFO

Ronald Woll
4/6/2000

See Response Dated 04-14-00.  LJN

☐ TO DC-14 CAR ONLY          ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |
|---|---|
| | |

DC-135A

RECEIVED
SCI FRACKVILLE
SUPERINTENDENT'S OFFICE

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

## INMATE'S REQUEST TO STAFF MEMBER

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| | |
|---|---|
| 1. TO: (NAME AND TITLE OF OFFICER) Mr. Fork (Assistant to Superintendent) | 2. DATE [illegible] APR. 2000 |
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Orser [illegible] | 4. COUNSELOR'S NAME |
| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT A - [illegible] - [illegible] |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

[illegible] Mr. Fork [illegible] we talk on Friday. I wanted to make you [illegible] the [illegible] [illegible] we spoke about, as I stated to the [illegible] [illegible] and that [illegible] a problem. I have been on other "lesser" pain meds that are effective in [illegible] and [illegible] and [illegible] but only [illegible] (8) a day (2) 4 times a day. But we could [illegible] (8) 3 times a day, but they don't work [illegible] all the time. The pills are called "[illegible]" and the [illegible] one that [illegible] "[illegible] (or) [illegible]". But one of these [illegible] [illegible] as the [illegible] I am prescribed, [illegible] is [illegible] only effective for [illegible] [illegible] [illegible] that if you look in the [illegible] [illegible] is for "moderate pain" not severe as I have. (Per specialist report [illegible]) There [illegible] of my condition and need of severe pain management. All the others [illegible] for severe pain and the max. dose is (8) tabs per day, which is [illegible]

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

The down side of the [illegible] is all the Tylenol on my liver with Hep C. That's not treated, the [illegible] [illegible] better in this respect, "less Tylenol". Regardless they all effect the liver, so we can only try to [illegible] the damage with the best meds. I will waive you responsibility if given the [illegible] (or) [illegible].

Orser

See Response Dated 04-14-00. LJN

☐ TO DC-14 CAR ONLY ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |
|---|---|
| | |

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**State Correctional Institution at Frackville**
(570) 874-4516, Ext. 187
April 4, 2000

**SUBJECT:**    Requests to Superintendent Dated 03-31-00 & 04-03-00
Request to Mrs. Nauroth Dated 04-03-00

**TO:**    BE-4713, Jeffrey Moser

**FROM:**    Linda J. Nauroth
Health Care Administrator

Calling a piece of paper a legal document does not make it so. You will be asked to sign a DOC Refusal for Treatment form. If you refuse to sign it, that will be witnessed and recorded as is our policy. If you change your mind, notify us and we will re-evaluate the situation as it exists at that time.

As both Superintendent and I have told you, specialists do not write orders; they make recommendations. The primary care physician, not specialists or "rules" or "policies", make the decision on the appropriate medication to order.

LJN/sr

c:    Superintendent Chesney
File

DC-135A

=LEGAL—

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Ms. Linda. Nauroth (medical Administrator) | 2. DATE 3 APR. 2000 |
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) MOSER BEY 713 | 4. COUNSELOR'S NAME |
| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT A - A - 22 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Please Enter The Attached Legal Document Ento my medical
Record... I've forward the original to the Superententent
with Notes, Please Refer to His Notes if Need Be.

X Please Refrain yoreself from any Acts of
Deliberate Indifference Towards Me, As in The
Past, I still Need Medical Treatment Encluding
The Pain Medication Unlawful Refused to me..
Note: this is the only Official Form I will sign — this is a (legal) Document
Thank you, Let Meg Know if I can Be of Assistance.
Jeffery Moser

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |

THIS IS A LeGal Affidavit, Copied-witnessed-Dated,

**DC-135A**

R E C E I V E D
APR - 3 2000
SCI FRACKVILLE
SUPERINTENDENT'S OFFICE

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Joseph W. Chesney (Superintendent) | | 2. DATE 31 Mar 2000 |
|---|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) MOSER BE4713 | | 4. COUNSELOR'S NAME |
| 5. WORK ASSIGNMENT RE: FRA-0102-00 | 6. QUARTERS ASSIGNMENT A-A-22 | |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Greetings Sir,
I Got your inifial Review Response, I will Go Ahead and Finish THE Final Exhaustion Process,,, I Formally on This 31st Day of March, 2000 REQuest to SEE Said D.O.C. medical Protocols your Talking About. If your Not Able to Provide THEM Timely, Please State why Sir, And I will REQuest them Threw the Discovery Process, THEN I will Get THEM As Es my Right! Please let me Know Ef I Can Be of Assitance En Any manner sir!!! THAnk you and God Bless you.
With All Due Respect sir, I Find it hard to Believe that you have A Protocol THAT States you Can Refuse Specilist Recommendated medication For your own crust. Agenda (Federal & State Law Support This), & I have No Personal/Wants, Doctor order For REASONS of NEED, Not WANT, I NEED meds

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE) NOT WANT, ASK THE MANY Specilist, Including yours.
I WAS Given This Type of medications at Graterford, Why Was it NOT Against D.O.C. Protocol There.

I REQuest A Personal Interview & Response Sir, I would Welcome Any Type of Resolution, without Further Retaliations...

Mrs. Naswith — For you attention
cc: Mr. Forr

R E C E I V E D
APR - 3 2000
SCI-FRACKVILLE
CHCA

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |
|---|---|

## CERTIFICATE OF SERVICE

I, _JEFFERY PAUL MOSER (BE4713)_ Hereby certify that I have served a
"True and Correct" copy of the following: * Legal Affidavit *

" Refusal of Partial Medical Service "

" Spinal Fussion Operation "

≡ 140 Days — Expires on 24 Day of Aug-200 ≡

Which is deemed filed at the time it is Delivered to the Prison Authorities for
forwarding, [via: Inst. Mail Box] Houston Vs. Lack, 101 L. Ed 2d 245 (1988) ,
Upon the Defendant (s) and/or His Attorney(s) of record, By placing same in a
sealed, Postage Paid envelope addressed too:

1.) Medical Director
Linda Niuroth
S.C.I. Frackville
1111 Altamont Blvd.
Frackville, Pa.
17931

2.) Superintendent
Joseph W. Chesney
1111 Altamont Blvd
Frackville Pa.
17931

( Inner - Inst. - Mail )

3.) Daniel Doyle Esq.
Counsel For inst.

I will Forward Legal Copy
When Afford Law Library Time.
Week of 3rd Apr. 2000

AND DEPOSITED SAME IN THE UNITED STATES MAIL AT [inst.] S.C.I. Frackville

I Declare, Under the penalty of perjury, (Title 28 U.S.C. 1746) that the Foregoing
IS " TRUE & CORRECT".

Dated this _3Rd_ day of _April 2000_

Sworn Too:

Jeffery Paul Moser
JEFFERY Paul MOSER

WITNESSED:
7/3/00

DC-135A

← *LEGAL NOTICE* →

**INMATE'S REQUEST TO STAFF MEMBER**

RECEIVED

APR - 3 2000

SCI-FRACKVILLE
SUPERINTENDENT'S OFFICE

COMMONWEALTH OF PENNSYLVANIA
**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

Complete items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.

| 1. TO: (NAME AND TITLE OF OFFICER) Superintendent - Joseph W. Chesney | 2. DATE 3rd Apr. 2000 |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Moser BE4713 | 4. COUNSELOR'S NAME |
| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT A-4-22 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Sir,
Please Review the attached Document, I have sent you the Original(s) as is the Law, I Request you send a copy to your Counsel, ... I want you to know this is my only legal option in my situation, I hurt "bad" daily and it is crippling, but Regardless I must endure alittle longer, I "know" it is only the policy of SCI-Frackville and Mahanoy, to not permit any pain meds. Stronger than Darvocet, (as stated to me by a att. Doctor at the INST.) (contains less T/R) Regardless of Medical Needs (or) Specilist orders. This is unlawful!.. I did recieve my meds in Graterford, Federal Prison, Ect. only your Doctor screams Falsehoods and will be ask to attest sxh. So I hope I will

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE) not suffer further indifference, and you will make a provision of your Rules, so I can ~~distribute~~ recieve needed medecation, as was recommended by the specilist. Thank you. Please get back to me timely...

Mr. For / Ms. Nauroth — for your info

RECEIVED
APR 3 2000
SCI-FRACKVILLE
CHCA

4/3/00

☐ TO DC-14 CAR ONLY          ☒ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |
|---|---|

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**State Correctional Institution at Frackville**
**Superintendent's Office**
**March 30, 2000**

**SUBJECT:**   Appeal from Initial Review
Official Inmate Grievance No.   FRA-0102-00

**TO:**   **Jeffery Moser, BE 4713**
**A A 22**

**FROM:**   Joseph W. Chesney
Superintendent

Upon receipt of your appeal to the Initial Review of the above cited grievance, I have reviewed the original grievance and the response you received.

There is no evidence other than your allegations that anyone is guilty of malpractice.

As indicated in Ms. Nauroth's reply, "The consult sheet does make a recommendation for surgery".

All treatments are according to need and established medical and Department of Corrections protocols – not your personal wants.

