1 : CV00-1846

Not-Part-of-Complaint-To-Be
Served.    ( For Court Record only)

— Exhaustion —

— Documents —

Only Encluded To Prove To THE
Honorable Court ALL Remedies
Have IN fact Been.

Exhausted

*A.D.A. Discriminate Claim*
**DC-804** *New Matter.*
**PART 1**

*Copy/Dated/w/t: submission.*

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA. 17001-0598**

*Please assign No#*
*Immediately Please.*

**OFFICIAL INMATE GRIEVANCE**                    GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| | *S.C.I - Huntingdon* | *13 Sept. 00* |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| *MOSER BE4713* | *J. Moser* | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| *— NONE —* | *CA -028* | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

*I am Legal Determined Disabled, By (U.S. Gov. (S.S.E.)(Bureau of Disability Comm. of Penna) (Disability commissioner of texas) On 7/12/00 I Filed an A.D.A. Claim with the Pa. D.O.C.) which is why I was Transferred to S.C.I-Huntington, But the condition of the A.D.A. Claim were Not ment, (Please review)(file). S.C.I-Hunn. Does Not comply with the A.D.A. act, Rather Et "Discriminates Grossly Against the Disabled En Violation of D.O.C. Directive (And) (D.O.C.) (Pennsylvania V. Yeskey,, 118 U.S. Supreme Ct 1952 (1998)* How Text of Title II of the American with Disabilities Act, Unambiguously extends to State prison inmate! So When Dr. Mahaderia Told me, "I Don't Care About your A.D.A. and Disabilities", and Stopped All medications & Treatment, (En Malice Retaliation) And the Doctors after him follows suit, to date. I suffer Great Pain, No sleep, Encontinence No A.D.A. Housing Ect... You Are Guilty of Intentional Discrimination Against A Disabled Person En Violation of the US. Supreme Ct. & Constitution. Please Correct your*

B. Actions taken and staff you have contacted before submitting this grievance: *Action Immediately. Thank you.*
*The court say, Because of the importance of the A.D.A. and the Needs of Immediate attention (medical & Housing) I may File A.D.A. Discrimination and condition claims Direct to the Courts, But I will work with you First By Filing This. I ask you as Your medical staff & Prison A.D.A. Compliant. (spoke to Dr(s) mthederia, Rabily Shomaker, Diener (M/D)*

Your grievance has been received and will be processed in accordance with DC-ADM 804. *wrote Yarer, Kyler, About An D.R medical issues (Need for Treatment)*

_____                    _____
Signature of Grievance Coordinator                    Date

**COMMONWEALTH OF PENNSYLVANIA**
Department of Corrections
**State Correctional Institution at Huntingdon**
(814)643-2400

DATE: _9-1-00_

SUBJECT: Inmate Request Slip

TO: _Moser_  _BE-4713_  _C_
Inmate Name    D.C. #    Unit

FROM: Kenneth D. Kyler
Superintendent

I have received your inmate request slip and have the following response.

_✓_ Referred to appropriate staff member _Mrs. P. Yarger_

Additionally, I have the following comments: _____

_____

Thank you for this inquiry. I hope this has assisted with resolving the issue in question. **Superintendent's Office to be provided a copy of staff's response.**

cc:    Counselor _W. Cummins_
       File
       _Capt Leary_



DC-135A

c.c. (3) ATT
Super
Media/Rel —

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

1. TO: (NAME AND TITLE OF OFFICER)
Superintendent Kyler

2. DATE
1 Sept. 00

3. BY: (INSTITUTIONAL NAME AND NUMBER)
Moser BE4713

4. COUNSELOR'S NAME
Commin,

5. WORK ASSIGNMENT

6. QUARTERS ASSIGNMENT
CB-130

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

As I wrote you about the unlawful, Retalitory Actions of Dr. Mohadgen in the other Day (2) Days ago. I forgot to mention,

When I spoke to him about my Rights to Exercise my Right to File Grievance and litigate in Protest. He said "Well Remember you have a Max. Date of 2004" I understand this to be a Direct threat to me. That if I litigate (or) Expose to the Media His unlawful action He'll get even with me, with Retalización and instruct other staff members to treat me with Deliberate Endifference. I will continue to Exercise my Rights, to stop his unlawful actions and Publicly Expose them. I Pray you will stop any further act's of Endifference

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE) Towards me. Please enter this Document into Legal Record. Thank you. I await your Assistance

Mr Moser.
Your concerns are noted

☐ TO DC-14 CAR ONLY              ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER

DATE
9/11/00



**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**State Correctional Institution at Huntingdon**
(814)643-2400
September 18, 2000

1028

**SUBJECT**:   Consolidated Inmate Grievance
Review System

**TO:**   Jeff Moser, BE-4713
CB Unit

**FROM:**   Diana G. Baney
Grievance Coordinator

I am returning your grievance because you have not complied with the following provision(s) of DC-ADM 804, dated October 20, 1994, Consolidated Inmate Grievance Review System:

_____   All grievances shall be in writing and in the format provided by the forms supplied by the institution (DC.-804, Part I).  Forms are available in the block.  (Section VI., A, 1)

_____   All grievances shall be presented individually.  Group grievances are prohibited. (Section VI., A, 2)

_____   Only an inmate who has been personally affected by a Department or institution action or policy shall be permitted to seek review of a grievance.  (Section VI., A, 3)

_____   All grievances must be presented in good faith.  They shall include a brief statement of the facts relevant to the claim.  The text of the grievance must be legible and presented in a courteous manner.  (Section VI., A, 4)

_____   Grievances based upon different events should be presented separately, unless it is necessary to combine the issues to support the claim.   (Section VI, A, 5)

_____   Grievances must be signed.  (Section VI., A, 3)

_____   Any inmate grievance may be addressed to the Inmate Grievance Coordinator except issues related to the following:  (Section VI., E)

1.   DC-ADM 805 - Policy & Procedures for Obtaining Pre-Release Transfer.

2.   DC-ADM 801 - Inmate Disciplinary and Restricted Housing Unit Procedures.  See DC-ADM 801 VI., G & I.

3.   DC-ADM 802 - Administrative Custody Procedures.  See DC-ADM 802, VI., B, 1,2. Appeal from Initial Review, see DC-ADM 802, VI., B, 4, a.

4.    Other Kinds of issues for which review procedures have been previously established by administrative memorandum or policy statement.

Grievances related to the above issues shall be according to procedures specified in the directives listed and shall not be reviewed by the Inmate Grievance Coordinator.

_____    Initial reviews must be submitted within 15 calendar days after the events upon which claims are based.  (Section VI., B, 2)

_X_    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form (DC-ADM 804, Part I).

Comments:

Mr. Moser:

You are well aware that DC-ADM 804 requires that you make an effort to resolve matters such as this through appropriate staff prior to filing a grievance.  Although you indicate that you requested emergency medical treatment, you failed to indicate what the emergency was over the past weekend.  Any complaints or concerns you have regarding your medical treatment should be addressed through Mrs. P. Yarger, Health Care Administrator, via request slip.  If this matter cannot be resolved at the recommended level, you may resubmit your grievance for further consideration.  Based on the information you provide, this appears to be an ongoing medical complaint and I find nothing in this particular grievance to indicate a medical emergency.  Furthermore, the directive clearly establishes that the grievance system is not intended for emergency situations.  Because you fail to comply with the guidelines established by DC-ADM 804, your grievance is being returned unprocessed.

DGB:tll

cc:    Deputy Williamson
       Mrs. P. Yarger
       DC-15
       File

**DC-804**
**PART 1** *New Incident*

*Filed on Advice of Counsel*

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

*Please Don't Hinder my ACCESS TO A GRIEVANCE No# THANK YOU!*

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION *S.C.I - Hunningdon* | DATE *12 Sept-00* |
|---|---|---|
| FROM: (Commitment Name & Number) *MOSER BE4713* | INMATE'S SIGNATURE *Jeff Mo* | |
| WORK ASSIGNMENT *(1:30 PM) (get hit le on)* | QUARTERS ASSIGNMENT *CB-130* | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

OVER THE WEEKEND I SPOKE TO DR. SHUMAKER AND HE SAID HE WAS GOING TO DECREASE MY NARCOTIC PAIN MEDS (8) PILLS a DAY TO (6) a DAY Good TILL 10-2-00 AFTER I ASK WHEN I WOULD GET MY BACK OPERATION, HE SAID " I THOUGHT YOU DID NOT WANT US TO (SUE IT TO YOU" (I SAID YOUR MISSTAKEN) " HE SAID IN THAT CASE YOU'LL SEE THE DOCTOR MONDAY. (VERY HUFFY LIKE),, SO MONDAY I SAW THE DOCTOR AND HE SAID (without) copter FURTHER REVIEW OF SHUMAKER NOTES. I'm CUTTING YOU OFF ALL MEDICATION AND TREATMENT, I FEEL DOCTOR MAHADERIN NOTES ARE CORRECT. WHICH ARE?. ALL MY M.R.I ARE WRONG AND ALL MY NURO-SURGEON ARE WRONG ALSO?. (YOU NEED NO TREATMENT) NOT WITHSTANDING AFTER MAHADERIN WAS FIRED, DR. SHUMAKER CALL ME DOWN, PUT ME BACK ON MEDS AND SAID M.R.I. ARE PROOF OF YOUR CONDITION. NOW I SIT, WITH NO MEDS, IN EXTREME PAIN, WITHDRAWING FROM MEDS, WITH NO ASSITANCE, I JUST ASK TO GO TO MEDICAL AND WAS REFUSED

B. Actions taken and staff you have contacted before submitting this grievance: SERVICES (EMERGENCY). SO NOT ONLY DO I SUFFER MEDICAL NEGLECT AND RETALIATION, BUT I'M REFUSED ANY EMERGENCY SERVICE'S, I'VE MADE THE NEWSPAPERS, ATTORNEY AND FAMILY AWARE OF YOUR ACTION AND ANY FURTHER HARM THAT COMES TO ME, I WILL ASK YOU BE HELD ACCOUNTABLE IN THE COURT OF LAW AND PAY 10 TIMES THE COST OF MY BACK SURGERY AND MEDICATION. I'VE RELEASE A PUBLIC PRESS RELEASE ALSO. PLEASE STOP THE RETALIATION AND ASSIT. ——

(WROTE: MR. WILLIAMSON, KYLER, SPOKE TO DOCTOR SHUMAKER & BRIDELL, NO HELP.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Grievance Coordinator

_____
Date

DC-804
PART 1 *NEW INCIDENT*

*Filed on Advice of Counsel*

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA. 17001-0598**

*Please Don't Hinder my
Access to a Grievance
No# Thank You!*

**OFFICIAL INMATE GRIEVANCE**                    GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION S.C.I - Hunnington | DATE 12 Sept-00 |
|---|---|---|
| FROM: (Commitment Name & Number) MOSER BE4713 | INMATE'S SIGNATURE Jeff Moe | |
| WORK ASSIGNMENT (1:30 PM) (Sgt Nikle on) | QUARTERS ASSIGNMENT CB-130 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

OVER THE WEEKEND I SPOKE TO DR. SHUMAKER AND HE SAID HE WAS GOING TO DECREASE MY NARCOTIC PAIN MEDS (8) PILLS a DAY TO (6) a DAY (Good Till 10-2-00 AFTER I ASK WHEN I WOULD GET MY BACK OPERATION, HE SAID " I THOUGHT YOU DID NOT WANT US TO GIVE IT TO YOU" (I said your misstaken) " HE SAID IN THAT CASE you'll SEE THE DOCTOR MONDAY. (VERY HUFFY LIKE),, SO MONDAY I SAW THE DOCTOR AND HE SAID (without) replacements in REVIEW of SHUMAKER NOTES. I'm cutting you off ALL MEDICATION AND TREATMENT, I FEEL DOCTOR MAHADERIN NOTES ARE CORRECT. WHICH ARE? ALL MY M.R.I ARE WRONG AND ALL MY NURO-SURGON ARE WRONG ALSO! (YOU NEED NO TREATMENT) Nor withstanding after MAHADERIN WAS FIRED, DR. SHUMAKER CALL ME DOWN, PUT ME BACK ON MEDS AND SAID M.R.I. ARE PROOF OF YOUR CONDITION. NOW I SIT, WITH NO MEDS, IN EXTREME PAIN, WITHDRAWING FROM MEDS, WITH NO ASSISTANCE, I JUST ASK TO GO TO MEDICAL AND WAS REFUSED

B. Actions taken and staff you have contacted before submitting this grievance: SERVICE'S (EMERGENCY). SO NOT ONLY DO I SUFFER MEDICAL NEGLECT AND RETALIATION, BUT I'M REFUSED ANY EMERGENCY SERVICE'S, I'VE MADE THE NEWSPAPERS, ATTORNEY AND FAMILY AWARE OF YOUR ACTION AND ANY FURTHER HARM THAT COMES TO ME, I WILL ASK YOU BE HELD ACCOUNTABLE IN THE COURT OF LAW AND PAY 10 TIMES THE COST OF MY BACK SURGERY AND MEDICATION. GIVE RELEASE A PUBLIC PRESS RELEASE ALSO. PLEASE STOP THE RETALIATION AND ASSIST. ——
I WROTE: MR. WILLIAMSON, KYLER, SPOKE TO DOCTOR SHUMAKER + BRIDELL, No HELP.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____                    _____
Signature of Grievance Coordinator                    Date

DC-804
PART 1 *New Incident*

*Filed on advice of Counsel*

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA. 17001-0598**

*Please Don't Hinder my Access to a Grievance No# Thank You!*

**OFFICIAL INMATE GRIEVANCE**          GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION S.C.I - Honningdon | DATE 12 Sept 03 |
|---|---|---|
| FROM: (Commitment Name & Number) MOSER BE4713 | INMATE'S SIGNATURE Jeff Moe | |
| WORK ASSIGNMENT (1:30 Bm) (ogt Nikle on) | QUARTERS ASSIGNMENT CB-130 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

OVER THE WEEKEND I SPOKE TO Dr. Shumaker and He said He was Going To Decrease my Narcotic Pain meds (8) Pills aday to (6) aday (Good Till 10-2-00) After I ask when I would Get my Back operation, He said " I thought you D'd Not want us to Give it to you" (I said your misstaken) " He said In that case you'll see THE Doctor monday. (very Huffy Like),, So monday I saw the Doctor and He said (without) in further REVIEW of Shumaker NOTES. I'm Cutting you off all medication and Treatment, I Feel Doctor mahaderin NOTES ARE Correct. which ARE: ALL my M.R.I ARE WRONG and aLL my Nuro-surgeon ARE wrong Also! (you need No Treatment) Not withstanding after Mahaderin was FIRED, Dr. Shumaker call me Down, Put me Back on meds and said M.R.I. Are Proof of your Condition. Now I sit, with No meds, IN Extreme Pain, withdrawing From meds with No Assit ance. I Just ask Togo To Medical and was Refused

B. Actions taken and staff you have contacted before submitting this grievance: Services (Emergency). So Not only Do I suffer medical Neglect and Retaliation, But I'm Refused aan Emergency service's. I've made THE newspapers, Attorney and family aware of your Action and Any Further Harm that comes to me, I will ask you Be Held accountABLE IN the Court of Law and Pay 10Times THE cost of my BACK surgery and medication. I'LL Release a PuBLic Press Release also. Please stop THE Retaliation and Assit. ——

wrote: MR. Williamson, Kyler, spoke to Doctor Shumaker, & Bridell. No Help.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Grievance Coordinator          Date



COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P. O. BOX 598
CAMP HILL, PENNSYLVANIA 17001-0598

OFFICE OF THE
SECRETARY OF CORRECTIONS

August 30, 2000

Jeffery Paul Moser, BE4713
SCI Huntingdon

Mr. Moser:

Your letter to Deputy Secretary Erhard has been received and referred to my desk for response. I have contacted the institution to inquire about your medical care. I find and documentation verifies that your case has been and continues to be meticulously reviewed. Qualified medical personnel will amend your treatment plan if or when necessary.

Once again, it is well documented that you were seen by a neurosurgeon regarding your back pain. The outcome of this consultation was a recommendation for surgery, which you have refused. Your "pain management" plan has been and continues to be monitored by appropriate health care professional within the facility.

Mr. Moser, appropriate care is the norm and I would suggest you work with the Health Care Staff at SCI Huntingdon.

A copy of your letter and subsequent documentation will be forwarded to Superintendent Kyler and the Bureau of Health Care Services for review.

Sincerely,

Eugene J. Brannigan
Assistant to the Deputy Secretary
Eastern Region

Ejb

cc:     Deputy Secretary Erhard
        Superintendent Kyler w/attachments
        Director Catherine McVey (Health Care Services) w/attachments
        File

DC-135A

- c.c. (4) YAGER
  HORN
  ATTORNEY
  FILE.

 C-B

INMATE'S REQUEST TO STAFF MEMBER

Sworn Complaint -

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

1028

| 1. TO: (NAME AND TITLE OF OFFICER) Ms. Yager (Medical Administrator) | 2. DATE 7 Sept. 00 |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Moser BE4713    J.M. | 4. COUNSELOR'S NAME Cummins |
| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT CB-130 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

Today I went to see a mental Health Doctor, on the advise of Doctor Shumaker,... I was refused any kind of mental Health treatment, as I understood him to convay to me, " The kind of Treatment you were on we don't give here, The medication you need is strong, so we con offer you No alternative. Then I ask can you refuse me mental Health Service's? I understood him to say "Yes, I can Legally refuse you Service's 3 medication". Now this is not word for word in whole, But it is what I understood him to Be Telling me. So we Got yet another Encident where I am refused any kind of Medical Treatment, Your doing The same Thing when you refuse me, my needed spine fussion operation, to "save company money" This is medical Neglect and unlawful, I Hold The medical Dept. 3 Wexford Legally

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Liable, For Any Harm That Comes to me, Due to This medical Neglect. Please Get Back to me Timely As Directive States. I've serve counsel with a Copy of This, Thank you For your Time, I Await.

Mr Moser

You are being evaluated treated by professional medical staff. Your Treatment plan will continue as directed by the professionals - psychiatrist, doctors, physician - assistants, etc. — You need to work with these individuals.

☐ TO DC-14 CAR ONLY          ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER Pat Yager | DATE 9.12.00 |
|---|---|

DC-135A

C.C. (17)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

**INMATE'S REQUEST TO STAFF MEMBER**

INSTRUCTIONS

Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.

| 1. TO: (NAME AND TITLE OF OFFICER) Deput. Williamson (Dep. over Treatment) | 2. DATE 11 Sept. 00 |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Moser BE4713 | 4. COUNSELOR'S NAME Cummin |
| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT CB-130 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Sir, I have an Ergent situation, that needs to be addressed immediately please 3 respectfully, tomorrow I am being cut off my Pain meds (cold turkey) I've been on them for (4) years because I need them, this is document in my File by Seural M.R.I(s) and Nuro-surgeon reports, which the Doctor claims are wrong, (your Doctor) (9) Nuro-surgeon (Past 3 Present are not wrong, and M.R.I's don't lie) I need a spine Fussion and to be medicated till that time. (Look at the reports) Now, this is the second time I've been cut off Medication, after I ask for my spine operation, so Intentional Retaliation shouldn't be hard to Prove as well as Malpractice, since we have all the specilist Doctors reports 3 M.R.I. to Prove the need for Pain management and a spine Fussion operation, Now I was send here → over

Continued on Backside

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Mr. Moser—
I will send these request slips to Mrs. Yarger,
Health Care Adm. Sir her Uview and response

cc: Mrs. Yarger

☑ TO DC-14 CAR ONLY          ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER Williamson DSCS | DATE 9-22-00 |

DC-135A

*C. i. C. (5)* Williamson
                Yaeger
                Dussey
                ATT) File

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.

| 1. TO: (NAME AND TITLE OF OFFICER) | | 2. DATE |
|---|---|---|
| Dep. Superintendent Williamson | | 14/Sept/00 |
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Moser BE4713 | | 4. COUNSELOR'S NAME Cummin |
| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT | CA-130 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Today (Thursday 14th Sept. 2000) I was taken out for a E.M.G. which show the levels of Pain I am in and extent of the Nerve Damage in my Back and Left Leg & Foot. Afterwards the Doctor concluded that I have extreme Nerve Damage so much He told H His Back is "Shot" and His lower Leg and Foot is "Dying" that why the Hair is Falling out and left Foot is smaller"! Thus He must be having extreme (alot) of Pain. So c/o Warner walked me down to Medical when we got Back and told the Medical Staff what He said and that the Doctor sujested I be medicated for Pain (extreme Pain is what I'm having) and my Back is "Shot" my Foot is Dying From Lack of Treatment, I have been waiting (14 months) For the D.O.C. to Treat same, now it maybe Irreverseable Harm. But I'm Not writing you to Argue or Blame

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE) But to Say I need Help Immediately, Effective Pain Management First. Please order this Now as my Nuro-Surgeon Recommended, I want to work with you in Getting well as I can. If you Help I would Appreciated it. Please Don't Prolong the Damage to me and Prolong my Pain. Also I Had (8) Epadurals in the Past None worked. If your Gone that Route, It maybe a waste of money. Please Call me Down to Talk (or) Do something for my Pain A.S. A po - Thank you Kindly ——

(He also affirmed my Incontinence Due to Nerve Dam...)

