FILED
HARRISBURG, PA
NOV 29 2000
MARY E. D'ANDREA, CLERK
Per ____ Deputy Clerk

8 pr
11/30/00

# AUTHORIZATION

(Prisoner's Account Only)

Case No. 1:00-CV-1846

NOTE: Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, Jeffery Paul Moser, request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylvania, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 27 Day of Nov., 2000

Jeffery Paul Moser
Signature of Prisoner

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MOSER, JEFFERY

Name of Plaintiff(s)

v.

KYLER, KENNETH
(16 OTHER DEFENDANTS SQ, ET.)

Name of Defendant(s)

No. 1:CV-00-1846
Civil Case No.

Judge William W. Caldwell

(Number and Judge to be assigned by court)

JURY TRIAL REQUESTED

* RE-FILE OF CV-0326-99 / FEE'S PAID IN FULL

APPLICATION TO PROCEED IN FORMA PAUPERIS

PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.

1. X I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

2. X I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted? Yes _____ No X

   (a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
   Yes _____ No _____

* I DO BELIEVE I AM IN IMMINENT DANGER IN THIS CASE.

(b) Please explain in detail why you are under imminent danger of serious physical injury:

BECAUSE THE LACK OF MEDICAL TREATMENT, WILL CAUSE ME IRREPAIRABLE HARM AND/OR DEATH IF NOT ADDRESSED BY THE HONORABLE COURT.

4. (a) Are you presently employed at the Institution? Yes ____ No X

(b) If yes, what is your monthly compensation? $____________

5. Do you own any cash or other property; have a bank account; or receive money from any source? Yes _____ No X

If the answer is "yes" to any of the above, describe each source and the amount involved.

____________________________________________

____________________________________________

____________________________________________

____________________________________________

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 27 NOV, 2000
(Date)

[signature]
(Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

c.c. (3) Inm/Acc Court File

(Dated/Witnessed/copied) — LEGAL —

Form DC-135A

Commonwealth of Pennsylvania
Department of Corrections

**INMATE'S REQUEST TO STAFF MEMBER**

* Forma Pauperis Request

INSTRUCTIONS
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

1. To: (Name and Title of Officer)
INMATE ACCOUNTING.

2. Date: 11-12-2000

3. By: (Print Inmate Name and Number)
JEFF MOSER BE4713

JEFF MOSER BE4713
Inmate Signature

4. Counselor's Name
Holobaugh

5. Unit Manager's Name
Keller

6. Work Assignment
LABOR Pool

7. Housing Assignment
E-10/6

8. Subject: State your request completely but briefly. Give details.

Please see attached Legal Document, it is a "certification of my inmate account" I must return it completed with a (6) month print-out of my account to the courts immediately, please get back to me as soon as you are able to with

A.) Print-out of last (6) months of account action

B.) certification filled-out

Thank you for your time and consideration.

[signature]

9. Response: (This Section for Staff Response Only)

To DC-14 CAR only ☐

To DC-14 CAR and DC-15 IRS ☐

Staff Member Name ____________ / ____________ Date ________
Print Sign

Revised July 2000

(6) Months - Print-out-of-Account - Requested - Legal - Request -

## CERTIFICATION

**I hereby certify that the petitioner herein has the sum of $ 43.04 KLK on account to his credit at the Huntingdon Institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said ________ Institutions:** None

[signature]
**AUTHORIZED PRISON OFFICIAL**

11/21/00
**DATE**

Moser
Vs. > U.S. Dist. Ct. (M.D.)
Kyler.
Inmate Accounting - Request

PA DEPT. OF CORRECTIONS — INMATE ACCOUNTS SYSTEM — RUN IAS365
BUREAU OF COMPUTER SERVICES — PARTIAL ACCOUNT LISTING — DATE 11/21/2000
REMOTE PRINT TIME 8:31 — FROM PURGE FILE — PAGE 2

