copy (10)

2nd Day of Jan. 2001

Clerks Office
U.S. District Court
228 Walnut St.
P.O. Box 983
Harrisburg, PA. 17108

Jeffery Paul Moser BE4713
1100 Pike St.
Huntingdon, PA. 16654-1112

{ RE: 1:00-cv-01846 / Moser vs. Kyler }

FILED
HARRISBURG
JAN 5 - 2001
MARY E. D'ANDREA, CLE
Per_____
DEPUTY CLERK

Greetings,

Would you be so kind as to send me a print-out of the status of the above mentioned case. I am looking to find out if my motion for appointment of counsel has been ruled on and to see if my U.S.M 285 forms have been served on the defendants. I forward all this to the Honorable Court and I can't proceed forward until service has taken place, if not on both accounts, do you know when the Honorable Judge will rule on my (App. of Counsel) motion & when the Marshall will make service on the Defendants?

Any assistance you can offer is deeply appreciated, I await your timely response.

Respectfully Submitted,
Jeffery Paul Moser
01-02-01