UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEFFREY PAUL MOSER,           :
                              :
        Plaintiff             :
                              :
    v.                        :    CIVIL NO. 1:CV-00-1846
                              :
KENNETH D. KYLER, ET AL.,     :    (Judge Caldwell)
                              :
        Defendants            :

## ORDER

AND NOW, this 22nd day of January, 2001, it is ordered that:

1. Plaintiff's motion to proceed <u>in forma pauperis</u> is construed as a motion to proceed without full prepayment of fees and costs and the motion (Doc. 2) is granted.[1]

2. The United States Marshal is directed to serve plaintiff's complaint and supporting documents (Doc. 1, 2, 3, 4) on the defendants named therein.

                          WILLIAM W. CALDWELL
                          United States District Judge

---

[1] Moser completed this court's form application to proceed <u>in forma pauperis</u> and authorization to have funds deducted from his prison account. The court then issued an Administrative Order directing the warden at his present place of confinement to commence deducting the full filing fee from plaintiff's prison trust fund account.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 22, 2001

Re:  1:00-cv-01846   Moser v. Kyler

True and correct copies of the attached were mailed by the clerk to the following:

Jeffrey Paul Moser
SCI-H
SCI at Huntingdon
BE-4713
Drawer R
1100 Pike Street
Huntingdon, PA  16654-1112

cc:
Judge                            (✓)
Magistrate Judge                 ( )
U.S. Marshal                     ( )
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Federal Public Defender          ( )
Summons Issued                   ( ) with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5              ( )
Order to Show Cause              ( ) with Petition attached & mailed certified mail
                                     to: US Atty Gen   ( )   PA Atty Gen ( )
                                         DA of County  ( )   Respondents ( )
Bankruptcy Court                 ( )
Other  PRSHC                     (✓)
       Schimelfenig

MARY E. D'ANDREA, Clerk

DATE:  1-22-01                            BY:  _____
                                                Deputy Clerk