\* PLEASE MAKE PLAINTIFF AWHERE THIS WAS RECIEVE, AS MAIL TAMPERING IS ALLEGED HERE.

Copy (12)

ON THIS 7TH DAY OF FEB. 2001

(AFFIDAVIT)

Clerk of Courts
U.S. District Court
228 Walnut St.
P.O. Box 983
Harrisburg, PA. 17108

FILED
HARRISBURG, PA
FEB 8 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Jeffery Paul Moser BE4713
1100 Pike St.
Huntingdon, PA. 16654-1112

\* RE: Moser Vs. Kyler 3:CV00-1846 \*

Wherefore, I Respectfully Request that the Court, Clerk of Courts, Provide the Plaintiff with the Following Information:

A.) Any & All Documentation on the Local Rule's of this Honorable Court and/or Requirements of Procedures in full.

The Plaintiff only makes this request because he is disabled and this greatly limits his access to (Legal Ref. Mat.) and is unknowing of the above requested material and does not want to offend the Honorable Court with improperly filed pleadings.

NOTE: Moser (Pro-Se) Litigant Does Not who is Representing the Defendant(s) in this matter, (or) If Marshall Service Has Been Completed, Thus Can Not Make Service on There Counsel!

The Plaintiff, would also like to know if a Ruling and/or Any Actions Been Taken, on His "Motion For Appointment of Counsel". As, He does not want to Hinder the Honorable Court with Less Then Professional Pro-Se Motions, if Counsel is to be Greatfully Appointed.

Thank you so very much For all Your Assistance, It's Really Appreciated. "I Await" God Bless you.

Respectfully Submitted

(Sworn 28 U.S.C. 1746)
Dated/wit/copied mailing (4)

Jeffery Moser (Plaintiff)
7th Feb. 2001