*OFFICE OF THE CLERK*

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**
*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

(570) 207-5600   FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

*Divisional Offices*

**MARY E. D'ANDREA**
*Clerk of Court*

Harrisburg:   (717) 221-3920
Williamsport:   (570) 323-6380

March 1, 2001

JEFFREY PAUL MOSER
#BE4713
SCI-HUNTINGDON, DRAWER K
1100 PIKE ST.
HUNTINGDON, PA 16554-1112



RE: Moser v. Kyler, ET AL.
1:CV-00-1846 (Judge Caldwell)

Dear Mr. Moser:

This is in response to your recent letters (Doc. Nos. 10, 12) to the Clerk of Court.

Please be advised that a copy of the Middle District of Pennsylvania Local Rules (M.D. Pa. LR) should be available to you at the institution law library. In the event the institution does not have a copy of those rules, I will request that the Clerk's office send a copy of the local rules of this court to the law library at SCI-Huntingdon, where you are currently incarcerated. Further, you will find copies of pertinent local rules in the Standard Order (Doc. 5) issued in this case on October 18, 2000.

With respect to your request for a status report on your motion for appointment of counsel, please be advised that by Order dated February 15, 2001, the Court denied that motion. While copies are not usually provided to a litigant free of charge without a court order, enclosed, free of charge on this one occasion, is a copy of the current docket sheet for your case.

Sincerely,

M. C. Schimelfenig, Esq.
Pro Se Law Clerk

Enclosure
MCS:hs