


IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY PAUL MOSER, | : | |
| Plaintiff | : | NO. 1:00-CV-1846 |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| KENNETH D. KYLER, DR. BARDELL, | : | |
| DR. FARROHK MOHADERIN, DIANA | : | |
| BANEY, CAROL POLLACK, DR. SCOTT | : | FILED |
| SHUMAKER, MR. ERHARD, PAT | : | SCRANTON |
| YAGER, and TEN OTHER UN-NAMED | : | |
| DEFENDANTS, | : | MAR 21 2001 |
| Defendants | : | |

PER _____ /s/ _____
DEPUTY CLERK

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of Craig Bardel, M.D.; Farrokh Mohadjern, M.D.; Scott Shumaker, M.D.; and Carol Pollack, only, in the above-captioned matter.

Respectfully submitted,

LAVERY, FAHERTY, YOUNG
& PATTERSON, P.C.

DATE: 03/16/2001        By: _____
James D. Young, Esquire
P.O. Box 1245
Harrisburg, PA 17108-1245
(717) 233-6633
Atty I.D. 53904
Attys for Defendants
Craig Bardel, M.D.;
Farrokh Mohadjern, M.D.; and
Carol Pollack



## CERTIFICATE OF SERVICE

I, Kelly Ann Guyer, an employee of the law firm of Lavery, Faherty, Young & Patterson, P.C., do hereby certify that on this 19th day of March, 2001, I served a true and correct copy of the foregoing ENTRY OF APPEARANCE via U.S. First Class mail, postage prepaid, addressed as follows:

Jeffrey Paul Moser
SCI-Huntingdon
#BE-4713
Drawer R
1100 Pike Street
Huntingdon, PA 16654-1112

Office of Chief Counsel
Pennsylvania Department of Corrections
55 Utley Drive
Camp Hill, PA 17011

_____
Kelly Ann Guyer