Law Clerk's Copy

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG,
MAR 2 3 20
MARY E. D'ANDREA,
Per _____

| | | |
|---|---|---|
| JEFFERY P. MOSER, | : | |
| Plaintiff, | : | Civil No. 1:00-CV-1846 |
| v. | : | JURY TRIAL DEMANDED |
| KENNETH KYLER, et al., | : | |
| Defendants. | : | |

### PRAECIPE FOR ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

Kindly enter my appearance on behalf of Defendants Kenneth Kyler, Diana Baney, Dennis Erhard, Patricia Yarger, Joseph Chesney, and Linda Nauroth only.

Respectfully submitted,

By: _____
Shawn P. Kenny
Assistant Counsel
Attorney I.D. No. 51797
PA Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444

Dated: 3/23/01

# CERTIFICATE OF SERVICE

I hereby certify that I have on this date served a copy of the below-referenced document(s) upon the person and in the manner indicated below:

Service by first class mail addressed as follows:

Jeffery P. Moser, BE-4713
SCI-Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112

James D. Young, Esquire
P.O. Box 1245
Harrisburg, PA 17108-1245
Counsel for Defendants Bardel, Mohadjern, Shumaker and Pollack.

_____
Corinne N. Driver
Clerk Typist II
PA Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444
Fax: (717) 975-2217

Dated: 3/23/01

Re:  Praecipe for Entry of Appearance
     USDC-MD docket no. 1:00-CV-1846