## WAIVER OF SERVICE OF SUMMONS

TO: _Jeffrey Paul Moser_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Moser_ VS _Kyler, et al_, which is case number _CV-00-1846_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _3-2-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_03/06/01_    _Christine R. Byler_
Date                Signature

Printed/typed name: _Christine R. Byler_

Title if any: _Nurse Paralegal_

Address of person signing: _Wexford Health Sources Inc._
_381 Mansfield Ave., Pittsburgh, PA 15220_

Representing defendant(s) if any: _Carroll Pollack_

FILED
SCRANTON
MAR 26 2001
PER ___
DEPUTY CLERK

## WAIVER OF SERVICE OF SUMMONS

TO: _Jeffrey Paul Moser_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Moser_ VS _Kyler, et al_, which is case number _CV-00-1846_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _3-2-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_03/04/01_   _Christine R. Byler_
Date                     Signature

Printed/typed name: _Christine R. Byler_

Title if any: _Nurse Paralegal_

Address of person signing: _Wexford Health Sources, Inc. 381 Mansfield Ave., Pittsburgh, PA 15220_

Representing defendant(s) if any: _Dr. Farrokh Mohadjerin_

# WAIVER OF SERVICE OF SUMMONS

TO: _Jeffrey Paul Moser_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of ___Moser___ VS ___Kyler, et al___, which is case number ___CV-00-1846___ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after ___3-2-01___ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

___March 8, 2001___                    ___Christine R. Byler___
Date                                          Signature

Printed/typed name: _Christine R. Byler_

Title if any: _Nurse Paralegal_

Address of person signing: _Wexford Health Sources, Inc._
_361 Mansfield Ave., Pittsburgh, PA 15220_

Representing defendant(s) if any: _Dr. Scott Shumaker_



**PENNSYLVANIA DEPARTMENT OF CORRECTIONS**
**OFFICE OF CHIEF COUNSEL**
**55 UTLEY DRIVE**
**CAMP HILL, PENNSYLVANIA 17011**
**(717) 731-0444**

March 23, 2001

Andrea Lavelle
U.S. Marshal's Service
P.O. Box 310
Scranton, PA 18501

Re: Jeffery Paul Moser v. Kenneth Kyler, et al.
    USDC-MD 1:00-CV-1846

Dear Ms. Lavelle:

Enclosed is a *Waiver of Service of Summons* for Defendants Kenneth Kyler, Diana Baney, Dennis Erhard, Joseph Chesney, Linda Nauroth and Patricia Yarger.

Sincerely,

Shawn P. Kenny
Assistant Counsel

SPK/cnd
Enclosure

Cc: Jeffery P. Moser, BE-4713, SCI-Huntingdon (w/ enclosure)
    James D. Young, Esquire (w/ enclosure)
    Diana Baney, Litigation Coordinator, SCI-Huntingdon (w/ enclosure)
    James Forr, Litigation Coordinator, SCI-Frackville (w/ enclosure)
    file

P.S. Please note that your list of parties to this case did not include Defendants Chesney and Nauroth for whom I have entered my appearance.

Shawn P. Kenny

**WAIVER OF SERVICE OF SUMMONS**

TO: _Jeffrey Paul Moser_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Moser_ VS _Kyler, et al_, which is case number _CV-00-1846_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _3-2-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_3/23/01_  _[signature]_
Date  Signature

Printed/typed name: _Shawn P. Kenny_

Title if any: _Assistant Counsel_

Address of person signing: _55 Utley Drive Camp Hill, PA 17011_

Representing defendant(s) if any: _Kyler, Barney, Erhard, Yarger, Chesney and Navroth_

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SUMMONS IN A CIVIL ACTION

Moser
    Plaintiff

V.                            CASE NUMBER: 1:00-cv-01846

Kyler
    Defendant

TO:    (SEE COMPLAINT)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney:

    Jeffrey Paul Moser
    SCI-H
    SCI at Huntingdon
    BE-4713
    Drawer R
    1100 Pike Street
    Huntingdon, PA  16654-1112

an answer to the complaint which is herewith served upon you, within (20) TWENTY DAYS after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MARY E. D'ANDREA, Clerk

BY: _____
    Deputy Clerk

DATE: January 30, 2001

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SUMMONS IN A CIVIL ACTION

PARTIES FOR CASE #1:00-cv-01846

Jeffrey Paul Moser
    plaintiff

        v.

Kenneth D. Kyler
    defendant
Bardell
    defendant
Mohaderin
    defendant
Diana Baney
    defendant
Caroll Pollack
    defendant
S. Shumaker
    defendant
Erhard
    defendant
Pat Yaber
    defendant
Ten Other Unnamed Defendants
    defendant



RETURN OF SERVICE - Case #1:00-cv-01846

| Service of the Summons and Complaint was made by me * | DATE |
|---|---|
| NAME OF SERVER (Print) | TITLE |

Check one box below to indicate method of service

|_| Served personally upon the defendant. Place where served: _____

|_| Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

|_| Returned unexecuted: _____

|_| Other (specify): _____

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date                    Signature of Server

                                          Address of Server

*) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure