**ORIGINAL**

FILED
HARRISBURG
MAY 01 2001
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFERY P. MOSER, | : | |
| Plaintiff, | : | Civil No. 1:00-CV-1846 |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| KENNETH KYLER, et al., | : | Judge William W. Caldwell |
| | : | |
| Defendants. | : | |

### CORRECTIONS DEFENDANTS' MOTION TO DISMISS
### PLAINTIFF'S COMPLAINT

Corrections Defendants, Kenneth Kyler, Diana Baney, Dennis Erhard, Patricia Yarger, Joseph Chesney, and Linda Nauroth, hereby move this Court to dismiss the complaint for failure to state a claim upon which relief may be granted under Federal Rule of Civil Procedure (12)(b)(6), for failure to exhaust administrative remedies under 42 U.S.C. §1997e(a), and for such other grounds as set forth in the supporting brief.

WHEREFORE, Corrections Defendants respectfully request that the complaint be dismissed with prejudice.

Respectfully submitted,

By: _____
Shawn P. Kenny
Assistant Counsel
Attorney I.D. No. 51797
PA Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444

Dated: 5/1/01

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date served a copy of the below-referenced document(s) upon the person and in the manner indicated below:

Service by first class mail addressed as follows:

Jeffery P. Moser, BE-4713
SCI-Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112

James D. Young, Esquire
P.O. Box 1245
Harrisburg, PA 17108-1245
Counsel for Defendants Bardel, Mohadjern, Shumaker and Pollack.

Corinne N. Driver
Clerk Typist II
PA Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444
Fax: (717) 975-2217

Dated: 5/1/01

Re:   Corrections Defendants' Motion to Dismiss Plaintiff's Complaint
      USDC-MD docket no. 1:00-CV-1846

Law Clerk's Copy

FILED
HARRISBURG
MAY 0 1 2001
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEFFERY P. MOSER,                            :

    Plaintiff,                           :    Civil No. 1:00-CV-1846

    v.                                   :    JURY TRIAL DEMANDED

KENNETH KYLER, et al.,                       :    Judge William W. Caldwell

    Defendants.                          :

### CORRECTIONS DEFENDANTS' MOTION TO DISMISS
### PLAINTIFF'S COMPLAINT

Corrections Defendants, Kenneth Kyler, Diana Baney, Dennis Erhard, Patricia

Yarger, Joseph Chesney, and Linda Nauroth, hereby move this Court to dismiss the

complaint for failure to state a claim upon which relief may be granted under Federal

Rule of Civil Procedure (12)(b)(6), for failure to exhaust administrative remedies under

42 U.S.C. §1997e(a), and for such other grounds as set forth in the supporting brief.

WHEREFORE, Corrections Defendants respectfully request that the complaint be

dismissed with prejudice.

Respectfully submitted,

By:    Shawn P. Kenny
    Assistant Counsel
    Attorney I.D. No. 51797
    PA Department of Corrections
    Office of Chief Counsel
    55 Utley Drive
    Camp Hill, PA 17011
    (717) 731-0444

Dated:  5/1/01

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date served a copy of the below-referenced document(s) upon the person and in the manner indicated below:

Service by first class mail addressed as follows:

Jeffery P. Moser, BE-4713
SCI-Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112

James D. Young, Esquire
P.O. Box 1245
Harrisburg, PA 17108-1245
Counsel for Defendants Bardel, Mohadjern, Shumaker and Pollack.

Corinne N. Driver
Clerk Typist II
PA Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444
Fax: (717) 975-2217

Dated: _5/1/01_

Re:    Corrections Defendants' Motion to Dismiss Plaintiff's Complaint
       USDC-MD docket no. 1:00-CV-1846