```
05/03/01                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                    1
TRNS-ADJ         DATE       FUND      CASE NO            DEF       AMOUNT
**********************************************************************************
                                      SCRANTON
80300223001.     05/02/01   6855XX                                   -4.00
80300223002.     05/02/01   0869PL                                    4.00
80300223101.     05/02/01   6855XX    3:01-OP-1           1         -13.36
80300223102.     05/02/01   0869PL    3:01-OP-1                      13.36
80300223201.     05/02/01   6855XX    3:01-OP-1           1         -47.14
80300223202.     05/02/01   0869PL                                   16.35
80300223203.     05/02/01   5100PL                                    4.00
80300223204.     05/02/01   5100PL                                    6.22
80300223205.     05/02/01   5100PL                                   12.00
80300223206.     05/02/01   0869PL                                    8.57
80300223301.     05/02/01   6855XX    3:01-OP-1           1        -110.34
80300223302.     05/02/01   5100PL                                    6.71
80300223303.     05/02/01   0869PL                                    7.08
80300223304.     05/02/01   5100PL                                    3.76
80300223305.     05/02/01   5100PL                                    4.08
80300223306.     05/02/01   5100PL                                    4.52
80300223307.     05/02/01   0869PL                                    6.00
80300223308.     05/02/01   0869PL                                   18.21
80300223309.     05/02/01   5100PL                                   49.69
80300223310.     05/02/01   5100PL                                   10.29
80300223401.     05/02/01   6855XX    3:95-CR-211-01      1        -175.00
80300223402.     05/02/01   322360                                   35.00
80300223403.     05/02/01   322360                                   35.00
80300223404.     05/02/01   322360                                   35.00
80300223405.     05/02/01   322360                                   35.00
80300223406.     05/02/01   6855XX    3:96-CR-265-01      1        -840.00
80300223501.     05/02/01   6855XX    3:01-OP-1                     840.00
80300223502.     05/02/01   510000                                  -90.00
80300223601.     05/02/01   5100PL                                   90.00
80300223602.     05/02/01   086900                                  -60.00
80300223603.     05/02/01   0869PL                                   60.00
80300223604.     05/02/01   0869PL

                                                     DIVISION TOTAL  0.00
```

T2233-6    $4.52    1:00-1846    MOSER

FILED
SCRANTON
MAY 0 9 2001
PER _____ DEPUTY CLERK

20
5/9/01
TS
Caldwell/M.S.