JUDGE'S COPY    copy 2

IN THE UNITED STATES DISTRICT COURT, FOR THE MIDDLE DISTRICT
OF PENNSYLVANIA---

FILED
HARRISBURG, PA
MAY 11 2001
MARY E. D'ANDREA, CLERK
per S/ Deputy Clerk

JEFFERY PAUL MOSER

vs.

KENNETH KYLER, ET. Al, Def.

CIVIL No# 1:00 - CV - 1846
—JURY TRIAL DEMANDED—
—JUDGE: WILLIAM W. CALDWELL—

<u>Motion For Re-consideration of Plaintiff</u>
"Motion For Appointment of Counsle".

Wherefore I, JEFFERY PAUL MOSER (Plaintiff) ask the Honorable Court to Re-consider Moser Request for Counsle and <u>Appoint</u> Counsle at this time.

A.) The Honorable Court stated that Moser did <u>not</u> contact attorneys on his own. This is <u>not</u> true, Please see the attached Exhibits, it is clear Moser has and continues to attempt to get Representation on his own, But has not prevailed, and now beg's the Honorable Court for Counsle. Moser has more Documentation of this, But is unable to afford copies and postage to make service on the Court, and the Prison Refuses to assist in any manner. All Moser could afford is Enclosed.

B.) Moser is Disabled, and Recently had a new (M.R.I.) Done at Houningdon, which states his condition has extremely worsed, since the last ones enter with the complaint. Thus Moser needs assistance of Counsle to (Amend complaint & discovery ▓▓▓ motions) as he is medically incapible of litigating it Himself.

C.) Moser is in fact, being Retaliated against by staff as a result of this action. (c.o.I. Miller, c.o.I. Heck, Ect.) and also can not get full service threw the Marshall service and Believes Injunctive Relief is needed. <u>Please Grant Counsle at this time.</u>

Sworn service:    Respectfully: Jeffery Paul Moser 5/9/2001
( Plaintiff. )

(Proof of Service) I, Hereby, Sware under the penalty of perjury that I J.P. Moser made service upon the court and Defendants as copies as provided of this document. Jeff Moser 5/9/01 don't copy

**LAW OFFICES OF**
**ERIC A. SHORE, P.C.**
1015 Chestnut Street, Suite 702
Philadelphia, Pennsylvania 19107-4307
Fax (215) 923-5951
(215) 627-9999

ERIC A. SHORE
JOSEPHINE FOO

June 29, 2000

Mr. Jeffrey Paul Moser BE4713
1111 Altamount Blvd.
Frackville, PA    17931

**LAW OFFICES OF**
**ERIC A. SHORE, P.C.**
1015 CHESTNUT STREET
SUITE 702
PHILADELPHIA, PA 19107

Mr. Jeffrey Paul Moser BE4713
1111 Altamount Blvd.
Frackville, PA    17931

17931X2601 09

EAS/gs

( Exhibit (A)

JOSEPH HOLOCHUCK
ATTORNEY AT LAW
132 SOUTH THIRD STREET
MINERSVILLE, PA. 17954



Jeffrey Paul Moser
Inmate BE 4713
1111 Altamont Boulevard
Frackville, PA 17931

In reference to your letter of June 27, 2000, I thank you for considering me to be your attorney. However, at this particular time, I no longer do the type of work involving your case and consequently, I would be of no service to you.

Very truly yours,

Joseph Holochuck

JH:jah

Exhibit (B)

LAW OFFICES
**JOSEPH L. ROMANO**
COMMONWEALTH BANK PLAZA
2 WEST LAFAYETTE STREET
NORRISTOWN, PA 19401-4725



MR JEFFREY PAUL MOSER
BE4713
1111 ALTAMONT BLVD
FRACKVILLE PA  17931

17931+2601

Dear Mr. Moser:

I reviewed your letter to me dated June 1, 2000. I choose not to represent you in this matter. I can not tell by your letter what the statute of limitations is (the time period for which you have to file a claim) but, I urge you to contact an attorney immediately.

Very truly yours,

Joseph L. Romano

JLR:tag

Exhibit (C)

| | | |
|---|---|---|
| WILLIAM R. CAROSELLI<br>EDWIN H. BEACHLER<br>JOHN W. MCTIERNAN<br>TIMOTHY CONBOY<br>THOMAS G. SMITH<br>CRAIG E. COLEMAN*<br>DAVID A. MCGOWAN**<br>CATHERINE A. BAXTER | **CAROSELLI**<br>**BEACHLER**<br>**McTIERNAN**<br>**CONBOY**<br><br>CAROSELLI BEACHLER MCTIERNAN & CONBOY LLC<br>312 BOULEVARD OF THE ALLIES • EIGHTH FLOOR<br>PITTSBURGH, PENNSYLVANIA 15222-1916<br>412-391-9860 • 1-800-222-8816 • FAX 412-391-7453<br>E-MAIL: INFO@CBMCLAW.COM | DANIEL K. BRICMONT<br>JOHN J. GAUGHAN<br>WILLIAM A. PENROD<br>KEVIN W. LEE<br>SUSAN A. MEREDITH<br>JOANNA P. PAPAZEKOS<br>KELLY L. ENDERS<br>MICHAEL B. DODD<br>LOTTA CRABTREE<br><br>* ADMITTED IN PA & NJ<br>** ADMITTED IN PA & OH |

June 22, 2000

File No. CBMC-inq

Jeffery Paul Moser
1111 Altamount Boulevard
Frackville, PA 17931

In Re: Medical Negligence Inquiry

Dear Mr. Moser:

Thank you for your note of June 16, 2000. Unfortunately, we cannot be of any assistance in this matter. I would suggest that you consult another attorney who practices in your jurisdiction.

Very truly yours,

John W. McTiernan

---

CAROSELLI BEACHLER McTIERNAN & CONBOY
312 BOULEVARD OF THE ALLIES
EIGHTH FLOOR
PITTSBURGH, PENNSYLVANIA
15222-1916

Jeffery Paul Moser
1111 Altamount Boulevard
Frackville, PA 17931

Exhibit (D)