IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED HARRISBURG
MAY 17 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

JEFFERY PAUL MOSER

JUDGE'S COPY

CIVIL NO: 1:00-CV-01846

Vs.

JURY TRIAL DEMANDED

KENNETH KYLER, CICERON OPIDA, ET. AL.,

* JUDGE: WILLIAM W. CALDWELL

\* Motion to Compel Marshall Service on Defendant \*
( Ciceron L. Opida M.D. (Defendant) )

I, Jeffery Paul Moser, (Plaintiff) on this 15th day of May, 2001 request the Honorable Court "order" the U.S. Marshall Service to "Serve" Defendant: Ciceron L. Opida M.D.
1915 Valley View Blvd.
Altoona, PA. 16602
(814) 946-5000 / (814) 946-7805 (Fax)

with a true copy of the complaint in the above mentioned action.

The Plaintiff has attempted to get the Marshall Service to serve said Defendant, (written request / U.S.M. 285 Service Form), but was told that service could not be made, until the Honorable Court order such, (per: U.S. Marshalls Service). (Please order service now.)

The Defendant is in fact named in the original complaint statement and is in fact a Major/Top Defendant in this matter and the Plaintiff believes in the interest of this matter and/or justice in this matter, it is in experient that this Defendant be "Served" as soon as possible.

The Plaintiff, furthermore pray's the Court will take into consideration that the Plaintiff is a Pro-Se Disabled Litigant and forgive any/all misstakes in filing.

Therefore, Please "Order" service on Defendant C.L. Opida...

Respectfully Submitted
Jeffery Paul Moser (Plaintiff)
(J.P. Moser BE4213, 1100 Pike St)

Date: 5-15-01
Sworn: 28 U.S.C. 1746

Dated / Witnesses / Copies ( Huntingdon, PA. 16654-1112 )

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JEFFERY PAUL MOSER

VS.                                               NO: 1:00-CV-01846

KYLER, CICERON, ET AL.,,,


### * Proof of Service *

I, Jeffery Paul Moser, Hereby Certify that I have on this Date Served a Copy of the Below Referenced Document(s) upon the Person and in the Below Manner:

* Motion to Compel Service of Complaint on Defendant
{ CICERON L. OPIDA M.D. }

Service By First Class Mail Addressed As Follows:

1.) Clerk of Courts            2) CICERON L. OPEDA M.D.
    U.S. District Court            1915 Valley View Blvd.
    228 Walnut St.                 Altoona Pa. 16602
    P.O. Box 983
    Harrisburg, Pa. 17108

Sworn to under the Penalty of Perjury 28 U.S.C. 1746:

                              Respectfully Submitted,
Dated: 15th Day of May, 2001   Jeffery Paul M____ (Original)
                              JEFFERY PAUL MOSER

Witnessed /Dated /Copied