UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JEFFREY P. MOSER,  :
        Plaintiff,  :
                   :  CIVIL NO. 1:CV-00-1846
    v.  :
                   :  (Judge Caldwell)
KENNETH KYLER, et. al,  :
        Defendants  :

ORDER

AND NOW, this 17th day of May, 2001, upon consideration of the Corrections Defendants' Motion for Leave to File a Brief in Support of their Motion to Dismiss Plaintiff's Complaint in Excess of Fifteen (15) Pages (Nunc Pro Tunc), (Doc. No. 22), the motion is granted. The Corrections Defendants' Brief in Support of Motion to Dismiss is deemed filed. Plaintiff will have fifteen (15) days from the date of this order to file a brief in opposition to the Correction Defendants' motion to dismiss.

                                                      WILLIAM W. CALDWELL
                                                      United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 17, 2001

Re: 1:00-cv-01846   Moser v. Kyler

True and correct copies of the attached were mailed by the clerk to the following:

```
Jeffrey Paul Moser
SCI-H
SCI at Huntingdon
BE-4713
Drawer R
1100 Pike Street
Huntingdon, PA  16654-1112

Shawn Patrick Kenny, Esq.
PA Dept of Corrections
P.O. Box 598
55 Utley Drive
Camp Hill, PA  17001-0598

James D. Young, Esq.
Lavery & Associates, P.C.
301 Market Street
P.O. Box 1245
Suite 800
Harrisburg, PA  17108-1245
```

cc:
Judge                          (✓)            (✓) Pro Se Law Clerk
Magistrate Judge               ( )            ( ) INS
U.S. Marshal                   ( )            ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )

```
Standard Order 93-5      ( )
Order to Show Cause      ( ) with Petition attached & mailed certified mail
                             to:  US Atty Gen   ( )   PA Atty Gen ( )
                                  DA of County  ( )   Respondents ( )
Bankruptcy Court         ( )
Other_____( )
```

MARY E. D'ANDREA, Clerk

DATE: 5-17-01              BY: /s/ JTH/
                               Deputy Clerk