05/23/01

T 2253-3    $4.82    1:00-1846 Moser

# TRANSFER-ADJUSTMENT-FORFEITURE REPORT

```
TRNS-ADJ        DATE      / FUND    CASE NO       DEF    AMOUNT
***********************************************************************
8030022510Ⅰ.   05/22/01   6855XX    3:01-OP-1     1      -73.41
8030022510З.   05/22/01   5100PL                         27.88
8030022510З.   05/22/01   5100PL                         5.47
8030022510Ч.   05/22/01   0869PL                         20.00
8030022510S.   05/22/01   5100PL                         0.56
8030022510Ƽ.   05/22/01   0869PL                         0.44
8030022510Ɩ.   05/22/01   5100PL                         4.88
8030022510Ɛ.   05/22/01   0869PL                         4.34
8030022510Ɣ.   05/22/01   5100PL                         6.96
8030022511Ƨ.   05/22/01   0869PL                         2.88
8030022520Ƣ.   05/22/01   6855XX    3:01-OP-1     1      -150.65
8030022520Ƨ.   05/22/01   0869PL                         3.02
8030022520Ƨ.   05/22/01   5100PL                         3.02
8030022520Ƨ.   05/22/01   0869PL                         1.51
8030022520Ƨ.   05/22/01   5100PL                         19.62
8030022520Ƨ.   05/22/01   0869PL                         7.92
8030022520Ƨ.   05/22/01   5100PL                         14.11
8030022520Ƨ.   05/22/01   0869PL                         11.47
8030022521Ƨ.   05/22/01   5100PL                         3.02
8030022521Ƨ.   05/22/01   0869PL                         10.88
8030022521Ƨ.   05/22/01   5100PL                         11.33
8030022521Ƨ.   05/22/01   0869PL                         7.85
8030022521Ƨ.   05/22/01   5100PL                         2.15
8030022521Ƨ.   05/22/01   0869PL                         3.02
8030022521Ƨ.   05/22/01   5100PL                         3.84
8030022521Ƨ.   05/22/01   6855XX    3:01-OP-1     1      -80.61
8030022530Ƨ.   05/22/01   0869PL                         47.89
8030022530Ƨ.   05/22/01   5100PL                         7.31
8030022530Ƨ.   05/22/01   0869PL                         4.82
8030022530Ƨ.   05/22/01   5100PL                         5.88
8030022530Ƨ.   05/22/01   0869PL                         3.83
8030022530Ƨ.   05/22/01   5100PL                         4.68
8030022530Ƨ.   05/22/01   0869PL                         6.33
8030022531Ɛ.   05/22/01   5100PL                         6.76
8030022540Ƨ.   05/22/01   6855XX    3:01-OP-1     1      -30.54
8030022540Ƨ.   05/22/01   0869PL                         15.00
8030022540Ƨ.   05/22/01   5100PL                         15.00
8030022540Ч.   05/22/01   0869PL                         26.00
8030022540S.   05/22/01   6855XX    3:01-PB-1     0      -25.00
8030022540S.   05/22/01   5100PL                         25.00
8030022550Ƨ.   05/22/01   0869PL                         3.65
8030022550Ƨ.   05/22/01   5100PL                         4.00
8030022550Ƨ.   05/22/01   510000                         7.89
8030022560Ƨ.   05/22/01   086900                         -90.00
8030022560Ƨ.   05/22/01   5100PL                         90.00
8030022560З.   05/22/01   086900                         -60.00
8030022560Ч.   05/22/01   5100PL                         60.00
***********************************************************************
                                     DIVISION TOTAL            0.00
```

SCRANTON

FILED
SCRANTON
MAY 24 2001
PER
DEPUTY CLERK