JUDGE'S COPY

Court copy

FILED
HARRISBURG, PA
MAY 3 1 2001
MARY E. D'ANDREA, CLERK
Per _____

In the United States District Court, For the Middle District of Pennsylvania...

Jeffery Paul Moser
vs.
Kenneth Kyler Et. Al,,,

Civil No# 1:00-cv-1846
— Jury Trial Demanded —
— Judge: William W. Caldwell

Motion For Re-consideration of Plaintiff, "Motion For Appointment of Counsel".

Wherefore I, Jeffery Paul Moser (Plaintiff) ask the Honorable Court to Re-consider Moser Request for Counsle and Appoint Counsle at This Time.

A.) The Honorable Court stated that Moser did not contact Attorney's on his own. This is not true; Please see the attached Exhibit's, it is clear Moser has and continues to attempt to get representation on his own, but has not prevailed, and now beg's the Honorable Court for Counsel. Moser has more documentation of this, but is unable to afford copies and postage to make service on the Court, and the Prison refuses to assist in any manner. All Moser could afford is enclosed.

B.) Moser is Disabled, and recently had a new (M.R.I.) done at Huntingdon, which states his condition has extremely worsed, since the last ones enter with the complaint. Thus Moser needs assitance of Counsel to (Amend complaint; Discovery motions) as he is medically incapable of litigating himself.

C.) Moser is in fact, being retaliated against by staff as a result of this action. (C.O.I. Miller, C.O.I. Heck, Ect.) and also can not get full service threw the Marshall Service and believes Injunctive Relief is needed. Please Grant Counsel at this Time.

(Proof of Service) I Hereby Swear under the Penalty of Perjury that I J.P. Moser made Service upon the Court and Defendants as copies as provided of this document. Jeff Moser 5/9/01 court copy