court/original **Law Clerk's Copy** 

IN THE UNITED STATES District Court for the Middle District of Pennsylvania...

JEFFERY PAUL MOSER

Vs.

KENNETH KYLER ET. AL

FILED MAY 31 2001 HARRISBURG, PA. /s/ DEPUTY CLERK

CIVIL NO: 1:00-CV-01846

JUDGE: William Caldwell

\* Plaintiff Request Courts Permission to File A "TRAVERSE" \*
UNDER RULE (8) of FED. R. CIV. P., TO CORRECTIONS DEFENDANT(S)
RESPONSE TO Plaintiff "Motion To Reconsider Appointment of Counsel".

Wherefore I, Jeffery Moser (Plaintiff) "Request Permission From The Honorable Court" To File A "TRAVERSE" In Response To Correction(s) Counsel Response In The Above Mentioned Matter (Shawn P. Kenny Esq./Correction(s) Counsel) ("For Reason of Special Circumstances.") As Follows:

1.) Plaintiff Believe's In The Correction Counsel Plight To Have This Action "Dismissed", Counsel '(MR. KENNY)' Has Been "LESS THEN" Totally Honest In His Filing with The Honorable Court And/or At minimal very Manipulative In Not Telling The "Whole Truth" on Several Issue's.

But most Recent Esq. Kenny Stated In The Above Mention Document "Moser Is Recieving Treatment' He Just Does'nt LIKE IT" Trying to Imply to The Honorable Court, This Is The Case (Truth) Present And Always Has Been The Case (Truth). Plaintiff will NOT Go Further Into This Now, As The Court must Grant Permission, Before Plaintiff Is Permitted To So.

2.) Plaintiff, Believes This Information To Be LEADINGLY "False And Not True"...

3.) Plaintiff, Believe's It Would Be A "miscarriage of Justice" For The Honorable Court To Act On And/or Dismiss The Plaintiff Action "Without Looking At The Whole Picture (or) On The Bases of Information That May Be "False" In part And/or In whole.

4.) The Plaintiff Has Reviewed The Facts And Believe's He Can Show The Honorable Court The "Falsehood" of Esq. Kenny, Statement(s).

5.) Plaintiff, Request Enjunctive Protection From D.O.C. Defendant(s) And Counsel From "Retaliation" of This Filing!\* Plaintiff Respectfully Request Permission To File A "TRAVERSE". (Respectfully Submitted)

(Sworn Too: 28 U.S.C. 1746)    Jeffery Moser  5/28/01

In the United States District Court
For the Eastern District of Pennsylvania...

Moser
vs.                 Civil No. 1:00-cv-1846
Kyler
                    Re: Plaintiff Request Permission to File a
                    "Traverse".

**\* Certificate of Service \***

I, Jeffery Moser, (Plaintiff) hereby certify that I have on this 28th day of May, 2001, served a copy of the below-referenced document(s) upon the person and in the manner indicated below: (Placed in the U.S. mail box A S.C.I. Hunningdon)

Service by First class mail as follows:

1.) Shawn P. Kenny Esq.
Office of Chief Counsel
PA. Dept. of Corrections    (I.D. No# 1619(1) Postage/0
55 Utley Drive
Camphill, PA. 17011

2.) Peter Welsh (clerk)              3.) James D. Young Esq.
U.S. District Court                      P.O. Box 1845        (109(3)
228 Walnut St.      (1619(2))        Harrisburg, PA. 17108-1845
P.O. Box 983                             (mailed later after copies were provided)
Harrisburg, PA. 17108

                                    Respectfully Submitted,

                                    Jeffery Moser

On this 28th day of May, 2001

                                    Jeffery Paul Moser BE4713
                                    1100 Pike St
                                    Hunningdon, PA. 16654-1112