*Law Clerk's Copy*

(Affidavit to Court)

26th Day of May, 2001

Clerk of Courts
Honorable Judge: William Caldwell; Court
U.S. District Court
228 Walnut St.
P.O. Box 983
Harrisburg, PA. 17108

**FILED**
MAY 31 2001
PER _____ /w/
HARRISBURG, PA.  DEPUTY CLERK

Jeffery Paul Moser BE4713
1100 Pike St.
Huntingdon, PA. 16654-1112

RE: Moser vs. Kyler
1:00-CV-01846
* Inst. Refusing to mail legal mail...

To whom this may concern,

I am the Plaintiff in the above mentioned matter. I have court order legal mailing I need to get out and into the Courts but, the staff at S.C.I. Huntingdon refuse to send my legal mail out. (See Exhibits:) This time they claim I don't have the money to mail it. This is NOT TRUE, I received $130.00 money order on 5/21/2001, with the Courts 20% deducted on this action that left me with a balance of $102.01 (one hundred and two dollars 01/xx) The Receipt No# F-59716 documents this cash transaction on the (DC-130B) Form.

When they refuse to debit my account I can not get my legal mail out to the Court (or) other times they claim it is overweight and it is not. So either way, I am having my access to the Honorable Court blocked by the Defendant Retaliatory blockage of my out going legal mail.

* NOTE: My Brief in opposition to Defendants Motion to Dismiss" is Filed Timely (cert: 7099 3400 0015 8312 0666)

But your not recieving it and other legal correspondence are the Retaliatory action result herein. Please address this issue with the Honorable Court. Until then I'll continue trying to mail said documents(s).

Sworn submission: 28 U.S.C. 1746 !

/s/ Jeffery P. Moser (BE4713)

Your account is in the red. You may only anticipate on your account postage for legal mail. You must follow the guidelines as set forth in DC ADM-803.

Your account is in the red. You may only anticipate on your account postage for legal mail. You must follow the guidelines as set forth in DC ADM-803.

(Exhibits) /006

| DC-138A | |
|---|---|
| **CASH SLIP** | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS |

MOSER,

### 1. REQUISITIONING INMATE

| INSTITUTIONAL NUMBER | LOCATION | DATE |
|---|---|---|
| BE4713 | EA-1006 | 24th day of May 2001 |

### 2. RECEIVING INMATE

| INSTITUTIONAL NUMBER | LOCATION | DATE |
|---|---|---|
| BE4713 | EA-1006 | 5-24-01 |

### 3. ITEMS TO BE CHARGED TO MY ACCOUNT

\* NOTICE of INTENT TO PAY LEGAL POSTAGE \*
PLEASE Deduct LEGAL POSTAGE FROM my INMATE ACCOUNT FOR THE (4) ATTACHED LEGAL REFERRAL CORRESPONDENCES, "LEGAL LETTER" I RECIEVED $130.00 on 5/21/01 money should BE AVAILABLE (DC-138 NO# F59716) THANK YOU.

Weight of EACH mailing Recorded
5½ Sheets of Standard Paper.

1) 1618(1) Patterson Esq.
2) 1618(2) Conboy Esq.
3) 1618(3) Holochuck Esq.
4) 1618(4) Shore Esq.

RECIEVED By C.O.I. Heck

WITNESS SIGNATURE
24th May, 2001
4:45 PM
Officer Desk
{ Sworn Info.
J. Moser }

### 4. INMATE'S SIGNATURE
Jeff Moser

### 5. OFFICIAL APPROVAL

### 6. BUSINESS OFFICE'S SPACE

| CHARGE ENTERED | DATE | BOOKKEEPER |
|---|---|---|
| | | |

| DC-138A | | |
|---|---|---|
| **CASH SLIP** | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS | |
| c.c.(4) | MOSER, | |
| **1. REQUISITIONING INMATE** | | |
| INSTITUTIONAL NUMBER BE4713 | LOCATION EA-1006 | DATE 25 May 01 |
| **2. RECEIVING INMATE** | | |
| INSTITUTIONAL NUMBER | LOCATION | DATE |

**3. ITEMS TO BE CHARGED TO MY ACCOUNT**

Notice of Entent to Pay Legal Postage. Please Deduct Legal Postage From my Account.

Deadline Court order Legal mailing, Please Do Not Stall (or) Delay mailing.
(2) Attached Letters.

1) D.O.C. Counsel
2) Wexford Counsel
Oppisition Affidavit

Thank you.

WITNESS SIGNATURE

**4. INMATE'S SIGNATURE**
Jeffery Moser

**5. OFFICIAL APPROVAL**

**6. BUSINESS OFFICE'S SPACE**

| CHARGE ENTERED | DATE | BOOKKEEPER |
|---|---|---|
| | | |

| DC-138A | |
|---|---|
| **CASH SLIP** C.E.(4) | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS MOSER, |

**1. REQUISITIONING INMATE**

| INSTITUTIONAL NUMBER | LOCATION | DATE |
|---|---|---|
| BE4713 | EA.-1006 | 25 May 01 |

**2. RECEIVING INMATE**

| INSTITUTIONAL NUMBER | LOCATION | DATE |
|---|---|---|
| | | |

**3. ITEMS TO BE CHARGED TO MY ACCOUNT**

\* Notice of Intent To Pay Legal Postage \*
Please Debit my Account For This Legal mailing.
This is " Deadline Required Legal Mail "
Please Do Not Delay mailing.
(Cert: 7099 3400 0015 8312 0666 + wieght)

Clerk of Court
U.S. Ct.
Box 983
Harrisburg, PA. 17108

**WITNESS SIGNATURE**
Heck (COI.)

**4. INMATE'S SIGNATURE**
Jeffrey Moser

**5. OFFICIAL APPROVAL**

**6. BUSINESS OFFICE'S SPACE**

| CHARGE ENTERED | DATE | BOOKKEEPER |
|---|---|---|
| | | |