IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUDGE'S COPY

JEFFERY P. MOSER,

Plaintiff,

v.

KENNETH KYLER, et al.,

Defendants.

Civil No. 1:00-CV-1846

JURY TRIAL DEMANDED

FILED
HARRISBURG

JUN 07 2001

MARY E. D'ANDREA, CLERK
Per ______
DEPUTY CLERK

* AffaDavit To Court in Support of Civil Action *

I, Jeffery Paul Moser, Plaintiff in the a Caption matter swears to the Following:

1.) On 5-24-2001 Moser Enter a Grievance into Record with the Grievance Coordinator SCI-Huntington, (About A.D.A. Discrimination etc. see Exhibit (B1.) And to Datempo's unanswered and undocketed in Violation of DC-ADM-804, Moser Consider's this more Evidence of the Defendant(s) Effort to Block moser Due Process, Exhaustion Atempt(s).

2.) On 6-5-01 Grievance was Filed By Moser, Documenting an Act of Indifference and/or Retaliation, (SEE Exhibit (B)) Towards the Plaintiff as a Direct Result of this Civil Action. Moser ask the Honorable Court to "Enter" this Affidavit and Exhibit into Honorable Court Record, as Moser Believes this Act of Deliberate indifference, will Cause Him much Pain & suffering, as well Moser Believes the Defendant(s) are Atempting to stop moser "Limited" "ability" to Litigate this matter, As Dr. Opida a Nerve specilist Recommended only " a Large amount of Phsyotropic Mental Health medication" For a Back Injury" a Blantant Atempt to Quite the Plaintiff Voice in the Honorable Court. Moser has a Docketed Adverse Reaction, and will not Take medication, which intentional Cause Him "Harm", at the Hands of Indifferent Defendant(s).

*Please Enter in to Record on this 5th Day of June 2001

* Sworn Too By: Jeffery Paul Moser

Copy Forwarded (3)

DC-804
Part 1

Exhibit: 1:00-cv-1846
— LEGAL —

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: Huntingdon | DATE: 5 June, 2001 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Jeffery Paul Moser BE4713 | SIGNATURE of INMATE: [signature] | |
| WORK ASSIGNMENT: Disabled | HOUSING ASSIGNMENT: EA-1006 | |

INSTRUCTIONS:
1 Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted. * Monetary Damages Requested ([illegible])

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

I was taken to a specialist (not neuro-surgeon) today (Dr. Cicero Opida). This is after I made Dr. Opida, Dr. Kimber, Judge Caldwell "Federal Court," aware that Dr. Opida is a true Defendant on my civil action (Moser vs. Kyler 1:00-cv-1846). This would be a conflict of interest, as Doctor Opida is bias towards me. In my first visit Dr. Opida made reference to a tattoo on my leg that states "Aryan Nations", after which he has always looked at me as a racist. (Prejudice & bias are his action towards me.) Afterward he recommended treatment he knew would cause me great pain & suffering, as he is stated as "Deliberate Indifferent Defendant (in 1:00-cv-1846)." Today I was forced to see Dr. Opida again, where he made such statements as: Yes, I see you have nerve damage and herniation of the disc, but I don't recommend surgery as you'll continue to get worse; I recommend you have your surgery when you get out of prison, when you can pay for it yourself, you should know when you went to prison, they wouldn't pay for it. when ask what medication and/or treatment he recommended he said: the meds you take on the streets are "to expensive, I'll order something cheaper." (He order a medication I can't take because of adverse effects in the past.) I feel weekend actions and Dr. Opida action are Bias, Prejudice and Retaliatory →

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I made every available effort to rectify the situation before and after.

with: The medical Director SCI-Huntingdon
Dr. Opida Via: U.S. Mail (LEGAL)
Federal Court Notice: Moser vs. Kyler 1:00-cv-1846
Sent upon the Court ~~[illegible]~~ Apr/May 2001 (on Re: Opida (4) Filings.)
Conflict of interest letter filed timely to Opida office.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator

Date

EXHIBIT (A) (1)

WHITE - Facility Grievance Coordinator Copy **CANARY** - File Copy **PINK** - Action Return Copy **GOLDENROD** - Inmate Copy

