COPY
38

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEFFERY P. MOSER,

JUDGE'S COPY

    Plaintiff,         :     Civil No. 1:00-CV-1846

                        :      JURY TRIAL DEMANDED

    v.                       :

KENNETH KYLER, et al.,      :

    Defendants.        :

FILED
HARRISBURG

JUN 1 9 2001

MARY E. D'ANDREA, CLE
Per S.B.
DEPUTY CLERK

* Affidavit In Support of Motion To Reconsider *
( * Appointment of Counsel * )( * Motion En Al.... * )
" New Information / New Matter "

---

Plaintiff, Jeffery Paul Moser, ("moser" Hereafter) Being Duly Sworn, Deposes
And Says:

(1.) On June 11th, 2001 Moser was Informed That "He Would Be Placed In
a Alcohol Program on ( July 16th, 2001) ("Gaudenzia"- West Chester 1030. South
Concord Rd. West Chester Pa. 19382.

     A.) "Gaudenzia"- Does Not Have A Law Library In which moser would
Have Access To Litigation/Legal material, To Litigate This Action,
Nor, Is "moser" Permitted To Leave Any Time To Seek out A Law Library
Due To D.O.C/Parole Board Program Restrictions. Therefore Moser
Request The Honorable Court To Appoint Counsel In This matter.

     B.) "Gaudenzia" Program schedule Is "Tight" Groups & Therapy Setting's
From 7:30 Am To 10:00 Pm. Moser will Not Be Afforded The
Time To Litigated This matter, Even If He Did Have Legal
Materials "Which He Does'nt as Stated Above."

     C.) Gaudenzia — Is A 80 Day Program To (9) Months, The Later
(9) months Being Most Common...

2.) "Gaudenzia" is accepting Moser on payment, of the Dept. of Corrections and/or Pennsylvania Board of Probation & Parole which recieves Federal Grants and monies, which should have agreed in taking/accepting said Federal monies, that they would be A.D.A. Compliant (Americans with Disabilities Act 1990) as is the Federal Standard of Law, for recieving said Federal Funds. Therefore it is "Moser" belief that: Any and All (C.C.C.) (D.O.C. community Corrections Center) Placements, "Halfway Houses & Drug and Alcohol Treatment Programs" which are Approved by the above mentioned, for use in a public manner By the above mentioned (D.O.C. Pa.) (Pa. B.P.&P.) (D.O.C. 1C.C.C.) Are recieving Federal Funds and are under the Rules of Federal Grants and Jurisdictions of the A.D.A. (Americans with Disabilities Act) mandates, Standard, Accommodations and/or Statue's.

A.) Moser believes "Gaudenzia" may not be A.D.A. Compliant in which to accomandate "Moser" Disabilities. As stated in Gaudenzia informational Packet's 5th Criteria for Admission — "No serious medical Problem requiring Hospitalization (or) Continuous medical Care." (Moser requires Narcotic Pain management medications, and monthly Doctor visits, Daily Fingersticks for Diabetias, Tri-monthly Hepatitis "C" Treatment and Lab work.)

B.) Moser Affirms the Pa. D.O.C. and/or Pa. B. of P.&P. Blantant Discriminational Practices Towards Moser a Disabled Person with A.D.A. Protections, in Present Incarceration and

( Continued 3 of 4 ) →
(p. 04)

In most recently in Post-Incarceration Placements, :

(B.) (i). <u>Prolong waiting for Bed Dates, If you are</u> <u>Disabled</u>. "The Non-Disabled Go ahead of you Because:

(B) (2) The D.O.C. Contracts with Non-Compliant Programs (A.D.A.) (Halfway Houses / D. + A. Programs) and Gives them State / Federal monies, In Violation of A.D.A. and / or Federal Grant Requirements, Then In Effect Put Moser at the Back of the Placement List Due to Disabilities and / or (Present) Place Him in an Non-A.D.A. Compliant Program which Is Recieving State / Federal Funds, To Be "Terminated Possibly" By the Program "Because of His Disabilities and / or Medical Needs". *(See Attached Exhibits.

*. Which Is a Violation of Moser Parole Condition's, and Returns Him Back to Prison For 2½ years For Failure to Comply...

3.) "Moser" Believes This Is Yet another way For the D.O.C To "Retaliate" Towards Moser, <u>By-Setting Him up to Fail,</u> <u>Because of His Disabilities,</u> Further Affirming The Extreme Prejudice & Bias Toward the Disabled "Moser" In the Pa. Prison System (D.O.C. Defendant(s)), Not Excluding The Wexford Defendant(s) Attemps to Quite The Voice of The Disable and/ In Medical Need "Moser". <u>(As of a Result of This Civil Action)</u>

4.) Moser Affirms His Need For Injunctive Relief, For His Safety and The wellbeing of other Disabled / Sick Pennsylvania Prisoners

(3 of 4)     (Continued  4 of 4)

5.) MOSER <u>WILL NOT</u> AND <u>DOES NOT</u> REFUSE ANY <u>PLACEMENT</u> ORDERS GIVEN TO HIM, WILL COMPLY TO THE BEST OF HIS ABILITY WITH HIS DISABILITY LIMITATIONS. MOSER IS WILLING TO WORK WITH ALL UNDERSTANDING STAFF AND/OR OFFICALS.

6.) MOSER DOES <u>OPPOSE</u> ANY AND ALL <u>DELIBERATE INDIFFERENCE</u> TOWARDS HIM AS STATE HEREIN, WHICH HAVE AND/OR WILL CAUSE HIM UNDUE SUFFERING, AND "DISCRIMINATION TOWARD MOSER BECAUSE OF HIS DISABILITIES AND/OR MEDICAL NEEDS." (AS STATED HEREIN )

Wherefore, Plaintiff RESPECTFULLY REQUEST THE HONORABLE COURT, ENTER THIS "NEW INFORMATION" INTO COURT RECORD, (<u>AFFIDAVIT ENTERED</u>) AND CONSIDER THESE FACTS WHEN CONSIDERING <u>ALL</u> PENDING MOTIONS.

Plaintiff, PRAYERS COUNSEL WILL BE APPOINTED, IN THE INTEREST OF JUSTICE AND THE WELL BEING OF THE DISABLED.

Plaintiff, BELIEVE'S <u>ALL</u> WITHIN THIS DOCUMENT TO BE TRUE AND CORRECT TO THE BEST OF HIS KNOWLEDGE.
( 28 U.S.C. 1746 )

Respectfully Submitted,

DATED 6-15-01

JEFFERY PAUL MOSER (PLAINTIFF)

C.C.                              (4 of 4)

*Disability Rights Section*

*Civil Rights Division*

*U.S. Dept of Justice*

*P.O. Box 66738*

*Washington, D.C. 66738-6738*

On this _10th_ day of _June_ 2001

Jeffery Paul Moser   BE 4713
1100 Pike Street   SCIH
Huntingdon,PA.16654-1112

RE: Disabled Person Requesting Assistance

Greetings:

My name is Jeffery Moser and I am presently incarcerated at S.C.I. Huntingdon,a Pennsylvania Correctional Facility. I am a "Legally Disabled Person",qualified and approved by:

a. Federal Medical Center,Forthworth,Texas
b. Pennsylvania Department of Corrections,Camp Hill,Pa.
c. Pennsylvania Disabilities Comm.
d. Social Security Administration-Applicant
e. Texas Disabilities Comm.-Applicant

My disabilities are due to a spine injury as well as some related mental issues.I am ambulatory at this point of my life,meaning at times I have been confined to a wheelchair,and if I don't receive my needed spinal fussion operation shortly I maybe back in a wheelchair.I must remain on medication to remain ambulatory,but hopefully,after my operation this won't be the case any longer,but for now,I require doctor supervision and medication.

