**ORIGINAL**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEFFERY P. MOSER,

    Plaintiff,

v.

KENNETH KYLER, et al.,

    Defendants.

Civil No. 1:00-CV-1846

JURY TRIAL DEMANDED

(39)
7-13-01
SC

FILED
HARRISBURG, PA

JUL 12 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### * Notice of Change of Address *

I hereby notify the Honorable Court that my address will change on (or) about the 16th day of July, 2001

On (or) after the 16th of July, 2001 please forward all legal correspondence to the Plaintiff "New Address as follows"

    Jeffery Paul Moser
    c/o Gaudenzia - West Chester
    1030 So. Concord Rd.
    West Chester, Pa. 19382
    (610) 399 - 6929

Please place this and all enclosed legal document(s) into legal record and so note Plaintiff is unable to make more copies due to indigence and prison official(s) refusal to afford free copies to this Pro-se Litigant...

(28 U.S.C. 1746)

Respectfully Submitted

_Jeffery Paul Moser_
(Plaintiff)

7-10-2001



**U.S. Department of Justice**

Civil Rights Division

---

*Disability Rights Section*
*P.O. Box 66738*
*Washington, DC 20035-6738*

JUN 27 2001

Mr. Jeffery Paul Moser, #BE 4713
S.C.I. Huntingdon
1100 Pike Street
Huntingdon, Pennsylvania 16654-1112

    Re: DOJ Complaint #204-63-0

Dear Mr. Moser:

    This letter is in response to the complaint that you filed with this office alleging a potential violation of the Americans with Disabilities Act. The Disability Rights Section generally investigates individual complaints from prisoners only as a part of reviews of State prison systems.

    The prison system in which you are incarcerated is not currently under review by our office. Therefore, we will take no action on your letter at this time. We will, however, keep your letter on file and include it in our review when we do schedule a review of the prison system in your State. We cannot tell you at this time when such a review will occur.

    We have enclosed a list of agencies in your State that might be able to address your concerns more quickly.

                                        Sincerely,

                                        Susan Reilly
                                        Deputy Chief
                                        Disability Rights Section
                                        Civil Rights Division

Enclosure

Case 1:00-cv-01848-WWC-PT   Document 39   Filed 07/12/2001   Page 2 of 3

*Exhaustion Doc. A.D.A. D.O.C. C.C.C. Discrimination Claim.*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date served a copy of the below-referenced document(s) upon the person and in the manner indicated below:

Service by first class mail addressed as follows:

Peter Welsh (clerk)
Clerk of Court(s)
United States District Court
228 Walnut St
P.O. Box 983
Harrisburg, PA. 17108

\* Will service Defendant(s) as Fund(s) are available. Assistance of this Court Requested!

Thank you, Your Assistance is Appreciated

7-10-2001

Jeffery Mosak (Plaintiff)
1030 So. Concord Rd
West Chester PA. 19382
(on the 16th of July, 2001)