copy 40

FILED
HARRISBURG

JUL 1 9 2001

MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

(Legal Affidavit)                                   13th Day of July, 2001

Clerk of Courts
U.S. District Court
Box 983
Harrisburg, PA. 17108

(1:00-CV-1846)

{ Jeffery Paul Moser (Plaintiff)
  D.R.C.
  229 Arch St.
  Phila, PA. 19106
  (215) 625-8063, 8061, 8060 }

Re: Notice of Address Change: ↑

Greetings Clerk,

I hereby make you aware that my address has changed again. The correct address is stated above ↑.

Please record this address and forward all legal mail to this address.

Thank you kindly,

Jeffery Paul Moser
7-13-01

This is most recent notice:

Date Copies left: _____

(Certificate of Service)

I, hereby certify I Jeffery Moser, served this document via First Class mail to the following:

Sworn: Jeff M___ 7/13/01

1) U.S. District Courthouse        2) U.S. District Courthouse
   Eastern District of PA.             Middle Dist. of PA.
   601 Market St. (rm. 2609)           228 Walnut St.
   Phila, PA. 19106-1797               Box 983
   01-CV-933 Habeas Corpus.            Harrisburg, PA. 17108
                                       1:00-CV-1846 (Civil 1983)