ORIGINAL

Court Original

(41)

8-10-01 Sc

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEFFERY P. MOSER,

Plaintiff,

v.

KENNETH KYLER, et al.,

Defendants.

Civil No. 1:00-CV-1846

JURY TRIAL DEMANDED

FILED
HARRISBURG
AUG 09 2001
MARY E. D'ANDREA, CLERK
Per ______ DEPUTY CLERK

* HEARING & Protection ORDER REQUESTED *

* NOTICE of INABILITY TO PROCEED PRO-SE, BECAUSE of Constitutional Violations, Retaliatory Acts AND THREAT(S) TOWARDS THE PRO-SE Litigant By A Pennsylvania PAROLE Board Agent ...

Wherefore, I Jeffery Paul Moser (Plaintiff) On THE 4th day of August, 2001, Hereby ask THis Honorable Court to make note, and assist with ongoing Relief (i.e. order of Protection) in THE Below mentioned matter. From THis day Forth Out of Extreme **FEAR** of Further Retaliation, interference and THE Threat of Retaliatory Re-incarceration(s) (Malice Violation of THE Plaintiff Parole) THE Plaintiff will not Be Available to Act on His own Behalf, unless Court intervention (i.e. Formal Hearing) is offered By THis Honorable Court. For THE Following REASONS:

On July 16th, 2001 Moser (Plaintiff) was Parole to in-patient Alcohol Treatment at D.R.C. (Diagnostic and Rehabilitation Center 229 Arch St, Phila. Pa. 19106 215-625-8080) (Moser understanding not to Exceed 28 days) And was An A.D.A. approved Facility, which Could Handle Moser Medical needs, Disabilities and would Permit Him to Proceed Forward with ALL His Pro-SE Litigational needs and non-Pro-SE (Juvenile Parental rights Proceedings) Litigational needs. As is a Constitutional Right, to Be Able to Do So, without interference and Retaliation For Exercising Said rights. (Noll Vs. Carlson, 809 F.2d 1446 (9th Cir. 1987) — Taylor Vs. List, 880 F.2d 1040 (9th Cir. 1989) — Divine Vs. Indian River, 121 F.3d 576 (11th Cir. 1997) — Hazen Vs. Reagan, 16 F.3d 921 (8th Cir. 1994) 1st, 5th, 8th & 14th Amendments To THE U.S. Const.

(continued)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE [redacted] DISTRICT OF PENNSYLVANIA**

JEFFERY P. MOSER, Plaintiff,

v.

KENNETH KYLER, et al., Defendants.

Civil No. [redacted]-CV-[redacted]
1:00-CV-1846

JURY TRIAL DEMANDED

---

On July 30th, Moser filed an "Appeal to this Condition of Parole and to the wording that states" You can be returned to Prison for any reason" (in short). Thereafter, Moser obtained approved Passes from D.R.C. staff to attend legal visits with Attorney(s) "in the effort to retain Counsel in all matter, to focus more on Treatment) and to attend to his immediate medical needs.

This so enraged Pennsylvania State Parole Agent "Canida" who oversee Moser Case at D.R.C. That the following restrictions and Threats were placed on Moser:

1.) Moser was placed on "Restriction" at D.R.C. without Probable Cause and/or a Due Process Hearing, No Phone Calls in [or] out, no mail service without having another "Helpful Assistance" no Pass, Constant supervision one hour sign-in... All Moser Liberties at D.R.C. were removed... Due to his Litigations and for medical needs in Retaliation...

2.) Moser was told, "If you want to pay lawyer" "I'm taking you back to Prison at the Fort (Waterford) you can pay lawyer there and I don't need a Reason, Your scum and a Criminal and I'll find a reason if I want, until then, if you want to stay out of Prison A) Your not to make [or] receive any Legal Calls and/or attend any legal visits with lawyers B) If I hear your doing law work and causing trouble, Your gone to Prison "Moser you want to suffer my wrath, you got it!" All Moser Legal Access "was stopped on Aug. 3rd, 2001 as Moser is in Fear."

3.) Moser has a Pending Parental Right Case in Nevada, Moser has Counsel (775-322-6090 Paul Yohey)

 (continued →)

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~MIDDLE~~ DISTRICT OF PENNSYLVANIA

JEFFERY P. MOSER,

Plaintiff,

v.

KENNETH KYLER, et al.,

Defendants.

