Jeffrey Paul Moser
D.R.C.
229 Arch Street
Philadelphia, PA  19106

Re: 1:00-cv-01846

---

---

Please file all pleading
the assigned Judge is lo
with the Judge's Chamber

JUDICIAL OFFICERS:

Judge Sylvia H. Rambo
Judge Yvette Kane
Judge William W. Caldwel
Magistrate Judge J. Andr

---

Chief Judge Thomas I. V
Judge A. Richard Caputo
Judge James M. Munley
Judge William J. Nealon
Judge Richard P. Conabo
Judge Edwin M. Kosik
Magistrate Judge Malach
Magistrate Judge Thomas

---

Judge James F. McClure
Judge Malcolm Muir