JWC/ca

cc:   CHCA Nauroth
DC-15
File

- Initial Review -

**DC-804**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

*Appeal too: Superintendent -*

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. 0102-00 (FRA)

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| Superintendent J.C. Chesney | S.C.I. Frackville | 3-29-2000 |

| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE |
|---|---|
| Moser, Jeffery BE4713 | Jeffery Paul Moser |

| WORK ASSIGNMENT | QUARTERS ASSIGNMENT |
|---|---|
| — NONE — | A-A-22 |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

As always Ms. Nauroth consolidates all my issue(s) into one grievance, so I ask you have your Inst. Attorney (or) yourself to review all facts previously submitted. Issue one) The Doctor here is guilty of Malpractice, has maliciously Refused to Afford me proper and effective pain meds, Physical Therapy, Spinal Surgery, He cannot claim the pretense of not knowing, as we all know I came from a Federal Medical Center, and the action of the medical staff since (S.C.I. Frackville) are Deplorable. I Demand all speclist recommendations be followed immediately and lawfully. Issue Two) All of what Ms. Nauroth states about treatment of Hep C. in Her Response is a lie, all studies recente confirm the need for a Liver Biospy, even your Dr. Moyer Agreed! Now treatment is your present policy, Ms. Nauroth state I lift weights - and I got a mental illness, So I can't Get. Hep C. Treatment. Was it not So long ago, She Had all my mental Health Treatment Stopped, so what Problem?)

B. Actions taken and staff you have contacted before submitting this grievance: Your staff say's one thing and does the other. It's also Stated I have an Addiction Problem, but only according to Her & Mr. O'Connor, my speclist and (9) Doctor Before only state a difined need for medication. So you can see they can't keep there story strait, but thank God it's all in writing. The bottom line I continue to be stalled and refuse treatment. I will request personal class action sanction in court.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Grievance Coordinator

_____
Date

*WITNESSED SUBMISSION DENIED*

**DC-804**
**PART 1**

*FINAL REVIEW)*

## COMMONWEALTH OF PENNSYLVANIA
### DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA. 17001-0598

*PLEASE REVIEW ALL RECORDS*

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. | FRA-0102-00

| TO: GRIEVANCE COORDINATOR | INSTITUTION  *FRACKVILLE* | DATE  *5 APR, 2000* |
|---|---|---|
| FROM: (Commitment Name & Number)  *MOSER, BE4713* | INMATE'S SIGNATURE  *[signature]* | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT  *A-A-72* | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

Please review specialist medical Directions of 3-20-2000, which state " I am aware that the patient may have other problems in the past" as per the Prison Doctor" But certainly the M.R.I. Findings are Quite straightforward" also stated, " I feel the patient should be placed on a 20mg or 40mg diet of "Oxycotin" around the clock twice a day to see how he responds." So you can see the surgeon, saw the pain I was in by my M.R.I. which was straightforward and noted I need stronger pain meds, because the present treatment could not possibly help me. I took stronger meds at Graterford as NEEDED and I need a spine fusion! All this the Pa. D.O.C. knew when they took custody of me in July of 1997, I came from Mckowal medical center. Since, I have been refused any effective treatment, Frackville and Mahonoy have a policy of Not giving no pain meds stronger then Darvacet. R

B. Actions taken and staff you have contacted before submitting this grievance: REGARDLESS of NEED." It is deliberate indifference to refuse me "The Needed" meds as well as the action of Dr. Penewar Have Been of Genocidal Proportions 3 when you mix his Non-Treatment of " Hep c." So I have refused surgery for 140 Day until I see if I make parole and I'll get my own recommendation. Because Dr. O'Brien is cruel, and unprofessional.

Your grievance has been received and will be processed in accordance with DC-ADM 804. *A walking million dollar lawsuit, I beg for Justice? Relief. Please Help.*

| Signature of Grievance Coordinator | Date |

DC-804
Part II

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P. O. BOX 598
Camp Hill, PA  17011

OFFICIAL INMATE GRIEVANCE                            GRIEVANCE NO.  FRA-0102-00
INITIAL REVIEW RESPONSE

| TO:  (Name & DC#)<br>BE-4713<br>Jeffrey Moser | INSTITUTION:<br><br>SCI-Frackville | QUARTERS:<br><br>A-A22 | GRIEVANCE DATE:<br><br>03-24-00 |
|---|---|---|---|

The following is a summary of my findings regarding your grievance:

This will serve as response to your grievance #FRA-0102-00, your Request Slip to me dated 03-17-00 and your Request Slips to the Superintendent dated 03-19 and 03-21-00 which he has asked me to answer on his behalf.

**Hepatitis C:**

Based on our previous discussions, I know you are aware that Hepatitis C is not considered to be a terminal illness.  It is true that some people who have this disease will develop serious liver problems over the course of 20 - 30 years.  It is also true that some people with Hepatitis C will never develop liver disease.

The Department of Corrections' protocol was written by physicians who consulted with infectious disease specialists at CDC, Atlanta.  Liver biopsy is not a routine part of that protocol, but could be considered on a case-by-case basis if there is a physician-determined need for biopsy information.  That need has not been established in your case.

All DOC facilities - including this one - have the ability to properly administer Alpha Interferon and Ribavirin.  These drugs, which are the only currently FDA approved drugs for treating Hepatitis C,  have very serious side effects.  For that reason, not everyone who has Hepatitis C is a candidate for treatment.  Among those who should not receive the drugs are those who have a psychiatric diagnosis of depression and those who have not dealt with their substance abuse problem.

- **continued** -

BE-4713, Jeffrey Moser
Response to Grievance FRA-0102-00
Page 2

**Back Surgery:**

I told you when you arrived here that if you needed surgery you would get it, but first we had to determine the need. Now the tests are done and the specialist has been consulted. We have not yet received the full report from the neurosurgeon, but his handwritten note on the consult sheet does make a recommendation for surgery. When we get the full report, we will formulate a plan of action. We will keep you apprised.

Consultants to not write orders. They write recommendations for the primary care physician who is the one who has the responsibility for the patient's care and who is also the one who has the most information about the patient.

For example, the specialist didn't know that on your present pain medications you were able to be lifting weights in the yard. Dr. O'Connor takes all information into account when writing the orders.

cc:     Superintendent Chesney
        DC-15
        File

| Refer to DC-ADM 804, Section VIII, for instructions on Grievance System Appeal Procedures | SIGNATURE OF GRIEVANCE OFFICER: *Linda J. Nauroth, CHCA* | DATE: 03-27-00 |

**DC-804**
**PART 1**

Dated / copied / Witnessed.
- SubMission -
Jeff Nur 3/24/00
witi _Ronald Wolf_

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. | FRA-0102-00

| TO: GRIEVANCE COORDINATOR | INSTITUTION S.C.E. Frackville | DATE 24 March 00 |
|---|---|---|
| FROM: (Commitment Name & Number) Moser BE4713 | INMATE'S SIGNATURE Jeffery Paul Moser | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT A-A-22 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

On the 20th of March 2000, I Finally Recieve a thoro-surgeons consultation, In such He affirmed That: My Back Has worsened, From previous Dated (m.R.I.)(S) That I Need a Spinal Fussion at several Levels, and to be on "Oxycontin" pain medication, For Servere pain, As the present Medication would Not Be Effected, In Light of my serious Enjury, I Check Today and Was Told That The Specilist orders never made it into my medical File? I Formal & Legally Demand my Medication As is the Law, You are to Abide By Law with all Specilist order, It is unlawful to Tamper with said Records, Also, "I Also Request my Surgery and Full Physical Therapy (3 to 6) Aftercare Required By Law. I Have Been Denied all To Date. It was Further Stated at No Time Should I Have Been on Ice and Snow and I Have Incontinece From Nerve Damage. You Recently Refused To Treat A Condition You Knew Needed Treated. (Neglect)

B. Actions taken and staff you have contacted before submitting this grievance:

Exhausted all Issue Prior to Specilist Examine, Now I Proceed to Exhaust "New" Civic Violations. (wrote: Daniel Doyle A/o For Frackville) (wrote Mr. Chesney (spoke to Mr. Forr) (Ask court to secure Specilist Issue(s) From Insto Harrassment) It will Be My Intention to hold all Involved Responsible In there Personal Capo (monitary)

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_Forr_        _Ms Kennoth_        3-24-00
Signature of Grievance Coordinator           Date

DC-135A

※ (Legal) Documents Enclose

**INMATE'S REQUEST TO STAFF MEMBER**

RECEIVED
2 7 2000
SCI FRACKVILLE
SUPERINTENDENT'S OFFICE

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS
Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.

| 1. TO: (NAME AND TITLE OF OFFICER) Superentendent Joseph C. Chesney | 2. DATE 19th Mar. 2000 |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Moser BE4713 | 4. COUNSELOR'S NAME DuDeck |
| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT A-A-22 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Greetings Ser,
( Please See The Attached Copy of A letter & Legal Letter Sent to your Counsel on your Behalf ). I Formally Request All specilist "order" Recommend Treatment, medication & Sergury, Without No Futher Medication Discrimination, stall Tactics and /or Acts Medical Neglect and /or Retaliatory Acts. I Have Been "Granted" The Right To Be Re-heard In Federal Court upon Exhaustion, I will Proceed Shortly, unless These Issues Are Resolved. Sir, you and Mr. Furr Are Professionals it is Beyond Me, Why you Permit your medical staff To Act So Malice and unlawfully under your Administration Respectfully, I Want To Be of Assistance if I Can Sir, I Got A Truck load of Proof Documentation & witnesses if Needed. Please Get Back To Me Timely. J. Moser

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

See Response to Grievance FRA-0102-00 Dated 03-27-00.   LJN

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |
|---|---|

PLEASE SEE ATTACHED.

(LEGAL AFFIDAVIT)     19th DAY of MARCH, 2000

Daniel J. Doyle Esq.