☐ TO DC-14 CAR ONLY          ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |
|---|---|



RESPONSE RECIEVED
9-21-00   MS. YAGER

**DC-804**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA. 17001-0598**

**OFFICIAL INMATE GRIEVANCE**    GRIEVANCE NO. | 0136-00 |

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
| - APPEAL TO SUPERINTENDENT - | SCI - Honnington | 9-21-00 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| MOSER BE4713 | J. M____ | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| | CA - 1028 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:
PLEASE REVIEW ALL THE "Testing" and "Medical Facts" proven medical facts
ARE I HAVE (4) M.R.I. SCAN REPORTS (1) NURO-SERGEON REPORT (with
specifich orders for Fussion operation and pain mangasement "oxycotin"
untill said Fussion is Done) (which By U.S. sup. ct. standard is mandatory
Treatment Needed when ordered By a speclist) AND an E.M.G. REPORT.
Now I say, I've Been to (7 or 8) other reNowned Nero-Surgeon
whom ALL said the Same Thing as all the scientific proof in testing
said, and such is Already in Record in Federal Count cv-89-0206
THESE Test Don't Lie, nor are all my Doctor Before I got to
Honnington, Drug Pushers. I was Medicated and enstructed For surgery
Because et was a proven need. As this Proceeds to Court action, I
only Hope to See the Medical Dept. Staff at Hunn. Attempt to prove that

B. Actions taken and staff you have contacted before submitting this grievance: ALL my Doctor past and medical
Testing witnesses are Liars? Drug Pushers and explain How you Bully a
M.R.I. SCAN machine. Ms. Yager whole response is without merit, she doesn't
Address: the scientific proof, I Don't Live in Arizona, and I got Bottom Bunk and
Trir Because of sutcures. The only person(s) lying are Honnington medical staff
To Save Money and intentional
Harm me. Read the proof please
Assrt...

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Grievance Coordinator                    Date

DC-804
PART II

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA 17001**



**OFFICIAL INMATE GRIEVANCE
INITIAL REVIEW RESPONSE**

GRIEVANCE NO.

| 0136-00 |
|---------|

| To: (Name & DC NO.)<br>Jeffery Moser, BE-4713 | INSTITUTION<br>SCI-Huntingdon | QUARTERS<br>CB | GRIEVANCE DATE<br>8/29/00 |
|---|---|---|---|

The following is a summary of my findings regarding your grievance:

In your grievance dated 8/29/00 you complain that you have been refused a spinal fusion, neurosurgeon consult, and effective pain medication. You also note that you are not refusing surgery and have no drug abuse history. It has been investigated based on your medical record and it is found that you have on multiple occasions, since 8/18/00, threatened legal action if narcotic medications are not ordered for you. You have requested HS Snack but have repeatedly refused diets as they have been prescribed for you. On 8/30/00 you were granted an extensive examination by Dr. Mohadjerin in which he found that you had been on chronic narcotic pain medication post to laminectomies. Your weight at that visit was 335 lbs. and you were considered obese. Dr. Mohadjerin assessed your back, your gate stance, and he also assessed two pair of shoes for heel wear to determine if there was a pattern consistent with your complaints. No pattern consistent with a limp that was noted when you were in Medical was found on either pair of shoes. It is noted that you told him at that time those shoes were new. Confirmation through SCI-Frackville and the Shoe Shop at SCI-Huntingdon determined that those shoes were issued to you in March 2000. Your complaints of pain and Dr. Mohadjerin's physical findings during that examination are inconsistent. There was no indication for management of pain on a chronic basis with a narcotic. Dr. Mohadjerin did feel that you could be managed pain wise on an as needed basis with a non-narcotic medication. You refused the diet ordered for weight loss and it was discussed with you how weight loss and exercise may help with pain control. An EMG and nerve connection study was ordered at that visit and has been done since. Dr. Shumaker saw you also on 9/1/00. During that visit you told him you were not interested in surgery while you were in prison and you would wait until you got out in approximately 9 months to have your surgery done in Arizona. On 9/9/00 you saw Dr. Shumaker. You asked for narcotics, stated you wanted your back surgery done, and stated, "If you aren't going to give me pain pills I might as well have my surgery here." On 9/11/00 Dr. Bardell saw you and during that visit he documents you were belligerent, accusatory, aggressive, and demanding. As a new physician Dr. Bardell was not familiar with your case and when he attempted to question you regarding your case you became demanding, threw papers on the desk, and left the department before he could finish his examination. RN Williams saw you 9/12/00 and during that visit you made the comment that if you can't get your pain medication then you are going to fall out. You threatened to manipulate your blood sugar in order to get what you wanted as far as pain medication was concerned. PAC Cain saw you 9/15/00. An examination again was inconsistent with the complaints that you offered during that visit. It is also noted that since you have been here at SCIH you have requested to work in the Building Trades program and to also use the Library. The Building Trades program is an education program for construction. It is also noted that you requested bottom bunk/bottom tier status when Dr. Shumaker saw you on 9/1/00. Based on your problems with your back. Please be advised that the practitioners here at SCIH will manage your care appropriately based on their objective findings to your subjective complaints. Your care is not driven by your demands, wants, or threats. It is also noted that surgery was offered to you while you were at a previous SCI and you refused to have the surgery done. It is also noted that previous attempts to assist you with providing a diet for weight loss, exercises, etc. have been rejected by you. I am encouraging you to work with the healthcare team in order to manage your healthcare problems. In doing so, you are encouraged to actively participate by listening as apposed to attempting to bully healthcare staff into providing care that you want. Be advised, if medication, surgery, or any further tests are determined to be medically necessary for you under this contract or any other they will be provided to you. The determination for medically necessary is made by the healthcare providers responsible for developing your treatment program. Again, I am encouraging you to work with healthcare staff in order to facilitate you gaining gainful employment within the institution and working through your programming to make the best use of your time here at SCIH. Your grievance is found to be without merit due to the fact that you have not been refused medication and you have not been refused a back operation under false pretenses.

:mw
cc: D. Baney
    Deputy Williamson
    Deputy Patrick
    Nurse Supervisor
    Carol Pollock
    DC-15
    File

| SIGNATURE OF GRIEVANCE COORDINATOR | DATE<br>9/15/00 |
|---|---|

COMMONWEALTH OF PENNSYLVANIA
Department of Corrections
State Correctional Institution at Huntingdon
(814)643-2400

DATE: 9-15-00

SUBJECT: Inmate Request Slip

TO: _Moser_    BE-4713    C
Inmate Name     D.C. #     Unit

1028

FROM: Kenneth D. Kyler
Superintendent

I have received your inmate request slip and have the following response.

✓ Referred to appropriate staff member _Mr. P. Yarger_

Additionally, I have the following comments: _____
_____
_____

Thank you for this inquiry. I hope this has assisted with resolving the issue in question.
**Superintendent's Office to be provided a copy of staff's response.**

cc: Counselor _W. Cummins_
File

**DC-135A**

(Died/Copied) A.D.A. Request
Legal Sworn Correspondence
**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

1. TO: (NAME AND TITLE OF OFFICER)  Superintendent Kyler
2. DATE  14 Sept. 00
3. BY: (INSTITUTIONAL NAME AND NUMBER)  Nasser BEY713
4. COUNSELOR'S NAME  Cummity
5. WORK ASSIGNMENT
6. QUARTERS ASSIGNMENT  CA-028
7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

I AM Deemed Legally Disabled By (Bureau of Disability comm. of Penna) (Disability Commission of Texas & Nevada) (Federal Bureau of Disability S.S.I. & S.S.D. Administration). So I "Now" "Formally" Request that you comply with the American with Disabilities Act of 1990, Rehab. Act and my Filed Disability Claim for Service Filed with the Pa. D.O.C. Campbell. I am not asking you to upgrade your whole prison, which is not Compliant with the A.D.A. and Does Grossly Discriminate against the Disabled. I am Formally Requesting to Be Housed on the Special Needs unit of Sci-Huntingtone, as I legally qualify more than most already housed there, and be permitted to have a single Bottom Tier cell, as the Federal standard is 58th of space (Per Disabled Person) and Privacy for Incontinent Prisoner to Clean Themselves when they have such problem. Please Command my Housing Change Timely. Your assistance is Deeply

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)  Appreciated God Bless you and yours.
(Penna. D.O.C. vs. Yeskey, 118 U.S. Supreme ct. 1952 (1998) * Plain Text of Title II of the Americans with Disabilities Act, Unambiguously Extends to State Prison Inmates.*

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER                             DATE

 

**DC-135A**

c.c. (Kyler)
Att'l.

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

· *Complete Items Number 1-7. If you follow instructions in preparing
your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) | 2. DATE |
|---|---|
| Warden Kyler | 14 Sept. 00 |

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) | 4. COUNSELOR'S NAME |
|---|---|
| Moser BE4713 | Cummins |

| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT |
|---|---|
| | CA-028 |

**7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.    GIVE DETAILS.**

Sir, Recently I wrote Counsel/Att. In a effort to
Get assistance, with the medical neglect, in so I was in
my Constitutional rights to do so, I've broken no rules here
Nor, taken action on nothing, Nor sued the dept. Personally
So, the reason I am writing you is, I don't want to be
a hassle (or) thorn in your side, In fact if your staff
"makes an honest effort to effectively manage my pain immediately
and schedule treatments" I would deeply appreciated it, even in
writing" my E.M.G. showed I was not faking, my (4) M.R.I. were
not wrong and neither was the Nuro-surgeon(s), Now that you got
your proof, please stop the medical neglect and lets move on forward -
so, please disregard any correspondances from counsel (or) press if

**8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)**  I'm getting the above mentioned treatment and I
want to work with you: If I've offend you in any
manner. In my correspondance's I apologize
                Thank you kindly!

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |
|---|---|
| | |

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**State Correctional Institution at Huntingdon**
(814)643-2400
September 13, 2000

**SUBJECT:**   Consolidated Inmate Grievance
Review System

*1028*

**TO:**   Moser, BE-4713
C Unit

**FROM:**   *Diana G. Baney/bb*

Diana G. Baney
Grievance Coordinator

I am returning your grievance because you have not complied with the following provision(s) of DC-ADM 804, dated October 20, 1994, Consolidated Inmate Grievance Review System:

____   All grievances shall be in writing and in the format provided by the forms supplied by the institution (DC-804, Part I). Forms are available in the block. (Section VI., A, 1)

____   All grievances shall be presented individually. Group grievances are prohibited. (Section VI., A, 2)

____   Only an inmate who has been personally affected by a Department or institution action or policy shall be permitted to seek review of a grievance. (Section VI., A, 3)

_X_   All grievances must be presented in good faith. They shall include a brief statement of the facts relevant to the claim. The text of the grievance must be legible and presented in a courteous manner. (Section VI., A, 4)

____   Grievances based upon different events should be presented separately, unless it is necessary to combine the issues to support the claim. (Section VI, A, 5)

____   Grievances must be signed. (Section VI., A, 3)

____   Any inmate grievance may be addressed to the Inmate Grievance Coordinator except issues related to the following: (Section VI., E)

1.   DC-ADM 805 - Policy & Procedures for Obtaining Pre-Release Transfer.

2.   DC-ADM 801 - Inmate Disciplinary and Restricted Housing Unit Procedures. See DC-ADM 801 VI., G & I.

3.   DC-ADM 802 - Administrative Custody Procedures. See DC-ADM 802, VI., B, 1,2. Appeal from Initial Review, see DC-ADM 802, VI., B, 4, a.

4.    Other Kinds of issues for which review procedures have been previously established by administrative memorandum or policy statement.

Grievances related to the above issues shall be according to procedures specified in the directives listed and shall not be reviewed by the Inmate Grievance Coordinator.

_____    Initial reviews must be submitted within 15 calendar days after the events upon which claims are based.  (Section VI., B, 2)

_____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form (DC-ADM 804, Part I).

Comments:

Mr. Moser:

Be advised that my position regarding this matter remains unchanged.  The issues regarding your medical complaints and complaints about Dr. Mohadjerin are being addressed in response to grievance # 0136-00.  As I previously advised you, if you have any additional information you feel should be considered, you should submit this information to Mrs. P. Yarger, Health Care Administrator, via request slip.

Because this matter is already being addressed in response to the above noted grievance, be advised that your request to file an additional grievance is denied.

DGB:tll

cc:    Deputy Williamson
       Mrs. P. Yarger
       DC-15
       File

DC-135A

c.c. (s)

**INMATE'S REQUEST TO STAFF MEMBER**

— Grievance Coordinator —

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

1. TO: (NAME AND TITLE OF OFFICER)
Ms. Baney (Assistant To Superintendent)

2. DATE
10 sept. 00

3. BY: (INSTITUTIONAL NAME AND NUMBER)
Moser BE4713

4. COUNSELOR'S NAME
Commins

5. WORK ASSIGNMENT

6. QUARTERS ASSIGNMENT
GB-130

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Ms. Baney, with all due respected please see attached- Please assign it a grievance no# and process it in accordance to D.O.C. policy and (Prisoner Litigation Reform Act of 1996) You said this issue was being address already in grievance No# 0136-00,. This is more then evident respectfully, This is a separate incident and a direct violation of my const. Rights which took place on a different day. If you check my file I litigated the problems before, with reference to getting grievance no# assigned to my grievance. Now, I feel I'm being denied my due process rights by your office again. (The P.L.R.A.) State's I must exhaust remedies on each separate issue, unless prison offical make such impossible. All I ask is that I be assign no# in accordance with the law & that I not be harrassed unlawfully by staff, in retaliation for my litigation

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE) As is becoming the case towards me, with guards and staff. Please document such. Thank you and may God bless you & yours.

☐ TO DC-14 CAR ONLY        ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER                                        DATE

4.      Other Kinds of issues for which review procedures have been previously established by administrative memorandum or policy statement.

Grievances related to the above issues shall be according to procedures specified in the directives listed and shall not be reviewed by the Inmate Grievance Coordinator.

_____   Initial reviews must be submitted within 15 calendar days after the events upon which claims are based.  (Section VI., B, 2)

_____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form (DC-ADM 804, Part I).

Comments:

Mr. Moser:

Be advised that my review of this grievance indicates that it is currently being addressed in response to grievance # 0136-00.  Subsequently, a second grievance will not be processed regarding this matter.  If you have additional information you feel should be considered by Mrs. P. Yarger, Health Care Administrator, I recommend that you submit it to her in the form of a request slip.

DGB:tll

cc:     Deputy Williamson
        Mrs. P. Yarger
        DC-15
        File

 

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**State Correctional Institution at Huntingdon**
(814)643-2400
September 18, 2000

*1028*

**SUBJECT:**   Response to Inmate's Request to Staff Member

**TO:**        Moser, BE-4713
               CA Unit

**FROM:**      *Diana G. Baney*
               Diana G. Baney
               Superintendent's Assistant

In response to your request, be advised that I have no medical expertise and I am in no position to question the medical expertise of staff in the Medical Department.  Therefore, I can only recommend that you continue to work through Mrs. Yarger regarding the issues you raise in this request.  I am certain that medical staff will take into consideration the results of any medical test you have at this facility or outside the facility.

DGB:tll

cc:    Deputies
       Mrs. P. Yarger
       Mr. W. Cummins
       DC-15
       File

DC-135A



c.c. (5) williamson
Yarbell
Baney
AT/FILE

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

**INMATE'S REQUEST TO STAFF MEMBER**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing*
*your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) | 2. DATE |
|---|---|
| Ms. Baney (Asst. to Superintendent) | 14 Sept 00 |

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) | 4. COUNSELOR'S NAME |
|---|---|
| MOSER BE4713 | Cummins |

| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT |
|---|---|
| | CA-028 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

Today (Thursday 14th Sept, 2000) I was taken out for a E.M.G. which shows the levels of pain I am in and extent of the nerve damage in my Back and left leg & foot. Afterwards the Doctor concluded that I have extreme nerve damage so much he told Softis Back is "Shot" and his lower leg and foot is "Dying" that why the hair is falling out and left foot is smaller", thus he must be having extreme (a lot) of pain. So c/o Harmer walked me down to medical when we got back and told the medical staff what he said and that the Doctor sugested I Be medicated for pain (extreme pain is what I'm having and my Back is "shot" my foot is dying from lack of treatment, I have been waiting (14 months) for the D.O.C. to treat me, now it may be irreverseable harm. But I'm not writing you to argue or blame

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE) But to say I need help immediately, effective pain management first. Please order this now as my Nuro-Surgeon recommended. I want to work with you in getting well as I can. If you help I would appreciate it. Please Don't Prolong the damage to me and prolong my pain. Also I had (8) epidurals in the past none worked. If your gone that route, it may be a waste of money. Please call me down to talk (or) do something for my pain A.S.A.P. — Thank you kindly —

(He also affirmed my incontinence due to nerve damage)

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER                                        DATE

COMMONWEALTH OF PENNSYLVANIA
Department of Corrections
State Correctional Institution at Huntingdon
(814)643-2400

DATE: _9-1-00_

SUBJECT: Inmate Request Slip

TO: _Moser_
Inmate Name

D.C. # _BE-4713_

Unit _____

FROM: _[signature]_
Kenneth D. Kyler
Superintendent

I have received your inmate request slip and have the following response.

✓ Referred to appropriate staff member _Mrs. P. Yarger_

Additionally, I have the following comments: _____
_____
_____

Thank you for this inquiry. I hope this has assisted with resolving the issue in question.
**Superintendent's Office to be provided a copy of staff's response.**

cc:    Counselor _Ed. Cummins_
       File

DC-135A

c.c.
Super
Chaplin
Att.

☀ *LEGAL* ☀

**INMATE'S REQUEST TO STAFF MEMBER**

(SEE Attached)

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing
your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Superentendent Kenneth D. Kyler | 2. DATE 31 Au. 00 |
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) MOSER BE4713 | 4. COUNSELOR'S NAME Cummins |
| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT CB-130 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

Greeting's
        Mr. Kyler, I hear your a fine man, and I have
much Respect For you. I sent This affidavit through your
office, Because that is the proper way to see it gets
filed into Record. So later Down the Road it can't
Be said, the PA. D.O.C. Huntington Did'nt Know About
the affidavit. In the same thats why I wrote you About
Dr. Mohadzenin, Retalitory Actions and extreme medical Neglect, so
Nobody can say later, "I claim my 11th Amend. Protection I Did'nt Know"
All Parties Are fully Knowing of the unlawful & unconstitutional Action of
the Doctor. It's up to you if you or Staff want to step in and Help.
All Assistance is Deeply appreciated. Next, within the Next 30 Days I

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Expect your office with be Contact By Press members
And Attorney's. I Fully Consent to speak with
Them, And Release Any Request Records. Please
File Said Documents into Record. Thank you
And May God Bless you & yours. Respectfully
                                                            J. Moser

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |



DC-135A

*LEGAL AFFidauft *

INMATE'S REQUEST TO STAFF MEMBER

C.C. Super
Chaplin
Att.