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| BE4713 | MOSER | JEFFREY | P |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 7794 | 05-31-2000 | 37 | POSTAGE<br>23 MAY 00 POSTAGE CHRGE | -.77 | 2.48 |
| 7805 | 06-05-2000 | 36 | PRINTED MATERIALS<br>IGWF COPIES W/O 05/22-5/31/00 | -1.60 | .88 |
| 7808 | 06-01-2000 | 37 | POSTAGE<br>02 JUN 99 POSTAGE | -.77 | .11 |
| 7808 | 06-01-2000 | 37 | POSTAGE<br>02 JUN 99 POSTAGE | -.77 | -.66 |
| 7819 | 06-08-2000 | 10 | MAINTENANCE PAYROLL<br>WAGES: 05/01/ - 05/31/2000 | 15.84 | 15.18 |
| 7823 | 06-09-2000 | 39 | LEGAL FEES<br>COURT COSTS - 99 CV 00326 | -8.96 | 6.22 |
| 7829 | 06-13-2000 | 37 | POSTAGE<br>IGWF COPES W/O 06/01-06/06/00 | -8.70 | -2.48 |
| 7851 | 06-20-2000 | 36 | PRINTED MATERIALS<br>IGWF COPIES W/O 6/6-6/12/00 | -1.00 | -3.48 |
| 7857 | 06-22-2000 | 13 | PERSONAL GIFT FROM<br>MURRAY / D 442662 | 25.00 | 21.52 |
| 7866 | 06-26-2000 | 37 | POSTAGE<br>19 JUN 00 - POSTAGE CHRGE | -2.20 | 19.32 |
| 7866 | 06-26-2000 | 37 | POSTAGE<br>20 JUN 00 - POSTAGE CHRGE | -4.65 | 14.67 |
| 7868 | 06-26-2000 | 36 | PRINTED MATERIALS<br>IGWF COIES W/O 6/13-6/22 | -3.80 | 10.87 |
| 8180 | 06-28-2000 | 32 | FRA COMMISSARY<br>FOR 6/28/2000 | -2.54 | 8.33 |

BALANCE AFTER THESE TRANSACTIONS------> 8.33

PA DEPT. OF CORRECTIONS — INMATE ACCOUNTS SYSTEM — RUN IAS365
BUREAU OF COMPUTER SERVICES — PARTIAL ACCOUNT LISTING — DATE 11/21/2000
REMOTE PRINT TIME 8:31 — FROM PURGE FILE — PAGE 1

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| BE4713 | MOSER | JEFFREY | P | 8.33 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 7890 | 07-07-2000 | 10 | MAINTENANCE PAYROLL WAGES: 06/01 - 06/30/2000 | 15.84 | 24.17 |
| 7894 | 07-10-2000 | 39 | LEGAL FEES DIST CRT - 99-CV-00326 20% JUN | -8.17 | 16.00 |
| 7906 | 07-11-2000 | 36 | PRINTED MATERIALS IGWF COPIES W/O 6/23-7/5 | -2.50 | 13.50 |
| 8194 | 07-12-2000 | 32 | FRA COMMISSARY FOR 7/12/2000 | -10.27 | 3.23 |
| 7920 | 07-18-2000 | 37 | POSTAGE 13 JUL 00 / POSTAGE CHRGE | -.77 | 2.46 |
| 7939 | 07-25-2000 | 36 | PRINTED MATERIALS IGWF COPIES W/O 7/10/-7/19 | -4.20 | -1.74 |
| 7956 | 08-01-2000 | 36 | PRINTED MATERIALS IGWF COPIES W/E 07/20-7/26/00 | -1.80 | -3.54 |
| 7967 | 08-06-2000 | 10 | MAINTENANCE PAYROLL WAGES: 07/01/00 - 07/31/00 | 14.40 | 10.86 |
| 7969 | 08-06-2000 | 39 | LEGAL FEES DIS.CRT - 20% JUL -98CV-00326 | -3.17 | 7.69 |
| 7974 | 08-08-2000 | 36 | PRINTED MATERIALS IGWF COPIES W/O 7/26-8/1/00 | -.80 | 6.89 |
| 8222 | 08-09-2000 | 32 | FRA COMMISSARY FOR 8/09/2000 | -3.82 | 3.07 |
| 1 | 08-17-2000 | 36 | PRINTED MATERIALS IGWF COPIES W/O 08/01-8/11/00 | -4.50 | -1.43 |
| 0 | 08-21-2000 | 92 | TRANSFER OUT FRACKVILLE | | |
| 0 | 08-21-2000 | 91 | TRANSFER IN HUNTINGDON | | |
| 0 | 08-23-2000 | 92 | TRANSFER OUT HUNTINGDON | | |
| 0 | 08-23-2000 | 91 | TRANSFER IN FRACKVILLE | | |
| 10 | 08-23-2000 | 36 | PRINTED MATERIALS IGWF COPIES 08/12 - 08/18 | -1.30 | -2.73 |
| 0 | 08-23-2000 | 92 | TRANSFER OUT FRACKVILLE | | |
| 0 | 08-23-2000 | 91 | TRANSFER IN HUNTINGDON | | |
| 2405 | 08-25-2000 | 38 | INSIDE PURCHASES SHOE SHOP - AUGUST 24, 2000 | -3.25 | -5.98 |
| 2498 | 09-11-2000 | 13 | PERSONAL GIFT FROM MURRAY, ANN (251637) | 15.00 | 9.02 |
| 2511 | 09-13-2000 | 37 | POSTAGE LEGAL - SEPTEMBER 12, 2000 | -.55 | 8.47 |