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

| FOR OFFICIAL USE ONLY |
|---|
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR<br>2 of 2 | FACILITY:<br>Huntingdon | DATE:<br>5 June 2001 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER)<br>Jeff Moser BE4713 | SIGNATURE of INMATE:<br>[signature] | |
| WORK ASSIGNMENT:<br>Disable Pilgrim | HOUSING ASSIGNMENT:<br>EA-1006 | |

INSTRUCTIONS:

1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

I Direct Result Past and Present of my Legal Fight To Be Afford Recommended medical Treatment By The Professional In This Field (Neuro-Surgeons). Dr. Kimber & Dr. Opida made The Same Statement To me. "Neuro-surgeons will All Do a Surgery So They Can Profit From It Accordingly" So The (2) Doctors who Are Not Trained Surgeons (Neuro) Both Say one Thing In Short, Neuro-Surgeons Are Crooks and only Do It For The money, Not Because I'm in need of The operation and medication To Relieve Some of The Pain and Correct The Damage. I Pray The Day This matter Go's To Trial, and These Doctors will Get To Tell a Jury, That all Neuro-Surgeons Are Crooks. The Truth Is I was unjustly Forced into a Retaliatory situation Today To "Save Wexford HealthCare money" So who I Ponder is The unethical and illegal one Really. Dr. Kimber & Dr. Opida Now, Agree I have Spine Injury That The M.R.I. Shows Causes me Great Pain, They Agree The situation will only Get worse over Time, and They Also Agree in Their Actions The Best Treatment Is No Treatment, Because It Is The Cheapest Treatment, and Save Wexford money (Besides Prisoners Aren't Deserving of Proper HealthCare (Just ask Dr. Opida) I Take

**B.** List actions taken and staff you have contacted, before submitting this grievance.

(Certificate of Service)
I, J.R. Moser Serve The Following Pursuant To 28 U.S.C. 1746

1. Grievance officer Mr. Barry
2. U.S. Dist. Ct. 6/01
3. Counsel For Defendants. 6/01

This Force office visit Today as a Direct Attack on me of Indifference. I will Decline Mental Health medication As I Don't wish To Be Drugged until I Stop Litigating This matter Also. As was Attempted before. Please Consider This Entire matter, Act of Deliberate Indifference Toward me. Thank you

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator

Date

EX (A) (2)

WHITE - Facility Grievance Coordinator Copy CANARY - File Copy PINK - Action Return Copy GOLDENROD - Inmate Copy

Dated [illegible] Submission Part 1 [illegible] 28 U.S.C. 1746

**DC-804**
**PART 1**

Exhibit attached in support of Exhaustion (Sec. (B)

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| S.C.I. Huntingdon (Mr. [illegible]) | S.C.I. H | 5/24/01 |
| FROM: (Commitment Name & Number) Jeffrey Moser BE4713 | INMATE'S SIGNATURE [signature] | |
| WORK ASSIGNMENT Disabled Prisoner | QUARTERS ASSIGNMENT EA-1006- Doubled-up | |

**INSTRUCTIONS:**

1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

* A.D.A. (Request to DC-ADM 006 VI (4)(F)) Grievance..

I was recently granted Parole 3/30/2001 and I am told I was place on a waiting list, awaiting a Bed Date for a short-term in-patient alcohol Program Through the Region 2 C.C.C. which is under the authority of the Pa. D.O.C.) I strongly Belive I am being Discriminated Against in the Process, Due to my Needed medical Treatments & medications (I.E. Disabilities) As I see others who are not Disabled, Get Bed Dates in the Near Future and Leave Prison, why I am overlooked Due To my needs and/or Disabilities. I am Ambulatory if I Take medication, and Can make it Through a short-Term Program (28 days) without a Doctor (If I take the Proper medication) I should not Continuely Be skipped over on the List in Violation of (A.D.A. statute(s) Title 42 U.S.C. 12132 & 12131, DC-ADM-006 (V)(E) And I ask for Assistance and relief in This matter, Please see Exhibit

B. Actions taken and staff you have contacted before submitting this grievance: I wish to Get Back To my own Doctors & Family.

wrote Prison Parole office, wrote Parole Board Harrisburg, wrote Superintendent Kyler for assistance, spoke to Dr. [illegible], U.S. Justice Dept. (civil rights and Consultional Counsels office) (4) separate Advocacy Groups For Disabled. (see attached)