I feel presently,that I am suffering from extreme prejudice & discrimination, due to my disabilities,at the hands of the Pennsylvania Dept.of Corrections.(Community Corrections Division;C.C.C.Region#'s 1;2,3)

In short,let me explain :

I was recently granted re-parole by the PA.Board of Probation & Parole (3/30/01)attached exhibit,with the expressed condition that I attend an'in-patient alcohol treatment(28 days),before returning home to my wife and children and my own doctors,in Reno Nevada.On parole,I'm instructed that I must be assigned a bed 'date'through the Region #1,C.C.C 1335 Cheltham Ave.Elkin,PA.19027,before I can leave prison on parole.

The problem is,to my understanding,it is a much longer wait for a disabled prisoner to get a 'bed date' and/or released date than a non-

disabled prisoner. So, to my understanding, because I am disabled and on medication, I will be placed, only after all the non-disabled prisoners, IF EVER !

I find this in violation of the Americans With Disabilities Act, 42 U.S.C. 12132; 42 U.S.C. 12131:

'Subject to the provision of this title, no qualified individual with a disability, shall, by reason of such disability, be excluded from participation in or denied the equal benefits of services, programs or activities of a public entity. 42 12132

and

'if a disabled prisoner satisfies all the eligibility requirements for some correctional service program or activity; A.D.A. prohibits state officials from discriminating against him or her, by reason of that disability. THIS MEANS STATE OFFICIALS ARE OBLIGATED TO MAKE REASONABLE MODIFICATIONS TO ENSURE THE DISABLED PRISONER IS GRANTED EQUAL ACCESS TO ALL D.O.C. PROGRAMS AND ACTIVITIES.42  12131(2).

This was also brought to the attention of the United States Supreme Court in Yeskey v. Pa.Dept.of Corrections, 118, U.S.SCT.1952(1998). Plain text of Title II of the Americans With Disabilities Act, unambiguously extends to state prison inmates. Furthermore, it is so stated in Federal Grant Requirements.

'if a program is federally funded in part or in whole, it must be A.D.A. compliant and not discriminate toward the disabled in any manner, or risk forfieting said grants, funding and/or monies'

All these Depat.of Correction Programs, Comunity Correction Division, are in some manner, Federally Funded to my understanding.

So, I am asking your agency to enter into this situation, as an advocat on my behalf. Please investigate my claims and assist in anyway your agency possibly can to rectify this situation and stop the discrimination to me.

I presently have a lawsuit pending in part due to A.D.A.violation against the Dept.of Corrections, PA.Moser v. Kyler, 1:00-CU-01846 M.D.PA./ U.S.District CT.

It is not my intention to add this situation to the afore said civil action, it is my intention ONLY to get to an in-patient alcohol treatment program(28 days)as soon as possible so that I can complete the program and return home to my own doctors and receive my spinal operation, also to be reunited with my wife and small children, without further delay due to my disabilities and/or retaliation towards me as a result of this and other correspondence seeking assistance.

I am willing to co operate with any requirement for assistance you might have. Please let me know what I must do to gain your assistance.

I, pray for your help and support in this matter and patiently await your response.

Thank you for your time and consideration in this matter.

Respectfully yours,

*Jeff Mosen*

Date: 6/14/01
_____
     update Page

Jeffery Moser
BE 4713   SCIH
1100 Pike Street
Huntingdon, PA. 16654-1112

— UPDATED INFO —

AS I TOOK THIS LETTER TO MANY AGENCIES, ATTORNEY GENERAL, SENATOR
U.S. Dept. of Justice (Civil Rights Division) Ect... (MAY 2001) "PLEASE FOLLOW
THE ATTACHED DOCUMENTS Closely" "PLEASE READ THEM IN Whole", I KNOW
YOUR VERY BUSY AND YOUR TIME IS APPRECIATED Deeply.    THEY GAVE ME
A BED DATE (7-16-01) TO A (9) mth PROGRAM  "WHICH IS NOT A.D.A.
Compliant"" "NOT Short Term" IN WHICH WHEN I GET THERE "I WILL
NOT BE PERMITTED TO TAKE MY Presently Prescribed MEDICATION "NOT BE
Afford Doctor SERVICES AND/OR A.D.A. SERVICES", So AFTER I
Lock-up IN PAIN AND MY SPINE SWELLS UP AND I START TO URINATE
UNcontrolABly ON MY SELF, From PAIN DUE TO LACK OF Proper MEDICATION
AND Doctors CARE, LIFTING, ProlongED SITTING, STAIR CLAIMING ECT. (ALL OF
WHICH HAS HAPPENED BEFORE WHEN PUT IN THIS POSITION) (MOSER VS. KYLER" I...
CV-1846 ) (PENDING) (A.D.A. Action) * I WILL BE SENT BACK TO PRISON FOR
FAILURE TO Complete THE PROGRAM AND GIVEN A PAROLE VIOLATION "  WHY?
BECAUSE I AM DISABLED AND ASK FOR LEGAL A.D.A. SERVICES.
THIS IS A Set-up, RETALIATION AND A.D.A. DISCRIMINATION. I AGREE
TO ALL Condition of MY PAROLE, WILLFULLY! BUT I OPPOSE People INITIATING
HARMING ME BECAUSE I AM DISABLED. I HAVE SERVED THE REGIONAL I...
OFFICE, Gaudenzia PROGRAM AND PAROLE BOARD (2) VIA: CERTIFIED MAIL. So THEY
KNOW WHAT IS HAPPENING. THANK YOU / GOD BLESS.   I AWAIT. Jeff



COMMONWEALTH OF PENNSYLVANIA
## OFFICE OF ATTORNEY GENERAL

June 12, 2001

MIKE FISHER
ATTORNEY GENERAL

15th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 783-1111

Jeffery Moser
#BE-4713
1100 Pike Street
Huntingdon, PA 16654-1112

Dear Mr. Moser:

Your letter to the Attorney General has been referred to this office for reply.

The authority of the Office of Attorney General is defined by state statutes, and the matter you raise in your letter does not come under our jurisdiction.

We recommend that you consult your own attorney about the matter presented in your letter. If you do not have an attorney, we recommend that you consult the bar association referral service in your county or the Pennsylvania Bar Association in Harrisburg at 1-800-932-0311.

Sincerely yours,

David J. DeVries
Chief Deputy Attorney General
Office of Civil Law

DJD:mlm
CLS011048.