Civil No. ~~1:00~~-CV-~~1846~~ 1:00-CV-1846

JURY TRIAL DEMANDED

[illegible] [illegible] a [illegible] old Son (Westen) and [illegible] old Son Jeffrey (Jr.) Whom are in Foster Care, Moser is [illegible] attempting to take Custody of them after He Finished at D.R.[illegible] and Returned Home To Nevada. Moser "must" attend Hearing Via Phone and Speak to His Children once a week. * About Canada Knows If Moser misses any of these Proceedings and phone Calls and [illegible] is returned to Prison, Moser will Have His Parental rights Terminated and lose the Sons He Loves So very much Forever. "About Canada Terminated Moser's Access to His Children and to any and all Court Proceedings. Moser Has a Phone Hearing on 7th Day of August, 2001 6:30 E.S.T. in this matter and is Prohibited From attending. "About Canada said: "You Can Give up your Kids Counselor, Because Nevada Caseworkers mean nothing to me, it's your own Fault, There Better off without you Moser" "No Calls to Anybody in Nevada Moser". Th[illegible] was About Canada wrath on Moser, To Take His only Children Away Forever. [illegible] Moser, is [illegible] [illegible] all His well Document medical needs are Fake, and About Canada Has ordered Moser to Change Doctor, So He Can Get a more Favorable opinion. (constitutionally Case)

Therefore Moser (Plaintiff) Fears For His Safety and His Children, [illegible] Does NOT want to suffer the "wrath" of About Canada Further. But Surely will if About Canada Knows this Document was Filed, Moser w[illegible] Be Re-Imprisoned in Retaliation. Moser Knows About Canada will not approve H[illegible] Home plan, So He Can Be Successful in Taking Moser Kids Away. Moser Ask [illegible] a Hearing on This matter, A Protection order And Injunctive Relief Before Proceed[illegible] Pro-Se (out of FEAR). THANK you.

Respectfully Submitted

Jeffrey Paul Moser 8-4-01

MEDICAL DIRECTION 7-25-01

DEA # ____________

JEROME H. KOHN, D.O.
ROBERT C. WOLFE, M.D.
229 ARCH STREET
PHILADELPHIA, PA 19106
215-625-8058
PA LIC. NO. OS001307-L PA LIC. NO. MD3562E

NAME re: Jeffery Moser

ADDRESS ____________ DATE 7/25/01

℞ Jeffery's spinal condition requires necessary surgery as soon as possible — Pain medicine helps him function, but he's at serious risk of permanent disability.

REFILL ____ TIMES PRN NR

SUBSTITUTION PERMISSIBLE Jerome H Kohn D.O.

IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED, THE PRESCRIBER MUST HANDWRITE BRAND NECESSARY OR BRAND MEDICALLY NECESSARY IN THE SPACE BELOW.

06/07/96 01-K00937207

—MOSER Lost Children—

* Joshua & Jeffery Murray Moser Taken By Parole Agent in an act of Retaliation, Towards Moser,,, Due to Litigation & Lawsuit Filed By Moser (Plaintiff...)

1:00-cv-1846 M.D. Pa.
Moser vs. Fyler

Mr. Kenny & Judge Caldwell,

As you see above, the Doctors out Here, Affirm that I "Need" a Spine Fussion operation and It Is Long overdu[e] They will Testify to my Knowledge to the Truth, That the Actions of the Defendant Caused Moser Irreparable Harm By Not Providing This Treatment Sooner. Moser Is Now on His Needed Pain Medication (oxycontin 40mg.) and Ask Th[at] As Soon As He Is Returned to Prison, (As Stated By th[e] Parole Agent) (Threats & Retaliation) To Be Provided with This Medication & operation. Now That The Parole Agent Has Taken (or) Caused Moser To Lose His Children Forever. Moser will Stay in The D.O.C., Because He Has Nothing Left To G[o] Home To. (Surely He Took His Kids & Surely He'll Re-Incarcerate Moser. [...]

# CERTIFICATE OF SERVICE

I hereby certify that I have on this date served a copy of the below-referenced document(s) upon the person and in the manner indicated below:

Service by first class mail addressed as follows:

SHAWN P. KENNY ESQ
55 OTLEY DRIVE
CAMPHILL PA. 17001

CLERK OF COURTS
MIDDLE DISTRICT OF PENNA.
U.S. DISTRICT COURT
228 WALNUT ST
HARRISBURG PA. 17108-0983

SERVICE TO WEXFORD DEFENDANT WHEN PAROLE AGENT "CANADA" PERMIT'S LEGAL MAILING "OUT" WITHOUT PUNISHMENT.

MOSER VS. KYLER 1:00-CV-1846

MOSER, BELIEVE ALL ACT(S) OF INDIFFERENCE TOWARDS HIM, AND HIS CHILDREN ARE A DIRECT RESULT OF THIS ACTION AND 01-CV-0923 AND THE LITIGATION (U.S. JUSTICE DEPT.) IN REFERENCE TO C.C.C. (COMM. CORRECTION CENTER) (A.D.A. DISCRIMINATION AND NEW RETALIATION

HEARING REQUESTED

8-4-2001

August 4, 2001

Jeffery Moser
229 ARCH ST.
Phila, PA. 19106
JEFFERY MOSER