Office of Attorney General     ( 00. 3025)

15th Floor, Strawberry Square     — Exhaustion MEASURE —

Harrisburg, PA. 17120

( Counsel for State - Dr. O'Connor, R.N. Nauroth, Super: Joseph (. Chesney)

Greetings Mr. Doyle,

I am writing you, to make you AWARE I FINALLY SAW THE NEUROSURGEON TODAY, and to AFFIRM ALL THAT WAS (OR) Did TAKE PLACE IN said meetings, I FEEL TO NEED I DO THIS Because, Dr. O'Connor at S.C.I. Frackville often changes specilist "orders" and/or "Recommendation", which is unlawful and I Believe Himself and His administraitor will STOP AT Nothing Lawful (or) in most case NOT, too Denial Proper medical Treatment, for Cost, Discrimination and many other Purposes. ALL my Allegations and Need'd Medications and surgery we're Affirmed by THE specilist TODAY, As Dr. O'Connor Already knew, But BeforeHand Deliberately Denied me." THE specilist "order" strange Pain management medications "OXYCONTIN" and Also Recommended I have A (2) Disc spinal Fussion With Follow-up Physical Therapy and follow specilist Treatment..." "I Request ALL specilist orders BE Followed"..

I Don't Need to TELL you SIR, He HAS made a mess of my medical situation, He Leaves you to Clean All this up in THE Courts, I'm Giving you Notice Now, Please Don't Permit Him to Put my Health AT Risk any Further AM Trying to Remedy This Situation. HE STILL ALSO IS Refusing me A "LIVER Biopsy" For my Hep.C. TERMINAL ILLNESS—(also)... I Feel only Going PUBLIC can Assist This situation Quickly, and Stop THE Enjustice's Done, But I'LL await your Response for (30) Day. Please Know I'LL ASSUME ALL my medical Cost upon my Release and Assit me when ABLE, Please Speak to your Clients.

* sworn too:     Respectfully, Jeffery Paul Mosel 3/19/2000

\* CASELAW IN SUPPORT OF FACTS AT HAND...

- SPECIALISTS "ORDER" (OR) RECOMMENDATIONS - (must BE Followed)
( Hamilton V. Endell, 981 F.2d 1063 (9th cir. 1992) )
(A)op - (DISREGARD of SURGEON'S DIRECTION CONSTITUTE DELIBERATE INDIFFERENCE -
( WASHINGTON V. DUGGER, 860 F.2d 1018, 1019-21 (11th cir. 1988) SAME AS (A)OPINION
( MARTINEZ V. MANCUSI, 443 F.2d 921, 923-25 (2d cir. 1970) ) SAME AS (A)op.
Williams V. O'Leary, 805 F.Supp. 634, 638 (N.D. ILL. 1992 \*) SAME AND THEN SOME (A)

( Harris V. Thigpen, 941 F.2d 1495, 1509 (11th cir. 1991)); (Langley V. Coughlin, 888
F.2d 252, 254, (2d cir. 1989) ) - Prison official must Provide Adequate Facilities
Equipment For NECESSARY MEDICAL CARE. "THIS INCLUDES MEDICATION Dispension, which IN
NO CASE Should "Medication Discrimination BE Acceptable Lawful Behavior". -

( GREEN V. CARLSON, 446 US 14, 64 LED2d 15, 100 S. CT 1468 (1980) )
- SUIT AGAINST PRISON WARDEN FOR MONEY DAMAGES, (MEDICALLY RELATED) - SUPREME CT. RULING U.S.

( JOHNSON V. CLINTON, 763 F.2d 326 (8th cir 1985) )
- CRUEL AND ~~UNUSUAL~~ UNUSUAL PUNISHMENT CLAIM - DENIAL OF PROPER MEDICAL
TREATMENT - SURGERY - ECT.. 8th AMENDMENT VIOLATION AND MORE.

( WEAVER V. CLARK, 45 F.3d 1253 (8th cir 1995); HARRIS V. COWETA COUNTY, 21
F.3d 388 (11th cir. 1994) )   Prison official violates Eight Amendment By BEING
Deliberately Indifferent Either to Prisoner's Existing Serious MEDICAL Conditions
POSING SUBSTANTIAL RISK OF SERIOUS FUTURE HARM. NOTE: THIS CASELAW ALSO COVERS
THE DELIBERATE INDIFFERENCE Shown "WHEN THE BLANTANTLY REFUSE ALL INMATE A
"LIVER Biopsy" WHEN THEY KNOW THE Prisoner Has (HEP.C.) THEY ARE SAVING MONEY
WHILE Putting Others In Future Harm. (SPINAL ISSUE For myself Included)

*(Copied - Dated - Witnessed)*

DC-135A

— LEGAL —

**INMATE'S REQUEST TO STAFF MEMBER**

RECEIVED
MAR 22 2000
SCI-FRACKVILLE
SUPERINTENDENT'S OFFICE

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

Complete Items Number 1-7. If you follow instructions in preparing request, it can be disposed of more promptly and intelligently.

| 1. TO: (NAME AND TITLE OF OFFICER) Superentendent Joseph C. Chesney | 2. DATE 21 Mar. 2000 |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Jeff Moser BE4713 | 4. COUNSELOR'S NAME Dudeck. |
| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT A-A-22 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.  GIVE DETAILS.

Greeteng Ser,
        I would like to know "will I be your Contenteon En Further Legal Proceedeng that you knew nothing of Ms. Nourath and Dr. O'Conner actions, when they refused me, proper pain medication, stalled Nerosergeon appointment, left me without means to tend my Incontinence, Refused and/or total sought to stop all mental health services and medicatens to me, and refuses any treatment (or) liver Beopsy's for Hep C..
        Well please take notice now, I once again make you aware of all these Horride conditions and medical Neblect, with your full knowledge throught pass exstenstion mensures... I am total I will Continued Continued to be Refused the specilest "order" meds and treatment, relardless of need. I pray for a public trefal — please contact me with your contentions, so we may seek Remedies to the sitvation. Prisoners are human beens. Please Respond temely. God Bless you and yours. J. Moser.

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Ms. Nourath-
3/22/00
Pls advise

See Response to Grievance FRA-0102-00
Dated 03-27-00.  LJN

RECEIVED
MAR 2? 2000
SCI-FRACKVILLE
CHCA

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |
|---|---|

( Date/sat/use/ (legal) )

**DC-135A**

*Legal Medical Request*

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Ms. Nauroth (medical Administrator) | 2. DATE 7 min. free |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) MOSEK, BE 4713 | 4. COUNSELOR'S NAME |
| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT A - A - 22 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Upon Extensive studies of Research material on "Hep C" The Effects, The Treatments, and Medications, I Find you are in Error, As stated Before, By Dr. Mayer, I would Hate to Think this is intentional and indifference to serve the D.O.C. Means At the Cost of Inmates Lifes. What I am Referring to ma'am, you must Do a Liver Biopsy (R+A Count) Before Administering Any Medication for Hep C, As well as to Tell How much Liver Function one Has, Documented Fact is you Can't Assess This By a Mere Blood Test, which By The way we Can only Get Every 6 months. This Should Be Standard operating Procedure Testing, As it would Be Criminal To Ignore The Illness (or) Treat it without prior Biopsy testing. I understand you Don't have The Facilities Here to Properly Administer (interferon Alfa-2A) Treatment Here, But If you Do, Should you have a Liver Biopsy Done First. I

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE) would Think So. Please Schedule Me for a Liver Biopsy (or) "In writing" Explain why I'm Being Refused. Thank you Kindly! J. Moser.

See Response to Grievance FRA-0102-00 Dated 03-27-00.  LJN

☐ TO DC-14 CAR ONLY              ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |
|---|---|

*Dated / copied / witnessed.
Submission —
All Now 3/29/00
Wit: [signature]*

**DC-804**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO.  | FRA-0102-00

| TO: GRIEVANCE COORDINATOR | INSTITUTION S.C.I. FRANKVILLE | DATE 24 March 00 |
|---|---|---|
| FROM: (Commitment Name & Number) MOSER BE4713 | INMATE'S SIGNATURE Jeffery Paul Moser | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT A-A-22 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

On the 20th of March 2000, I finally recieve a Nuero-Surgeon Consultation, In such He affirmed that: My Back Has worsened, From Previous Dated (M.R.E.)(s) That I Need A Spinal Fussion at several Levels, and to Be on "Oxycontin" Pain Medication, For Severe Pain, As the Present Medication Would Not Be Effected, In Light of My serious Injury, I Check Today And Was Told That the, Specilist Orders Never write it into my Medical File? I Formally Legally Demand My Medication As Is The Law, You were To Abide By Law with All Specilist Orders, It Is Unlawful to Tamper with said Records, Also, "I Also Request My Surgery and Full Phyical Therapy (3 to 6) Aftercare Required By Law. I Have Been Denied All To Date. It was Further stated at No Time should I have Been on Ice and Snow and I Have Incontinence From Nerve Damage. You Recently Refused to Treat

B. Actions taken and staff you have contacted before submitting this grievance: A condition you Knew Needed Treated. (Neglect) Exhausted All Issue Prior to Specilist Examine, Now I Proceed to Exhaust "New" Civic Violations. (wrote: Daniel Doyle A/o For Frankville) (wrote Mr. Moore) (spoke to Mr. Forr) (Ask Court to secure Specilist issue(s) From Inst. Harrassment) I will Be My Intention to hold All involved Responsible In There Personal Capo (Monitary)

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____FRR_____          Mr. _____ Jr.          2-24-00
Signature of Grievance Coordinator                              Date

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**State Correctional Institution at Frackville**
(570) 874-4516, Ext. 187
June 22, 2000

**SUBJECT:**   Request Slip Dated 06-21-00

**TO**:        BE-4713, Jeffrey Moser

**FROM:**      Linda J. Nauroth
               Health Care Administrator

I am not the ADA Coordinator for Eastern Pennsylvania. I am the ADA Coordinator for SCI
Frackville.