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing
your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) | 2. DATE |
|---|---|
| Superintendent Kenneth D. Kyler | 31 Aug 00 |

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) | 4. COUNSELOR'S NAME |
|---|---|
| MOSER BE4713 | Commins |

| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT |
|---|---|
|  | CB-130 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

* Legal Affidauit - Sworn statement (28. U.S.C. 1746)
You ARE HEREBy LEGAL Notified IN Accordance with U.S. Const.
That I, Jeffery Paul MOSER (BE4713) Am of THE FAith (Religion) AS
That of An "JEHOVAH witness" Purell Christian Belief.
   THEREFORE, I will NOT Accept NO AlturnitiVe Fluids Entering
my Body. Such AS, (A.) Blood Transfussion (B) I.V. Fluids (or)
medication (C) Feeding TUBES (D) Needles (or) shots with Needles.
   THE only ExcEption to THiS Affidauit, Is If I GiVE you my
Express Permission. Otherwise Do NOT Violate my Constitutional
Rights And Force upon me Fluids Ect... THiS Affidauit Can And will
BE USEd IN upcoming Court Actions. Sworn to BE TRUE & Correct.

*witnessed / Dated / copied.
Jeffery Paul Moser 31 Aug 00

— THANK you Kindly —

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |
|---|---|
|  |  |

COMMONWEALTH OF PENNSYLVANIA
Department of Corrections
State Correctional Institution at Huntingdon
(814)643-2400

DATE: 9-1-00

SUBJECT: Inmate Request Slip

TO: _Moses_     D.C. # BE-4713     Unit ___
Inmate Name

FROM: Kenneth D. Kyler
Superintendent

I have received your inmate request slip and have the following response.

_✓_ Referred to appropriate staff member _MRS. P. Yarger_

Additionally, I have the following comments: _____
_____
_____

Thank you for this inquiry.  I hope this has assisted with resolving the issue in question.
**Superintendent's Office to be provided a copy of staff's response.**

cc:     Counselor _W. Cummins_
        File
        _Capt Leary_



DC-135A

c.c. (3) ATT
Super
Media file —

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Superintendent Kyler | 2. DATE 1 Sept. 00 |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Mossil BE4713 | 4. COUNSELOR'S NAME Commin, |
| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT CB-130 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.  GIVE DETAILS.

As I wrote you About the unlawful, Retalitory Actions of Dr. Muhadjerin the Other Day (2) Days Ago. I Forgot to mention,

When I spoke to Him About my Rights to Exercise my Right to File Grievance and litigate in Protest. He said "Well Remember you have a max. Date of 2004" I understand this to be a Direct Threat to me, that if I litigate (or) Expose to the Media His unlawful Action He'll Get Even with me, with Retaliation and Instruct other staff members to Treat me with Deliberate Indifference. I will continue to Exercise my Rights, To Stop His unlawful Actions and Publicly Expose them. I Pray you will Stop Any Further Act's of Indifference

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE) Towards ME. Please Enter This Document into Legal Record. Thank you. I Await your Assistance

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER                                                                      DATE

DC-135A

(3)   (C-A)

**INMATE'S REQUEST TO STAFF MEMBER**

1028

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Ms. Yager (Medical Administrator) | 2. DATE 13 Sept. 00 |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) MOSER BE4713 | 4. COUNSELOR'S NAME Cummins |
| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT CA-628 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

MA'AM Respectfully,

You Told me "WORK with THE medical STAFF MOSER"

Please TELL me what That MEANS, ? When your STAFF Has Cut ME OFF ALL TREATMENT, what DO I WORK with MS. YAGER, I CAME HERE ON A MEDICAL TRANSFERR, Because I AM DISABLED (LEGALLY) AND IN NEED OF CONSTANT PAIN MANAGEMENT FOR A SPINAL INJURY, which I NEED A FUSSION, IT's ALL IN THE FILE, (I FILED AN A.D.A. Because THE STATE(S) AND Federal GOV. Declared ME DISABLED AND IN "NEED" OF ALL THE TREATMENT ABOVE, I GET NO PAIN MANAGEMENT (which Causes ME GREAT Suffering AND

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

IS DISCRIMINATION IN VIOLATION OF THE A.D.A. NO MORE, E.M.G., NEURO-SURGEON APPOINTMENT, NO TREATMENT IS OFFERED, TO WORK with. Only INDIFFERENCE TO HARM ME IS OFFERED, IF MY LAWYER Today SAID "what ARE You Doing FOR HIM," AND THE RECORD would SHOW "Nothing" MA'AM. SO PLEASE GIVE ME SOMETHING To WORK with, AND IF I GOT TO WAIVE MY OPERATION, To GET SOME PAIN RELIEF, SO I CAN FUNCTION AS A LEGALLY DISABLE PRISONER. AT THIS POINT I'LL DO IT, Because I'M NOT GOING TO MAKE TO much LONGER without SOMETHING To WORK WITH. PLEASE CALL ME AND TALK, A.S.A.P. THANK YOU KINDLY.

Mr. Moser You have an EMG done and your requested and your 9/14/00 indicates this. We are forwarding the journal results to determine an appropriate treatment plan for you

☐ TO DC-14 CAR ONLY        ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE 9-19-00 |
|---|---|

| DC-135A | COMMONWEALTH OF PENNSYLVANIA |
|---|---|
| C.C (5) William Sual / Yager / Dansey / Att/File | **DEPARTMENT OF CORRECTIONS** |
| **INMATE'S REQUEST TO STAFF MEMBER** | INSTRUCTIONS |
| | *Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.* |

| 1. TO: (NAME AND TITLE OF OFFICER) Ms. Yager (Medical Admin) | 2. DATE 14 Sept 00 |
|---|---|

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Moser BE4713 | 4. COUNSELOR'S NAME Comains |
|---|---|

| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT CA-028 |
|---|---|

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

Today (Thursday 14th Sept. 2000) I was taken out for a E.M.G. which shows the levels of Pain I am in and extent of the Nerve Damage in my Back and Left Leg & Foot. Afterwards the Doctor concluded that I have extreme Nerve Damage so much he told "his Back is "Shot" and his lower Leg And Foot is "Dying" that why the Hair is Falling out and Left Foot is smaller" thus he must be having extreme (alot) of Pain. So c/o Warner walked me Down to medical when we got Back and told the medical staff what he said and that the Doctor sujested I be medicated for Pain (extreme Pain is what I'm hav..... ... Back is "Shot" my Foot is Dying From Lack of Treatment, I have been waiting (14 months) for the D.O.C. to treat .... Now it maybe irreverseable harm. But I'm not writing you to argue or blame

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

but to say I need help immediately. Effective Pain management First. Please order this now as my Nuro-Surgeon Recommended, I want to work with you in getting well as I can. If you help I would Appreciated it, Please Don't Prolong the Damage to me and Prolong my Pain. Also F had (8) Epidurals in the Past none worked. If your gone that route, it maybe a waste of money. Please call me Down to Talk (or) Do something for my Pain A.S. Aopo— Thank you Kindly —

(He also Affirmed my incontinence due to Nerve Dam...

Mr. Moser.
It is not in the scope of practice for Ms. Yager myself to order pain needs. This must be done by a PAC or MD. As previous we are awaiting formal results of EMG & NCS

☐ TO DC-14 CAR ONLY         ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE 9-19-00 |
|---|---|

**COMMONWEALTH OF PENNSYLVANIA**
Department of Corrections
State Correctional Institution at Huntingdon
(814)643-2400

1030

DATE: _8-21-00_

SUBJECT:    Inmate Request Slip

.TO:    _Moser_                    _BE-4713_    _CB_
        Inmate Name                D.C. #        Unit

FROM:    Kenneth D. Kyler
         Superintendent

I have received your inmate request slip and have the following response.

____√____    Referred to appropriate staff member    _Mr. P. Yarger_

Additionally, I have the following comments: _____

_____

_____

Thank you for this inquiry.  I hope this has assisted with resolving the issue in question.
**Superintendent's Office to be provided a copy of staff's response.**

cc:    Counselor
       File

DATED / WITNESSED / COPIED

DC-135A

c.c. (4) KYLER
ERHART
ATTORNEY
FILE

LEGAL AFFIDAVIT (28 U.S.C. 1746) Joe

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) KENNETH D. KYLER (SUPERINTENDENT) | 2. DATE 17 AUG 00 |
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) MOSER BE4713 | 4. COUNSELOR'S NAME |
| 5. WORK ASSIGNMENT PAGE 1 of 3 | 6. QUARTERS ASSIGNMENT CB-130 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

SIR, I WAS TOLD TO WRITE YOU. AS YOU WERE FAIR AND WOULD LISTEN. I WOULD LIKE TO TALK TO YOU. I HAVE A MAJOR PROBLEM AND WOULD LIKE TO SHOW YOU THE PAPERWORK ON IT (I.E. FEDERAL LITIGATION (LAWSUIT) DOCUMENTS, MEDICAL RECORD STATE & FEDERAL ECT. ECT.) I WAS SENT HERE UNDER THE UNDERSTANDING I COULD HAVE MY PROPER PAIN MEDICATION HERE AND GET MY SPINAL FUSSION OPERATION, WITHOUT HARRASSMENT (OR MEDICAL NEGLECT FOR SEEKING SUCH, WELL SIR. I HAVE HEP-C AND LIVER DISEASE AND AND SURGERY ORDER AND RECOMMENDATION FOR "OXYCONTIN" PAIN MEDS. BECAUSE THE PRESENT MEDS DON'T WORK AND CONTAINS TO MUCH LIVER KILLING TYLONOL PER DAY FOR ME TO TAKE. (SEE MEDICAL RECORDS) THIS ORDER IS FROM A D.O.C. SERGEON AND ALSO FEDERAL DOCTORS. WELL I SAW THE DOCTOR TODAY AND HE ORDERED ME PERCOCET    → (CONTINUED          →

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |

DC-135A

 2 of 3

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Super intendent | 2. DATE |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) MOSER BE4713 | 4. COUNSELOR'S NAME |
| 5. WORK ASSIGNMENT Page 2 of 3 | 6. QUARTERS ASSIGNMENT CB-130 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.    GIVE DETAILS.

Which Did Help a little More, But Not like the Recommend medication would, But the Tylnol Is a much safer level with the Percoet. (Acceptable) Then Tonight at the meds window I'm told I'm Back on Darvocet, which Barely works and Kills me slowly via: liver Damage. This is more of the same Medical Neglect and Malpractice and medication Discrimination That I Just left. Sir, I have a multi-million Dollar lawsuit pending Against the D.O.C. For the same action above, which the Federal authorities affirmed my Medical claim and need For all the Treatment. (look at the file, the truth is in there) I Don't want this Treatment, I need it, immediately. I'm writing you with all Due Respect sir, I Don't want to File, Grievances, sue you or your admin. As an add on Defendant, Be shipped (or) retaliated Against (continued → 3 of 3

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER                                                          DATE

DC-135A

( 3 of 3 )

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Superintendent | 2. DATE |
|---|---|

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) MOSER BE4713 | 4. COUNSELOR'S NAME |
|---|---|

| 5. WORK ASSIGNMENT Page 3 of 3 | 6. QUARTERS ASSIGNMENT |
|---|---|

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

As I Just when threw all that, as well as I Recently Got The Press Involve, and will Verify such for you if Requested. I Don't Need to Go threw all that again, to Get Proper Meds 3' a Spinal Fussion operation. Do I Sir? I understand if I must Goto court my medical Record Speaks for Itself and I will win montary Damages. I Don't want money (or) to hassle you. I Just want my Pain managed Properly with some form of Pain Med. Recommended. That work and to have my spinal Fussion Done as soon as I am able too. I Don't want to be shipped, Harrassed, (or) made to Complaint Consantly, to The courts 3' you. I Just want Help! As stated in my Records. I know Little Gets Done without The courts and Press. But I Just want to be unheard here. Please Intervene, and see to it I Get my medication and

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

operation, I'm Not Asking for Nothing Extra, This is what I Got Coming Tread The Record 3' call D.O.C. Counsel, if you Don't Believe me. I Promise you sir if you Help me, I will be Forever Greatful and you won't Here Another Peep out of me, Because you'll be The one who Help stop The Nightmare. I would Like to speak with you sir. Thank you and God Bless, you 3' yours.

☐ TO DC-14 CAR ONLY               ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |
|---|---|

DC-804
PART 1      C. C.
        See attach.

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

Docket No # Pleas...

**OFFICIAL INMATE GRIEVANCE**                    GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| MEDICAL GRIEVANCE | S. C. C. H. | 17th Aug. 00 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| MOSEN BE4713 | | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| | O. O. CB-130 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

I am once again suffering from medical neglect and this causes me great pain and suffering. I came here in need of a spinal fussion, and order from the surgeon to put me on oxycontive for sever pain because the present pain medication do not work (Darvocet) and I have Hep.C. and that much Tylnol per. day. is killing my liver. (See attached) Now I went threw all this with Mr. Erhart of CampHill and Mr. Forr and was assumed I would get my medication and operation at Huntingford, well I took Percocet today and it helped alittle and had less Tylnol. But tonight I am told I'm back to same old thing, Darvocet, and 5200 mg. per. This is more of same, I want to exhaust DC-804, and go back to the federal

B. Actions taken and staff you have contacted before submitting this grievance. courts A.S.A.P. If all I'm going to get is further, medication discrimination & life threaten medical neglect. (1) spoke to nurse, spoke to doctor, spoke to sgt. Ect. No results, urgent matter, please resolve & assist ...

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Grievance Coordinator

_____
Date

**DC-804**
**PART 1**

_Dated/witnessed/copied_

1030

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA. 17001-0598**

*Please Assign No#

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO.  0136-00

| TO: GRIEVANCE COORDINATOR | INSTITUTION  SCI - Hunnington | DATE  29 Aug. 00 |
|---|---|---|
| FROM: (Commitment Name & Number)  Jeffery Moser BE4713 | INMATE'S SIGNATURE  Jeff Moser | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT  CB-130 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

Now, that I have exhausted all Remedies, before filing a grievance, to the point (A. Everhart (RNS) of the medical Dept. stated she will address "Nomore" request on this issue) So, I only have the grievance process then courts & press agencies to turn too. I am being refused a spine fussion operation, nuro-surgeon consolotation, effective pain medication, (I.E. with less Tylnol because I have liver disease) and the present meds, don't work, because I need a spine fussion and untill I have said operation my condition and pain can and will only get worse. The need for the operation & stronger medication are reflected in my medical record. But are being ignored. I am refused medication & the operation under False Pretenses I am not refusing the operation, in fact I've been seeking the operation for some time. Next I have no history of Drug abuse with medication, only a need for pain

B. Actions taken and staff you have contacted before submitting this grievance: management, & a spine fussion operation. A.S.A.P.
*I Feel This is Medical Mal practice & Neglect.
Wrote Superentend. Kyler, (Response Recieved) (4) Request Filed to Ms. Yaber & (Response Recieved By R.Everhart on Behalf of Ms. Yaber)(8-29-00) (2) sick visits & spoke to Dr. Reenek... All Ave. Addressed with no resolution (or) assi'tance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

D. Barey
Signature of Grievance Coordinator

8-31-00
Date

COMMONWEALTH OF PENNSYLVANIA
Department of Corrections
State Correctional Institution at Huntingdon
(814)643-2400

DATE:       8-21-00

SUBJECT:    Inmate Request Slip

TO:         Jeffrey Moser          BE-4713
            Inmate Name            D.C. #          Unit

FROM:       Kenneth D. Kyler
            Superintendent

1030.

I have received your inmate request slip and have the following response.

✓  Referred to appropriate staff member M.B. D. Yarger

Additionally, I have the following comments: _____
_____
_____

Thank you for this inquiry.  I hope this has assisted with resolving the issue in question.
**Superintendent's Office to be provided a copy of staff's response.**

cc:   Counselor    CB Unit
      File

Benjamin Nakkache M.D. F.A.C.S. F..C.S.

Diplomate American Board of Neurological

Surgery..

Microneurosurgery...

New Bridge Center
480 Pierce St.
Suite 219
Kingston Pa. 18704
570-714-8900
570-714-0960 (Fax)

*SIR, Please Overlook the written Handwritten Notes you me Back They were written for my Attorney's and Federal Judge! But This is The only Extra Copy I have to send you, This is my Report From The D.O.C. Specilist which clearly states Whats Not-work, What Need also (Medication 3 operation) Etc. I have much more Proof for your Viewing! Thank you*

*SENT Too! Superintendent Kylek 8/17/2000*

This Patient is coming to see me for Evaluation of <u>Back</u> and <u>Left Leg</u> Pain and to a Lesser degree on the Right side. As we know, the patient had surgery in the past Two Different times before He was imprisoned, Both L4-L5 and L5-S1 with fairly good pain relief, untill he fell froman elvator in 1997.  Since then, he has been having more severe back and left leg pain and even some difficulty with bladder control, However no overt Cauda Equina Syndrome is noted.  Walking and sitting is worse the lying down. He also complains of Paresthesias on the left foot affecting both the L5-S1 Detmatomes. So far the Medication he has been given for Pain Control has been Ineffective.

<u>Neurological Examination</u>

1.) Mental Status: Patient is awake, alert and oriented X3

2.) Neck: Soft , Supple

3.) Cranial Nerves: I-XII are in tact

4.) Motor Examination: It is difficult to detect any definitive weakness, the left lower extremity is difficult to test because of Pain.

5.) Sensory Examination: There is no definitive Sensory loss to touch and pinprick on the upper extremities, but on the the Lower ones, Mostly on the Left side affecting the L5-S1 Dematomes.

6.) Reflexes: Are 2+ and symmetrical all thoughout except the Ankle jerks which are barely trace on the Left side a 1+ on the right side Plantar responses are downgoing.

7.) Lower Back Examination: Discloses a well healed midline scar, there is tenderness to the Left side of the midline but no definitive Paravertebral muscle spasm is noted. Staight leg raising on the Left side is Positive for leg pain at about 30 degree's and also sitting up on the right side, it also causes contralaterol left leg Pain.

8.) Rediology: I reviewed his M.R.I. of the lumbar spine, Which disclosed evidence of recurrent Disc Herniation at L4-L5 and to a lesser degree at L5-S1 There is Evidence of D.J.D. at both levels also...

I feel at this point, He should be considered for surgery.
* I am aware that the Patient may have had other problems
in the past as per the prison doctor, But certainly  the
M.R.I. findings are quite straitforword.  Although a Limited
Laminotomy could be done on the left side at L4-L5 that
could be difficult because of his previous surgeries and
as such a Full Laminectomy will be more effective and
safer to remove the recurrent Disc Herniation. However
this would certainly cause more back pain unless a Lumbar
Fussion is done at the same time at both levels and if
so, in his case, Pedicle screw fixation with a Posterolateral
bony fusion will be recommended.  that of course would
require a bone graft from the right hip or left hip...

→ In the mean time, I feel the Patient should be placed
on Oxycontin around the Clock perhaps 20mg (or) 40mg twice
aday to see how he responds to that. Should surgery be
Authorized I would be glad to do it on a Three or Four
week notice..

NOTE: THIS & ANY Effective Medications (or) Treatments ARE
REFUSED to ME to DATE...

**Doctor: Nakkache Report of 20th Day of March, 2000**

**Hand copied Word for Word By: Jeffery Moser
out of his Medical File, In accordance with
F.O.I.A. Law...**

Waivers given Freely To all Officers of the Court , I.E. Attorneys
& Judges & Members of the Press, Whom may need to reference the
Originals in the interest of Justice. Jeffery Moser is the Patient
Herein this report. Thus  his rights are active....