PA DEPT. OF CORRECTIONS — INMATE ACCOUNTS SYSTEM — RUN IAS365
BUREAU OF COMPUTER SERVICES — PARTIAL ACCOUNT LISTING — DATE 11/21/2000
REMOTE PRINT TIME 8:31 — FROM PURGE FILE — PAGE 2

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| BE4713 | MOSER | JEFFREY | P |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 8257 | 09-13-2000 | 32 | HUN COMMISSARY FOR 9/13/2000 | -6.03 | 2.44 |
| 2525 | 09-14-2000 | 41 | MEDICAL MEDICAL CO-PAY SEPT. 12, 2000 | -2.00 | .44 |
| 2531 | 09-15-2000 | 10 | MAINTENANCE PAYROLL AUGUST, 2000 | 8.64 | 9.08 |
| 8264 | 09-20-2000 | 32 | HUN COMMISSARY FOR 9/20/2000 | -5.90 | 3.18 |
| 2575 | 09-20-2000 | 39 | LEGAL FEES MIDDLE DISTRICT 99-0326 | -2.88 | .30 |
| 2582 | 09-21-2000 | 13 | PERSONAL GIFT FROM MURRAY, ANN (262040) | 40.00 | 40.30 |
| 2595 | 09-25-2000 | 13 | PERSONAL GIFT FROM WILLIAMS, CATHI (011706) | 50.00 | 90.30 |
| 2597 | 09-25-2000 | 38 | INSIDE PURCHASES XEROX COPIES WK ENDING 9-16-00 | -3.60 | 86.70 |
| 8271 | 09-27-2000 | 32 | HUN COMMISSARY FOR 9/27/2000 | -48.10 | 38.60 |

BALANCE AFTER THESE TRANSACTIONS------> 38.60

PA DEPT. OF CORRECTIONS INMATE ACCOUNTS SYSTEM RUN IAS365
BUREAU OF COMPUTER SERVICES PARTIAL ACCOUNT LISTING DATE 11/21/2000
REMOTE PRINT TIME 8:31 FROM ACTIVE FILE PAGE 1

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| BE4713 | MOSER | JEFFREY | P | 38.60 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 9010 | 10-02-2000 | 34 | RADIO/TV CABLE TV SERVICE | -15.25 | 23.35 |
| 8278 | 10-04-2000 | 32 | HUN COMMISSARY FOR 10/04/2000 | -22.36 | .99 |
| 2670 | 10-06-2000 | 38 | INSIDE PURCHASES XEROX COPIES WK ENDING 9-22-00 | -3.10 | -2.11 |
| 2674 | 10-06-2000 | 38 | INSIDE PURCHASES XEROX COPIES WK ENDING 9/30/00 | -2.10 | -4.21 |
| 2705 | 10-13-2000 | 10 | MAINTENANCE PAYROLL SEPTEMBER, 2000 | 14.40 | 10.19 |
| 2721 | 10-16-2000 | 38 | INSIDE PURCHASES COMMISSARY TV AND RADIO | -5.55 | 4.64 |
| 2754 | 10-20-2000 | 38 | INSIDE PURCHASES XEROX COPIES WK ENDING 10-7-00 | -7.30 | -2.66 |
| 2774 | 10-24-2000 | 37 | POSTAGE OCTOBER 20, 2000 | -5.08 | -7.74 |
| 9011 | 11-02-2000 | 34 | RADIO/TV CABLE TV SERVICE | -15.25 | -22.99 |
| 2851 | 11-06-2000 | 13 | PERSONAL GIFT FROM MURRAY, ANN (247707) | 25.00 | 2.01 |
| 2868 | 11-09-2000 | 37 | POSTAGE LEGAL - NOVEMBER 8, 2000 | -2.97 | -.96 |
| 2872 | 11-09-2000 | 10 | MAINTENANCE PAYROLL OCTOBER 2000 | 15.12 | 14.16 |
| 2887 | 11-13-2000 | 37 | POSTAGE NOVEMBER 09, 2000 | -1.76 | 12.40 |
| 2898 | 11-14-2000 | 44 | ORGANIZATIONAL ST. DISMAS MEMBERSHIP | -2.00 | 10.40 |
| 2898 | 11-14-2000 | 44 | ORGANIZATIONAL ST DISMAS PHOTOS TICKETS | -3.00 | 7.40 |
| 8320 | 11-15-2000 | 32 | HUN COMMISSARY FOR 11/15/2000 | -6.95 | .45 |
| 2910 | 11-16-2000 | 13 | PERSONAL GIFT FROM PERLO, KIM (190212) | 50.00 | 50.45 |
| 2925 | 11-17-2000 | 39 | LEGAL FEES CIVIL ACTION 99-0326 MIDDLE | -7.41 | 43.04 |

BALANCE AFTER THESE TRANSACTIONS------> 43.04