[illegible] I Have to comply with the Rules of Exhaustion (P.L.R.A.) Request Monetary Damages if not Resolved

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Exhibit (B)

Signature of Grievance Coordinator

Date

______________________

______________________

______________________

______________________

______________________

On this__________day of________2001

Jeffery Paul Moser BE 4713
1100 Pike Street SCIH
Huntingdon,PA.16654-1112

**RE: Disabled Person Requesting Assistance**

Greetings:

My name is Jeffery Moser and I am presently incarcerated at S.C.I. Huntingdon,a Pennsylvania Correctional Facility. I am a'Legally Disabled Person",qualified and approved by:

a.Federal Medical Center,Forthworth,Texas
b.Pennsylvania Department of Corrections,Camp Hill,Pa.
c.Pennsylvania Disabilities Comm.
d.Social Security Administration-Applicant
e.Texas Disabilities Comm.-Applicant

My disabilities are due to a spine injury as well as some related mental issues.I am ambulatory at this point of my life,meaning at times I have been confined to a wheelchair,and if I don't receive my needed spinal fussion operation **shortly** I maybe back in a wheelchair.I must remain on medication to remain ambulatory,but hopefully,after my operation this won't be the case any longer.But for now,I require doctor supervision and medication.

I feel presently,that I am suffering from **extreme prejudice & discrimination**, due to my disabilities,at the hands of the Pennsylvania Dept.of Corrections.(Community Corrections Division;C.C.C.Region#'s 1,2,3)

In short,let me explain :

I was recently granted re-parole by the PA.Board of Probation & Parole (3/30/01)attached exhibit,with the expressed condition that I attend an'in-patient alcohol treatment(28 days),before returning home to my wife and children and my own doctors,in Reno Nevada.On parole,I'm instructed that I must be assigned a bed 'date'through the Region #1,C.C.C., 1335 Cheltham Ave.Elkin,PA.19027,before I can leave prison on parole.

The problem is,to my understanding,it is **a much longer wait for a** disabled prisoner to get a 'bed date' and/or released date than a non-

(B)(2)

disabled prisoner. So,to my understanding,because I am disabled and on medication,I will be placed,only after all the non-disabled prisoners, IF EVER !

I find this in violation of the Americans With Disabilities Act, 42 U.S.C. 12132;42 U.S.C.12131:

'Subject to the provision of this title,no qualified individual with a disability,shall,by reason of such disability,be excluded from participation in or denied the equal benefits of services, programs or activities of a public entity. 42 12132

and

'if a disabled prisoner satisfies all the eligibility requirements for some correctional service program or activity,A.D.A. prohibits state officials from discriminating against him or her,by reason of that disability.THIS MEANS STATE OFFICIALS ARE OBLIGATED TO MAKE REASONABLE MODIFICATIONS TO ENSURE THE DISABLED PRISONER IS GRANTED EQUAL ACCESS TO ALL D.O.C.PROGRAMS AND ACTIVITIES.42 12131(2).

This was also brought to the attention of the United States Supreme Court in Yeskey v. Pa.Dept.of Corrections,118,U.S.SCT.1952(1998).Plain text of Title II of the Americans With Disabilities Act,unambiguously extends to state prison inmates.Furthermore,it is so stated in Federal Grant Requirements.

'if a program is federally funded in part or in whole,it must be A.D.A. compliant and not discriminate toward the disabled in any manner,or risk forfieting said grants,funding and/or monies'

All these Depat.of Correction Programs,Comunity Correction Division, are in some manner,Federally Funded to my understanding.

So,I am asking your agency to enter into this situation,as an advocate on my behalf. Please investigate my claims and assist in anyway your agency possibly can to rectify this situation and stop the discrimination to me.

I presently have a lawsuit pending in part due to A.D.A.violation against the Dept.of Corrections,PA.Moser v. Kyler,1:00-CU-01846 M.D.PA./ U.S.District CT.

It is not my intention to add this situation to the afore said civil action,it is my intention ONLY to get to an in-patient alcohol treatment program(28 days)as soon as possible so that I can complete the program and return home to my own doctors and receive my spinal operation,also to be reunited with my wife and small children,without further delay due to my disabilities and/or retaliation towards me as a result of this and other correspondence seeking assistance.