*— REQUESTED ASSISTANCE FOR A.D.A. DISCRIMINATION*



Chairperson
**CARL E. DENSON**
Vice-Chairperson
**RAQUEL OTERO de YIENGST**
Secretary
**GREGORY J. CELIA, JR.**
Executive Director
**HOMER C. FLOYD**

**COMMISSIONERS**
M. JOEL BOLSTEIN
JOSEPH J. BORGIA
THEOTIS W. BRADDY
RUSSELL S. HOWELL
ELIZABETH C. UMSTATTD
SYLVIA A. WATERS
DANIEL D. YUN

COMMONWEALTH OF PENNSYLVANIA
**HUMAN RELATIONS COMMISSION**
301 Chestnut Street, Suite 300
P.O. Box 3145
Harrisburg, PA 17105-3145
(717) 787-4410 (Voice)
(717) 787-4087 (TT)

www.phrc.state.pa.us

June 7, 2001

Jeffrey Paul Moser  BE 4713
1100 Pike Street, SCIH
Huntingdon, PA  16654-1112

Dear Mr. Moser:

Thank you for your recent letter that we received on .  Our Executive Director, Homer C. Floyd, has requested that I respond to your letter on his behalf.

Unfortunately, the Pennsylvania Human Relations Commission has no jurisdiction over the issues you raise.  While I am sorry to say we cannot be of more assistance to you, I would suggest you write to an advocacy group like:

> The Pennsylvania Prison Society
> Three North Second Street    6/14/01
> Philadelphia, PA  19106
> Telephone (215)351-2300 (No collect calls are accepted.)

If you do write to the Pennsylvania Prison Society, you should send a copy of that letter to:

> ACLU - Legal Department
> PO Box 1161
> Philadelphia, PA  19105-1166    6/14/01
> Telephone (215)923-4357

Again, thank you for your letter.  Hopefully, the information provided will be of use to you.

Sincerely,

*Judy P. Gingrich* (bg)

Judy P. Gingrich
Administrative Assistant to the
Director of Compliance

JPG:bj

A.C.L.U - 6/2001

On This      Day of          , 2001

TO:   Gaudenzia - West - Chester
      1030 S. Concord Road
      West Chester, Pa. 19382
      (610) 399- 6929

                                    From: Jeffery Paul Mosek BE4713
                                          1100 Pike St.
                                          Huntingdon, Pa. 16654-1112
      Acting Regional Director            (S.C.I. Huntingdon)
      Regional Office / C.C.C.
      1355 West Cheltenham Ave.
      Elkins Park, Pa. 19027
      (215) 560-1600              Et... Al., (6) Other


        RE: Obtaining Your Assistance & Consideration ...


        I am writing you This Formal Correspondence, In Hopes of Gaining
your Consideration and Assistance with my Present situation.

        I was Recently Granted Re-parole, with The Condition I Finish
an (In-patient Alcohol Program) (28 days +) Before I Can Go Home To
Reno Nevada with my wife and (2) Small Children, And My Awaiting
Nuro-surgeon who intents To Proceed with my much needed Spine
Fussion operation upon my Return To Nevada. (At my own Cost). (See
Attached Medical Exhibits Please & Please Read Them In Full) ...

        I was Recently Notified, That I have Been Accepted By
"Gaudenzia - west Chester" To Full-Fill my Treatment Requirements

And That I Had a Bed-Date of ( 7-16-2001), I'm very Grateful
For This Acceptance And As well I'm Serious About my Alcohol
Problem And for Recovery Program, . So I welcome Any offer
To Better myself. (For my wellBeing, Then my Families Future).

But, I have Some Serious Concerns: I Have a Phyical
Disability; ( Spine enjury, Irrepairable Nerve Damage, Hep. C. Ect.)
I'm Legally Deemed a "Disabled Person" under the A.D.A.
(Americans with Disabilities Act of Congress 1990) (Please See Attached
Exhibits)    So I, Have some "medical Needs And Phyical
Limitations (I am Ambuiatory), But I  Do Need To Take medicine
And I can not Do Heavy Phyical Things, And I will need To See
a Doctor Every (30)day's For a Check-up Evaluation and medical
Re-fill(s) ( I Believe I will Have med-e-caid ins. with my Social
Security Disability Coverage)    I am on a Regiment of Pain meds
That Have Been Tried And Tested over the Past (5)years, so if we
Listen To The Professionals (specilist - Nuro-surgeons),, I must stay
on my Present Narcotic Pain management Course, Nothing else would
And ALL The medical Professionals on my Case Have ALL said one
Thing : My Situation Is Chronic, will Get worse And Pain manage-
ment and Surgery Are my only Treatments,

I am Presently on (2) Darvocet (4) Times A Day, I
Should Be Something Stronger (See - Nuro-surgeon Report), But I
Elect To Stay on This and Accept The Limited Relief And More Pain
Because I want To Get Into a Program, without Complication

I Got To play The Hand I'm Dealt, I Need To See
Doctors And Take medications To Function, I Don't Like it
But I Accept it.
                              -(continued 3 of 3)
                    (2 of 3)

My Concerns and Fears are — C.C.C. and Programs, will not consider me for in-patient Treatment Due to my Disabilities.

I am not writing to tell you the Legal asspects of the A.D.A. .

I am writing for some assistance and consideration, I really believe I'll do good in treatment, I believe in and a (12) step recovery program, I want to stay sober free, I'm willing to work and go to meetings and to learn with an open-mind, to better myself. I am really into sober life, and if more treatment helps "great",, if not put the learned knowledge into helping other who still suffer, I win eaither way by treatment.

I feel like I am set-up for "failure" by reading the special conditions of your program.

#5. No serious medical problems, requiring hospitalization (or) continuous medical care.

I can't forego my medical needs and I can't make my disability go away. (I wish to God I could). So, I am in manner sayeing I don't want treatment, <u>Nor am I refuseing plac</u>. I, just don't want to be lock back-up for failure to comply, because of my disability, nor is that acceptable under the law.

If I can go to a program. that accepts and works with disabled people (as all federal funded program are required too), I will work with them. I think I can get by with medication and a doctor visit here & there, I can't change my meds. So Please accept me as I is, and give me a "fair" chance. I await your response.
Thank you, God Bless.                                        Jeffery Moser

(3 of 3)

✱ MOSER IS AN "ADMITTED RECOVERING ALCOHOLIC", WHO IS SERIOUS AND BELIEVES
   IN A (12) Step Program . . .

   ✱ MOSER HOPES TO FIND Employment IN THE Drug & Alcohol Feild After (3) years
   Clean, and won't Let His Disabilities stop Him From Helping others SUFFERING.



US Department of Justice
Federal Bureau of Prisons
FCI Phoenix

**LINDA HIMMEL LAIRD, ACSW**
Drug Treatment Specialist

37900 N. 45th Avenue
Dept. 1680                          (602) 465-9757
Phoenix, AZ 85027-7003       FAX (602) 465-5160

(INFO's ON BACK →)

(PRIOR D & A HISTORY) —

✱ Completed (8) months IN-patient
   Drug & Alcohol Program.

✱ (1998) DURING THIS PRESENT INCARCERATION.

✱ MOSER VOLUNTEERED FOR THIS PROGRAM WAS NOT
   REQUIRED BY Federal Authorities. (IN Fact Had To
   Fight To Get IN IT.) (Finally WAS Gratefully Accepted)

✱ MOSER WENT From THIS Program TO THE FEDERAL
   MEDICAL CENTER (Hospital) DUE TO WORSENING
   Health Conditions. And on 6/1/99 WAS RECIEVED
   BY THE State of Pennsylvania (P.B.P. & P.)