Yes, I did send you the information on how to request accommodation under ADA on
06-13-00, just as I answered your request slip. I put your responses in the mail just like I do
for every other inmate. It is not my responsibility to hand-deliver.

LJN/sr

cc:   File

**DC-135A**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

**INMATE'S REQUEST TO STAFF MEMBER**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Ms. Nauroth   Medical | 2. DATE 21 Jun 00 |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) MOSER  BE4713 | 4. COUNSELOR'S NAME |
| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT  A-A-22 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

Ms. Nauroth,
I spoke to Mr. Fork Today, He said you were suppose to have sent me some forms to fill out, to get my A.D.A. and Rehab. Act information. I did'nt get them, please forward them to me immediately, as you are the responsible A.D.A. Coordinator for Eastern Penna. (D.O.C.) ,,, You say I got my last (3) request slip Back, No I did'nt, Please assure I do this Time

THANKS

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

See Response Dated 06-22-00.  LJN

☐  TO DC-14 CAR ONLY                    ☐  TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |
|---|---|

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**State Correctional Institution at Frackville**
**(570) 874-4516**
July 3, 2000

SUBJECT: **Request Slips dated 26 June, 28 June**
**And Grievance FRA 0294-00**

TO: Jeffrey Moser, BE-4713     *A·A·3·2*

FROM: *Bruce K. Smith*
Bruce K. Smith
Deputy Superintendent
Centralized Services

Superintendent Chesney is on leave. I am in charge in his absence.

The only purpose to be served by a personal interview would be to gather additional information. Considering the volume of material at hand, it appears extremely unlikely anything new would be revealed.

I have reviewed the medical file and have discussed your treatment with Dr. O'Connor and Mrs. Nauroth. I see no evidence of discrimination or retaliation. I do see clear evidence of libel in your statement that Dr. O'Connor is "intentionally harming and killing inmates." I remind you that neither DC-ADM 804 nor the First Amendment to the Constitution of the United States relieves you of responsibility for your statements.

You were seen by an oral surgeon regarding what you refer to as "stone and infection in the throat gland."

Your claim that "No treatment at all" resulted from this consultation is a lie. Antibiotics and a regimen of massage were prescribed. You did comply with the medication order. Only you know whether you followed up on the instructions for massage.

The oral surgeon did suggest an E.N.T. consultation. Dr. O'Connor determined that because there was no evidence that the gland was malfunctioning, any surgery would be elective. Nowhere in the record is there mention of this condition causing cancer.

William Storm's medical condition is not at issue here. At this time, I am not aware of litigation regarding his medical care.

You were seen by a neurosurgeon regarding your back pain. The outcome of this consultation was a recommendation for surgery, which you have refused. Dr. Nakkache suggested Oxycontin, 20 mg or 40 mg, bid. (Consults do not result in "orders" unless

**Jeffrey Moser, BE-4713**                                    **Page Two**
                                                             **July 3, 2000**

approved by the Medical Director).  The surgery was approved, morphine was not.  Follow-up with Dr. Nakkache revealed that the source of the suggestion for pain-management-by-morphine was your request.

Your assertion that there is no pain management in your case is another lie.  A multi-disciplinary team reviewed your situation, including Dr. Nakkache's (your) recommendation, and arrived at a pain-management plan, which includes powerful, but less physiologically addictive, drugs.

By way of review, one can see that you have been offered treatment (surgery) which has been approved as a needed procedure which should substantially reduce pain and dependence on drugs, and that instead of long-term corrective action and relief, you demand morphine, and plenty of it, which will provide no corrective or therapeutic effect, and no relief beyond the duration of the next dose.

Regarding Mr. Humphrey, your assertion that he was prescribed Vicodin in exchange for not requesting surgery is another lie.  His pain-management plan also resulted from a multi-disciplinary consult, and surgery has not been ruled out.  Your allegation that he was coerced to silence by threat of having his pain medication cut is yet another libelous statement, easily proven untrue; Q.E.D. 1) Obviously he did not remain silent.  2) He's still taking Vicodin.

With regard to ADA claims; as noted in the reply to your appeal on Grievance FRA-294-00, you continue to insist your "rights" are being denied in spite of the fact you have yet to make a cogent, reasonable request for accommodation.

Perhaps I can be of some assistance in resolving this part of your complaint.

First, be advised that no one is duped or misled by incomplete information.  What your family claims to have heard from federal authority not withstanding, SCIF did request medical records from your treatment in Phoenix, that request was acknowledged in writing, and we have received the requested information.  (Trust me on this.  I have held these documents in my hands, read them, and the fact that Dr. O'Connor has reviewed them is a matter of record).

Second, you must understand that A.D.A. does not require that we obsequisouly grant your every wish.  SCIF is in compliance with the law if (1) you are provided the means to state your disability, to describe how the disability effects your Major Life Activities, and (b) the request for accommodation is evaluated and if reasonable and effective, granted, and, (c) of course, you are advised of the outcome of the evaluation and decisions.  (ADA Request enclosed – 3rd time.)

I am aware of what Cauda Equina Syndrome is.  I am also aware Dr. Nakkache found no evidence of it on March 20th, and there has been no other evidence of incontinence.  In the

**Jeffrey Moser, BE-4713**                          **Page Three**
                                                    **July 3, 2000**

federal medical record, there is reference to a single episode of incontinence "possible" Cauda Equina, secondary to a fall. The prescribed treatment was to take it easy for 4 days before resuming normal activity. I believe that was in 1998. There are, and have been, incontinent inmates at SCIF, even pre-ADA, and there was no problem in accommodating their needs.

You need to calm down and make a couple of basic choices:

| Column A | Column B |
|---|---|
| Therapeutic/Restorative procedures to enhance ability and relieve pain. | Increasing dependency on narcotic drugs. |
| Mature discussion of facts and effective solutions to problems. | Childish tantrums, lies, irrational demands, descending spiral of frustration. |
| Assume responsibility for self; make the most of what is available. | Abdicate responsibility and authority blame everyone else for your poor decisions. |

The choice is 100% yours. It should be a no-brainer for a smart fellow such as you.

BKS/hs
enclosure
cc:    Supt Chesney
       CHCA Nauroth
       DC-14
       file

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**State Correctional Institution at Frackville**
(570) 874-4516, Ext. 187

**SUBJECT:**    Request Dated

**TO:**

**FROM:**    Linda J. Nauroth
Health Care Administrator

Please note the following definitions as found in DC ADM 006, Reasonable Accommodations for Inmates with Disabilities:

*Qualified Disability*:  Physical or mental impairment that substantially limits one or more major life activities.

*Major Life Activities*:  Functions such as caring for oneself, performing manual tasks, walking, seeing, hearing, speaking, breathing, learning or working.

*Reasonable Accommodation*:  Modification or adjustment to a job or work environment that will enable a qualified applicant or employee with a disability to participate in the application process or perform all essential job functions and which does not create an undue hardship for the employer.

Please note that having a diagnosed medical problem does not necessarily mean that a person has a disability.  Also, note that "reasonable accommodation" does not include medical treatment or referral to a specialist.  Finally, please note that while Frackville does not have an on-site infirmary, infirmary care is available to any Frackville inmate who needs it.  For this reason, the "accommodation" of transfer to a facility that has an infirmary is not an option.

Based on the above information, please resubmit your request slip, stating specifically:

1.    The nature of your disability;

2.    How that disability affects your major life activities;

3.    What reasonable accommodation is requested?  How will that accommodation allow you to perform major life activities that you cannot currently perform?

LJN/sr

Attachment

*This is the form I sent to Mr Moser*

c:    File

ada-memo.frm

**DC-804**
PART 1 *(Personal & confidential)*

*Submission to. 1 Mo*
*Witnessed - 9 R-wolf*

**22**

*(Copy / witnessed / dated)*

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

*LEGAL Exhaustion*
*Docket No# A CASE*

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO.  | FRA-0294-00

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| *Medical* | SCI - FRACKVILLE | 6-12-00 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| BEY713 MOSER | *Jeff Moser* | |
| WORK ASSIGNMENT | QUARTERS ADDRESS | |
| | A - A - 22 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

I repeatly write medical and never recieve a response asking about "Hep. C." Treatment and Blood testing and about the operation on my throat which I'VE needed for over 1 yr now! I am 35 years old and due Blood scanning (S.B.A. testing) for prostate problem which is recommended due to my age and spine injury. All the above are long overdue needed medical treatment. This is just another Blantant example of the medical dept. medical neglect and ignoreing my medical needs. As Ms. Nevoroth can only state "sue us" by actions, it's Blantant disregard of my medical needs, & the taxpayers money. You are in violation of the rehab. act & A.D.A. on all accounts and guilty of criminal

B. Actions taken and staff you have contacted before submitting this grievance: neglect. I am legally disabled... Spoke with Ms. Nevoroth 5/00 (lobby) (5) Request slips, (2) Dr. visits. Spoke to Mr. Ferr 5/00 about medical needs & pending suit. Retained Attorney Dolfman Esq. to monitor & review Legal action.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Grievance Coordinator

_____
Date

A.D.A. Complaint (1990)    Submission J. N. 3/00
Witnessed    R. Wolf

**DC-804**
PART 1 (Personal & Confidential)

(Dated) (Witnessed) (Copied)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

LEGAL EXHAUSTION
PLEASE DOCKET #

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. | FRA-0299-00

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| | SCI-Frackville | |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| BE4713 MOSER | Jeff Moser | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| NONE offered | A-A-22 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

I am legally disabled, I am certified so, by the Federal Authorities, Rehab Act and the A.D.A. of 1990, S.S. Administ. because of my spinal injury (SEE: Saunders v. Horn 960 F.Supp. 893 (E.D. Pa. 1997) And because I have a terminal blood born illness (Hep.C.) (which aides, H.I.V. and Hep.C. are A.D.A Applicable) SCI-Frackville does not comply with the standards of law, in regards too: (Reasonable Accommodations) (Facilities to accommodated disabled prisoners medically & rehabilitational) employment, housing, recreationally, ECt... Therefore, I am extremely discriminated against because I am disabled and suffer great medical neglect, in violation of the A.D.A. and Rehab. Act. These actions of indifference are crimes against the disabled, I do Specifically request action to correct & this take place immediately! Thank you.