NOTE: THIS REPORT WAS IN RESPONSE TO AN "ACCIDENT I had IN
JAN. 2000" ONLY THEN DID I RECIEVE THIS CONSULTATION. I SLIPPED
ON THE ICEY WALKWAY. AFTER THEY WERE MADE AWARE BEFOREHAND
THAT BECAUSE OF NERVE DAMAGE FROM MY SPINE INJURY, DOWN MY
LEFT SIDE (LOSS OF FEELING & BALANCE) I CAN NOT BALANCE WELL ON
ICE, SNOW (OR) WET SURFACES. TO DATE I STILL AM FORCED TO WALK
THE SAME ROUTE. THIS DOCTOR CONFIRMS THE DANGER, AS WELL AS

(left margin, rotated) NOTE: THE FEDERAL AUTHORITIES "GREEN" SAID TREATMENT AND MEDICATION OVER (15) MONTHS AGO. (WITHOUT DELAY)

DATED / WITNESSED / COPIED

DC-135A

c.c. (4) KYLER
ERHART
ATTORNEY
FILE

**INMATE'S REQUEST TO STAFF MEMBER**

Legal Affidavit (28 U.S.C. 1746) Inc

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.

| 1. TO: (NAME AND TITLE OF OFFICER) Kenneth D. Kyler (Superintendent) | 2. DATE 17 Aug 00 |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Moser BE4713 | 4. COUNSELOR'S NAME |
| 5. WORK ASSIGNMENT Page 1 of 3 | 6. QUARTERS ASSIGNMENT CB-130 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Sir, I was told to write, you. As you were fair and would listen. I would like to talk to you. I have a major problem and would like to show you the paperwork on it (i.e. Federal litigation (lawsuit) documents, medical record state 3' federal ect. ect.) I was sent here under the understanding I could have my proper pain medication here and get my spinal fussion operation, without harrassment (or medical Neglect for seeking such, Well sir. I have Hep. C. and Liver Disease and and surgery order and recommendation for "Oxycontin" pain meds. Because the present meds Don't work and contain to much Liver Killing Tylinol Per Day for me to take. (see medical record) This order is from a D.O.C. sergeon and also Federal Doctors. Well I saw the Doctor today and he ordered me Percocet → (continued →

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Mr. Moser,
This was sent to me for review + answer. Chart review indicates you arrived here from SCI Frackville on 8/16/00. There is no order or indication that you received pain medication, other than Darvocet, except for a 6 day period of Tylenol #3, while @ Frackville. It is noted you saw the specialist and he recommended surgery, which you refused to have done. Additionally it is noted that after conversing with the specialist - He had recommended Oxycotin based on your request for pain management using morphine. When you arrived here you were ordered Percocet @ your request. After that visit the physician reviewed the record and determined continued use of Percocet was not in your best overall

☐ TO DC-14 CAR ONLY    ☐ TO DC-14 CAR AND DC-15 IRS    (See Pg 2

| STAFF MEMBER | DATE |
|---|---|
| | 8-24-00 |

DC-135A

② 2 of 3

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

Complete Items Number 1-7. If you follow instructions in preparing
your request, it can be disposed of more promptly and intelligently.

1. TO: (NAME AND TITLE OF OFFICER)  SuperIntendent

2. DATE

3. BY: (INSTITUTIONAL NAME AND NUMBER)  MOSER BE4713

4. COUNSELOR'S NAME

5. WORK ASSIGNMENT  PaGe 2 of 3

6. QUARTERS ASSIGNMENT  C13-130

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

Which Did Help aLittle more, But NOT Like THE REcommend medicatton
would, But THE ~~TeGo~~ TyLnol Is a much SAFER LEVEL with THE PERocet.
(AcceptabLe) THen TonIght AT THE meds wIndow I'm ToLd I'm Back on
DARvocet, which BAReLy works And KiLLs me sLowLy viA: LiveR DamAGe. This
Is moRE of THE SAME MedIcaL NEgLect And MaLPractice And MedIcatIoN
DiscRimImnatIon THat I Just Left. SIR, I HAVE A muLtimILLIon DoLLar
Lawsuit PendIng AgaInst THE D.o.c. FoR THE SAME ActIon ABove, which THE
FedeRAL AuthoritIes AffiRmed my MedIcaL CLaIms. And Need FoR ALL THE TREATMENT.
(Look AT THE FILE, THE TRUTH Is in THERE) I Don't want THis TREATMENT, I
NEED iT, ImmedIateLy. I'm wRiting you with ALL DUE ~~Rep~~ RESPECT SIR.
I Don't want TO FILE, GRievances, SUE you oR youR AdmIn. As An Add
ON DefendAnt, Be ShIpped (or) RETALIATED AgaInst (ConTINUED → 3of3

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

(Pg 2)

Medical management and it was stopped & Darvocet
was ordered. You will be medically managed here by
the healthcare providers, based on their findings regarding
what is medically necessary for you. You will not be
medically managed based on what you request, demand
or threaten to do. If a change in the treatment
plan is needed, healthcare professionals will determine
such and I am advising you to work with them in
implementing and continuing the plan of care medically
necessary for you.

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER  P.Everhart RN

DATE  8-24-00



**DC-135A**

( 3 of 3 )

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

1. TO: (NAME AND TITLE OF OFFICER) Superintendent

2. DATE

3. BY: (INSTITUTIONAL NAME AND NUMBER) MOSER BE4713

4. COUNSELOR'S NAME

5. WORK ASSIGNMENT PAGE 3 OF 3

6. QUARTERS ASSIGNMENT

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

As I Just when threw all that, as well as I recently got the Press involve, and will verify such for you if Requested. I Don't need to go threw all that again, to get Proper meds 3' a spinal Fussion operation. Do I sir? I understand if I must goto court my medical records speaks for itself and I will win monitary damages, I Don't want money (or) to hassle you. I Just want my Pain managed properly with some form of Pain med. Recommended, that work and to have my spinal fussion done as soon as I am able too. I Don't want to be shipped, Harrassed, (or) made to complain consantly, to the courts 3' you. I Just want Help! as stated in my Records. I know little gets done without the courts and Press, but I Just want to be unheard here. Please intervene, and see to it I get my medication and

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE) operation, I'm not asking for nothing extra, this is what I got coming read the record 3' call D.O.C. Counsel, if you Don't believe me. I Promise you sir if you help me, I will Be forever greatful and you won't here another Peep out of me, Because you'll be the one who help stop the nightmare. I would like to speak with you sir. Thank you and God Bless, You 3' yours.

See
pg 1-2

☐ TO DC-14 CAR ONLY          ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER                        DATE 8/30/00

Benjamin Nakkache M.D. F.A.C.S. F.I.C.S.

Diplomate American Board of Neurological

Surgery..

Microneurosurgery...

New Bridge Center
480 Pierce St.
Suite 219
Kingston Pa. 18704
570-714-8900
570-714-0960 (Fax)

*SIR, PlEASE overlook The written Handwritten Notes on The Back, They were written For my Attorneys And Federal Judge, But This is The only Extra Copy I have To send you, This is my Report From The D.O.C.'s SpecList Which clearly states Whats Not work, What Need Also (medication's operation) Ecf. I have much more Proof For your Viewing TFnholt*

*SENT TOO!
SupERintendent
Kyler
8/17/2000*

This Patient is coming to see me for Evaluation of Back and Left Leg Pain and
to a Lesser degree on the Right side. As we know, the patient had surgery in the
past Two Different times before He was imprisoned, Both L4-L5 and L5-S1 with fairly
good pain relief, untill he fell froman elvator in 1997.  Since then, he has been
having more severe back and left leg pain and even some difficulty with bladder
control, However no overt Cauda Equina Syndrome is noted.  Walking and sitting
is worse then lying down. He also complains of Paresthesias on the left foot affecting
both the L5-S1 Detmatomes. So far the Medication he has been given for Pain Control
has been Ineffective.

### Neurological Examination

1.) Mental Status: Patient is awake, alert and oriented X3

2.) Neck: Soft , Supple

3.) Cranial Nerves: I-XII are in tact

4.) Motor Examination: It is difficult to detect any definitive weakness,
the left lower extremity is difficult to test because of Pain.

5.) Sensory Examination: There is no definitive Sensory loss to touch and
pinprick on the upper extremities, but on the the Lower ones, Mostly on the Left
side affecting the L5-S1 Dematomes.

6.) Reflexes: Are 2+ and symmetrical all thoughout except the Ankle jerks
which are barely trace on the Left side a 1+ on the right side Plantar responses
are downgoing.

7.) Lower Back Examination: Discloses a well healed midline scar, there is
tenderness to the Left side of the midline but no definitive Paravertebral muscle
spasm is noted. Staight leg raising on the Left side is Positive for leg pain
at about 30 degree's and also sitting up on the right side, it also causes contralaterol
left leg Pain.

8.) Rediology: I reviewed his M.R.I. of the lumbar spine, Which disclosed
evidence of recurrent Disc Herniation at L4-L5 and to a lesser degree at L5-S1
There is Evidence of D.J.D. at both levels also...

(1 of 2)

**DC-804
PART 1**

Copied/Dated/Witnessed
Submission —

**OFFICIAL INMATE GRIEVANCE**

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA. 17001-0598**

Please Assign Docket No#
— P.L.R.A —

GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION SCI-Huntingdon | DATE 30 Aug.00 |
|---|---|---|
| FROM: (Commitment Name & Number) MOSER, Jeff BE4713 | INMATE'S SIGNATURE J. M | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT CB-130 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

This is a "Retaliation Claim" Filed Against "Dr. Farrohk Mohadjerin" so in proper form it should not be addressed/answered by the Doctor, rather with the protocol in mind it should be answered by a supervisor over the Doctor. On 29 Aug.00 I filed a grievance against the medical Dept. For lack of medications & treatment for my documented spine injury. Today I was call down by the Doctor, and told as I understood it, that all my medication for pain would be stopped and recieve no treatment for my spine injury, as I was faking it, that he believed this, that the (4) M.R.I. medical proof testing and all Nuro-surgeon Doctor (Past) (9 Total) D.O.C. Doctor and specilist and Federal medical specilist were wrong and he is right, I'm faking. We know M.R.I. Don't lie (or) do Nuro-surgeon. My injury and need for treatment is a proven Fact. His action are retaliatory, Intentional indiffrent to cause

B. Actions taken and staff you have contacted before submitting this grievance: me great pain and suffering, aimed to do intentional irreparable harm to me. To stop my litigation due to pain and suffering. You can clearly see the retaliation, all the medical testing and Doctor Past are not wrong, and only the Doctor (mohadjeren) is right, No judge will buy that!

* (wrote warden medical needs) (many request to med. Admin.) (spoke to (PA) Dr. Riever, and Dr. Mohadjerin. (No resolution) Please docket this indifference.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Grievance Coordinator

_____
Date

 

**DC-135A**

( DATE / COPIED / WITNESSED - CORR.)

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

---

1. TO: (NAME AND TITLE OF OFFICER)
Unit Manager - MR. Elliot - CB - Block.

2. DATE
28 Aug. 00

3. BY: (INSTITUTIONAL NAME AND NUMBER)
MOSER, Jeffery BE9713

4. COUNSELOR'S NAME
Mr. Commins.

5. WORK ASSIGNMENT

6. QUARTERS ASSIGNMENT
CB - 130

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Upon speaking with the Medical Dept. Here, I was told to contact you Sir, Otherwise I would not Bother you. As you are very Busy I am sure.     I Have a Spine Injury, and I am Awaiting a Spine Operation. Due to this Problem, It requires me to Sleep with a "Extra Pillow" to Place Between My legs, This helps to keep down the Pain and Straiten the Contour of My Back while I Sleep. It is "Needed" Medically. I have all the Documentation from SCI-Frackville / SCI-Graterford / Federal Prison Which States the "Need" for an "Extra Pillow". Why at SCI-Huntington I am to Address this Medical Need, with a Non-Medical-Professional I Don't understand, But I was Assured By Medical, (Dept.) that you Could Handle this For Me, without Delay. So Please Arrange "The Extra Pillow" For Me (or)

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE) Deny So In Writing. Thank you For your Time Sir.
— I Await —

MR MOSER,
I HAVE DISCUSSED YOUR REQUEST WITH MEDICAL STAFF AT THIS INSTITUTION AND THEY HAVE INFORMED ME THAT THERE IS NO MEDICAL NEED FOR THIS PILLOW. YOUR REQUEST IS DENIED.

☑ TO DC-14 CAR ONLY         ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER

DATE
8/30/00

**DC-804**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA. 17001-0598**

*Please Assign Docket No#*
*— P.L.R.A —*

*copied/Dated/witnessed*
*— submission —*

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION  SCI-Huntingdon | DATE  30 Aug. 00 |
|---|---|---|
| FROM: (Commitment Name & Number)  Moser, Jeff  BE4713 | INMATE'S SIGNATURE  J. M | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT  CB-130 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:
This Is a "Retaliation Claim" Filed Against "Dr. Farrohk Mohadjeren" so in proper form et should not be Addressed/answered By the Doctor, Rather with the Protocol in mind it should Be answered By a supervisor over the Doctor. On 29 Aug. 00 I Filed a grievance against the medical Dept. For lack of medications & treatment For my documented spine injury. Today I was call down By the Doctor, and told as I understood it, that all my medication For pain would Be stopped and recieve no treatment For my spine injury, as I was faking it, that he Believed this, that the (4) M.R.I. ~~shadow~~ medical proof testing and all Nuro-Sergeon Doctor (past) (9 Total) D.O.C. Doctor and speclist and Federal medical speclist were wrong and he is right, I'm faking. We know M.R.I. Don't Lie (or) Do Nuro-Sergeon. My injury and need For treatment is a proven fact. His action are retaliatory, ~~aimed~~ intentional indifferent to cause me great pain and suffering, Aimed to

B. Actions taken and staff you have contacted before submitting this grievance: Do intentional irrepairable harm to me. To stop my litigation Due to pain and suffering. you can clearly see the retaliation. All the medical testing and Doctor (past) are not wrong, and only the Doctor (mohadjeren) is right. No judge will Buy that!
* (wrote warden medical needs) (many request to med. Admin.) (spoke to (PA) Dr. Riewer, and Dr. Mohadjeren. (no resolution) Please Docket this indifference. *

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____                          _____
Signature of Grievance Coordinator                                    Date

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**State Correctional Institution at Huntingdon**
(814)643-2400
August 21, 2000

SUBJECT: Consolidated Inmate Grievance
Review System

1030

TO: Moser, BE-4713
CB Unit

FROM: Kenneth R. Hollibaugh
Assistant Grievance Coordinator

I am returning your grievance because you have not complied with the following provision(s) of DC-ADM 804, dated October 20, 1994, Consolidated Inmate Grievance Review System:

_____ All grievances shall be in writing and in the format provided by the forms supplied by the institution (DC-804, Part I). Forms are available in the block. (Section VI., A, 1)

_____ All grievances shall be presented individually. Group grievances are prohibited. (Section VI., A, 2)

_____ Only an inmate who has been personally affected by a Department or institution action or policy shall be permitted to seek review of a grievance. (Section VI., A, 3)

_____ All grievances must be presented in good faith. They shall include a brief statement of the facts relevant to the claim. The text of the grievance must be legible and presented in a courteous manner. (Section VI., A, 4)

_____ Grievances based upon different events should be presented separately, unless it is necessary to combine the issues to support the claim. (Section VI, A, 5)

_____ Grievances must be signed. (Section VI., A, 3)

_____ Any inmate grievance may be addressed to the Inmate Grievance Coordinator except issues related to the following: (Section VI., E)

1.    DC-ADM 805 - Policy & Procedures for Obtaining Pre-F        Transfer.

2.    DC-ADM 801 - Inmate Disciplinary and Restricted
      DC-ADM 801 VI., G & I.

3.    DC-ADM 802 - Administrative Custody Procedu
      Appeal from Initial Review, see DC-ADM 802, V

4.      Other Kinds of issues for which review procedures have been previously established by administrative memorandum or policy statement.

Grievances related to the above issues shall be according to procedures specified in the directives listed and shall not be reviewed by the Inmate Grievance Coordinator.

_____  Initial reviews must be submitted within 15 calendar days after the events upon which claims are based.  (Section VI., B, 2)

__X__  Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form (DC-ADM 804, Part I).


Comments:

Mr. Moser:

Be advised that DC-ADM 804 requires a genuine effort be made to resolve problems before the grievance system is utilized.  If you are experiencing difficulties with the diagnosis of the Medical Department you should contact Mrs. P. Yarger, Corrections Health Care Administrator, via written correspondence.  It this fails to resolve your issue you may resubmit your grievance for further consideration.

KRH:tll

cc:     Mrs. P. Yarger
        DC-15
        File

DC-135A

C.C. (5) Per
        counsel
        P/A
        Voc.

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) | 2. DATE |
|---|---|
| Ms. Yager (Medical Administrator) | 25 Aug. 00 |

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) | 4. COUNSELOR'S NAME |
|---|---|
| Moser BE4713 | Cummins |

| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT |
|---|---|
| | CB-130 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.  GIVE DETAILS.

Greetings, I just recieved your response to my request to Mr. Eyler (super). First let me start by saying I did'nt threaten you in any manner with litigation, A stated a fact, which if you contact Mr. Erhard Shill, you'll see I've already served him. I find the only effective way to recieve treatment in the D.O.C. is through court actions and getting the press involved to expose's wrongful & unlawful action going within. I hope you prove me wrong here Ms. Yager and you have a willingness to do the right thing and help me medically, in a timely manner. In march 2000 the U.S. ct. App. (3rd Cir.) granted the Pa. D.O.C. time on exhaustion to correct there actions of medical neglect in my case. The D.O.C. hasn't complied to date, so I shall present this. But I would like to talk to you personal Ms. Yager, Because all I want is treatment for back (spinal fussion & pain management * that is less stressful on my Liver as I have "Hep. C" and Liver Disease* A pillow for in between my legs when sleeping (continued → backside →

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Mr Moser. It is well documented that you indeed refused surgery. You were seen on sick call recently and referred to your Unit Manager to discuss the extra blanket. There is no medical need determined to order one @ this time. Past or present court actions do not determine medical treatment. Qualified medical personnell will amend your treatment plan as it is determined medically necessary to do so. Unless your medical conditions changes demands or report requests of this same nature will not continue to be addressed. There is no need for a personal interview @ this Time.

☐ TO DC-14 CAR ONLY    ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |
|---|---|
| P. Everhart RN | 8-29-00 |

**DC-804** E.C.
**PART 1** SEE Attach.

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA. 17001-0598

Docket No# Please

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| MEDICAL GRIEVANCE | S.C.C.H. | 17th Aug. 00 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| MOSER BE4713 | | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| | B-B-CB-130 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

I AM ONCE AGAIN SUFFERING FROM MEDICAL NEGLECT AND THIS CAUSES ME GREAT PAIN AND SUFFERING. I CAME HERE IN NEED OF A SPINAL FUSSION, AND ORDER FROM THE SURGEON TO PUT ME ON OXYCONTINE FOR SEVER PAIN BECAUSE THE PRESENT PAIN MEDICATION DO NOT WORK (DARVOCET) AND I HAVE HEP-C. AND THAT MUCH TYLNOL PER. DAY. IS KILLING MY LIVER. (SEE Attached) NOW I WENT THREW ALL THIS WITH MR. ERHART AT CAMPHILL AND MR. FORR AND WAS ASSURED I WOULD GET MY MEDICATION AND OPERATION AT HUNNINGTON, WELL I TOOK PERCOCET TODAY AND IT HELPED A LITTLE AND HAD LESS TYLNOL. BUT TONIGHT I AM TOLD I'M BACK TO SAME OLD THING, DARVOCET, AND 5200 MG PER. THIS IS MORE OF SAME, I WANT TO EXHAUST DC-804, AND GO BACK TO THE FEDERAL

B. Actions taken and staff you have contacted before submitting this grievance: COURTS A.S.A.P. IF ALL I'M GOING TO GET IS FURTHER, MEDICATION DISCRIMINATION ! LIFE THREATEN MEDICAL NEGLECT. (1) SPOKE TO NURSE, SPOKE TO DOCTOR, SPOKE TO SGT. ECT. NO RESULTS, URGENT MATTER, PLEASE RESOLVE ! ASSIT...

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Grievance Coordinator                    Date

# 1:CV00-1846

Not-Part-of-Complaint-To-Be
Served.    (For Court Record only)

— Exhaustion —

— Documents —

Only Encluded To Prove To THE
Honorable Court ALL Remedies
Have In fact Been.

Exhausted.

A.D.A. Discriminate Claim
DC-804 NEW matter.
**PART 1**

Copy|Dated| w/ti Submission.

Rease Assign No#
Immediately Please.