B-3

I am willing to co operate with any requirement for assistance you might have. Please let me know what I must do to gain your assistance.

I,pray for your help and support in this matter and patiently await your response.

Thank you for your time and consideration in this matter.

Respectfully yours,

J. Moser

Date:__________________

Jeffery Moser
BE 4713 SCIH
1100 Pike Street
Huntingdon,PA.16654-1112

6H.
Labor Pool

NOTICE OF BOARD DECISION
PBPP-15(6/96)

COMMONWEALTH OF PENNSYLVANIA
PENNA. BOARD OF PROBATION AND PAROLE

DATE: 03/30/2001

CLIENT NAME: JEFFREY MOSER — PAROLE NO: 6625W
INSTITUTION: SCI - HUNTINGDON — INSTITUTION NO: BE4713

AS RECORDED ON 03/30/2001 THE BOARD OF PROBATION AND PAROLE RENDERED THE FOLLOWING DECISION IN YOUR CASE:

FOLLOWING AN INTERVIEW AND REVIEW OF YOUR FILE, THE PENNSYLVANIA BOARD OF PROBATION AND PAROLE HAS DETERMINED THAT THE FAIR ADMINISTRATION OF JUSTICE MAY BE ACHIEVED THROUGH YOUR RELEASE ON REPAROLE, AND SUBJECT TO YOUR COMPLIANCE WITH ALL OF THE TERMS AND CONDITIONS OF REPAROLE SUPERVISION. YOU ARE THEREFORE:

REPAROLED TO IN-PATIENT ALCOHOL AND OTHER DRUG TREATMENT PROGRAM. YOU SHALL ENTER INTO AND ACTIVELY PARTICIPATE IN THE IN-PATIENT TREATMENT PROGRAM UNTIL SUCCESSFULLY DISCHARGED BY THE PAROLE SUPERVISION STAFF. YOU SHALL ABIDE BY ALL THE ESTABLISHED RULES AND REGULATIONS OF THE IN-PATIENT TREATMENT PROGRAM. ANY VIOLATION OF THE PROGRAM RULES OR REGULATIONS MAY CONSTITUTE A VIOLATION OF PAROLE AND RESULT IN YOUR ARREST. YOU MUST SIGN AN APPROPRIATE RELEASE FORM FOR CONFIDENTIAL INFORMATION. APPROVED HOME TO BE AVAILABLE PRIOR TO RELEASE IF PROGRAM IS LESS THAN 30 DAYS.
BEFORE YOU CAN BE RELEASED, YOU SHALL PROVIDE PROOF OF PAYMENT OF AT LEAST $30.00 OF MANDATORY COURT COSTS, IN ACCORDANCE WITH 18 P.S. {11.1101}.

OUT-PATIENT DRUG/ALCOHOL TREATMENT IS A SPECIAL CONDITION OF YOUR REPAROLE SUPERVISION UNTIL THE TREATMENT SOURCE AND/OR PAROLE SUPERVISION STAFF DETERMINE IT IS NO LONGER NECESSARY. YOU SHALL BE REQUIRED TO SIGN THE

(CONTINUE ON PAGE 2)

VIRTUE LIBERTY AND INDEPENDENCE

PAROLE VIOLATION MAX DATE: 05/28/2004
CC: DISTRICT ATTORNEY

Kathleen Zwierzyna
KATHLEEN ZWIERZYNA
BOARD SECRETARY

CLIENT COPY
JEFFREY MOSER BE4713
SCI - HUNTINGDON
1100 PIKE STREET
HUNTINGDON, PA 16654-1112

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this date served a copy of the below-referenced document(s) upon the person and in the manner indicated below:

Service by first class mail addressed as follows:

1.) Shawn P. Kenny Esq.
Office of Chief Counsel
55 Utley Drive
CampHill PA. 17011

2.) Clerk of Courts
U.S. District Court
228 Walnut St.
P.O. Box 983
HarrisBurg, PA. 17108

3.) James D. Young Esq.
P.O. Box 1245
HarrisBurg, PA. 17108-1245

RE:
(Moser vs. Kyler et. al., 1:00-CV-1846)

6 June 2001
(Dated)

Jeffery Moser
Jeffery Paul Moser BE4713 (Plaintiff
1100 Pike St.
Huntingdon, PA. 16654-1112