(OTHERS)

✱ IN THE Past MOSER HAS FINISHED THE Following Programs:

   1.) ABRAXAS IN-patient and out-patient
                      (18 months) (1981)
   2.) RIVERSIDE House (Phila.)

✱ MOSER WAS ALSO A Volunteer        Counselor FOR SEVERAL
   (TEEN D & A Christian outreaches) (State Hospital Program (montana)
                                      Ect.
                              (MOSER can't spell well 😊 😊)
                               Hey I TRY!!!  😊

*✱ FORMAL INTERVIEW REQUESTED Respectfully.*

| | |
|---|---|
| **Form DC-135A**<br><br>**INMATE'S REQUEST TO STAFF MEMBER**<br><br>C.C(4)   *LEGAL* | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>**INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| | |
|---|---|
| 1. To: (Name and Title of Officer)<br>PAROLE OFFICE (SuperVisOR) Ms. Johnson | 2. Date: 13TH DAY of JuNE, 2001 |
| 3. By: (Print Inmate Name and Number)<br>Jeffery Paul MoseR BE4713<br><br>*Jeff Moser*<br>Inmate Signature | 4. Counselor's Name<br>Holli Baugh |
| | 5. Unit Manager's Name<br>Holli Baugh |
| 6. Work Assignment<br>DisAbled PRisoNeR | 7. Housing Assignment<br>EA - 1006 |

8. Subject: State your request completely but briefly. Give details.

E WAS Recently SENT A BED DATE of 7-16-2001, Which E AM GratefUl FoR. But my CONCERN ES " You HAVE CLEARLY ASSIGNED ME A PRogRAM THAT DoES NoT ACCEPT PeoPle Who ARE "LEGALLY DiSABLED" UNder DoctoRS "CARE" E AM oN "NARcotic PAiN MANAGEMENT MEDICATION" BECAUSE I AM DISABLED With A CHRoNic SpiNE ENJuRy Which Will oNly GeT WoRSE, I MuST BE PeRMITTED To TAKE' my MEDS, ET'S NoT AN oPTioNAl THiNg, IF E DoN'T TAKE my MEDICATioNS AND SEE A DoctoR EVERY 30 To 60 DAys I CAN'T FuNctioN AND CAUSE myself GREAT HARM, I FEEl LiKE I'M BEiNG PlAcED EN A PoSiTioN To INTENTionAl FAiL, BECAUSE IF E CAN'T "BECAUSE of my DiSABilities" StAy AT THE ASSiGNED PRogRAM, BECAUSE E CAN'T Go WithoUT DisABilities SERViCES. DoctoR/MEDication, I GeT SENT BACK To PRisoN AND ViolatE THE A.D.A. (AMERICANS With DisAbilities Act) SAys THiS KiND of DiscRiMiNAtioN iS uNlAwful AND E AM DEEMED D.O.C. LEGALLY DiSABLED. So, I WANT To Go To THiS PRogRAm ONly, With A.D.A. StANDARDS, I NEED To TAKE MEDS ANd SEE A DoctoR THERE. (NARcotic PAiN MANAGEMENT). E AM ASKiNG you To CoNTACT THE PRogRAM ANd RegioN

9. Response: (This Section for Staff Response Only) ̶C̶.̶C̶.̶-̶d̶ ̶A̶N̶d̶ ̶M̶A̶K̶E̶ ̶S̶U̶R̶E̶ ̶T̶H̶E̶y̶ ̶A̶R̶E̶ ̶C̶L̶E̶A̶R̶

/ oN THis PlACEMENT AND my DiSABilities ?
MEDICAL NEEDS. I Will WAIT ACouple of
DAys BEFoRE SENDiNG THEM Both AN ENfo.
PACKET, AS E RATHER HEAR youR ~~ANSWER~~
oPiNioN FiRST. (E RESPECT you.) I'M NoT
REFUSiNG THiS PlACEMENT I WANT ouT But
E DoN'T WANT To FAil, So PleASE PlACE ME
A.S.A.P. EN AN A.D.A. CompliANT PRogRAM
Just LiKE NoN-DiSABle PeoPle' EAt PlACE EVERy
DAy. E AWAiT, THANK you GoD Bless you.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
                              Print                              Sign

Revised July 2000 ✱ PleASE WoRK With ME AND Help ME, PleASE DoN'T TAKE my PAROle
                              BECAUSE E HAVE DiSABilities..



**COMMONWEALTH OF PENNSYLVANIA**
**BOARD OF PROBATION AND PAROLE**

SCI-HUNTINGDON
1100 Pike Street
Huntingdon, PA 16654-1112
(814) 643-2400

TO: _Jeffrey Moser_
_BE-4713_

FROM: _Linda Thompson_
Parole Office

DATE: _6/11/01_

SUBJECT: C.C.C. PAROLE PLACEMENT

You have been accepted for Community Corrections Center placement in Region: _1_

You have been accepted for placement at:

_Gaudenzia - West Chester,_
_1030 S. Concord Road_
_West Chester, PA 19382_
_(610) 399-6929_

Your bed date is: _7/16/01_

Please read the attached Center/Facility Narrative.

Attachment(s): C.C.C. Narrative

Cc: File (1)

6.    Directions to Facility:

From Philadelphia:  76 West to 202 South; Take 202 South for approx. 18 miles to the first traffic light (Matlack Street).  Turn left onto Matlack Street and follow Matlack until you come to the bottom of the hill at the stop sign.  Make a right at the stop sign (South Concord Road) and follow South Concord Road for approx. ½ mile.  Gaudenzia entrance is on the right.  Follow the driveway to the parking area; Gaudenzia House West Chester is the first building to the left.

7.    Special Conditions or Requirements:

Criteria for Admission:
1.    Client must be drug/alcohol free (detox may be arranged through our Outreach Center)
2.    Must have I.D. - Birth Cert./Social Security Card; Prison Documentation, etc.
3.    Must be at least 18 years old.
4.    Must be ambulatory.
5.    No serious medical problems requiring hospitalization or continuous medical care.
6.    No Psycho tropic medications or psychiatric problems.
7.    Must be able to understand the English language.
8.    Limited criminal history:  two felonies maximum, no arson/fire-starting, child abuse or aggravated assault convictions.  Those who have been convicted of sexual offenses that require reporting to local law enforcement agencies similar to those offenses characterized under "Megan's Law" are not permitted to enter this facility as well.

3.    Other:

Services Offered:
1.    Individual and Group Counseling
2.    Treatment Planning
3.    Relapse Prevention Planning
4.    In House work therapy and peer interaction
5.    Educational Remediation
6.    Vocational planning, training and referrals
7.    AA and NA support services
8.    Urinalysis drug/alcohol screens
9.    Legal and medical referrals
10.    Recreational activities
11.    Continuing Care Planning
12.    Follow-up



**BUREAU OF DISABILITY DETERMINATION**
COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF LABOR AND INDUSTRY
POST OFFICE BOX 8229
HARRISBURG, PENNSYLVANIA 17105

DIAL TOLL FREE
LOCAL TELEPHONE NUMBER:     783-
FROM OTHER AREAS CALL:  800-932-
TT #:   717-772-

EXT. 223

#BE47

JEFFERY P MOSER
STATE CORRECTIONAL
PO BOX 246
GRATERFORD PA 19426

DATE: 08/23/99

SSN: 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

Lyn Sheppard
Clerical Supervisor II

8/27/99

UNITED STATES GOVERNM

# MEMORANDU

Federal Medical Center
3150 Horton Road
Fort Worth, Texas 76119

DATE:  *5-1-1999*

REPLY TO
ATTN OF:   L. Hemingway, PT
Chief Rehab Services

STATE & FEDERAL (AMERICANS WITH DISABILITIES ACT OF 1990)

— MEDICAL DETERMINATION AGENCIES. —

TEXAS & NEVADA ALSO MADE THE SAME DETERMINATIONS. (STATE A.D.A.