B. Actions taken and staff you have contacted before submitting this grievance:

(Brought issue to med. Admin 12/99) (correspondence ignored) (3) Req. slips (None answered) (Letter /caselaw to Superintendent Chesney 6/2000 No answer to date) Wrote Disability Board Pa. 6/00 & Exhaustion meant?

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____    _____    _____
Signature of Grievance Coordinator                                    Date



DC-804
Part II

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P. O. BOX 598
Camp Hill, PA 17011

OFFICIAL INMATE GRIEVANCE                          GRIEVANCE NO. FRA-0294-00
INITIAL REVIEW RESPONSE

| TO: (Name & DC#)<br>Jeffrey Moser<br>BE-4713 | INSTITUTION:<br><br>SCI-Frackville | QUARTERS:<br><br>A-A22 | GRIEVANCE DATE:<br><br>06-12-00 |
|---|---|---|---|

The following is a summary of my findings regarding your grievance:

As I told you in response to your request slips to Superintendent, you have never requested accommodation under ADA. I have sent you the paperwork to do so. Your record contains no documentation that you are "legally disabled" nor is there any "certification".

You have the policy. I'm sure that you can see from reading it that accommodation is not a generic term for treatment and/or rehabilitation. Rather, it is specifically "a modification or adjustment to a job or work environment. . ." Follow the instructions on the paper I sent you. State specifically which major life activities are affected and what accommodation is requested. Yes, DOC policy does meet the requirements of law.

I have responded to every request slip you've sent me. You have not always liked my answers (like you, I keep copies of everything). Not granting you every request is not the same thing as ignoring your medical needs. For example, your need for surgery is very real, but you refused it.

cc:
    DC-15
    File

| Refer to DC-ADM 804, Section VIII,<br>for instructions on Grievance System<br>Appeal Procedures | SIGNATURE OF GRIEVANCE OFFICER:<br><br>*Linda J. Nauroth*<br>Linda J. Nauroth, CHCA | DATE:<br><br>6/14/00 |
|---|---|---|

A.D.A. Complaint (1990).    Submission { J. M. 6pm
DC-804                       Witnessed { R. Wolf
PART 1 (Personal 3 Confidential) COMMONWEALTH OF PENNSYLVANIA
                        DEPARTMENT OF CORRECTIONS            LEGAL EXHAUSTION
                             P.O. BOX 598                    PLEASE DOCKET #
                         CAMP HILL, PA. 17001-0598
(Dated Witnessed Copied)

**OFFICIAL INMATE GRIEVANCE**            GRIEVANCE NO.    FRA-0294-00

| TO: GRIEVANCE COORDINATOR | INSTITUTION SCI-FRACKVILLE | DATE |
|---|---|---|
| FROM: (Commitment Name & Number) BE4713 MOSER | INMATE'S SIGNATURE Jeff Moser | |
| WORK ASSIGNMENT NONE offered | QUARTERS ASSIGNMENT A-A-22 | |

RECEIVED JUN 13 2000 SCI-FRACKVILLE CHCA

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

I AM LEGALLY DISABLED, I AM CERTIFIED So, By THE Federal Authorities, REHAB. ACT AND THE A.D.A. OF 1990, S.S. Admin. BECAUSE OF My SPINAL ENJURY (SEE: Saunders V. Horn 960 F.Supp. 893 (E.D.PA. 1997) AND BECAUSE I HAVE A TERMINAL Blood Born ILLNESS (Hep. C.) (which AIDES, H.I.V. AND Hep. C. ARE A.D.A. Applicable) SCI-Frackville Does NOT comply with THE standards of Law, IN REGARDS TOO: (REASONABLE ACCOMMODATION) (FACILITIES To ACCOMMODATED DISABLED PRISONERS medically 3 REHABILITATIONAL) Employment, Housing, RECREATIONALLY, ECT... THEREFORE, I AM Extremely DISCRIMINATED AGAINST BECAUSE I AM DISABLED and suffer GREAT Medical NEGLECT, IN Violation of THE A.D.A. AND REHAB. ACT THESE ACTION OF INDIFFERENCE ARE Crimes Against THE DISABLED, I DO

B. Actions taken and staff you have contacted before submitting this grievance: RESPECTFULLY REQUEST ACTION TO CORRECT 3 THIS TAKE PLACE Emmediately! THANKS. (Brought ISSUE TO Med. Admin 12/99) (CORRESPONDENCE EGNORED) (3 REQ. Slips (NONE ANSWERED) (Letter/CASELAW TO SUPERINTENDENT CHESNEY 6/2000 NO ANSWER TO DATE) WROTE DISABILITY Board PA. 6/00 3 EXHAUSTION meant?

Your grievance has been received and will be processed in accordance with DC-ADM 804.

FORR

Signature of Grievance Coordinator          Date    6-13-00

(left margin, rotated): * (FREELAS DIE SUPPORT) )( FREELAS V. FR E.D.PA. 1995 816 F.Supp 1437 1445 KEMNIE VS. AUSTIN (

(right margin, rotated): LITTLE VS. LYKOMIOK LUODEY | LITTLE (F.Supp 801, 817 (M.D. PA.) THE REHAB act supports

**DC-804**
PART 1 (Personal & Confidential)

*Submission - J. M.*
*Witnessed - R. Wolf*

*Legal Exhaustion Docket No.# Please*

(copy / witnessed / Dated )

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA. 17001-0598**

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. | FRA-0294-00

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| Medical | SCI - Frackville | 6-12-00 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| BE4713 MOSER | Jeff Moser | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| | A - A - 22 | |

RECEIVED 2000 SCI FRACKVILLE CHCA

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

I repeatly write medical and never recieve a response asking about "Hep.C." Treatment and blood testing and about the operation on my throat which I've needed for over 1yr now! I am 35 years old and due blood scanning (S.B.A. testing) for prostate problem which is recommended due to my age and spine injury. All the above are long overdue needed medical treatment. This is just another Blantant example of the medical dept. medical neglect and ignoring my medical needs, As Ms. Nauroth can only state "Sue us" by actions, in Blantant disregard of my medical needs, & the taxpayers money. You are in violation of the Rehab Act & A.D.A. on all accounts, and Guilty of Criminal

B. Actions taken and staff you have contacted before submitting this grievance: Neglect. I am legally Disabled...
Spoke with Ms' Nauroth 5/00 (Lobby) (#) Request slips, (2) Dr. Visits Spoke to Mr. Foura 5/00 about medical needs & refiling suit.
Retained attorney Dolfman Esq. to monitor, cars review legal action.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Grievance Coordinator                    Date

DC-804
PART-1

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA. 17001-0598

- Disability Certification sent too:
  Mr. Fork 6/19/00

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. FRA-0294-00

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| Appeal To Superintendent | SCI-Frackville | 20 June 00 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Mosek, BE-4713 | Jeff Mosek | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| | A-A-22 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

Greetings sir, All Facts Remain The same as Original Grievance Filed, SCI-Frackville Does not meet The standards of the A.D.A And/or "Rehibilitation Act" which is the act The A.D.A. was Formed After. Ms. Nazareth make a "statement" that the A.D.A./Rehab. Act Does Not apply to "medical and/or Rehibilitation" This is a blantant lie, "Disabled" Think about it. I Need to Say Nomore. The specific of your Discrimination are Numerous As I have experience, Because of my Disability. I am not afforded a shower, where I suit myself, Nor am I Permited Privacy (single cell) To wash my genitals, I must do it in Front of whoever to much Embaressment B.) I have No Saffy Bars mounting my toilet and/or Bed To catch myself when I fall C.) I am offered NOT single Securd of

B. Actions taken and staff you have contacted before submitting this grievance Rehab Therapy Here Because you Have Not a Hospital (or) Infirmary, I Have a Condition which Demand me to Be Threat with an Infirmary, And this not your medical "Medication Discrimination" is why I am in so much Pain and have a lot of These Problems. Yes The A.D.A.: Rehab. Act Applies to "Lack of medical Treatment".

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Grievance Coordinator

_____
Date

*Z.Z.*

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**State Correctional Institution at Frackville**
**Superintendent's Office**
**June 27, 2000**

**SUBJECT:** Appeal from Initial Review
Official Inmate Grievance  FRA-0294-00

**TO:** Jeffrey Moser  BE-4713
AA-22

**FROM:** Joseph W. Chesney
**Superintendent**

Upon receipt of your appeal to the Initial Review of the above cited grievance, I have reviewed the original grievance and the response you received.