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**                    GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| | SCI - Hunnington | 13 Sept. 00 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| MOSER BE4713 | J. Mer | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| - NONE - | CA-028 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

I am LEGaL Determined DisaBLed , By (U.S. Gov. (S.S.I.) (Bureau of Disability Comm. of Penna) (Disability commissory of Texas) On 7/12/00 I FILED AN A.d.A. Claim with THE Pa. Do.C. ) which is why I was TRANSFERRED to SCE-Hunnington, But THE Condition of THE A.d.A. Claim were Not ment, (Please REVIEW)(FILE). SCE-Hunn. Does Not Comply with. THE A.d.A. Act, Rather it "Discriminates Grossly Against THE Disabled in Violation of D.O.C. Directive (and) (Pennsylvania V. Yeskey,, 118 U.S. Supreme Ct 1952 (1998)* Plain Text of Title II of THE American with DisaBilities act, Unambiguously Extends To State prison inmate! So when DR. Mahadevian Told me, "I Don't CARE ABout your A.D.A. And DisaBilities" And Stopped all medication & Treatment, (in malice Retaliation ) and THE Doctors after Him Follow suit, To Date: I suffer Great Pain, no sleep, Encontinence NO A.D.A. Housing Ect... You ARE Guilty of Intentional Discrimination Against a DisaBLed Person in violation of THE US. Supreme Ct. & Constitution. Please Correct your

B. Actions taken and staff you have contacted before submitting this grievance: Action Emmediately. Thank you.
THE Court say, Because of THE Emportance of THE A.d.A. and THE Needs of Emmaliate attention (medical & Housing) I may FILE A.D.A. Discrimination and Condition claims Direct to THE Courts, But I will work with you First By Filling This. I ask you is Your medical staff & Prison A.D.A. Compliant. (Spoke to DR(s) mahadevian, Bartly Shumaker, Diener (m/d)

Your grievance has been received and will be processed in accordance with DC-ADM 804. WROTE Yates, Kylek About A.D.A. medical Essues (Neds for Treatment)

Signature of Grievance Coordinator                              Date

COMMONWEALTH OF PENNSYLVANIA
Department of Corrections
State Correctional Institution at Huntingdon
(814)643-2400

DATE: _9-1-00_

SUBJECT:    Inmate Request Slip

TO: _Moser_                    _BE-4713_          _C_
            Inmate Name                  D.C. #                Unit

FROM:    Kenneth D. Kyler
            Superintendent

I have received your inmate request slip and have the following response.

__✓__  Referred to appropriate staff member _Mrs. P. Yarger_

Additionally, I have the following comments: _____

_____

_____

Thank you for this inquiry.  I hope this has assisted with resolving the issue in question.
**Superintendent's Office to be provided a copy of staff's response.**

cc:    Counselor _W. Cummins_
        File
        _Capt Leary_

GET EVEN WITH ME, WITH RETALIATION AND INSTRUCT OTHER
STAFF MEMBERS TO TREAT ME WITH DELIBERATE INDIFFRENCE. I WILL
CONTINUE TO EXERCISE MY RIGHTS, TO STOP HIS UNLAWFUL ACTIONS AND PUBLICLY
EXPOSE THEM. I PRAY YOU WILL STOP ANY FURTHER ACT'S OF INDIFFERENCE

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE) TOWARDS ME. PLEASE ENTER THIS DOCUMENT INTO
LEGAL RECORD. THANK YOU. I AWAIT YOUR ASSISTANCE

Mr. Moser.
        Your concerns are noted

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER _____                    DATE _9/11/__



**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**State Correctional Institution at Huntingdon**
(814)643-2400
September 18, 2000

**SUBJECT:** Consolidated Inmate Grievance
Review System

**TO:** Jeff Moser, BE-4713
CB Unit

**FROM:** Diana G. Baney
Grievance Coordinator

I am returning your grievance because you have not complied with the following provision(s) of DC-ADM 804, dated October 20, 1994, Consolidated Inmate Grievance Review System:

_____ All grievances shall be in writing and in the format provided by the forms supplied by the institution (DC-804, Part I). Forms are available in the block. (Section VI., A, 1)

_____ All grievances shall be presented individually. Group grievances are prohibited. (Section VI., A, 2)

_____ Only an inmate who has been personally affected by a Department or institution action or policy shall be permitted to seek review of a grievance. (Section VI., A, 3)

_____ All grievances must be presented in good faith. They shall include a brief statement of the facts relevant to the claim. The text of the grievance must be legible and presented in a courteous manner. (Section VI., A, 4)

_____ Grievances based upon different events should be presented separately, unless it is necessary to combine the issues to support the claim. (Section VI, A, 5)

_____ Grievances must be signed. (Section VI., A, 3)

_____ Any inmate grievance may be addressed to the Inmate Grievance Coordinator except issues related to the following: (Section VI., E)

1. DC-ADM 805 - Policy & Procedures for Obtaining Pre-Release Transfer.

2. DC-ADM 801 - Inmate Disciplinary and Restricted Housing Unit Procedures. See DC-ADM 801 VI., G & I.

3. DC-ADM 802 - Administrative Custody Procedures. See DC-ADM 802, VI., B, 1,2. Appeal from Initial Review, see DC-ADM 802, VI., B, 4, a.

4.      Other Kinds of issues for which review procedures have been previously established
        by administrative memorandum or policy statement.

Grievances related to the above issues shall be according to procedures specified in the
directives listed and shall not be reviewed by the Inmate Grievance Coordinator.

_____   Initial reviews must be submitted within 15 calendar days after the events upon which claims
        are based.  (Section VI., B, 2)

_X_     Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form
        (DC-ADM 804, Part I).


Comments:

Mr. Moser:

You are well aware that DC-ADM 804 requires that you make an effort to resolve matters such as
this through appropriate staff prior to filing a grievance.  Although you indicate that you requested
emergency medical treatment, you failed to indicate what the emergency was over the past
weekend.   Any complaints or concerns you have regarding your medical treatment should be
addressed through Mrs. P. Yarger, Health Care Administrator, via request slip.  If this matter cannot
be resolved at the recommended level, you may resubmit your grievance for further consideration.
Based on the information you provide, this appears to be an ongoing medical complaint and I find
nothing in this particular grievance to indicate a medical emergency.  Furthermore, the directive
clearly establishes that the grievance system is not intended for emergency situations.  Because you
fail to comply with the guidelines established by DC-ADM 804, your grievance is being returned
unprocessed.

DGB:tll

cc:     Deputy Williamson
        Mrs. P. Yarger
        DC-15
        File

**DC-804**
**PART 1** *New Incident*

*Filed on Advice of Counsel*

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

*Please Don't Hinder my Access To a Grievance No # Thank You!*

**OFFICIAL INMATE GRIEVANCE**                    GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| | S.C.I. - Hunningtion | 12 Sept 00 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| MOSER BE4713 | Jeff Moe | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| (1:30 PM) (Sgt Hikle on) | CB-130 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

OVER THE WEEKEND I SPOKE TO DR. SHUMAKER AND HE SAID HE WAS GOING TO DECREASE MY NARCOTIC PAIN MEDS (8) PILLS A DAY TO (6) A DAY (GOOD TILL 10-2-00) AFTER I ASK WHEN I WOULD GET MY BACK OPERATION, HE SAID "I THOUGHT YOU DID NOT WANT US TO GIVE IT TO YOU" (I SAID YOUR MISSTAKEN). HE SAID IN THAT CASE YOU'LL SEE THE DOCTOR MONDAY - (VERY HUFFY LIKE),, SO MONDAY I SAW THE DOCTOR AND HE SAID (without) after further REVIEW OF SHUMAKER NOTES. I'M CUTTING YOU OFF ALL MEDICATION AND TREATMENT, I FEEL DOCTOR MAHADERIN NOTES ARE CORRECT. WHICH ARE? ALL MY M.R.I. ARE WRONG AND ALL MY NURO-SURGEON ARE WRONG ALSO! (YOU NEED NO TREATMENT) NOT WITHSTANDING AFTER MAHADERIN WAS FIRED, DR. SHUMAKER CALL ME DOWN, PUT ME BACK ON MEDS AND SAID M.R.I. ARE PROOF OF YOUR CONDITION. NOW I SIT, WITH NO MEDS, IN EXTREME PAIN, WITHDRAWING FROM MEDS, WITH NO ASSITANCE, I JUST ASK TO GO TO MEDICAL AND WAS REFUSED

B. Actions taken and staff you have contacted before submitting this grievance: SERVICES (EMERGENCY). SO NOT ONLY DO I SUFFER MEDICAL NEGLECT AND RETALIATION, BUT I'M REFUSED ANY EMERGENCY SERVICE'S, I'VE MADE THE NEWSPAPERS, ATTORNEY AND FAMILY AWARE OF YOUR ACTION AND ANY FURTHER HARM THAT COMES TO ME, I WILL ASK YOU BE HELD ACCOUNTABLE IN THE COURT OF LAW AND PAY 10 TIMES THE COST OF MY BACK SURGERY AND MEDICATION. I'VE RELEASE A PUBLIC PRESS RELEASE ALSO. PLEASE STOP THE RETALIATION AND ASSIT. —
(WROTE; MR. WILLIAMSON, KYLER, SPOKE TO DOCTOR SHUMAKER 3 BRIDELL, NO HELP.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____                    _____
Signature of Grievance Coordinator                    Date



COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P. O. BOX 598
CAMP HILL, PENNSYLVANIA 17001-0598

OFFICE OF THE
SECRETARY OF CORRECTIONS

August 30, 2000

Jeffery Paul Moser, BE4713
SCI Huntingdon

Mr. Moser:

Your letter to Deputy Secretary Erhard has been received and referred to my desk for response. I have contacted the institution to inquire about your medical care. I find and documentation verifies that your case has been and continues to be meticulously reviewed. Qualified medical personnel will amend your treatment plan if or when necessary.

Once again, it is well documented that you were seen by a neurosurgeon regarding your back pain. The outcome of this consultation was a recommendation for surgery, which you have refused. Your "pain management" plan has been and continues to be monitored by appropriate health care professional within the facility.

Mr. Moser, appropriate care is the norm and I would suggest you work with the Health Care Staff at SCI Huntingdon.

A copy of your letter and subsequent documentation will be forwarded to Superintendent Kyler and the Bureau of Health Care Services for review.

Sincerely,

Eugene J. Brannigan
Assistant to the Deputy Secretary
Eastern Region

Ejb

cc:    Deputy Secretary Erhard
       Superintendent Kyler w/attachments
       Director Catherine McVey (Health Care Services) w/attachments
       File

DC-135A

c.c. (4) Yaber
HORN
Attorney
File

C-B

1026

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

**INMATE'S REQUEST TO STAFF MEMBER**

INSTRUCTIONS

Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.

Sworn complaint –

| 1. TO: (NAME AND TITLE OF OFFICER) Ms. Yager (Medical Administrator) | 2. DATE 7 Sept. 00 |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Moser BE4713  J.M. | 4. COUNSELOR'S NAME Cummins |
| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT CB-130 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Today I went to see a Mental Health Doctor, on the Advise of Doctor Shumaker, .. I was refused any kind of Mental Health Treatment, as I understood Him to convay to me, "The Kind of Treatment you were on we Don't Give Here, The Medication you need is strong, so we can offer you No Alternative. Then I ask can you refuse me Mental Health Service's? I understood Him to say "Yes, I can Legally refuse you Service's 3 Medication". Now this es not word for word in whole, But it is what I understood Him to be Telling me. So we got yet Another incident where I am refused any Kind of Medical Treatment, your doing the same Thing when you refuse me, my needed spine fussion operation, to "save company money" This es Medical Neglect and unlawful, I hold the Medical Dept. 3 Wexford Legally.

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Liable, For Any harm that Comes to me, Due to this Medical Neglect. Please Get Back to me timely as Directive States. I've serve Counsel with a Copy of This, Thank you For your Time, I await.

Mr Moser

You are being seen & treated by professional medical staff. Your treatment plan will continue as directed by the professionals – psychiatrist, doctors, physician – assistants etc. — You need to work with these individuals.

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER Pat Yager | DATE |
|---|---|

DC-135A

C.C. (17)

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS
Complete Items Number 1-7. If you follow instructions in preparing
your request, it can be disposed of more promptly and intelligently.

| 1. TO: (NAME AND TITLE OF OFFICER) Deputy Williamson (Deputy Treatment) | 2. DATE 11 Sept. 00 |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Moser BE4713 | 4. COUNSELOR'S NAME Cummin |
| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT CB-130 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Sir, I have an Eirgent situation, that needs to be addressed immediately
please & respectfully, tomarrow I am being cut off my pain meds (cold turkey)
I've been on them for (4) years because I need them, this is document
in my file by several M.R.I (s) and nuro-surgeon reports, which the
Doctor claims are wrong, (your Doctor) (9) nuro-surgeon (past & present
are not wrong, and M.R.I's don't lie) I need a spine fussion and
to be medicated till that time. (look at the reports) now, this is the
second time I've been cut off medication, after I ask for my spine
operation, so intentional retaliation should'nt be hard to prove as
well as malpractice, since we have all the speclist doctors
reports & M.R.I. to prove the need for pain mangement and
a spine fussion operation, now I was sent here  → OVER

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)                    (continued on backside)

Mr. Moser-
    I will send these request slips to Mrs. Yager,
Health Care Adm. for her review and response

cc: Mrs. Yager

☑ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |
|---|---|



**DC-135A**

C.i.C. (5) Williamson
Yarger
Dancey
Att) File

## INMATE'S REQUEST TO STAFF MEMBER

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing
your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) | 2. DATE |
|---|---|
| Dep. Superintendent Williamson | 14 Sept 00 |

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) | 4. COUNSELOR'S NAME |
|---|---|
| Mosser BE4713 | Cummin |

| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT |
|---|---|
| | CVA-130 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Today (Thursday 14th Sept. 2000) I was taken out for a E.M.G. which show the levels of pain I am in and extent of the nerve damage in my back and left leg & foot. Afterwards the Doctor concluded that I have extreme nerve damage so much he told me His back is "Shot" and His lower leg and foot is "dying" that why the hair is falling out and left foot is smaller", Thus he must be having extreme (alot) of pain. So c/o Harmer walked me down to medical when we got back and told the medical staff what he said and that the Doctor sujested I be medicated for pain (extreme pain is what I'm having and my back is "Shot" my foot is dying from lack of treatment, I have been waiting (14 months) for the D.O.C. to treat me, Now it maybe irreverseable harm. But I'm not writing you to argue or blame

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE) But to say I need Help immediately, effective pain management first. Please order this now as my Nuro-surgeon recommended, I want to work with you in getting well as I can. If you Help I would appreciate it, Please Don't Prolong the damage to me and Prolong my pain. Also I had (8) epadurals in the Past NONE worked. If your gone that route, it maybe a waste of money. Please call me down to talk (or) do something for my pain A.S.A.P. — Thank you kindly —

(He also affirmed my incontinence due to nerve damage

☐ TO DC-14 CAR ONLY            ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |
|---|---|
| | |

DC-804
PART 1



RESPONSE RECIEVED
9-21-00
MS. YAGER

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. | 0136-00

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| — APPEAL TO SuperINTENdENt — | SCI - HuNNINgtoN | 9-21-00 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| MOSER BE4713 | J. Mo | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| | CA - 1028 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

PLEASE REVIEW ALL THE "Testing" and "Medical Facts" Proven Medical Facts ARE I HAVE (4) M.R.I. scan Reports (1) Nuro-SeRgeon Report (with specilist orders For Fussion operation and Pain manayement "oxycottin" untill said Fussion is done) (which By U.S. sup. ct. standard is manatory Treatment needed when ordered By a specilist) And AN E.M.G. Report. Now I say, I've Been to (7 or 8) other reinowned Neuro-surgeon whom ALL said THE same THing as ALL THE scientific Proof in testing said, And such is Already in Record in Federal Count CV-89-0326 THESE Test Don't Lie, Nor ARE ALL my Doctor BEFORE I got to HunNINgton, Drug Pushers. I was medicated And enstructed For sirgery BECAUSE it was a Proven need. As THis Proceeds to Court Action, I only Hope to SEE THE Medical Dept. Staff at HuNN. ATTEMPt to Prove THAT

B. Actions taken and staff you have contacted before submitting this grievance: ALL my Doctor fast and Medical testing witnesses ARE LiARS & Drug Pushers And explain How you Bully a M.R.I. scan machine. Ms. YAGER whole Response is without merit, SHE Doesn't Address THE scientific Proof, I Don't Live in ARIZONA, And I got Bottom Bunk And 1219 BECAUSE of sutcures. THE only Person(s) LYing ARE HuNNINgton medical staff

Your grievance has been received and will be processed in accordance with DC-ADM 804. TO SAVE Money And intentional HAnim Me. REAd THE PROOF PLEASE ASSIT • • •

Signature of Grievance Coordinator                                    Date



DC-804
PART II

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA 17001**

| OFFICIAL INMATE GRIEVANCE INITIAL REVIEW RESPONSE | GRIEVANCE NO. | 0136-00 |
| --- | --- | --- |

| To: (Name & DC NO.)<br>Jeffery Moser, BE-4713 | INSTITUTION<br>SCI-Huntingdon | QUARTERS<br>CB | GRIEVANCE DATE<br>8/29/00 |
| --- | --- | --- | --- |

The following is a summary of my findings regarding your grievance:

In your grievance dated 8/29/00 you complain that you have been refused a spinal fusion, neurosurgeon consult, and effective pain medication. You also note that you are not refusing surgery and have no drug abuse history. It has been investigated based on your medical record and it is found that you have on multiple occasions, since 8/18/00, threatened legal action if narcotic medications are not ordered for you. You have requested HS Snack but have repeatedly refused diets as they have been prescribed for you. On 8/30/00 you were granted an extensive examination by Dr. Mohadjerin in which he found that you had been on chronic narcotic pain medication post to laminectomies. Your weight at that visit was 335 lbs. and you were considered obese. Dr. Mohadjerin assessed your back, your gate stance, and he also assessed two pair of shoes for heel wear to determine if there was a pattern consistent with your complaints. No pattern consistent with a limp that was noted when you were in Medical was found on either pair of shoes. It is noted that you told him at that time those shoes were new. Confirmation through SCI-Frackville and the Shoe Shop at SCI-Huntingdon determined that those shoes were issued to you in March 2000. Your complaints of pain and Dr. Mohadjerin's physical findings during that examination are inconsistent. There was no indication for management of pain on a chronic basis with a narcotic. Dr. Mohadjerin did feel that you could be managed pain wise on an as needed basis with a non-narcotic medication. You refused the diet ordered for weight loss and it was discussed with you how weight loss and exercise may help with pain control. An EMG and nerve connection study was ordered at that visit and has been done since. Dr. Shumaker saw you also on 9/1/00. During that visit you told him you were not interested in surgery while you were in prison and you would wait until you got out in approximately 9 months to have your surgery done in Arizona. On 9/9/00 you saw Dr. Shumaker. You asked for narcotics, stated you wanted your back surgery done, and stated, "If you aren't going to give me pain pills I might as well have my surgery here." On 9/11/00 Dr. Bardell saw you and during that visit he documents you were belligerent, accusatory, aggressive, and demanding. As a new physician Dr. Bardell was not familiar with your case and when he attempted to question you regarding your case you became demanding, threw papers on the desk, and left the department before he could finish his examination. RN Williams saw you 9/12/00 and during that visit you made the comment that if you can't get your pain medication then you are going to fall out. You threatened to manipulate your blood sugar in order to get what you wanted as far as pain medication was concerned. PAC Cain saw you 9/15/00. An examination again was inconsistent with the complaints that you offered during that visit. It is also noted that since you have been here at SCIH you have requested to work in the Building Trades program and to also use the Library. The Building Trades program is an education program for construction. It is also noted that you requested bottom bunk/bottom tier status when Dr. Shumaker saw you on 9/1/00. Based on your problems with your back. Please be advised that the practitioners here at SCIH will manage your care appropriately based on their objective findings to your subjective complaints. Your care is not driven by your demands, wants, or threats. It is also noted that surgery was offered to you while you were at a previous SCI and you refused to have the surgery done. It is also noted that previous attempts to assist you with providing a diet for weight loss, exercises, etc. have been rejected by you. I am encouraging you to work with the healthcare team in order to manage your healthcare problems. In doing so, you are encouraged to actively participate by listening as apposed to attempting to bully healthcare staff into providing care that you want. Be advised, if medication, surgery, or any further tests are determined to be medically necessary for you under this contract or any other they will be provided to you. The determination for medically necessary is made by the healthcare providers responsible for developing your treatment program. Again, I am encouraging you to work with healthcare staff in order to facilitate you gaining gainful employment within the institution and working through your programming to make the best use of your time here at SCIH. Your grievance is found to be without merit due to the fact that you have not been refused medication and you have not been refused a back operation under false pretenses.