COMMONWEALTH OF PENNSYLVANIA
Department of Corrections
SCI-Huntingdon
814-643-2400
October 4, 2000

*\* D.O.C. A.D.A. APPROVED \*\**
*(PARA (3) LINE 4 ¿ 5 )*

SUBJECT:  Letter Dated September 15, 2000

TO:  BE4713 Moser

FROM:  Kenneth D. Kyler
Superintendent

( 1 )  You complaint has been investigated. The medical record has been reviewed and your medical treatment play has been discussed with the acting Medical Director, Dr. Bardell. I have no reason to believe that your medical plan of care is inappropriate or that there has been any medical negligence.

(2)  Apparently while you were at SCI-Frackville there was a neurosurgical consult approved for you on March 28, 2000. The surgery was scheduled to be done and you refused to have the procedure done.

( 3 )  July 25, 200 you were seen on sick call and requested to talk with the doctor about getting the back surgery done that you previously refused. While you were being processed by the medical vendor for an open MRI with Gallium and a neurosurgery consult you were notified that your request for an ADA accommodation transfer to SCI-Huntingdon was approved by Central Office. Therefore, on August 16, 2000 you were received here at SCI-Huntingdon.

(4)  As the result of the choices you have made in this past year the medical problem with your back has yet to be resolved. Our medical vendor has been attempting to develop a medical plan of care that will correct this. On August 30, 2000, Dr. Mohadjerin ordered an EMG and nerve conduction study, which was done by Dr. Opedia on September 14, 2000. Dr. Bardell has requested a neurosurgical consult with Dr. Osgood. The physicians here at Huntingdon are continuing to assess and evaluate the proper treatment options for you.

From the beginning you have attempted to direct your treatment program. What you need to do is co-operate with the medical staff. What you have written regarding Dr.

**EXHIBIT**
**A**

RECEIPT FOR YOUR CLAIM FOR SUPPLEMENTAL SECURITY INCOME

RECEIPT DATE: April 28, 1999

JEFFERY PAUL MOSER                                           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

If you have a question or something to report call (817) *346-1994. EXT 3083*

You may visit or write to the Social Security Office at:   *Mrs Biscom*
SOCIAL SECURITY
2785 ALTA MESA BLVD
FT WORTH TX 76133

We will process your application for Supplemental Security Income as quickly as
possible. You should hear from us within _*130*_ days. If you do not hear from
us by then, please get in touch with us.

We will let you know if we need more information to decide if you are eligible
for SSI payments. In the meantime, if you move or change your mailing address,
you--or someone for you-- should report the change to the office shown above.

Also, you (or someone for you) must let us know if you are admitted to a
hospital or other medical facility. You could lose some SSI payments if you do
not let us know right away.

Always give your Social Security number when writing or telephoning about your
claim. If you have any questions about your claim, we will be glad to help you.

JEFFERY PAUL MOSER
FMC ATTN S RAGON
CASE MANAGER
FT WORTH, TX 76119

*FEDERAL MEDICAL CENTER*

*Labor Pool*

NOTICE OF BOARD DECISION
PBPP-15(6/96)

COMMONWEALTH OF PENNSYLVANIA
PENNA. BOARD OF PROBATION AND PAROLE

DATE: 03/30/2001

CLIENT NAME:  JEFFREY MOSER
INSTITUTION:  SCI - HUNTINGDON

PAROLE NO:  6625W
INSTITUTION NO:  EE4713

AS RECORDED ON 03/30/2001 THE BOARD OF PROBATION AND PAROLE RENDERED THE
FOLLOWING DECISION IN YOUR CASE:

FOLLOWING AN INTERVIEW AND REVIEW OF YOUR FILE, THE PENNSYLVANIA BOARD OF
PROBATION AND PAROLE HAS DETERMINED THAT THE FAIR ADMINISTRATION OF JUSTICE
MAY BE ACHIEVED THROUGH YOUR RELEASE ON REPAROLE, AND SUBJECT TO YOUR
COMPLIANCE WITH ALL OF THE TERMS AND CONDITIONS OF REPAROLE SUPERVISION.  YOU
ARE THEREFORE:

REPAROLED TO IN-PATIENT ALCOHOL AND OTHER DRUG TREATMENT PROGRAM.  YOU SHALL
ENTER INTO AND ACTIVELY PARTICIPATE IN AN IN-PATIENT TREATMENT PROGRAM UNTIL
SUCCESSFULLY DISCHARGED BY THE PAROLE SUPERVISION STAFF.  YOU SHALL ABIDE BY
ALL THE ESTABLISHED RULES AND REGULATIONS OF THE IN-PATIENT TREATMENT PROGRAM.
ANY VIOLATION OF THE PROGRAM RULES OR REGULATIONS MAY CONSTITUTE A VIOLATION
OF PAROLE AND RESULT IN YOUR ARREST.  YOU MUST SIGN AN APPROPRIATE RELEASE
FORM FOR CONFIDENTIAL INFORMATION & APPROVED HOME TO BE AVAILABLE PRIOR TO
RELEASE IF PROGRAM IS LESS THAN 30 DAYS.
BEFORE YOU CAN BE RELEASED, YOU SHALL PROVIDE PROOF OF PAYMENT OF AT LEAST
$30.00 OF MANDATORY COURT COSTS IN ACCORDANCE WITH 18 P.S. 11.1101}.

OUT-PATIENT ALCOHOL TREATMENT AS A SPECIAL CONDITION OF YOUR REPAROLE
SUPERVISION UNTIL THE TREATMENT SOURCE AND/OR PAROLE SUPERVISION STAFF
DETERMINE IT IS NO LONGER NECESSARY. YOU SHALL BE REQUIRED TO SIGN THE

(CONTINUE ON PAGE

PAROLE VIOLATION MAX DATE:  05/28/2004
CC: DISTRICT ATTORNEY

*Kathleen Zwierzyna*

KATHLEEN ZWIERZYNA
BOARD SECRETARY

CLIENT COPY
JEFFREY MOSER                    EE4713
SCI - HUNTINGDON
1100 PIKE STREET
HUNTINGDON, PA      16654-1112

DC-804
PART 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

*Exhibit notice in support of*
*Exhaustion (sec. (B)*

OFFICIAL INMATE GRIEVANCE

GRIEVANCE NO. | 125#

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| S.C.C. Huntingdon (mt. camp) | S.C.C.H | 5/24/01 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Jeffrey Moore BE4113 | Jeff Moore | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| Disabled Prisoner | EA-1006- Doubled-up | |

INSTRUCTIONS:
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

A.D.A. (Pursuant to DC-ADM, are VI (4)(F) grievance.