Regarding the Americans with Disabilities Act, (ADA); you have not been denied any accommodation under this act.  You have made no application for such accommodation, despite having been provided the means to do so (twice).  If you comply with Mrs. Nauroth's instructions, your request will receive appropriate attention.

Regarding incontinence; your complaint has  been investigated but no evidence of such a problem was discovered.  You do have the means available to cleanse yourself without (extra) showers.

Regarding single-cell housing:  this is a classification issue which you must discuss with your Unit Manager.

Regarding medical treatment; SCIF does have an infirmary and a full range of medical, restorative and rehabilitative services which are made available at the direction of licensed medical professionals.  You have been offered treatment for your back problem, and have rejected same.


JWC/st

cc:    Mrs. Nauroth
       Mr. Forr
       Mr. Rosato
       DC-15
       File

**DC-804**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA. 17001-0698**

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO.    FRA-0294-00

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| FINAL REVIEW | SCI-FRACKVILLE | 3rd July, 2000 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Jeffery Paul Moser BE4713 | | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| No Jobs made Available for the Disabled | A-A-22 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

SCI-FRACKVILLE DOES NOT COMPLY WITH THE A.D.A. ACT (or) REHAB. ACT, THEY ARE IN CONSANT
VIOLATIONS & BLANTANTLY DISCRIMINATE TOWARDS THE DISABLED & MENTAL ILL... THEY PROVIDE
""NO"" SERVICE FOR THE DISABLED RATHER THEY HARRASS THOSE WHOM ASK FOR ASSITANCE
WITH ""NO"" COMMON RESPECT FOR INDIVIDUAL DIGNITY, PRIVACY , EQUAL ACCESS...
They are not set-up for the disabled here and refuse to comply and/or make any effort
to assit those who are in need of Private Celling (Dignity & Respect & Privacy)
Bed Bars , tiolet Bars, Employment, Vo-Rehab Services, Release Counseling .
as well as S.S.I. Assitance...  They make a Mockery out of Medical services here
and refuse the Disabled any kind of Pain Management or Phyical Therapy , Canes,
wheelchairs, ECT.....  I have Placed (2) Request for Services in and Both are Treat as
they were "LOST IN THE MAIL" and ignored. Then the admin. states that if you refuse a
operation, You are no longer Disabled ... When even after the operation I still shall

B. Actions taken and staff you have contacted before submitting this grievance:

be Very disabled.. And such is affirmed in Medical records... There is a tone Here of
retaliation towards the disabled, Such as some are shipped to Manahoy without there
personal Legal property or Property, Phone service ect... So they drop there request
or further suffer the wrath of Mr. O'Connor & Linda Nauroth & Mr. Smith .. Thank You

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Grievance Coordinator

_____
Date



**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**State Correctional Institution at Frackville**
**Superintendent's Office**
**February 1, 2000**

**SUBJECT:**   Appeal from Initial Review
Official Inmate Grievance No. FRA-0028-00

**TO:**   **Jeffrey Moser, BE-4713**
**A-A22**

**FROM:**   Joseph W. Chesney
Superintendent

Upon receipt of your appeal to the Initial Review of the above cited grievance, I have reviewed the original grievance and the response you received.

As stated by Ms. Nauroth, neither she nor I can prescribe medication or order a Doctor to change his, for a patient.  Here, as on the street, they prescribe what is necessary.

Ms. Nauroth also stated there is nothing in your record to indicate any additional injuries.

Your question/grievances have been adequately addressed.

JWC/ca

cc:   DC-15
File

*SUBMISSION WITNESSED AND COPIED*

**DC-804** *Jeffrey Moore 1/28/00*

**PART 1** WIT By? R M *L L Y*    *✱ Appeal To THE Superintendent*

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. | FRA -0028-00

✱ *Personal INTERVIEW REQUESTED* ..

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| I.V - APPEAL TO Superintendent | S.C.E. FRACKVILLE | 01-28-2000 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Moore BE4713 | Jeff Moore | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| | A-A-22 | |

**INSTRUCTIONS:** — (PLEASE SEE Ms. Nunroth "WRITTEN" RESPONSE IN RECORD) (ALL of THEM) —

1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

FOR THE RECORD FRA-0028-00 GRIEVANCE WAS (2) SEPERATE GRIEVANCES THAT THE medical administrator Consolidated into (1) GRIEVANCE No#. So I'll address THEM AS ONE. (PLEASE SEE ATTACHED Documents) AS you CAN SEE I WAS GRIEVING THESE FACTS, 1.) THE medical administration Knew (In Writing) THAT I COULD NOT BALANCE ON THE ICE & SNOW BECAUSE OF A SPINAL INJURY, ✱ BUT DID NOTHING TO PREVENT FURTHER HARM TO ME, 01/20/2000" I FELL ON THE ICE, AS OF A RESULT OF THERE medical & admins. NEGLECT". I WAS INJURIED WORSE AS A RESULT, AND Suffer INCREASED PAIN ETC. (Subjected FURTHER SPINAL INJURY)... BUT NOW I AM STILL REQUIRED TO WALK ON ICE & SNOW DAILY, AS THEY CARE NOT IF I BREAK my BACK AGAIN, (INTENTIONAL INDIFFERENCE) 2.) I Don't WANT TO TAKE ANY medications, — NEED — I NEED STRONGER PAIN medication which ARE DISCRIMINATED "CLEARLY" AGAINST HERE. (Dr.) Documented, Regardless of THE NEED FACT. Ms. Nunroth CLEARLY DOESN'T WANT TO RESOLVE THESE ISSUE'S "SIMPLY" BY PUTTING ME IN A

B. Actions taken and staff you have contacted before submitting this grievance: PRISON I Don't HAVE TO WALK ACROSS ICE OR SNOW ENCLOSED (Huntingdon, Western, Smithfield, Ect.) FOR MY OWN Physical SAFTY & GIVE ME Effective PAIN medication d (SIC) Claims DRUG Addiction ) ANOTHER Contradiction IT HAS NOTHING TO with my "M.R.I. REPORTS AND MANY Doctors BEFORE" PROOF of NEED, NOT WANT. ONE Contradiction After ANOTHER. I CAN'T GET Administrative RELIEF, I'VE TRIED, NOW I MUST SUE ABOUT THE FALL & M/DISCRIMINATION

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Grievance Coordinator

_____
Date

*Submission withessed and Corrected Patricia Moore 1/28/00*

**DC-804**
**PART 1** *cont'g* *R V W* COMMONWEALTH OF PENNSYLVANIA *☀ Appeal to the —*
DEPARTMENT OF CORRECTIONS — *Superintendent*
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**   GRIEVANCE NO. | FRA -0028-00

*☀ Personal Interview Requested ..*

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| *T.L- Appeal to Superintendent* | S.C.F. Frackville | 01-28-2000 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| *Moser BE4713* | *Jeff W—* | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| | A-A-22 | |

**INSTRUCTIONS:** — *(Please see ms. Nurroth "written" Response in Record) (all of them)* —
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

*For the record FRA-0028-00 grievance was (2) seperate grievances that the medical administrative consolidated into (1) grievance No #. So I'll address them as one. (Please see attached Documents) As you can see I was grieving these facts, 1.) the medical administrations knew in writing that I could not balance on the ice & snow because of a spinal injury, * but did nothing to prevent further harm to me, 2/26/2000 " I fell on the ice, as of a result of there medical & admin. neglect. I was injuried worse as a result, and suffer ingrased pain ect. (subjected further spinal injury) " but now I am still required to walk on ice & snow daily, ie. they have not if I protect my back injuries (without a medications) I don't want to take any medications — Need — I need stronger pain medications which are discrimonated "clearly" against those (Dr.) documented, remedless of the need. ms. Nurroth clearly doesn't want to resolve these issue's "simply" By putting me in a*

B. Actions taken and staff you have contacted before submitting this grievance: *(where) I don't have to walk across ice or & snow forward (thorrington, Waxhaw, brushalood, Ect.) For my own physical safty & give me effective pain medications (claims drods addiction) another contradiction it has nothing to with my "M.R.I. Reports not many doctors before " part of need, not want. one contridiction with another. I can't get administrative relief, I've tried, now I must see about the fall & m/discriminations*

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____                                          _____
Signature of Grievance Coordinator                                          Date

**DC-804**
**PART 1**

FINAL APPEAL →

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. FRA-0028-00

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| FINAL REVIEW APPEAL | FRACKVILLE | 7 FEB 2000 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Jeffery Moser BE4713 | Jeffery Moser | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| NONE | A-A-22 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

THIS FINAL APPEAL IS ENTER IN GOOD FAITH, I DO WANT TO OBTAIN RELIEF
WITHOUT CIVIL LITIGATION, PLEASE REVIEW ALL THE ENCLOSED GRIEVANCE
COPIES, AS THE SITUATION REMAINS THE SAME, THE FACTS ARE STILL:
A) I STILL WALK ON ICE AND SNOW DAILY, WITHOUT NO CONSIDERATION TO
MY CONDITIONS (MEDICALLY) AT FURTHER RISK TO MYSELF... B) I
WAS FURTHER HURT IN THE ACCIDENT THAT OCCURRED AND I AM NOT
RECIEVING ANYMORE MEDICAL TREATMENT, THAN BEFORE, RATHER I AM
BEING IGNORED. C) I AM NOT RECIEVING EFFECTIVE PAIN MEDS
BECAUSE OF THE MEDICATION DISCRIMINATION POLICY OF FRACKVILLE AND
HAVE BEEN TOTAL CUT OFF MY "ATAVAN" FROM MENTAL HEWLTH UNDER
THE SAME POLICY. IT. HOW MS. NAVROTH SAYS "I GOT LOTS OF SUITS
AGAINST ME," "JOIN THE PARTY!" I WONDER HOW MANY ARE TRIED IN

B. Actions taken and staff you have contacted before submitting this grievance:

THE PUBLIC, KNOWN TO THE TAXPAYER, (AS WILL BE THE CASE WITH
ME.) THIS IS A SYSTEM HERE, THAT IS OUT OF HAND AND UNLAWFULL
BUT THANKFULLY, I'VE BEEN ABLE TO DOCUMENT EVERYTHING. PLEASE
CORRECT THE INJUSTICE IN A COUPLE SIMPLE STEPS. TO BOTH OUR BENEFIT. THANK YOU

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Grievance Coordinator

_____
Date

DC-135A

R E C E I V E D

MAR 6 2000

SCI FRACKVILLE
SUPERINTENDENT'S OFFICE

**COMMONWEALTH OF PENNSYLVANIA**

DEPARTMENT OF CORRECTIONS

**INMATE'S REQUEST TO STAFF MEMBER**

INSTRUCTIONS

Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.