:mw
cc: D. Baney
    Deputy Williamson
    Deputy Patrick
    Nurse Supervisor
    Carol Pollock
    DC-15
    File

| SIGNATURE OF GRIEVANCE COORDINATOR | DATE |
| --- | --- |
| *Pat Gayger* | 9/15/00 |



DC-804
PART II

## COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF CORRECTIONS
### P.O. BOX 598
### CAMP HILL, PA 17001



**OFFICIAL INMATE GRIEVANCE**
**INITIAL REVIEW RESPONSE**

GRIEVANCE NO.

| 0136-00 |

| To: (Name & DC NO.) Jeffery Moser, BE-4713 | INSTITUTION SCI-Huntingdon | QUARTERS CB | GRIEVANCE DATE 8/29/00 |
|---|---|---|---|

The following is a summary of my findings regarding your grievance:

In your grievance dated 8/29/00 you complain that you have been refused a spinal fusion, neurosurgeon consult, and effective pain medication. You also note that you are not refusing surgery and have no drug abuse history. It has been investigated based on your medical record and it is found that you have on multiple occasions, since 8/18/00, threatened legal action if narcotic medications are not ordered for you. You have requested HS Snack but have repeatedly refused diets as they have been prescribed for you. On 8/30/00 you were granted an extensive examination by Dr. Mohadjerin in which he found that you had been on chronic narcotic pain medication post to laminectomies. Your weight at that visit was 335 lbs. and you were considered obese. Dr. Mohadjerin assessed your back, your gate stance, and he also assessed two pair of shoes for heel wear to determine if there was a pattern consistent with your complaints. No pattern consistent with a limp that was noted when you were in Medical was found on either pair of shoes. It is noted that you told him at that time those shoes were new. Confirmation through SCI-Frackville and the Shoe Shop at SCI-Huntingdon determined that those shoes were issued to you in March 2000. Your complaints of pain and Dr. Mohadjerin's physical findings during that examination are inconsistent. There was no indication for management of pain on a chronic basis with a narcotic. Dr. Mohadjerin did feel that you could be managed pain wise on an as needed basis with a non-narcotic medication. You refused the diet ordered for weight loss and it was discussed with you how weight loss and exercise may help with pain control. An EMG and nerve connection study was ordered at that visit and has been done since. Dr. Shumaker saw you also on 9/1/00. During that visit you told him you were not interested in surgery while you were in prison and you would wait until you got out in approximately 9 months to have your surgery done in Arizona. On 9/9/00 you saw Dr. Shumaker. You asked for narcotics, stated you wanted your back surgery done, and stated, "If you aren't going to give me pain pills I might as well have my surgery here." On 9/11/00 Dr. Bardell saw you and during that visit he documents you were belligerent, accusatory, aggressive, and demanding. As a new physician Dr. Bardell was not familiar with your case and when he attempted to question you regarding your case you became demanding, threw papers on the desk, and left the department before he could finish his examination. RN Williams saw you 9/12/00 and during that visit you made the comment that if you can't get your pain medication then you are going to fall out. You threatened to manipulate your blood sugar in order to get what you wanted as far as pain medication was concerned. PAC Cain saw you 9/15/00. An examination again was inconsistent with the complaints that you offered during that visit. It is also noted that since you have been here at SCIH you have requested to work in the Building Trades program and to also use the Library. The Building Trades program is an education program for construction. It is also noted that you requested bottom bunk/bottom tier status when Dr. Shumaker saw you on 9/1/00. Based on your problems with your back. Please be advised that the practitioners here at SCIH will manage your care appropriately based on their objective findings to your subjective complaints. Your care is not driven by your demands, wants, or threats. It is also noted that surgery was offered to you while you were at a previous SCI and you refused to have the surgery done. It is also noted that previous attempts to assist you with providing a diet for weight loss, exercises, etc. have been rejected by you. I am encouraging you to work with the healthcare team in order to manage your healthcare problems. In doing so, you are encouraged to actively participate by listening as apposed to attempting to bully healthcare staff into providing care that you want. Be advised, if medication, surgery, or any further tests are determined to be medically necessary for you under this contract or any other they will be provided to you. The determination for medically necessary is made by the healthcare providers responsible for developing your treatment program. Again, I am encouraging you to work with healthcare staff in order to facilitate you gaining gainful employment within the institution and working through your programming to make the best use of your time here at SCIH. Your grievance is found to be without merit due to the fact that you have not been refused medication and you have not been refused a back operation under false pretenses.

:mw
cc: D. Baney
    Deputy Williamson
    Deputy Patrick
    Nurse Supervisor
    Carol Pollock
    DC-15
    File

| | SIGNATURE OF GRIEVANCE COORDINATOR | DATE |
|---|---|---|
| *Pat Gargel* | | 9/15/00 |

**DC-804**
**PART 1**

RESPONSE RECIEVED
9-21-00 MS. YAGER

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**          GRIEVANCE NO.   0136-00

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| - APPEAL TO Superintendent - | SCI - Hunnington | 9-21-00 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| MOSER BE4713 | 1. M.... | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| | CA - 1028 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

PLEASE REVIEW ALL THE "TESTING" AND "MEDICAL FACTS" PROVEN MEDICAL FACTS ARE I HAVE (4) M.R.E. SCAN REPORTS (1) NURO-SERGEON REPORT (WITH SPECTLIST ORDERS FOR FUSSION OPERATION AND PAIN MANAGEMENT "OXYCOTIN" UNTILL SAID FUSSION IS DONE) (WHICH BY U.S. SUP. CT. STANDARD IS MANATORY TREATMENT NEEDED WHEN ORDERED BY A SPECLIST) AND AN E.M.G. REPORT. NOW I SAY, I'VE BEEN TO (7 OR 8) OTHER REIVOWNED IVENO-SURGEON WHOM ALL SAID THE SAME THING AS ALL THE SCIENTIFIC PROOF IN TESTING SAID, AND SUCH IS ALREADY IN RECORD IN FEDERAL COURT CV-99-0326 THESE TEST DON'T LIE, NOR. ARE ALL MY DOCTOR BEFORE I GOT TO HUNNINGTON, DRUG PUSHERS. I WAS MEDICATED AND ENSTRUCTED FOR SURGERY BECAUSE IT WAS A PROVEN NEED. AS THIS PROCEEDS TO COURT ACTION, I ONLY HOPE TO SEE THE MEDICAL DEPT. STAFF AT HUNN. ATTEMPT TO PROVE THAT

B. Actions taken and staff you have contacted before submitting this grievance: ALL MY DOCTOR FAST AND MEDICAL J TESTING WITNESSES ARE LIARS, 3 DRUG PUSHERS AND EXPLAIN HOW YOU BULLY A M.R.I. SCAN MACHINE. MS. YAGER WHOLE RESPONSE IS WITHOUT MERIT, SHE DOESN'T ADDRESS THE SCIENTIFIC PROOF, I DON'T LIVE IN ARIZONA, AND I GOT BOTTOM BUNK AND TEIR BECAUSE OF SUTCURES. THE ONLY PERSON(S) LYENG ARE HUNNINGTON MEDICAL STAFF

Your grievance has been received and will be processed in accordance with DC-ADM 804. TO SAVE MONEY AND INTENTIONAL HARM ME. READ THE PROOF PLEASE ASST...

Signature of Grievance Coordinator                                          Date

COMMONWEALTH OF PENNSYLVANIA
Department of Corrections
State Correctional Institution at Huntingdon
(814)643-2400

DATE: _9-15-00_

1028

SUBJECT:    Inmate Request Slip

TO:    _Moser_          _BE-4713_          _C_
       Inmate Name          D.C. #          Unit

FROM:    Kenneth D. Kyler
         Superintendent

I have received your inmate request slip and have the following response.

✓ Referred to appropriate staff member _MR. P. Yarger_

Additionally, I have the following comments: _____
_____
_____

Thank you for this inquiry. I hope this has assisted with resolving the issue in question.
**Superintendent's Office to be provided a copy of staff's response.**

cc:    Counselor _W. Cummins_
       File

'DC-135A

Dated/Copied/ A.D.A. Request

Legal Sworn Correspondance   *(signature) 18 USC 1746*

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.

| 1. TO: (NAME AND TITLE OF OFFICER) Superintendent Kyler | 2. DATE 14 Sept. 00 |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Moser BE4713 | 4. COUNSELOR'S NAME Cummid |
| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT CA-028 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

I am deemed legally disabled by (Bureau of Disability comm. of Penna) (Disability Commission of Texas & Nevada) (Federal Bureau of Disability S.S.I. & S.S.D. Administration). So I "now" formally request that you comply with the American with Disabilities Act of 1990, Rehab. Act and my Filed Disability Claim for Service Filed with the Pa. D.O.C. Camphill. I am not asking you to upgrade your whole prison, which is not compliant with the ADA, and does grossly discriminate against the Disabled. I am formally requesting to be housed on the Special Needs unit of SCI-Huntingtone, as I legally qualify more than most already housed there, and be permitted to have a single button tech cell, as the federal standard is 58th of space (per Disabled Prisoner) and frequency for incontinent prisoner to cleane themselves where they have such problem. Please command my Housing Change Timely, Your assistance is deeply

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)    Appreciated God Bless you and yours.

(Penna. D.O.C. Vs. Yeskey, 118 U.S. Supreme ct. 1952 (1998)
* Plain text of Title II of the Americans with ~~Rehabilities~~ Disabilities Act, Unambiguously Extends to State Prison Inmates.* (

☐  TO DC-14 CAR ONLY          ☐  TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER                                                                      DATE

DC-135A

*c.c. (Kyler)*
*Att/.*

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

· Complete Items Number 1-7. If you follow instructions in preparing
your request, it can be disposed of more promptly and intelligently.

| 1. TO: (NAME AND TITLE OF OFFICER) Warden Kyler | 2. DATE 14 sept. 00 |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Moser BEY713 | 4. COUNSELOR'S NAME Cummins |
| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT CA-028 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

Sir, Recently I wrote Counsel/Att. In a Effort to
Get Assitance, with the medical Neglect, In so I was in
my Constitutional Rights to do so, I've Broken No Rules Here
Nor, Taken Action on Nothing, Nor Served the Fast. Personally.
So, The Reason I am writing you is, I Don't want to be
a Hassle (or) Thorn in your side, In Fact If your staff
"makes An Honest Effort to Effectively Manage my Pain Immediately
and Schedule Treatments" I would Deeply Appreciated it, Even In
writing" My E.M.G. Showed I was Not Faking, my (4) M.R.I. Were
Not wrong And Neither was the Nuro-surgeoni(s), Now that you got
Your Proof, Please stop the Medical Neglect and Lets move on Forward.
So, Please Disregard Any Corraspondances from Counsel (or) Press if

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

I'm Getting the Above mentioned Treatment And I
want to work with you: If I've Offend you in any
Manner, In my Corraspondance's I Apologize.

Thank you Kindly!

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER                                                        DATE

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**State Correctional Institution at Huntingdon**
(814)643-2400
September 13, 2000

**SUBJECT:**     Consolidated Inmate Grievance
Review System

*1028*

**TO:**     Moser, BE-4713
C Unit

**FROM:**     *Diana G. Baney/lm*
Diana G. Baney
Grievance Coordinator

I am returning your grievance because you have not complied with the following provision(s) of DC-ADM 804, dated October 20, 1994, Consolidated Inmate Grievance Review System:

_____ All grievances shall be in writing and in the format provided by the forms supplied by the institution (DC-804, Part I). Forms are available in the block. (Section VI., A, 1)

_____ All grievances shall be presented individually. Group grievances are prohibited. (Section VI., A, 2)

_____ Only an inmate who has been personally affected by a Department or institution action or policy shall be permitted to seek review of a grievance. (Section VI., A, 3)

_X__ All grievances must be presented in good faith. They shall include a brief statement of the facts relevant to the claim. The text of the grievance must be legible and presented in a courteous manner. (Section VI., A, 4)

_____ Grievances based upon different events should be presented separately, unless it is necessary to combine the issues to support the claim. (Section VI, A, 5)

_____ Grievances must be signed. (Section VI., A, 3)

_____ Any inmate grievance may be addressed to the Inmate Grievance Coordinator except issues related to the following: (Section VI., E)

1.     DC-ADM 805 - Policy & Procedures for Obtaining Pre-Release Transfer.

2.     DC-ADM 801 - Inmate Disciplinary and Restricted Housing Unit Procedures. See DC-ADM 801 VI., G & I.

3.     DC-ADM 802 - Administrative Custody Procedures. See DC-ADM 802, VI., B, 1,2. Appeal from Initial Review, see DC-ADM 802, VI., B, 4, a.



4.      Other Kinds of issues for which review procedures have been previously established by administrative memorandum or policy statement.

Grievances related to the above issues shall be according to procedures specified in the directives listed and shall not be reviewed by the Inmate Grievance Coordinator.

_____  Initial reviews must be submitted within 15 calendar days after the events upon which claims are based.  (Section VI., B, 2)

_____  Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form (DC-ADM 804, Part I).


Comments:

Mr. Moser:

Be advised that my position regarding this matter remains unchanged.  The issues regarding your medical complaints and complaints about Dr. Mohadjerin are being addressed in response to grievance # 0136-00.  As I previously advised you, if you have any additional information you feel should be considered, you should submit this information to Mrs. P. Yarger, Health Care Administrator, via request slip.

Because this matter is already being addressed in response to the above noted grievance, be advised that your request to file an additional grievance is denied.

DGB:tll

cc:     Deputy Williamson
        Mrs. P. Yarger
        DC-15
        File



DC-135A

t.c. (5)

**INMATE'S REQUEST TO STAFF MEMBER**

— Grievance Coordinator —

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) | 2. DATE |
|---|---|
| MS. BANEY (Assitant To Superintendent) | 10 Sept. 00 |

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) | 4. COUNSELOR'S NAME |
|---|---|
| MOSER BE4713 | Commins |

| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT |
|---|---|
| | CB-130 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

Ms. Baney, with ALL DUE RESPECTED Please see Attached - Please ASSIGN it a Grievance No# and Process it in Accordance to D.O.C. Policy and (Prisoner Litigation Reform Act of 1996) You said This Issue was Being Address Already in Grievance No# 0136-00,. This is MORE THEN inCORRECT Respectfully, This is a Separate Incident and A Direct Violation of my Const. Rights which Took Place on a Different Day. If you check my File I litigated the Problems Before, with Reference To Getting Grievance No# Assigned To my Grievance, Now, I feel I'm Being Denied my Due Process Rights By your office Again. (The P.L.R.A.) State's I must Exhaust Remedies on Each Separate Issue, Unless Prison Official MAKE Such, impossible. ALL I ASK is That I Be Assign No# in Accordance with The Law & That I NOT Be HARRASSED UNLAWFULLY By Staff, in Retaliation For my Litigation

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE) As is Becoming The Case Towards me, with Guards And Staff. Please Document Such. Thank you And May God Bless you & yours.

☐ TO DC-14 CAR ONLY          ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |
|---|---|

4.    Other Kinds of issues for which review procedures have been previously established by administrative memorandum or policy statement.

Grievances related to the above issues shall be according to procedures specified in the directives listed and shall not be reviewed by the Inmate Grievance Coordinator.

_____    Initial reviews must be submitted within 15 calendar days after the events upon which claims are based.  (Section VI., B, 2)

_____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form (DC-ADM 804, Part I).


Comments:

Mr. Moser:

Be advised that my review of this grievance indicates that it is currently being addressed in response to grievance # 0136-00.  Subsequently, a second grievance will not be processed regarding this matter.  If you have additional information you feel should be considered by Mrs. P. Yarger, Health Care Administrator, I recommend that you submit it to her in the form of a request slip.

DGB:tll

cc:    Deputy Williamson
       Mrs. P. Yarger
       DC-15
       File

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**State Correctional Institution at Huntingdon**
(814)643-2400
September 18, 2000

*1028*

**SUBJECT:**    Response to Inmate's Request to Staff Member

**TO:**        Moser, BE-4713
              CA Unit

**FROM:**      *Diana G. Baney*
              Diana G. Baney
              Superintendent's Assistant

In response to your request, be advised that I have no medical expertise and I am in no position to question the medical expertise of staff in the Medical Department.  Therefore, I can only recommend that you continue to work through Mrs. Yarger regarding the issues you raise in this request.  I am certain that medical staff will take into consideration the results of any medical test you have at this facility or outside the facility.

DGB:tll

cc:    Deputies
       Mrs. P. Yarger
       Mr. W. Cummins
       DC-15
       File

DC-135A

C.C. (5) Williamson
Yagee
Bavey
Att/File

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) | 2. DATE |
|---|---|
| MS. Bavey (Asst. To Superintendent) | 14 Sept 00 |

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) | 4. COUNSELOR'S NAME |
|---|---|
| Moser BE4713 | Cummins |

| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT |
|---|---|
| | CA-028 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Today (Thursday 14th Sept. 2000) I was taken out for a E.M.G. which shows the levels of pain I am in and extent of the nerve damage in my back and left leg & foot. Afterwards the doctor concluded that I have extreme nerve damage so much he told Jo his back is "shot" and his lower leg and foot is "Dying" that why the hair is falling out and left foot is smaller" thus he must be having extreme (a lot) of pain. So c/o Harmer walked me down to medical when we got back and told the medical staff what he said and that the doctor suggested I be medicated for pain (extreme pain is what I'm having) and my back is "shot" my foot is dying from lack of treatment, I have been waiting (14 months) for the D.O.C. to treat me, now it maybe irreversable harm. But I'm not writing you to argue or blame

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE) but to say I need help immediately, effective pain management first. Please order this now as my Nuro-Surgeon recommended, I want to work with you in getting well as I can. If you help I would appreciate it, Please don't prolong the damage to me and prolong my pain. Also I had (8) Epadurals in the past none worked. If your gone that route, it maybe a waste of money. Please call me down to talk (or) do something for my pain A.S.A.Po - Thank you kindly ——

(He also affirmed my encontinuence due to nerve damage)

☐ TO DC-14 CAR ONLY          ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |
|---|---|
| | |

COMMONWEALTH OF PENNSYLVANIA
Department of Corrections
State Correctional Institution at Huntingdon
(814)643-2400

DATE: _9-1-00_

SUBJECT:    Inmate Request Slip

TO: _Moser_                    _BE-4713_        _C_
Inmate Name                      D.C. #          Unit

FROM:    Kenneth D. Kyler
Superintendent

1030

I have received your inmate request slip and have the following response.

✓  Referred to appropriate staff member _Mrs. P. Yarger_

Additionally, I have the following comments: _____

_____

_____

Thank you for this inquiry.  I hope this has assisted with resolving the issue in question.
**Superintendent's Office to be provided a copy of staff's response.**

cc:    Counselor _Ed. Cummins_
       File

**DC-135A**

c.c.
Super
chapter
ATT.

✳ LEGAL ✳

**INMATE'S REQUEST TO STAFF MEMBER**

(SEE Attached)

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| | |
|---|---|
| 1. TO: (NAME AND TITLE OF OFFICER) Superintendent Kenneth D. Kyler | 2. DATE 31 Aug 00 |
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Moser BE4713 | 4. COUNSELOR'S NAME Cummins |
| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT CB-130 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Greeting's

Mr. Kyler, I hear your a fine man, and I have much Respect For you. I sent This affidavit Through your office, Because That is the proper way to see it Gets Filed into Record, So later Down the Road it can't Be said, The PA. D.O.C. Huntington Did'nt know About The affidavit. In the Same Thats why I wrote you about Dr. Monadgnin, Retalitory actions and extreme medical Neglect, So Nobody Can say later, "I Claim my 11th Amend. Protection I Did'nt know" All Parties Are Fully knowing of The unlawful & unconstitional Action of The Doctor, It's up to you if you or staff want to step in and Help. All assistance is Deeply appreciated. Next, within The Next 30 days I

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Expect your office with Be Contact By Press members. And attorney's. I Fully Consent to speak with Them, And Release any Request Records. Please File said Documents into Record. Thank you And may God Bless you & yours. Respectfully J. Moser

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER                                              DATE

DC-135A

✱ LEGAL AFFIDAVIT ✱

**INMATE'S REQUEST TO STAFF MEMBER**

C.C. Super
Chaplin
Att.