I was recently granted Parole 3/30/2001 and I am told there has been a waiting list. Awaiting a Bed Date For a Short-Term co-patient alcohol program though the Western I C.C.C. which is under the authority of The Pa. D.O.C. I strongly believe I am being Discriminated Against In This Process. Due to my needs, medical Treatments & medications (I.E. Disabilities) As I SEE others who are not Disabled, but Bed Dates In the Near Future and Leave Prisons while I am overlooked Due to my needs and/or Disabilities. I am Ambulatory I take medication, and Can make It Through a Short-Term Program (28 day) while a Doctor (IF I take the proper medication) I should not continuely Be stopped on the List in Violation of I.A.D.A. statute(s) Title 42 U.S.C. 12133 & 12131 DC-ADM-801 (4) (E) and I ask for Assistance and relief in This matter, Please SEE E

B. Actions taken and staff you have contacted before submitting this grievance: I wish to get back to my own Doctor & Family. wrote Prisons Parole ofice, wrote Parole Board directly. wrote superintendent Kyler for assistance spoke to Dr. Kinder, U.S. Justice Dept. (Civil rights and Constitutional Compents office) (4) arguments are my grounds For identify. (see attached) supports. I hereby invoke with the Order of Exhaustion (A ...) Robert Market Damage if not ...

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Grievance Coordinator                                    Date

WHITE—Grievance Coordinator Copy        CANARY—File Copy        PINK—Action Return Copy        GOLDENROD—Inmate

— MEDICAL EXHIBIT (S) —

( * MORE EXHIBIT PROVIDED UPON REQUEST. * )
        (EXTENSIVE)

THANK YOU / GOD BLESS.                    — EXHIBIT (ME) —

Benjamin Nakkache M.D. F.A.C.S. F.I.C.S.
Diplomate American Board of Neurological
Surgery..
Microneurosurgery...

New Bridge Center
480 Pierce St.
Suite 219
Kingston Pa. 18704
570-714-8900
570-714-0960 (Fax)

This Patient is coming to see me for Evaluation of Back and Left Leg Pain and
to a Lesser degree on the Right side. As we know, the patient had surgery in the
past Two Different times before He was imprisoned, Both L4-L5 and L5-S1 with fairly
good pain relief, untill he fell froman elvator in 1997.  Since then, he has been
having more severe back and left leg pain and even some difficulty with bladder
control, However no overt Cauda Equina Syndrome is noted.  Walking and sitting
is worse theNlying down. He also complains of Paresthesias on the left foot affecting
both the L5-S1 Detmatomes. So far the Medication he has been given for Pain Control
has been Ineffective.

Neurological Examination

1.) Mental Status: Patient is awake, alert and oriented X3

2.) Neck: Soft , Supple

3.) Cranial Nerves: I-XII are in tact

4.) Motor Examination: It is difficult to detect any definitive weakness,
the left lower extremity is difficult to test because of Pain.

5.) Sensory Examination: There is no definitive Sensory loss to touch and
pinprick on the upper extremities, but on the the Lower ones, Mostly on the Left
side affecting the L5-S1 Dematomes.

6.) Reflexes: Are 2+ and symmetrical all thoughout except the Ankle jerks
which are barely trace on the Left side a 1+ on the right side Plantar responses
are downgoing.

7.) Lower Back Examination: Discloses a well healed midline scar, there is
tenderness to the Left side of the midline but no definitive Paravertebral muscle
spasm is noted. Staight leg raising on the Left side is Positive for leg pain
at about 30 degree's and also sitting up on the right side, it also causes contralatero
left leg Pain.

8.) Rediology: I reviewed his M.R.I. of the lumbar spine, Which disclosed
evidence of recurrent Disc Herniation at L4-L5 and to a lesser degree at L5-S1
There is Evidence of D.J.D. at both levels also...

I feel at this Point, He should be considered for surgery.
* I am aware that the Patient may have had other problems
in the past as per the prison doctor, But certainly  the
M.R.I. findings are quite straitforword.  Although a Limited
Laminotomy could be done on the left side at L4-L5 that
could be difficult because of his previous surgeries and
as such a Full Laminectomy will be more effective and
safer to remove the recurrent Disc Herniation. However
this would certainly cause more back pain unless a Lumbar
Fussion is done at the same time at both levels and if
so, in his case, Pedicle screw fixation with a Posterolateral
bony fusion will be recommended.  that of course would
require a bone graft from the right hip or left hip...

   In the mean time, I feel the Patient should be placed
on Oxycontin around the Clock perhaps 20mg (or) 40mg twice
aday to see how he responds to that. Should surgery be
Authorized I would be glad to do it on a Three or Four
week notice..

Doctor: Nakkache Report of 20th Day of March, 2000

* Taken out of Court Record *
Exhibit : Moser vs. Kyler 1:00-CV-1846
         ( U.S. District Court , Middle District. )
                              - Pending -

( most RECENT )

J.C. Blair Hospital
Warm Spring Ave
Huntingdon, PA. 16652
(814) 643-8624

( M.R.I. Report / Results )

Date of M.R.I. 4/23/2001
Date Recieved 5/1/2001 ( Dr. Kem?

IMPRESSIONS:

1.) Post-operative changes, s/p Left Hemilaminectomy at L4-
There is a moderate sized Left Para-Central Disc Herniation at the
Level with obliteration of the Fat in the Left Lateral Recess an
ABUTTING THE L5 NERVE Root.   This most likely Accounts for the
Patient symptoms.

2.) There is a small Para-Central Disc Herniation a L5-
which is moderate Right Foramminal Narrowing. The Disc He
Does Not Appear To AButt any of the Nerve Roots (or) Displace
thecal sac.   3.) Evidence of Congential spine stenosis with
Congenitally short Pedicles.    ( End of Impressions)

At L3 - L4, There is a Mild Diffuse Disc Bulge which in
Conjunction With Congenitally short Pedicles, is Producing
mild Central Canal stenosis and mild to moderate Bilateral
Foramminal Narrowing...

* Copy made out of Inmates Medical Record, [ word For word
(5-1-2001/10 am; ) Please Refer to original Record and Moser R
as a civil Litigant (Pro-se)... *

* (Certification of Service,
    I, Jeffery Moser, served Kenneth Kyler, with
    A True copy of this Document, To Affirm my
    Need For Medical Attention and Stronger
    Pain management Medication.
                Sworn Too: Jeff Mose  5/9

— witnessed/dated/copied —

CICERON L. OPIDA  M.D.
Diplomate American Board of Pshciatary & Neuoology
1915 Valley Veiw Blvd.,    Altoona Pa. 16602
(814) 946-5000              (814) 623-7805 Fax

Examination Date: 14th Sept. 2000
Date Report Recieved: 22 Sept. 2000  (DR. Shumaker/Signed)

E.M.G. REPORT          <u>Summmary of Results</u>

Normal Conduction Velocity of the Right and Left Common Peroneal and
Posterior, Tibial Nerves. Normal Sensory evoke response of the right
and Left Sural Nerves... (<u>ABNORMAL E.M.G. FROM " L2 to S1 "</u>)
The rest of the Study is Normal...