1. TO: (NAME AND TITLE OF OFFICER)
Mr. Forr

2. DATE
5 mar 2000

3. BY: (INSTITUTIONAL NAME AND NUMBER)
Mosek, BE4713

4. COUNSELOR'S NAME

5. WORK ASSIGNMENT

6. QUARTERS ASSIGNMENT
A-A-22

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.  GIVE DETAILS.

Sir, I wanted to let you know, I was "ordered by Sgt. Haggand to cut my hair this week and will do so in violation of my religious beliefs. I have file Adming Grievance, which was not the route I wanted to take, but was force too, so I have no recourse but to enforce past court actions now. I have property I can't get out of the property room for weeks now, this act seems to be one deliberate act of indifference towards me after another I wasn't going to seek (any) litigation (medicak's 1st amend.) Enlight of the fact, I hope to be released withen the next several month, but what other option do I have, to protect myself now? Please

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

continue to try to assit me, if your ablie too, it would be greatly appreciated.
God Bless. A. Mosek.

You were scheduled but because of the ice storm the appt was cancelled The storm was in late Feb + many places cancelled App't which included my Dental app't. In the near future you will be going back out
JF 3-9-00

☐ TO DC-14 CAR ONLY

☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER

DATE

ATA AA
22

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**State Correctional Institution at Frackville**
**Superintendent's Office**
**January 19, 2000**

**SUBJECT:** Appeal from Initial Review
Official Inmate Grievance No.  FRA-0007-00

**TO:** **Jeffrey Paul Moser, BE-4713**
**A-A-22**

**FROM:** Joseph W. Chesney
Superintendent

Upon receipt of your appeal to the Initial Review of the above cited grievance, I have reviewed the original grievance and the response you received.

There is no documentation involved in how you are being treated.

Medical decisions are made by the Doctors; you are not being retaliated against.

You are being treated per current protocol and practices.

JWC/ca

cc:   CHCA Nauroth
       DC-15
       File

Submission Dated / Witnessed

DC-804
PART 1 ... ......... 1/15/00

1/15/00

APPEAL TO Superintendent

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO.  FRA
0007-00

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
|  | S.C.I. Frackville | 15 Jan. 2000 |
| FROM: (Commitment Name & Number) Jeffery Moser BE4713 | INMATE'S SIGNATURE J. M. | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT A. A-22 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

I HEREBY Now Appeal Grievance No# 0007-00 (FRA) For your FULL Reveiw, I am indigent and without means to copy All original copies, But still Due, Review and Due Process rights, Protections From 8th Amend. Violations, Please Reveiw Complete Gr. Content and Ms. Nawroth Responses. With this I believe you can See THE medical staff'(s) Refusual to Properly Treat ME, and THE Medications Discrimination Policy At S.C.I.F. I Don't ASK To Retaliated Against MORE, IN THE Form of Having all my Medication stopped, I Just wish to stay Alive As Long As Possible, IN AT LEAST Sever Pain As Possible, ALL of Which Is Not THE Case Here Because of (Cost-N-Discrimination) Also Hep "C" Is A Terminal ILLNESS- "THERE IS No Cure" Just Medical Treatment.

B. Actions taken and staff you have contacted before submitting this grievance.

This is an appeal, of a Grievance addresses Threw Mr. Forr and Responded to By Ms. Nawroth, Please Reveiw File.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Grievance Coordinator

_____
Date

WHITE—Grievance Coordinator Copy    CANARY—File Copy    PINK—Action Return Copy    GOLDENROD—Inmate Copy

*submission Dated/witnessed*
*fAC 1-16-00*

**DC-804**
**PART 1** *wct*

*R Mill* 1/14/00

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA. 17001-0598**

*Appeal to Superintendent.*

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. | FRA-0001-00

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
| --- | --- | --- |
| | S.C.F. Frackville | 16th Jan. 2000 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Jeffery Moser BE4713 | Jeffery Moser | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| | A.A-22 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

I Hereby Now Appeal Grievance No.# FRA-0007-00 For your Full Review, I am indigent and without means to copy All originals need for Further Litigation, But still Due Review and Due Process Rights and Protections From 8th Amend. Violations," Please Review Complete File & Grievance Content. With This I believe All stated in original Grievance stands true, which Ms. Nauroth states it is D.O.C. Policy to target certian medications, Regardless of the Need to the Patient, Policy overrule All, Please Note I Did Get Proper meds at the inst. I Came From, So Ms. Nauroth statement may be in error, be it That, The Medication Discreimination & Medical Neglect Has only Happened to me at S.C.I. Frackville and Now Admitted to by the Admin. I'm still Not Recieving Proper Designated medication (or) Treatment. As

B. Actions taken and staff you have contacted before submitting this grievance. *Ms. Nauroth As made This Personal Towards & me: Please Review, & Correct. Thank you.*

This is an Appeal, of Grievance addressed though Mr. Fore and Responded to by Ms. Nauroth, Please Review File -3- Ms. Nauroths Responses and Actions.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____    _____
Signature of Grievance Coordinator                Date

**DC-804**
PART 1

Ismissefow Dated/Witnessed
J.N.C. 1-16-00
WCT:
R. McDl 1/16/00

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

Appeal to Superintendent.

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. FRA-0001-00

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| | S.C.F. Frackville | 16th Jan. 2000 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Jeffery Moser BE4713 | Jeffery Moser | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| | A.A-22 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance.

I Hereby Now Appeal Grievance No. # FRA-0007-00 For your Full Review, I am Indigent and without means to Copy all originals Need For Further Litigation. But still Due Review and Due Process Rights and Protections from 8th Amend. Violations. "Please Review Complete File & Grievance Content. With this I Believe All stated in Original Grievance stands True, which Ms. Nauroth states it is D.O.C. Policy to Target Certian Medications, Regardless of the Need to the Patient. Policy overrule All. Please Note I did Get Proper meds at the Jrist. I Came From. So Ms. Nauroth Statement maybe In error. Be it That the Medication Discrimination & Medical Neglect Has only Happened to me at S.C.I. Frackville and Now Admitted to by the Admin. I'm still Not Recieving Proper Designated Medication (or) Treatment. As

B. Actions taken and staff you have contacted before submitting this grievance. Ms. Nauroth As Made This Personal Towards Me. Please Review & Correct. Thank you.

This is an Appeal, of Grievance addressed though Mr. Fore and Responded to by Ms. Nauroth. Please Review FFile -&- Ms. Nauroths Responses and Actions.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____            _____
Signature of Grievance Coordinator                    Date

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**1451 N. MARKET STREET**
**ELIZABETHTOWN, PA 17022**

**OFFICE OF THE**
**CHIEF HEARING EXAMINER**

March 7, 2000

Jeffrey Moser, BE-4713
SCI Frackville

Re:    DC-ADM 804 – Final Review
Grievance No. FRA-0028-00

Dear Mr. Moser:

This is to acknowledge receipt of your appeal to final review of the above numbered grievance.

In accordance with the provisions of DC-ADM 804, VI D, as amended effective November 1, 1997, I have reviewed the entire record of this grievance; including your initial grievance, the Grievance Officer's response, your appeal from initial review and the Superintendent's response. I have also carefully reviewed the issues you raise to final review with the Bureau of Health Care Services.

Upon completion this review, it is the decision of this office to uphold the responses provided by staff at the institutional level. I find the issues raised for final review have been addressed by the Grievance Coordinator and the Superintendent, and their responses are reasonable and appropriate.

I concur with the responses already provided at the institution level. Accordingly, your appeal to final review must be denied.

Sincerely,

Robert S. Bitner
Chief Hearing Examiner

RSB:ph
pc:    Superintendent Chesney

Submission Dated/Witnessed
1-16-00

DC-804
PART 1

WET?

R. Miller 1/16/00

Appeal to Superintendent.