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.

| 1. TO: (NAME AND TITLE OF OFFICER) | 2. DATE |
|---|---|
| Superintendent Kenneth D. Kyler | 31 Aug 00 |

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) | 4. COUNSELOR'S NAME |
|---|---|
| Moser BE4713 | Commins |

| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT |
|---|---|
| | CB-130 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

✱ Legal Affidavit - Sworn statement (28. U.S.C. 1746)
You are Hereby Legal Notified In Accordance with U.S. Const.
That I, Jeffery Paul Moser (BE4713) am of the Faith (Religion) as
That of an "Jehovah witness" Parell Christian Belief.
Therefore, I will Not accept No Alturnitive Fluids Entering
my Body. Such as, (A.) Blood Transfussion (B) I.V. Fluids (or)
medication (C) Feeding tubes (D) Needles (or) shots with Needles.
The only exception to this Affidavit, Is if I give you my
Express Permission. Otherwise Do Not violate my Constitutional
Rights And Force upon me Fluids Ect... This Affidavit can And will
Be used In upcoming Court Actions.   Sworn to be True & Correct.
✱ witnessed / Dated / copied.                    Jeffery Paul Moser 31 Aug 00

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

— Thank you kindly —

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |
|---|---|
| | |



DC-135A

(3)    C-A

**INMATE'S REQUEST TO STAFF MEMBER**

1028

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| | |
|---|---|
| 1. TO: (NAME AND TITLE OF OFFICER) Ms. Yager (Medical Administrator) | 2. DATE 13 Sept. 00 |
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Moser BE4713 | 4. COUNSELOR'S NAME Cummins |
| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT CA - 028 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Ma'am Respectfully,

You Told me "work with the medical staff Moser"

Please tell me what that means, ? When your staff has cut me off all treatment, what do I work with Ms. Yager, I came here on a Medical transfer, Because I am Disabled (legally) and in need of Constant pain management for a spinal injury, which I need a fusion, It's all in the file, (I filed an A.D.A. Because the state(s) and federal gov. Declared me Disabled and in "need" of all the treatment above, I get No pain management (which causes me great suffering and is Discrimination in violation of the A.D.A.

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

No M.Re., E.M.G. Nuro-surgeon appointment, No treatment is offered, to work with - only Indifference to harm me is offered, If my lawyer today said "what are you Doing For him" and the record would show "Nothing" Ma'am. So please give me something to work with, and If I got to waive my operation, to get some pain relief, so I can function as a legally disable prisoner. At this point I'll Do it, Because I'm not going to make to much longer without something to work with. Please call me and talk. A.S.A.P. Thank you Kindly.

Mr. Moser
You had an EMG done and your requested dated 9/14/00 indicates this. We are in the process of locating the journal results to determine an appropriate treatment plan for you.

☐ TO DC-14 CAR ONLY    ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER _____    DATE _____



DC-135A

C.C (5) william Sual
YAGER
BANEY
ATT/FILE

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing
your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Ms. YAGER (MEDICAL ADMIN) | 2. DATE 14 SEPT00 |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) MOSER BE4713 | 4. COUNSELOR'S NAME Commins |
| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT CA-028 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

~~Today~~ (THURSDAY 14th SEPT. 2000) I WAS TAKEN OUT FOR A E.M.G. which shows THE LEVELS OF PAIN I AM IN AND EXTENT OF THE NERVE DAMAGE IN MY BACK AND LEFT LEG & FOOT. AFTERWARDS THE DOCTOR CONCLUDED THAT I HAVE EXTREME NERVE DAMAGE SO MUCH HE TOLD ME HIS BACK IS "SHOT" AND HIS LOWER LEG AND FOOT IS "DYING" THAT WHY THE HAIR IS FALLING OUT AND LEFT FOOT IS SMALLER". THUS HE MUST BE HAVING EXTREME (ALOT) OF PAIN. SO C/O WARMER WALKED ME DOWN TO MEDICAL WHEN WE GOT BACK AND TOLD THE MEDICAL STAFF WHAT HE SAID AND THAT THE DOCTOR SUJESTED I BE MEDICATED FOR PAIN (EXTREME PAIN IS WHAT I'M HAVING ....... BACK IS "SHOT" MY FOOT IS DYING FROM LACK OF TREATMENT, I HAVE BEEN WAITING (14 months) FOR THE D.O.C. TO ~~TREAT ME~~, NOW IT MAYBE IRREVERSEABLE HARM. BUT I'M NOT WRITING YOU TO ARUUE OR BLAME

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

BUT TO SAY I NEED HELP IMMEDIATELY, EFFECTIVE PAIN MANAGEMENT FIRST. PLEASE ORDER THIS NOW AS MY NURO-SURGEON RECOMMENDED, I WANT TO WORK WITH YOU IN GETTING WELL AS I CAN. IF YOU HELP I WOULD APPRECIATE IT! PLEASE DON'T PROLONG THE DAMAGE TO ME AND PROLONG MY PAIN. ALSO I HAD (8) EPADURALS IN THE PAST NONE WORKED. IF YOUR GONE THAT ROUTE, IT MAYBE A WASTE OF MONEY. PLEASE CALL ME DOWN TO TALK (OR) DO SOMETHING FOR MY PAIN A.S. A.p. THANK YOU KINDLY ——

Mr Moser.
It is not in the scope of practice for this Yager or myself to order pain meds. This meds be done by a PAC or MD. As previous we are awaiting formal results of EMG & NCS

(HE ALSO AFFIRMED MY INCONTINENCE DUE TO NERVE ~~DAMAGE~~

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |
|---|---|

1030

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**State Correctional Institution at Huntingdon**
(814)643-2400

DATE: 8-21-00

SUBJECT: Inmate Request Slip

TO: Moser                    BE-4713        CB
_____          _____       _____
Inmate Name                  D.C. #         Unit

FROM: Kenneth D. Kyler
Superintendent

I have received your inmate request slip and have the following response.

✓   Referred to appropriate staff member   MB. P. Yarger

Additionally, I have the following comments: _____
_____
_____

**Thank you for this inquiry. I hope this has assisted with resolving the issue in question.**
**Superintendent's Office to be provided a copy of staff's response.**

cc:    Counselor
       File

WITNESSED / COPIED

Kyler
Erhart
ATTORNEY
FILE

**INMATE'S REQUEST TO STAFF MEMBER**

LEGal AffidAvit (28 U·S·C· 1746) fn

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.

| 1. TO: (NAME AND TITLE OF OFFICER) KENNETH D. KYLER (SUPERINTENDENT) | | 2. DATE 17 Aug 00 |
|---|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) MOSER BE4713 | | 4. COUNSELOR'S NAME |
| 5. WORK ASSIGNMENT PAGE 1 of 3 | 6. QUARTERS ASSIGNMENT CB-130 | |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

Sir, I was told to write, you, As you were Fair And would listen. I would like to talk to you. I have A major Problem And would like to Show you THE PaperWork on ET (I.E. Federal Litigation (Lawsuit) Documents, Medical Record State 3 Federal ECT-ECT.) I was sent Here under the understanding I could Have my Proper Pain Medication Here And Get my Spinal Fussion operation, without Harrassment (or medical Neglect For seeking such. Well sir. I have Hep-C And liver Disease And And Surgery order And Recommendation For "Oxycontin" Pain meds. Because THE Present meds Don't work And Contain to much liver Killing Tylanol Per Day For me to Take. (SEE Medical Record) This order is From A D·O·C· Sergent And Also Federal Doctors. WELL I saw THE Doctor Today And HE ordered me Percoset → (CONTINUED →

. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

TO DC-14 CAR ONLY            ☐ TO DC-14 CAR AND DC-15 IRS



DC-135A

② 2 of 3

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) SuperEintendent | 2. DATE |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) MOSER BE4713 | 4. COUNSELOR'S NAME |
| 5. WORK ASSIGNMENT PaGE 2 of 3 | 6. QUARTERS ASSIGNMENT CB-130 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.    GIVE DETAILS.

Which Did Help a little more, But Not like THE REcommend medicatfon would, But THE [tylnol] Tylnol Is a much SafER LEVEL with THE Percot. (AcceptaBle) THEN Tonight AT THE meds Window I'm Told I'm Back on DaRvocet, which BaRely works and Kills me slowly VIA: Liver Damage. This Is more of THE Same Medical NEGlect and MalPractfce And medication Discrimination That I Just Left. Sir, I haue A multimillion Dollar Lawsuit Pending Against THE D.o.C. For THE Same Actfon ABoue, which THE FEderal Authorities AffiRmed my Medical Claims. And NEED For All THE TREATMENT. (Look AT THE File, THE TRuth Is In THERE) I Don't want THIS TREATMENT. I NEED IT, Immediately. I'm writing you with All DUE RESPECT SiR. I Don't want to File, GRieuances, SUE you oR your Admin. As An add on DEfendant, BE ShippeD (or) RETAliated AGAInst (CONTINUED → 3of3

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |
|---|---|

DC-135A

( 3 of 3 )

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

1. TO: (NAME AND TITLE OF OFFICER)
Superintendent

2. DATE

3. BY: (INSTITUTIONAL NAME AND NUMBER)
MOSER BE4713

4. COUNSELOR'S NAME

5. WORK ASSIGNMENT
Page 3 of 3

6. QUARTERS ASSIGNMENT

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

As I Just when threw all that, as well as I recently got the Press involve, and will verify such for you if requested. I don't need to Go threw all that again, to Get Proper meds 3 a spinal fussion operation. Do I sir? I understand if I must Goto court my medical Records speaks for itself and I will win monitary Damages. I Don't want money (or) to hassle you. I Just want my Pain managed Properly with some form of Pain med. Recommended, that work and to have my spinal fussion Done as soon as I am able too. I Don't want to be shipped, Harrassed, (or) made to complain consantly, to the courts 3 you. I Just want Help! As stated in my Records. I know little Gets Done without the courts and Press. But I Just want to be unHeard Here. Please intervene, and see to it I Get my medication and

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

operation, I'm not asking for nothing extra, this is what I got coming read the record 3 call D.O.C. counsel, if you Don't Believe me. I promise you sir if you help me, I will be forever Greatful and you won't Here another peep out of me, Because you'll Be the one who help stop the Nightmare. I would Like to speak with you sir. Thank you and God Bless, you 3 yours.

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER

DATE

COMMONWEALTH OF PENNSYLVANIA
Department of Corrections
State Correctional Institution at Huntingdon
(814)643-2400

DATE: _8-21-00_

SUBJECT: Inmate Request Slip

TO: _Moser_            BE-4713    CB
    Inmate Name        D.C. #     Unit

FROM: Kenneth D. Kyler
      Superintendent

I have received your inmate request slip and have the following response.

✓ Referred to appropriate staff member _MR. P. Yarger_

Additionally, I have the following comments: _____
_____
_____

Thank you for this inquiry. I hope this has assisted with resolving the issue in question.
**Superintendent's Office to be provided a copy of staff's response.**

cc:    Counselor
       File



DC-804
PART- C. C.
~~ SE ATTACH~~

Docket No # PLEASE

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**          GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| MEDICAL GRIEVANCE | S.C.C.H. | 17th Aug. 00 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| MOSER BE4713 | | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT CB-130 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

I am once again suffering from medical neglect and this causes me great pain and suffering. I came here in need of a spinal fussion, and order from the surgeon to put me on oxycontive for severe pain because the present pain medication do not work (Darvocet) and I have Hep-C. And that much tylnol per. Day. is killing my liver. (See attached) Now I went threw all this with Mr. Erhart at CampHill and Mr. Forr and was assured I would get my medication and operation at Hunningford, well I took Percocet today and it helped alittle and had less tylnol. But tonight I am told I'm back to same old thing, Darvocet, and 5000 mg per. This is more of same, I want to exhaust DC-804, and go back to the Federal

B. Actions taken and staff you have contacted before submitting this grievance: courts A.S.A.P. If all I'm going to get is further, medication discrimination & life threaten medical neglect. (I) spoke to Nurse, spoke to Doctor, spoke to Sgt. Ect. No results, urgent matter, Please resolve & assist ...

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Grievance Coordinator          Date

**DC-804**
PART 1

Dated/witnessed/copFied

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

*1030*

* Please Assign No#

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO.  0136-00

| TO: GRIEVANCE COORDINATOR | INSTITUTION SCI - Hunnington | DATE 29 Aug. 00 |
|---|---|---|
| FROM: (Commitment Name & Number) Jeffery Moser BE4713 | INMATE'S SIGNATURE Jeff Moser | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT CB-130 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

Now, that I have exhausted all Remedies, Before Filing a Grievance, to the Point ( P. Everhart (RNS) of the Medical Dept. stated she will address "No more" request on this issue ) So, I only have the Grievance Process then courts & Press Agencies to turn too. I am Being Refused a spine Fussion operation, Nuro-surgeon consolatation, Effective Pain medication, (I.E. with less Tylnol Because I have Liver Disease) and the Present meds, don't work, Because I need a spine Fussion and untill I have said operation my condition and Pain can and will only get worse. The need for the operation & stronger medication are Reflected in my medical Record. But are Being Eignored. I am Refused medication & The operation under False Pretenses I am Not Refusing the operation, in fact I've Been seeking the operation For some time. Next I have no history of Drug Abuse with medication, only a need For Pain

B. Actions taken and staff you have contacted before submitting this grievance Management & a spine Fussion operation A.S.A.P.
* I Feel This is Medical Malpractice & Neglect.

Wrote Superentendo Kyler, (Response Recieved) (4) request Filed to Ms. Yabek & (Response Recieved By P. Everhart on Behalf of Ms. Yabek)(8-29-00) (2) sick visits & spoke to Dr. Reenek ... All Ave. Addressed with no Resolution (or) Assi tance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

D. Barey
Signature of Grievance Coordinator

8-31-00
Date

COMM   EALTH OF PENNSYLVANIA
Department of Corrections
State Correctional Institution at Huntingdon
(814)643-2400

DATE: _8-21-00_

SUBJECT:    Inmate Request Slip

.TO:    _Jeffrey Moser_    _BE-4713_    
    Inmate Name            D.C. #            Unit

FROM:    Kenneth D. Kyler
        Superintendent

1030.

I have received your inmate request slip and have the following response.

_✓_  Referred to appropriate staff member _MB. P. Yarger_

Additionally, I have the following comments: _____

_____

**Thank you for this inquiry.  I hope this has assisted with resolving the issue in question.
Superintendent's Office to be provided a copy of staff's response:**

cc:    Counselor   _CB Unit_
        File

Benjamin Nakkache M.D. F.A.C.S. F.I.C.S.

Diplomate American Board of Neurological
Surgery..
Microneurosurgery...

New Bridge Center
480 Pierce St.
Suite 219
Kingston Pa. 18704
570-714-8900
570-714-0960 (Fax)

Sir Please
Overlook the writting
handwritting Notes on the
back They were written For
my Attoueneys and Federal Judge
But This is The only Extra Copy
HAVE To SEND you. THis is my
report From THE D.O.C. Speclist.
which clearly states Whats
Not wrong, what Need ALso
EtC. I have 3 operation)
(Medication
Proof Eo you
Viewing I have much more
Thanks

SENT Too!
Superentendent
Kylek  8/17/2000

This Patient is coming to see me for Evaluation of Back and Left Leg Pain and
to a Lesser degree on the Right side. As we know, the patient had surgery in the
past Two Different times before He was imprisoned, Both L4-L5 and L5-S1 with fairly
good pain relief, untill he fell froman elvator in 1997. Since then, he has been
having more severe back and left leg pain and even some difficulty with bladder
control, However no overt Cauda Equina Syndrome is noted. Walking and sitting
is worse the lying down. He also complains of Paresthesias on the left foot affecting
both the L5-S1 Detmatomes. So far the Medication he has been given for Pain Control
has been Ineffective.

## Neurological Examination

1.) Mental Status: Patient is awake, alert and oriented X3

2.) Neck: Soft , Supple

3.) Cranial Nerves: I-XII are in tact

4.) Motor Examination: It is difficult to detect any definitive weakness,
the left lower extremity is difficult to test because of Pain.

5.) Sensory Examination: There is no definitive Sensory loss to touch and
pinprick on the upper extremities, but on the the Lower ones, Mostly on the Left
side affecting the L5-S1 Dematomes.

6.) Reflexes: Are 2+ and symmetrical all thoughout except the Ankle jerks
which are barely trace on the Left side a 1+ on the right side Plantar responses
are downgoing.

7.) Lower Back Examination: Discloses a well healed midline scar, there is
tenderness to the Left side of the midline but no definitive Paravertebral muscle
spasm is noted. Staight leg raising on the Left side is Positive for leg pain
at about 30 degree's and also sitting up on the right side, it also causes contralaterol
left leg Pain.

8.) Rediology: I reviewed his M.R.I. of the lumbar spine, Which disclosed
evidence of recurrent Disc Herniation at L4-L5 and to a lesser degree at L5-S1
There is Evidence of D.J.D. at both levels also...

I feel at this point, He should be considered for surgery.
❋ I am aware that the Patient may have had other problems
in the past as per the prison doctor, But certainly the
M.R.I. findings are quite straitforword.  Although a Limited
Laminotomy could be done on the left side at L4-L5 that
could be difficult because of his previous surgeries and
as such a Full Laminectomy will be more effective and
safer to remove the recurrent Disc Herniation. However
this would certainly cause more back pain unless a Lumbar
Fussion is done at the same time at both levels and if
so, in his case, Pedicle screw fixation with a Posterolateral
bony fusion will be recommended.  that of course would
require a bone graft from the right hip or left hip...

    ➤ In the mean time, I feel the Patient should be placed
on Oxycontin around the Clock perhaps 20mg (or) 40mg twice
aday to see how he responds to that. Should surgery be
Authorized I would be glad to do it on a Three or Four
week notice..