<u>DIAGNOSIS</u>

((( <u>Diagnosis - L2, L3, L4, L5, Radicalopathy</u>)))
**********************************************

End of Notes on Report.

*Radicalopathy the Meaning is Made up of Two word to Derive at one
meaning and/or view of the Medical Condition  and/or the Seriousness
of the Medical condition.

                Radical: Carried to Farthest Limits (Amer. St. Dic.)

                Pathy: (1) Feeling
                       (2) A Disease - A deseased Condition.
                       (Greek- <u>Pathos</u> (=) <u>SUFFERING</u> )

        RadicaloPathy --- EXTREME SUFFERING....(In Layman Terms)

Radiculopathy -any Pathological Condition of the Nerve Root..
(Websters Medical Dictionary)
Pathological - Altered or Caused by Disease...
(Websters Medical Dictionary)

This, Was Copied By the the Patient (Jeffery paul Moser) out of
His Medical File Within the Bounds of the Law and the U.S.CONST.
as well as the F.O.I.A. Directives. ( REPORT ONLY )  Notes and Dictati
done by Moser Also.  Express Consent Given to Courts, Press & Members
of the Bar to Access This Document and ALLL & ANY MEDICAL RECORDS ON
MOSER UPON REQUEST....

                        Jeffery Paul Moser/26th day of Sept

*E.M.G. REPORT / ELECTROMYOGRAPH* (vertical left margin)

DIAGNOSTIC IMAGING CENTRE
RADIOLOGIC CONSULTATION

UNTHSC FED CORRECTIONAL INST
3150 HORTON RD
FORT WORTH, TX 76119

817-735-5066

EXAMS: 000100143 MRI LUMBAR SPINE W/WO

*REASON FOR EXAMINATION:*  Prior back surgeries times two.  Laminectomy.
Left hip and lower back pain.

Magnetic resonance imaging of the lumbar spine is performed.

Vertebral body alignment is satisfactory.  Degenerative end plate
changes are present at L4-L5, with marrow stores otherwise being
adequate.  Disc desiccation is observed at L4-5 and L5-S1 disc space.

At the L1-L2, L2-L3 and L3-L4 levels, there is no evidence of
disc herniation or compressive disc disease.  No
central or neural foraminal canal stenosis is identified.  The
articular facets do not appear grossly remarkable.

At L4-L5 there is mild bilateral facet hypertrophy.

There has been left laminotomy.  There is enhancing retrodiscal and
left parathecal fibrosis.  Asymmetry of leftward disc, resulting in
effacement of leftward ventral thecal sac on images 6 and 7, scan 6,
and mild to moderate narrowing of left neural foramen is thought to be
a combination of residual protrusion and postoperative enhancement, as
seen on slices 3 and 4 of right parasagittal data set.  Dominant
finding however is thought to be postoperative enhancement.

At the L5-S1 level, there is a large broad-based protrusion, seen on
the axial T2 data set, images 2 and 3, scan 6, and on T1 images #2 and
3, scan 5.  This is slightly more prominent rightward.  This abuts the
S1 nerve roots, and results in mild effacement of ventral epidural
fat.  There is bilateral facet arthropathy.  There is left neural
foraminal stenosis.

IMPRESSION:

L1-L2, L2-L3, AND L3-L4:  NEGATIVE MRI.

L4-L5:  LEFT PARACENTRAL RETRODISCAL ASYMMETRY WITH VENTRAL THECAL SAC
EFFACEMENT FOR WHICH A COMBINATION OF DISC REPROLAPSE OR RESIDUAL

PAGE 1                UNTHSC FED CORRECTIONAL INST      (CONTINUED)

TECH: JESMAIN, JEFF  (RT/CMRT)    NAME: MOSER,JEFFREY      32560-048
DICT D/T: 11/23/1998 (1043)       PHYS: JOHN BARRY  MD
TRANS D/T: 11/23/1998 (2136)      DOB: 06/10/1965 AGE: 33    SEX: F
TRANSCRIPTIONIST: MR/PAS          ACCT NO: H04480588 LOC: DIC.MRI
PRINTED D/T: 11/24/1998 (1255)    EXAM DATE: 11/23/1998 STATUS: REG CLI
                                  UNIT NO: M00199644

EXHIBIT E

DIAGNOSTIC IMAGING CENTRE
RADIOLOGIC CONSULTATION

EXAMS: 000100143 MRI LUMBAR SPINE W/WO
<Continued>

HERNIATION AND EXTENSIVE ENHANCING FIBROSIS IS THOUGHT PRESENT.  MILD
LEFT NEURAL FORAMINAL NARROWING.

L5-S1:  BROAD-BASED PROTRUSION, WITH EFFACEMENT OF THE VENTRAL
EPIDURAL FAT ABUTTING THE S1 NERVE ROOTS BILATERALLY.

DEGENERATIVE DISC DISEASE AT L4-L5 AND L5-S1.


*** THIS IS A DRAFT REPORT UNTIL SIGNED ***


                              ** REPORT SIGNATURE ON FILE 11/24/1998
                              PAUL T. MARSH, D.O.


                                       S. Kwatra, M.D.
                                       Medical Officer
                                            12/4/98


PAGE 2                    UNTHSC FED CORRECTIONAL INST

TECH: JESMAIN, JEFF  (RT/CMRT)    NAME: MOSER,JEFFREY
DICT D/T: 11/23/1998 (1043)       PHYS: JOHN BARRY  MD
TRANS D/T: 11/23/1998 (2136)      DOB: 06/10/1965 AGE: 33    SEX: F
TRANSCRIPTIONIST: MR/PAS          ACCT NO: H04480588 LOC: DIC.MRI
PRINTED D/T: 11/24/1998 (1255)    EXAM DATE: 11/23/1998 STATUS: REG CLI
                                  UNIT NO: M00199644

EXAMS: 000100143 MRI LUMBAR SPINE W/WO

*REASON FOR EXAMINATION:* Prior back surgeries times two.  Laminectomy.
Left hip and lower back pain.

Magnetic resonance imaging of the lumbar spine is performed.

Vertebral body alignment is satisfactory.  Degenerative end plate
changes are present at L4-L5, with marrow stores otherwise being
adequate.  Disc desiccation is observed at L4-5 and L5-S1 disc space.

At the L1-L2, L2-L3 and L3-L4 levels, there is no evidence of
disc herniation or compressive disc disease.  No
central or neural foraminal canal stenosis is identified.  The
articular facets do not appear grossly remarkable.

At L4-L5 there is mild bilateral facet hypertrophy.

There has been left laminotomy.  There is enhancing retrodiscal and
left parathecal fibrosis.  Asymmetry of leftward disc, resulting in
effacement of leftward ventral thecal sac on images 6 and 7, scan 6,
and mild to moderate narrowing of left neural foramen is thought to be
a combination of residual protrusion and postoperative enhancement, as
seen on slides 3 and 4 of right parasagittal data set.  Dominant
finding however is thought to be postoperative enhancement.

At the L5-S1 level, there is a large broad-based protrusion, seen on
the axial T2 data set, images 2 and 3, scan 6, and on T1 images #2 and
3, scan 5.  This is slightly more prominent rightward.  This abuts the
S1 nerve roots, and results in mild effacement of ventral epidural
fat.  There is bilateral facet arthropathy.  There is left neural
foraminal stenosis.