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. FRA-0001-00

| TO: GRIEVANCE COORDINATOR | INSTITUTION S.C.F. FRACKVILLE | DATE 16th Jan. 2000 |
|---|---|---|
| FROM: (Commitment Name & Number) Jeffery Moser BE4713 | INMATE'S SIGNATURE Jeffery Moser | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT A.A-22 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

I Hereby Now Appeal Grievance No. # FRA-0007-00 For your Full Review, I am indigent and without means to copy all originals Need For Further Litigation. But still Due Review and Due Process Rights and Protections From 8th Amend. Violations, "Please Review Complete File & Grievance Contents. With this I Believe all stated in original Grievance stands True, which Ms. Nawroth states it is D.O.C. Policy to Target certain medications, Regardless of the Need to the Patient, Policy overrule all", Please Note I Did Get Proper meds at the Inst. I Came From, So Ms. Nawroth statement may be in error, Be _____ _____ _____ _____ happened to me at S.C.F. Frackville and Now Admitted to By the Admin. I'm Still Not Recieving Proper Designated Medication (or) Treatment. As

B. Actions taken and staff you have contacted before submitting this grievance: Ms. Nawroth has made this personal Towards me Please Review & Correct. Thank you.

This is an appeal, of Grievance addressed though Mr. Fear and Responded to By Ms. Nawroth, Please Review FILE - & Ms. Nawroth's Responses and actions.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Grievance Coordinator                         Date

DC-135A

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

RECEIVED

SCI FRACKVILLE
SUPERINTENDENT'S OFFICE

**INMATE'S REQUEST TO STAFF MEMBER**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Mr. Fogle | 2. DATE MAR 2000 |
|---|---|

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Jerome Mosser BE-4713 | 4. COUNSELOR'S NAME |
|---|---|

| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT A-A-23 |
|---|---|

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

Good day Sir,   As I wrote you when I have a Grievance, I believe it is only proper to write you when you have assisted me and say, "Thank you about your assistance It is appreciated". I am not like Alot of inmates, I'm won't complain, unless it's a valid issue. And it's not my intention to sue the dept.   I have no love to bring with them, and as long as I have someone as yourself to Acknowledge my grievance and "Address them" I will do my best 100% to resolve the issue at your level. And try not to bring publisher to your desk, so I'm not totally happy with the outcome of my Grievance on my Religious Rights, but my beliefs Come before any man (and no disrespect). So now it's my choice to proceed (or not further). But the good thing is that you Addressed the →(note)

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

There is a date in the near future for you to see a DR and as for the other issue the chaplin explained the procedure established by DOC to deal with his issues relating to one's Religion.

JF 3-13-00

☐ TO DC-14 CAR ONLY          ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |
|---|---|

**DC-135A**

*Page 2 of 3*

## INMATE'S REQUEST TO STAFF MEMBER

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

1. TO: (NAME AND TITLE OF OFFICER)
   MR. Fox

2. DATE
   17 MAR. 00

3. BY: (INSTITUTIONAL NAME AND NUMBER)
   Massey  BE4713

4. COUNSELOR'S NAME

5. WORK ASSIGNMENT

6. QUARTERS ASSIGNMENT
   A - A - 2 2

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.  GIVE DETAILS.

situation Fox, That I am Appreciating, I'm going to let This essue
of (religion) Fade at the Time as I have more important medical
needs to deal with, But I must Be honest with you, As ever always
Try to Be honest with you Sir, As it is Just a fact of Prison life that
anytime a while guy Stands up For Religious Freedoms In the Prison
System, they are "Labeled" a Trouble maker, and Harrassed and Treated
with deliberate Indifference, For instance, as soon as you left today
Capt. Boyle (who's Been off From a week) call to make sure I had my Knee
Act, most likely Because if it wasn't they would of Joyfully Essisted me
Against misconduct, Now why was I important in this mail, I don't even
Know Him, I was important Because of "what I stood For In my Grievance
is You and For Going to you with my Problem" Thus I Deserve to → P. 3#

8. DISPOSITION:  (DO NOT WRITE IN THIS SPACE)

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER                                          DATE

DC-135A

= Page 3 of 3 =

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Mr. Fover | 2. DATE 10 Mar. 00 |
|---|---|

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Moser BE4713 | 4. COUNSELOR'S NAME |
|---|---|

| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT A-A-22 |
|---|---|

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

To Be Retaliated Against, So at this time I will not invite indifference, but will watch my Back and ask for your assistance in this. I also would like "your Continued Assistance with Overseeing my Medical Needs" i.e "Hep C." which I assume I've had for over 10 years, which is not Being Treated other then a Blood Test Every 6 months, which is no Treatment at all, at minimum I should Be monitor monthly, Next I came Here Needing a spinal fussion and on Heavy Pain meds Because I Need them, (all to date Have Been ignored For the most Part under Dr. O'connors wrath) I Believe if I had the strong Pain meds approved By the Admin, I Could stall the costly Surgery untill I Get out this Summer "if I make Parole", Thats the Bottom Line Sir, I Just want to "Live as Pain Free as Possible" the Key word Being "Live" Because untreated illness will kill you untill I am out of your Hair, and Home with my Family (children) till I die, Dr. O'conner is

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE) Way out of the Lawful limits on (Both) these Issues, so I would Appreciate all your Help, as I Just want what right and Due to me medically, I Don't want to Be Trouble to any Body, But Understand Sir, I must Fight for what right my Life, and Children Future, if I can't Get Help at this Level, maybe Someday You'll Be in Reno and I Can Show you Around, then you would see I'm Just a Guy would Loves His Family and God that Does want to Harm (or) Cause Trouble for Nobody, I would Like that, once Again Thanks, your Continued Assistance is Appreciated Greatly, God Bless you & yours. Please Get Back to me! J. Moser.

☐ TO DC-14 CAR ONLY          ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |
|---|---|

**DC-804**
**PART 1**

2#

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA. 17001-0598

(Part 2 of 2 (Pages)

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. FRA-0072-00

| TO: GRIEVANCE COORDINATOR | INSTITUTION S.C.I. FRA | DATE 5 MAR, 2000 |
| --- | --- | --- |
| FROM: (Commitment Name & Number) MOSER BE-4713 | INMATE'S SIGNATURE Jeffrey Moser | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT A-A-22 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

with others out of my Faith Bases, which will be Near Impossible, due to the Barber shop is in No manner equally devided among the Races or Religions So I must compermise another standard of Faith and enforce. I Find it sad That after all past litigation, That still only, other Races (other then white) do Have there Religious Belief's Honored in year 2000, I Feel it sad that still if I'm white and claim my Faith here, I am called a Racist, Naze, Skinhead, Violent, Extremist, Ecto because I am white, (which could'nt be further From the Truth and is proven Not to be True in God Documents) I Love God & all People, I Just Don't fro-create with all. "Don't Let the Bad apples Ruin the Bushle" Now I am a Muckery to the staff, to be Harrassed and Descriminated Against For Filenth's and other Grievance, Just ask (A) SGT. (s) and unit manager there "Honest" opinion! I ask you put a stop to the "Deliberate Indifference Toward me and my

B. Actions taken and staff you have contacted before submitting this grievance:

(SEE Pg. ONE (1)

Religion Now Please! I will say No more (or) litigate Further. I Got Children whom Need a Father, and Thats my main Goal. Please Talk to me, I'm understanding and Fair...

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____

Signature of Grievance Coordinator                    Date

DC-804
PART 1

Submission Witness.

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA. 17001-0598

Part 1 of 2 (Pages)

PERSONAL INTERVIEW REQUESTED

OFFICIAL INMATE GRIEVANCE

GRIEVANCE NO.    FRA-0072-00

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| MR. FORR | S.C.I. FRACKVILLE | 5 MAR, 2000 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| MOSER BE-4713 | L. Moser | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| NONE | A-A-22 | |

INSTRUCTIONS:
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

IN 1992, IT WAS MY UNDERSTAND THAT IF I WAS IN THE PA. D.O.C. (FRA) THAT MY RELIGIOUS BELIEF'S WOULD NO LONG BE DISCRIMINATE AGAINST DUE TO LITIGATION (MOSER V. CHESNEY) (SETTLEMENT SIGNED AFTER RELEASE) NOW AFTER I COME BACK TO THE SYSTEM, I DO NOT ASK FOR SERVICE, LITATURE, BIBLE STUDIES, GATHERINGS, ECT'S ELT.. TO BE PROVIDE TO ME PERS MY RIGHT, I'VE KEPT TO MYSELF, ONLY ASKING NOT TO BE HARRASSED (OR) DISCRIMINATED AGAINST (OR) RETALIATED AGAINST DUE TO MY 1ST AMEND. BELIEFS AND LITIGATION FOR THEM RIGHTS. I ONLY ASK TO KEEP MY HAIR (MED. LONG) AS IS PART OF MY FAITH AND VOW OF THE FAITH (NORDIC OR, NORTH AMER. TRIBE.) NOW TODAY (SUNDAY) I WAS ORDERED BY SGT. HAGGARD TO HAVE IT CUT REGARDLESS OF MY FAITH- (KNOWLY VIOLATING MY BELIEF'S) PLUS, IT IS AGAINST MY FAITH TO PRO-CREATE (OR) SHARE BODILY FUNCTIONS, FLUIDS (OR) HAIR.
——— (PG 2#) ——— CONTINUED →

B. Actions taken and staff you have contacted before submitting this grievance:

& I'VE TRIED TO WORK OUT A RESOLUTIONS WITH, (KOVESKO: BLOCK OFFICER,) (SGT. HAGGARD) (LT. SOMER WHOM WENT TO CAPT. BOYLE) (WROTE MR. CHESNEY) (TALKED TO MR. FORR) ...

THANK YOU AND GOD BLESS YOU ...

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Grievance Coordinator

_____
Date