         *NOTE: THIS ¾ ANY Effective Medications (or) Treatments ARE*
                  *REFUSED to ME to DATE...*

                  **Doctor: Nakkache Report of 20th Day of March, 2000**

                  **Hand copied Word for Word By: Jeffery Moser
                  out of his Medical File, In accordance with
                  F.O.I.A. Law...**

**Waivers given Freely To all Officers of the Court , I.E. Attorneys
& Judges & Members of the Press, Whom may need to reference the
Originals in the interest of Justice. Jeffery Moser is the Patient
Herein this report. Thus  his rights are active....**

*NOTE: THIS REPORT WAS IN RESPONSE TO AN "ACCIdENt I hAd IN
JAN. 2000" ONLY THEN Did I RECIEVE THIS CONSULTATION. I Slipped
ON THE ICEY WAIKWAY. AFTER THEY WERE MADE AWARE BEFOREHAND
THAT BECAUSE OF NERVE DAMAGE FROM MY SPINE INJURY, DOWN MY
LEFT SIDE (LOSS OF FEELING ¾ BALANCE) I CAN NOT BALANCE WELL ON
ICE, SNOW (OR) WET SURFACES. TO DATE I STILL AM FORCED TO WALK
THE SAME ROUTE. THIS DOCTOR CONFIRMS THE DANGER, AS WELL AS*

*(left margin, vertical)* (15) 11 MONTHS (HOSO) (WITHOUT DELAY:)

*(left margin, vertical bottom)* ... THE FEDERAL AUTHORITIES: ORDER DATE IdENTIFYING THIS INJUSTICE FOR INVOCATION OVER

DATED / WITNESSED / COPIED

DC-135A

c.c. (4) KYLER
ErHart
ATTORNEY
FILE

INMATE'S REQUEST TO STAFF MEMBER

LEGAL AFFIDAVIT (28 U.S.C. 1746) / inc

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

Complete Items Number 1-7. If you follow instructions in preparing
your request, it can be disposed of more promptly and intelligent...

| 1. TO: (NAME AND TITLE OF OFFICER) KENNETH D. KYLER (SUPERINTENDENT) | 2. DATE 17 AUG 02 |
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) MOSER BE4713 | 4. COUNSELOR'S NAME |
| 5. WORK ASSIGNMENT PAGE 1 of 3 | 6. QUARTERS ASSIGNMENT CB-130 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

SiR, I WAS TOLD TO WRITE, YOU, AS YOU WERE FAIR AND WOULD LISTEN. I
WOULD LiKE TO TALK TO YOU. I HAVE A MAJOR PROBLEM AND WOULD LiKE
SHOW YOU THE PAPERWORK ON IT (i.E. FEDERAL LITIGATION (LAWSUIT
DOCUMENTS, MEDICAL RECORD STATE & FEDERAL ECT. ECT.) I WAS SEN-
HERE UNDER THE UNDERSTANDING I COULD HAVE MY PROPER PAIN MEDICAT...
HERE AND GET MY SPINAL FUSSION OPERATION, WiTHOUT HARRASSMENT (or
MEDICAL NEGLECT FOR SEEKING SUCH, WELL SiR. I HAVE HEP. C. AND LiVER =====
AND AND SURGERY ORDER AND REMOMMENDATION FOR "OXYCONTIN" FOR
MEDS. BECAUSE THE PRESENT MEDS DON'T WORK AND CONTAIN TO MUCH ===
KILLING TYLNOL PER DAY FOR ME TO TAKE. (SEE MEDICAL RECORDS) THiS ORDER =
FROM A D.O.C. SERGEAN AND ALSO FEDERAL DOCTORS, . WELL I SAW TH
DOCTOR TODAY AND HE ORDERED ME PERCOCET   → (CONTINUED

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Mr. Moser.
          This was sent to me for review + answer Chart
review indicates you arrived here from SCI Frackville or 3/16...
There is no order or indication that you received pain
medication, other than Darvocet, except for a 6 day period
of Tylenol #3, while @ Frackville. It is noted you saw
the specialist and he recommended surgery, which you
refused to have done. Additionally it is noted that a
conversing with the specialist. He had recommended
Oxycotin based on your request for pain management
using morphine. When you arrived here you were order...
Percocet @ your request. After that visit the physician
□ TO DC-14 CAR ONLY reviewed the record and determined
continued use of Percocet was not in your best overall   □ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER                                                                    DATE



| DC-135A | COMMONWEALTH OF PENNSYLVANIA |
|---|---|
| ② 2 of 3 | DEPARTMENT OF CORRECTIONS |
| **INMATE'S REQUEST TO STAFF MEMBER** | INSTRUCTIONS |
| | Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. |

1. TO: (NAME AND TITLE OF OFFICER)    SUPERINTENDENT          2. DATE

3. BY: (INSTITUTIONAL NAME AND NUMBER)  MOSER BE4713       4. COUNSELOR'S NAME

5. WORK ASSIGNMENT  PAGE 2 of 3        6. QUARTERS ASSIGNMENT  CB-130

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

which Did Help a little MORE, But Not like the RECommend medication would, But the Tylnol Is a much Safer level with the Percocet. (Acceptable) Then Tonight at the meds window I'm told I'm Back on Darvocet, which Barely works and kills me slowly VIA: Liver Damage. This is MORE of the Same Medical Neglect and MalPractice and Medication Discrimination that I Just left. Sir, I have a multimillion Dollar Lawsuit Pending, Against the D.O.C. FoR The same action Above, which the Federal authorities Affirmed my Medical Claims. And Need FoR all the Treatment. (look at the File, the Truth is In there) I Don't want This Treatment, I Need it, Immediately. I'm writing you with all Due Respect sir, I Don't want to File, Grievances, Sue you OR your admin. As an add on Defendant, Be Shipped (or) Retaliated Against (continued → 3 of 3

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

(Pg 2)
    Medical management and it was stopped & Darvocet was Ordered. You will be medically managed here by the healthcare providers, based on their findings regarding what is medically necessary for you. You will not be medically managed based on what you request, demand or threaten to do. If a change in the treatment plan is needed, healthcare professionals will determine such and I am advising you to work with them in implementing and continuing the plan of care medically necessary for you.

☐ TO DC-14 CAR ONLY          ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER                          DATE



DC-135A

( 3 of 3 )

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

1. TO: (NAME AND TITLE OF OFFICER)
   Superentendent

2. DATE

3. BY: (INSTITUTIONAL NAME AND NUMBER)
   Moser BE4713

4. COUNSELOR'S NAME

5. WORK ASSIGNMENT
   Page 3 of 3

6. QUARTERS ASSIGNMENT

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

As I Just when threw all that, as well as I recently got the Press involve, and will verify such for you if requested. I Don't need to Go threw all that again, to Get Proper meds 3' a Spinal Fussion operation. Do I Sir? I understand if I must goto court my medical Records speaks for itself and I will win monthary damages, I Don't want money (or) to hassle you. I Just want my Pain managed Properly with some form of Pain med. Recommended. That work and to have my Spinal Fussion Done as soon as I am able too. I Don't want to be shipped, Harrassed, (or) made to Complain Consantly, to the courts 3' you. I Just want Help! As stated in my Records. I know little Gets done without the courts and Press. But I Just want to be unHeard here. Please Intervene, and see to it I Get my medication and

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

operation, I'm Not asking for nothing extra, This is what I got coming Read the Record 3' call D.O.C. Counsel, if you Don't believe me. I Promise you sir if you Help me, I will be forever Greatful and you won't Here another Peep out of me, because you'll be the one who Help stop the Nightmare. I would Like to speak with you sir. Thank you and God bless, you 3' yours.

See
    Pg 1-2

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER                                                        DATE

Benjamin Nakkache M.D. F.A.C.S. F.___.S.

Diplomate American Board of Neurological

Surgery..

Microneurosurgery...

New Bridge Center
480 Pierce St.
Suite 219
Kingston Pa. 18704
570-714-8900
570-714-0960 (Fax)

*[handwritten notes in top margin:]* Sir, Please overlook the written handwritten notes on the report, they were written for my attorneys and federal Judge! But this is the only Extra Copy I have to send you. This is my report from the P.O.C. specilst. which clearly states Whats Wrong, What I need also (medication 3 operation) Ect. I have much more Proof for your Viewing. Thank you

*[handwritten notes top right:]* Sent too! Superentendent Kylek 8/17/2000

This Patient is coming to see me for Evaluation of Back and Left Leg Pain and to a Lesser degree on the Right side. As we know, the patient had surgery in the past Two Different times before He was imprisoned, Both L4-L5 and L5-S1 with fairly good pain relief, untill he fell froman elvator in 1997. Since then, he has been having more severe back and left leg pain and even some difficulty with bladder control, However no overt Cauda Equina Syndrome is noted. Walking and sitting is worse the lying down. He also complains of Paresthesias on the left foot affecting both the L5-S1 Detmatomes. So far the Medication he has been given for Pain Control has been Ineffective.

Neurological Examination

1.) Mental Status: Patient is awake, alert and oriented X3

2.) Neck: Soft , Supple

3.) Cranial Nerves: I-XII are in tact

4.) Motor Examination: It is difficult to detect any definitive weakness, the left lower extremity is difficult to test because of Pain.

5.) Sensory Examination: There is no definitive Sensory loss to touch and pinprick on the upper extremities, but on the the Lower ones, Mostly on the Left side affecting the L5-S1 Dematomes.

6.) Reflexes: Are 2+ and symmetrical all thoughout except the Ankle jerks which are barely trace on the Left side a 1+ on the right side Plantar responses are downgoing.

7.) Lower Back Examination: Discloses a well healed midline scar, there is tenderness to the Left side of the midline but no definitive Paravertebral muscle spasm is noted. Staight leg raising on the Left side is Positive for leg pain at about 30 degree's and also sitting up on the right side, it also causes contralaterol left leg Pain.

8.) Rediology: I reviewed his M.R.I. of the lumbar spine, Which disclosed evidence of recurrent Disc Herniation at L4-L5 and to a lesser degree at L5-S1 There is Evidence of D.J.D. at both levels also...



DC-135A

C.i.C. (5) Per
Counsel
P/A
Vol.

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) MS. YAGER (MEDICAL ADMINISTRATOR) | 2. DATE 25 AUG. 00 |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) MOSER BE4713 | 4. COUNSELOR'S NAME Cummins |
| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT Bloc. CB-130 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Greetings, I just recieved your response to my request to Mr. Eyler (super). First let me start by saying I didn't threaten you in any manner with litigation, A stated a fact, which if you contact Mr. Edward Shell, you'll see I've already served him. I find the only effective way to recieve treatment in the D.O.C. is through court actions and getting the press involved to expose's wrongful & unlawful action going within. I hope you prove me wrong here Ms. Yager and you have a willingness to do the right thing and help me medically, ect in timely manner, In March 2000 the U.S.-C.A. App. (3rd cir.) granted the Pa. D.O.C. time on exhaustion to correct there action of medical neglect on my case. The D.O.C. hasn't complied to date, so I shall present this. But I would like to talk to you personal Ms. Yager, because all I want is treatment for back (spinal fussion) & pain management & that is less stressful on my liver as I have "Hep. C." and liver disease* A pillow for in between my legs when sleeping ( continued → backside

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Mr. Moser,
It is well documented that you indeed refused surgery. You were seen on sick call recently and referred to your Unit Manager to discuss the extra blanket. There is no medical need determined to order one @ this time. Past or present court actions do not determine medical treatment. Qualified medical personnel will amend your treatment plan as it is determined medically necessary to do so. Unless your medical conditions changes demands or report requests of this same nature will not continue to be addressed. There is no need for a personal interview @ this time.

☐ TO DC-14 CAR ONLY          ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER P. Everhart RN | DATE 8-29-00 |

DC-804
PART 1



**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

*Please Assign Docket No#*
*— P.L.R.A —*

*Copied/Dated/Witnessed*
*— Submission —*

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| | *SCI-Huntington* | *30 Aug, 00* |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| *MOSER, Jeff BE4713* | *J. M.* | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| | *CB-130* | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

*This is a "Retaliation Claim" filed against "Dr. Farrohk Mohadjeren"*
*so in proper form it should not be addressed/answered by the Doctor, rather*
*with the protocol in mind it should be answered by a supervisor over the*
*Doctor. On 29 Aug, 00 I filed a grievance against the medical Dept. for lack of*
*medications & treatment for my documented spine injury. Today I was call down*
*by the Doctor, and told as I understood it, that all my medication for pain*
*would be stopped and recieve no treatment for my spine injury, as I was faking*
*it, that he believed this, that the (4) M.R.I. (studies) medical proof testing*
*and all nuro-surgeon Doctor (Past) (9 Total) D.O.C. Doctor and speclist and*
*federal medical speclist were wrong and he is right, I'm faking. We know*
*M.R.I. Don't Lie (or) Do Nuro-surgeon. My injury and need for treatment is a*
*proven fact. His action are retaliatory, and Intentional endifferent to cause*

B. Actions taken and staff you have contacted before submitting this grievance: *Me Great Pain and suffering, aimed to*
*Do intentional irreparable harm to me. To stop my litigation due to pain*
*and suffering. You can clearly see the retaliation, all the medical testing and Doctor Past*
*are not wrong, and only the Doctor (Mohadjeren) is Right, No Judge will Buy That.*

*★ (wrote warden medical needs) (many request to med. Admin.) (spoke to (PA)*
*Dr. Riener, and Dr. Mohadjeren. (No Resolution) Please Docket This endifference.*

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Grievance Coordinator                                    Date

 

DC-135A

( Date / copied / witnessed - corr. )

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

1. TO: (NAME AND TITLE OF OFFICER)
UNIT MANAGER - MR. ELLIOT - CB-Block

2. DATE
28 Aug. 00

3. BY: (INSTITUTIONAL NAME AND NUMBER)
MOSER, Jeffery BEY713

4. COUNSELOR'S NAME
Mrs Commins

5. WORK ASSIGNMENT

6. QUARTERS ASSIGNMENT
CB-130

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Upon Speaking with THE MEDICAL Dept. HERE, I WAS Told To Contact you Sir, OTHERWISE I Would NOT BOTHER you. As you ARE VERY Busy, I AM SURE.    I HAVE A Spine Injury AND I AM Awaiting A Spine operations, DUE TO THIS PROBLEM, IT REQUIRES ME TO Sleep WITH A "EXTRA Pillow" To PlACE BETWEEN My legs, THIS Helps To Keep Down THE PAIN AND STRAIGHTEN THE Contour of my BACK WHILE I Sleep. IT IS "NEEDED" MEDICALLY. I HAVE ALL THE Documentation FROM SCI-FRACKVILLE/SCI-GRATERFORD/FEDERAL PRISON Which States THE "NEED" FOR AN "EXTRA Pillow". Why AT SCI-HUNTINGTON I AM TO ADDRESS THIS MEDICAL NEED, WITH A NON-MEDICAL-PROFESSIONAL I DON'T UNDERSTAND, But I WAS ASSURED By MEDICAL (Dept.) THAT you Could HANDLE THIS FOR ME, WITHOUT DELAY. So PlEASE ARRANGE "THE EXTRA Pillow" FOR ME (or) DENY So IN WRITING. THANK you FOR your TIME SIR.
- I AWAIT -

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

MR MOSER,
      I HAVE DISCUSSED YOUR REQUEST WITH MEDICAL STAFF AT THIS INSTITUTION AND THEY HAVE INFORMED ME THAT THERE IS NO MEDICAL NEED FOR THIS PILLOW. YOUR REQUEST IS DENIED.

☑ TO DC-14 CAR ONLY          ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER

DATE
8/30/00

**DC-804**
**PART 1**

Copied/Dated/witnessed
— Submission —

**OFFICIAL INMATE GRIEVANCE**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA. 17001-0598**

Please Assign Docket No#
— P.L.R.A —

GRIEVANCE NO.

| TO:  GRIEVANCE COORDINATOR | INSTITUTION SCI-Huntington | DATE 30 Aug. 00 |
|---|---|---|
| FROM: (Commitment Name & Number) MOSER, Jeff BE4713 | INMATE'S SIGNATURE J. M | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT CB-130 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

This is a "Retaliation Claim" filed Against "Dr. Farrohk Mohadjeren" so in proper form it should not be Addressed/Answered by the Doctor, Rather with the Protocol in mind it should be answered by a supervisor over the Doctor. On 29 Aug. 00 I filed a grievance Against the medical Dept. for Lack of medications & Treatment for my documented Spine injury. Today I was call Down By the Doctor, And Told as I understood it, that all my medication for pain would be stopped and recieve no treatment for my Spine injury, as I was faking it, that he believed this, that the (4) M.R.I. medical proof testing And all Nuro-surgeon Doctor (Past) (9 total) D.O.C. Doctor And Specialist And Federal medical specialist were wrong and he is right, I'm faking. We know M.R.I. Don't lie (or) Do Nuro-surgeon. My injury and need for treatment is a proven fact. His action are retaliatory, Intentional Indifferent to cause

B. Actions taken and staff you have contacted before submitting this grievance: me Great pain and suffering, Aimed to Do intentional irreparable harm to me. To stop my litigation Due to pain And suffering, you can clearly see the retaliation, all the medical testing and Doctor Past are not wrong, and only the Doctor (Mohadjeren) is right, No Judge will buy that!

* (wrote Warden medical needs) (many Request to med. Admin.) (spoke to (PA) Dr. Riener, And Dr. Mohadjeren. (No Resolution) Please Docket this Indifference.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____                    _____
Signature of Grievance Coordinator                                            Date



**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**State Correctional Institution at Huntingdon**
(814)643-2400
August 21, 2000

1030

**SUBJECT:**   Consolidated Inmate Grievance
Review System

**TO:**   Moser, BE-4713
CB Unit

**FROM:**   *Kenneth R. Hollibaugh* (signature)
Kenneth R. Hollibaugh
Assistant Grievance Coordinator

I am returning your grievance because you have not complied with the following provision(s) of DC-ADM 804, dated October 20, 1994, Consolidated Inmate Grievance Review System:

_____   All grievances shall be in writing and in the format provided by the forms supplied by the institution (DC-804, Part I). Forms are available in the block. (Section VI., A, 1)

_____   All grievances shall be presented individually. Group grievances are prohibited. (Section VI., A, 2)

_____   Only an inmate who has been personally affected by a Department or institution action or policy shall be permitted to seek review of a grievance. (Section VI., A, 3)

_____   All grievances must be presented in good faith. They shall include a brief statement of the facts relevant to the claim. The text of the grievance must be legible and presented in a courteous manner. (Section VI., A, 4)

_____   Grievances based upon different events should be presented separately, unless it is necessary to combine the issues to support the claim. (Section VI, A, 5)

_____   Grievances must be signed. (Section VI., A, 3)

_____   Any inmate grievance may be addressed to the Inmate Grievance Coordinator except issues related to the following: (Section VI., E)

1.   DC-ADM 805 - Policy & Procedures for Obtaining Pre-F        Transfer.

2.   DC-ADM 801 - Inmate Disciplinary and Restricted
DC-ADM 801 VI., G & I.

3.   DC-ADM 802 - Administrative Custody Procedur
Appeal from Initial Review, see DC-ADM 802, V

4.    Other Kinds of issues for which review procedures have been previously established by administrative memorandum or policy statement.

Grievances related to the above issues shall be according to procedures specified in the directives listed and shall not be reviewed by the Inmate Grievance Coordinator.

_____    Initial reviews must be submitted within 15 calendar days after the events upon which claims are based.  (Section VI., B, 2)

__X__    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form (DC-ADM 804, Part I).


Comments:

Mr. Moser:

Be advised that DC-ADM 804 requires a genuine effort be made to resolve problems before the grievance system is utilized.  If you are experiencing difficulties with the diagnosis of the Medical Department you should contact Mrs. P. Yarger, Corrections Health Care Administrator, via written correspondence.   It this fails to resolve your issue you may resubmit your grievance for further consideration.

KRH:tll

cc:    Mrs. P. Yarger
       DC-15
       File



DC-804
PART 1    C.C.
SEE Attach.

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

Docket No # Please

**OFFICIAL INMATE GRIEVANCE**                    GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| MEDICAL GRIEVANCE | S. C. I. H. | 17th Aug, 00 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| MOSER BE4713 | | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| | 0-0- CB-130 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

I AM ONCE AGAIN SUFFERING FROM MEDICAL NEGLECT AND THIS CAUSES ME GREAT PAIN AND SUFFERING. I CAME HERE IN NEED OF A SPINAL FUSSION, AND ORDER FROM THE SURGEON TO PUT ME ON OXYCONTINE FOR SEVER PAIN BECAUSE THE PRESENT PAIN MEDICATION DO NOT WORK (DARVOCET) AND I HAVE HEP. C. AND THAT MUCH TYLNOL PER. DAY. IS KILLING MY LIVER. (SEE ATTACHED) NOW I WENT THREW ALL THIS WITH MR. ERHART AT CAMPHILL AND MR. FORR AND WAS ASSURED I WOULD GET MY MEDICATION AND OPERATION AT HUNNINGTON, WELL I TOOK PEROCET TODAY AND IT HELPED ALITTLE AND HAD LESS TYLNOL. BUT TONIGHT I AM TOLD I'M BACK TO SAME OLD THING, DARVOCET, AND 5200 mg. PER. THIS IS MORE OF SAME, I WANT TO EXHAUST DC-804, AND GO BACK TO THE FEDERAL

B. Actions taken and staff you have contacted before submitting this grievance. COURTS A.S.A.P. IF ALL I'M GOING TO GET IS FURTHER, MEDICATION DISCRIMINATION & LIFE THEATEN MEDICAL NEGLECT. (I) SPOKE TO NURSE, SPOKE TO DOCTOR, SPOKE TO SGT. ECT. NO RESULTS, URGENT MATTER, PLEASE RESOLVE & ASSIT...

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____                    _____
Signature of Grievance Coordinator                    Date

N3   Clerk of Courts

RECEIVED 10/6/00
OCT 11 2000
PER _____ 44
HARRISBURG, PA.   DEPUTY CLERK

Greetings,

Attached you will find a 36 page, Refiled 1983 Civil Rights Complaint. I made it as short as I possibly could. The U.S. Court of Appeal Granted me forma Pauperis Status and SCI-Hunnington will not afford me free copies,,, So Regretfully I am indigent and unable to make the Defendant Copies. I have enclosed the original to you. I Pray the Honorable Court 3 Clerk would make the needed Copies and serve them, in the interest of Justice,, I'm willing to absorb the Cost in my forma Pauperis Status, And/or Payments of 20% per month. SCI-Hunnington feels, if you don't have money, Don't do law work. This is unconstitutional to the indigent Prisoner But it is in fact, the Position I am in! I suffer Greatly due to constitutional violations enclosed, Please find it in your Heart, to assist me. As well I had another inmate mail this, Because I only had .99 on my Account. My Correct Address is. Jeffery Paul Mosser BE4713
1100 Pike st. Hunnington Pa. 16654-1112

* Please Don't mail to the name on the envelope.

Thank you, and God Bless you 3 yours.
Jeffery Paul Mosser