IMPRESSION.

L1-L2, L2-L3, AND L3-L4:  NEGATIVE MRI.

L4-L5:  LEFT PARACENTRAL RETRODISCAL ASYMMETRY WITH VENTRAL THECAL SAC
EFFACEMENT FOR WHICH A COMBINATION OF DISC REPROLAPSE OR RESIDUAL
HERNIATION AND EXTENSIVE ENHANCING FIBROSIS IS THOUGHT PRESENT.  MILD
LEFT NEURAL FORAMINAL NARROWING.

L5-S1:  BROAD-BASED PROTRUSION, WITH EFFACEMENT OF THE VENTRAL
EPIDURAL FAT ABUTTING THE S1 NERVE ROOTS BILATERALLY.

PAGE 1              Signed Report                (CONTINUED)

TECH: JESMAIN, JEFF  (RT/CMRT)   NAME: MOSER,JEFFREY
DICT D/T: 11/23/1998 (1043)      PHYS: JOHN BARRY  MD
TRANS D/T: 11/23/1998 (2136)     DOB: 06/10/1965 AGE: 33    SEX: F
TRANSCRIPTIONIST: MR/PAS         ACCT NO: H04480588 LOC: DIC.MRI
PRINTED D/T: 11/25/1998 (1146)   EXAM DATE: 11/23/1998 STATUS: REG CLI
                                 UNIT NO: M00199644

E. F. PARAISO, P.A.
FMC FORT WORTH, TX.

## FEDERAL MEDICAL CENTER
### 3150 Horton, Fort Worth, Texas    76119
### X-RAY REPORT

Name:                MOSER, JEFFREY
Number:              32560-048              Date:        11/25/98
Date of Birth:       06/10/65              Sex:         M
Date Requested:      11/24/98              Referring Dr.: PARAISO
Examination:         LUMBAR SPINE

REASON FOR EXAMINATION:  Fell on his back.


AP, lateral and single oblique view of the lumbar spine demonstrate
normal osseous alignment and axial height of the vertebral bodies. L4-5
disk narrowing is noted. Disk width is otherwise preserved. Right pars
interarticularis defects are not identified. The left pars
interarticularis are not demonstrated by left oblique view. The
paraspinous soft tissues do not appear remarkable.

IMPRESSIONS:

NEGATIVE COMPRESSION DEFORMITY.

DEGENERATIVE DISK NARROWING OF L4-5.

MARY H CAFFREY DO, Dept. of Radiology,
University of North Texas
Health Science Center at Fort Worth

D: 12/01/98  T: 12/01/98  #: 10154052 BJW
CC:

S. Kwatra, M.D.
Medical Officer
12/8/98

Noted
12/8/98
0730

JOHN C. LINCOLN HOSPITAL , NORTH MOUNTAIN
250 EAST DUNLAP AVENUE
PHOENIX, ARIZONA 85020-2871

NAME:  MOSER, JEFFREY                          MRN:66-42-65

### HISTORY AND PHYSICAL EXAMINATION

BACK: He is tender at the lumbosacral area, where he has a large
scar and he has decreased sensation in the left buttock, where he
is a bit tender. He also has decreased sensation in the posterior
aspect of the left leg, dorsum, and plantar aspect of the left
foot. Reflexes are physiological. Strength is good. Straight leg
raising on the right is 80 degrees and the left is 65 degrees. He
has the whole perineal area where he describes numbness and
tingling.

Recent x-rays of lumbosacral spine are essentially normal but for
narrowed L5-S1 disk spaces and previous partial laminectomy at L4-
L5, L5-S1, left side.

The MRI study today is similar to one from North Dakota, showing
recurrence of L4-L5, left side, disk herniation and the small
central disk protrusion without touching nerve roots at L5-S1 and
somewhat narrow spinal canal.

IMPRESSION
1.   Left sciatica post surgery.
2.   Neurogenic bladder, possible cauda equina.

PLAN
Cystometrogram will be ordered as well as neurosurgical
consultation.

_____
LAWRENCE GREEN, MD

LG/lms
DD:07/22/98  3:41 P
DT:  07/22/98  4:19 P
Document # 403121
Job #  005003

CC:  LAWRENCE GREEN, MD
     FEDERAL PRISON HOSPITAL
     PAUL W LAPRADE, MD

B. RAY, M.D.

Page 2 of 2

Copy For:  FEDERAL PRISON HOSPITAL

07/23/98
0754

JOHN C. LINCOLN HOSPITAL & HEALTH CENTER
250 E. DUNLAP, PHOENIX, ARIZONA 85020-2871

FINAL    REPORT

Name:    MOSER, JEFFREY
(00000)066-42-65
(00000)066-42-65        3256O - 048

DIAGNOSTIC IMAGING REPORT

TRAN DATE: 07/22/98 TIME: 1850

| EXAM | EXAM DATE & TIME | ACCESSION #: |
|---|---|---|
| MR LUMBAR SPINE W/WO CONT. | 07/22/98    1414 | MR-98-01760 |

IMPRESSION
1. Combined epidural granulation tissue/scarring at left paramedian disk herniation at L4-5, resulting in asymmetric severe compromise of the ipsilateral recess and neural exit foramen on the left. In addition, there are small posterior osteophytes at L4 and there is bilateral posterior facet arthrosis contributing to bilateral foraminal stenosis.

2. Right paracentral disk protrusion at L5-S1. There is also bilateral neural foraminal stenosis caused by facet degenerative joint disease.

3. No abnormal enhancement or abnormal signal identified in the conus.

B. RAY, M.D.

Dictated by:    MARTIN SABATINOS, MD
Signed by:        GDW    07/22/98
23:48 (electronic signature) MS /PF

Transcribed Date/Time: 07/22/98  18:29

Deliver to:  LAWRENCE GREEN, MD

CHART COPY                                                    PAGE #:        2

End of Report

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date served a copy of the below-referenced document(s) upon the person and in the manner indicated below:

Service by first class mail addressed as follows:

---

1.) Peter Welsh    (In full)
Clerk of Courts
United States District Court
228 Walnut St.
P.O. Box 983
Harrisburg, Pa. 17108

2.) Shawn Kenny Esq.    (Full)
Office of Chief Counsel
55 Utley Drive
Camp Hill, Pa. 17011

---

3.) James D. Young Esq.
P.O. Box 1245
Harrisburg, Pa. 17108-1245.
Ext mailed when money available only.
Inst. will not debit account in red
see file.

Exhibit copies mailed too:

A.) U.S. Dept. of Justice, Washington D.C.
Civil Advocate for A.D.A. Violation.
B.) Gaudenzia - West Chester  6/14/01
     * (7099 3400 0015 8312 0697) ↗
C.) Regional Office of D.O.C. C.C.C.
     * (Cert. 7099 3400 0015 8312 0703)↗ 6/1

D.) Pa. Attorney General Office (In pa

RE: 1:00-CV-1846

E) A.C.L.U. Phila.

Affidavit: New Information
         In support.

F) Pa. Prison Society.

---

6-16-01                              Jeffery Paul Mosek

                    Sworn: J. Mosek BE4713 (Radcliff)